UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
        Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
        Defendants.
--------------------------------------------------------------x
--------------------------------------------------------------x
WANDA J. DURYEA,
        Plaintiff,
v.

TIMOTHY H. FINNEGAN, Formerly New
York State Police, Badge #404; TIMOTHY P.
GOULD, New York State Police; and JAMES
WOLLMAN, New York State Police,
        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)




22 CV 6300 (VB)

    Plaintiffs, who are proceeding pro se and in forma pauperis, commenced each of these related actions on July 24, 2022, against defendants Timothy Finnegan, Timothy Gould, and James Wollman (the "State Defendants").[1] (Brooks, at Doc. #2; Duryea, at Doc. #2).

    Because plaintiffs are proceeding in forma pauperis, they are entitled to rely on the Court and the U.S. Marshals Service to effect service. The U.S. Marshals Service attempted service on the State Defendants at the police barracks for the New York State Police Troop K, Zone 3, in Somers, New York. (Brooks, at Docs. ##12–14; Duryea, at Docs. ##10–12). However, service receipts for the State Defendants were returned unexecuted in each case, and the receipts indicate the State Defendants are no longer located at the Somers facility. (Brooks, at Docs. ##12–14; Duryea, at Docs. ##10–12).

    In accordance with Valentin v. Dinkens, 121 F.3d 72 (2d Cir. 1997), by **January 13, 2023**, the New York State Attorney General must provide the Court addresses where the State Defendants may be served.

---

[1]     Citations to Brooks refer to documents filed in Brooks v. Finnegan, 22-cv-6283 (S.D.N.Y. filed July 24, 2022), and citations to Duryea refer to documents filed in Duryea v. Finnegan, 22-cv-6300 (S.D.N.Y. filed July 24, 2022).

1

In addition, the Court sua sponte extends each plaintiff's deadline to serve the State Defendants to **February 13, 2023**. If either plaintiff does not serve the complaint in their respective action within that time, such plaintiff should request an extension of time to complete service.

Chambers will mail a copy of this Order to the New York State Attorney General's Office at 28 Liberty Street, New York, New York 10005.

Dated: November 10, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge