UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
               Plaintiff,           :

                                       **AMENDED ORDER OF**
v.                               :          **SERVICE**

STATE TROOPER TIMOTHY FINNEGAN,    :    22 CV 6283 (VB)
INVESTIGATOR TIMOTHY P. GOULD, and    :
INVESTIGATOR JAMES WOLLMAN,    :
             Defendants.     :
--------------------------------------------------------------x

Copies Mailed/Faxed 1-17-23
Chambers of Vincent L. Briccetti

--------------------------------------------------------------x
WANDA J. DURYEA,
             Plaintiff,    :
v.                            :

TIMOTHY H. FINNEGAN, Formerly New   :    22 CV 6300 (VB)
York State Police, Badge #404; TIMOTHY P. :
GOULD, New York State Police; and JAMES :
WOLLMAN, New York State Police,    :
             Defendants.    :
--------------------------------------------------------------x

      Plaintiffs, who are proceeding pro se and in forma pauperis, commenced each of these related actions on July 24, 2022, against defendants Timothy Finnegan, Timothy Gould, and James Wollman (the "State Defendants").[1] (Brooks, at Doc. #2; Duryea, at Doc. #2).

      On November 10, 2022, the Court issued an Order pursuant to Valentin v. Dinkens, 121 F.3d 72 (2d Cir. 1997), directing the New York State Attorney General to provide the Court addresses where the State Defendants may be served. (Doc. #13).

      On January 13, 2023, the Court received a letter from the New York State Office of the Attorney General providing service addresses for each of the State Defendants. (Doc. #14).

      Thus, the Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for defendants Timothy Finnegan, Timothy Gould, and James Wollman, according to the addresses set forth below, and further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants:

---

[1]     Citations to Brooks refer to documents filed in Brooks v. Finnegan, 22-cv-6283 (S.D.N.Y. filed July 24, 2022), and citations to Duryea refer to documents filed in Duryea v. Finnegan, 22-cv-6300 (S.D.N.Y. filed July 24, 2022).

State Trooper Timothy Finnegan (retired)
New York State Police Counsel's Office
1220 Washington Avenue
Building 22
Albany, New York 12226

Investigator Timothy Gould (Badge No. 4399)
New York State Police
Troop E, Zone 1
1155 Scottsville Road, Suite 400
Rochester, New York 14624

Investigator James Wollman (Badge No. 1280)
New York State Police
Troop NYC
36 Thomas Street
New York, New York 10007

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: January 17, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge