Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,                                       :
                            Plaintiff,                  :
                                                        :
v.                                                      :        **ORDER**
                                                        :
STATE TROOPER TIMOTHY FINNEGAN,                         :        22 CV 6283 (VB)
INVESTIGATOR TIMOTHY P. GOULD, and                      :
INVESTIGATOR JAMES WOLLMAN,                             :
                            Defendants.                 :
--------------------------------------------------------------x

On June 20, 2023, defendants answered the complaint. (Doc. #28). The same day, the

defendants in the related action Duryea v. Finnegan, No. 22-cv-6300 (VB) (S.D.N.Y. filed July

24, 2022) (the "Related Case"), moved to dismiss the complaint in the Related Case. (Related

Case, Doc. #27). The motion to dismiss the complaint in the Related Case will be fully submitted

on July 27, 2023. (See Related Case, Doc. #30).

In the interest of efficient case management of this action and the Related Case, each of

which is brought against the same three defendants and arises from the same events, the Court

will not schedule an initial conference or enter a scheduling order in the instant action until the

pending motion to dismiss in the Related Case is resolved.

Accordingly, this action is held in abeyance pending a decision on the motion to dismiss in

the Related Case.

Dated: June 26, 2023
       White Plains, NY

                                            SO ORDERED:


                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge