UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JOSEPH A. BROOKS,
                        Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOOLMAN,
                        Defendants.
--------------------------------------------------------------

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER IN PRO SE CASE**

22 CV 6283 (VB)

      The Court held an on-the-record case management conference today at which plaintiff, who is proceeding pro se, appeared by telephone, and counsel for defendants appeared in person.

The following schedule will apply to pre-trial proceedings in this case:

    1.    Any motion to amend the pleadings or join other parties may only be made with leave of the Court.

    2.    By **May 9, 2024**, plaintiff shall serve on defense counsel, and defense counsel shall serve on plaintiff, all document requests and interrogatories. All document requests and interrogatories shall be responded to by **June 9, 2024**. The provisions of Local Civil Rule 33.3 shall not apply.

    3.    All fact depositions shall be completed by **August 9, 2024**.

    4.    Expert reports, if any, shall be exchanged by **September 9, 2024**.

    5.    Rebuttal expert reports, if any, shall be exchanged by **October 9, 2024**.

    6.    Expert depositions, if any, shall be completed by **October 9, 2024**.

    7.    All discovery shall be completed by **November 8, 2024**.

    8.    The parties shall refer to the Individual Practices of Judge Vincent L. Briccetti, United States District Judge, regarding filing dispositive motions and trial procedures.

    9.    It is plaintiff's obligation to promptly submit a written notification to the Court if plaintiff's address or telephone number changes, and the Court may dismiss the action if plaintiff fails to do so.

10. Plaintiff is instructed to consult the Discovery Guide for <u>Pro</u> <u>Se</u> Litigants attached to this Order.

11. The next case management conference is scheduled for **November 20, 2024**, at **11:00 a.m.** Plaintiff and defense counsel must attend the conference **in person**.

12. Chambers will mail a copy of this Order to plaintiff.

13. The parties shall discuss settlement in good faith. By no later than **August 15, 2024**, defendants' counsel shall submit a letter on behalf of both parties regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

Dated: April 9, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge