UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,

                              Plaintiff,                    **SCHEDULING ORDER**

    -against-                                            22 Civ. 6283 (VB)

STATE OF NEW YORK, *et al.*,

                              Defendants.
--------------------------------------------------------------x

       The Court has scheduled a Settlement Conference for September 18, 2024 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

       Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated:  August 19, 2024
         White Plains, New York

                                                           **SO ORDERED:**

                                                             _____
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge