Copies Mailed/Faxed 8/26/24 VB
Chambers of Vincent L. Briccetti

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/26/24

> Although the parties' request to extend discovery deadlines fails to comply with Paragraph 1.G of Judge Briccetti's Individual Practices, the request is GRANTED to the following extent: The deadline for completion of fact depositions is extended to 11/8/2024. All other court dates and deadlines remain in effect, including the date for the next case management conference before Judge Briccetti--11/20/2024 at 11:00 a.m.
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED: /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.        8/26/2024

OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

**Via ECF**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **Brooks v. Finnegan, 22 Cv. 6283 (VB)**

Dear Judge Briccetti:

The Office of the Attorney General represents the Defendants in this action. We had sought to depose Plaintiff, as well as Ms. Duryea (his mother), and Ms. Harding (his cousin), who were present during the events relevant to the case, prior to August 9, 2024, at a mid-point location (either Albany or Saratoga Springs, New York) between my office and their residence in New Hampshire, but was subsequently advised that they were unable to travel due to the lack of a functioning vehicle. I was advised that Plaintiff, Ms. Duryea, and Ms. Harding were available August 27, so I noticed depositions for that date to be taken remotely. Last week I was asked if the depositions could be rescheduled until after the upcoming settlement conference when Plaintiff believes he will have counsel to assist him at the depositions. Accordingly, I write, at Plaintiff's request, for permission to take the above depositions after the settlement conference before Judge McCarthy. Currently, all discovery in this case is to be completed by November 8, 2024.

Thank you for your consideration.

Respectfully submitted,

*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General

Cc:   Joseph A. Brooks (by mail and e-mail)
1137 Meaderboro Road
Farmington, New Hampshire 03835
*Pro se*