

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　　　　DIVISION OF STATE COUNSEL
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　　　　　LITIGATION BUREAU

(212) 416-6185

September 12, 2024

**Via ECF**
Hon. Judith C. McCarthy
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

　　　　Re:　**Brooks v. Finnegan, 22 Cv. 6283 (VB)(JCM)**

Dear Judge McCarthy:

　　　　The Office of the Attorney General represents the Defendants in this action. We write, with Plaintiff's consent, to respectfully request that the upcoming settlement conference scheduled for September 18 be adjourned to a date in late October to allow my office to receive settlement authorization and for the parties to meaningfully exchange offers prior to the conference. I was also informed by Plaintiff today that he will be obtaining counsel soon (I was not informed of the scope of the representation), but that this may not occur by September 18. This requested adjournment would still allow for fact depositions to be completed by November 8, 2024 (ECF No. 39) if a settlement cannot be reached.

　　　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Jeb Harben*
　　　　　　　　　　　　　　　　　　　　　　Jeb Harben
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

Cc:　Joseph A. Brooks (by ECF and e-mail)
　　　*Pro se*