```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/24
```

**Office of the New York State Attorney General**

> Defendants' request to extend discovery deadlines is GRANTED. Discovery deadlines are extended as set forth in the Amended Civil Case Discovery Plan and Scheduling Order, which will be separately docketed. The deadline for completion of all discovery is extended to 12/13/2024. The case management conference currently scheduled for 11/20/2024 at 11:00 a.m. is ADJOURNED to 12/19/2024 at 9:30 a.m. By 12/17/2024, counsel for defendant shall submit a joint letter regarding the status of settlement discussions.
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED: /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.        10/21/2024

**Via ECF**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Copies Mailed/Faxed Chambers of Vincent L. Briccetti 10/22/24

Re: <u>Brooks v. Finnegan</u>, 22 Cv. 6283 (VB)(JCM)

Dear Judge Briccetti:

    The Office of the Attorney General represents the Defendants in this action. I write, with Plaintiff's consent, to respectfully request an adjournment of the deadline for the completion of discovery in this case from November 8, 2024 to December 13, and an adjournment of the November 20 conference to a date after December 13. This is the second request for a revision of the applicable deadlines. The reason for this request is that I am still in the process of obtaining settlement authority and the completion of discovery (and the taking of Plaintiff's and his witness's depositions) had been adjourned to November 8 to allow for the October 30 settlement conference before Judge McCarthy to go forward and to allow time for Plaintiff to obtain counsel, which I understand has not yet been finalized.[1] At this time it is unlikely that I will have settlement authority by October 30. By separate letter the parties will respectfully request that Judge McCarthy adjourn the settlement conference to a date in late November or early December.

    Thank you for your consideration.

                                         Respectfully submitted,

                                         <u>/s/ Jeb Harben</u>
                                         Jeb Harben
                                         Assistant Attorney General
                                         (212) 416-6185
                                         jeb.harben@ag.ny.gov

Enc. (proposed amended case management plan)

cc:     Joseph A. Brooks (by e-mail and ECF w/enc.)

---

[1] My work on this and other matters has been impeded this month due to an extremely painful rupture of my left achilles tendon. I ruptured my right achilles tendon in 2023, which may have been mentioned to the Court then in various matters.