UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH A. BROOKS,

                         Plaintiff,

v.

TIMOTHY FINNEGAN, et al.,

                         Defendants.
------------------------------------------------------------------x

**PROPOSED AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER IN <u>PRO SE</u> CASE**

2 2 CV 6 2 8 3 (VB)(JCM)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.    All parties [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.    This case [is] to be tried to a jury.

3.    **ALL DISCOVERY SHALL BE COMPLETED BY: February 13, 2025**.

4.    All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

5.    Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

6.    The parties have conferred and their present best estimate of the length of the trial is 5 days.

7.    This Civil Case Discovery Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court or the assigned Magistrate Judge acting under a specific order of reference (except as provided in paragraphs 5(f) and 6(d) above).

8.   The Magistrate Judge assigned to this case is the Honorable
     J U D I T H   C .   M C C A R T H Y .

9.   If, after the entry of this Order, the parties consent to trial before a Magistrate
     Judge, the Magistrate Judge will schedule a date certain for trial and will, if
     necessary, amend this Order consistent therewith.

10.  The next case management conference is scheduled for _____ at
     _____.

11.  Counsel shall discuss settlement in good faith.  By no later than _____,
     counsel shall submit a joint letter regarding the status of their settlement
     discussions and indicating whether there is anything the Court can do to assist in
     that regard.


Dated:

       White Plains, NY

                                          SO ORDERED:


                                          -------------------------------------------
                                          Vincent L. Briccetti
                                          United States District Judge

2