

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

---

**Via ECF**  
Hon. Vincent L. Briccetti  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

February 20, 2025

<div align="center">Re: <u>Brooks v. Finnegan</u>, 22 Cv. 6283 (VB)(JCM)</div>

Dear Judge Briccetti:

  The Office of the Attorney General represents the Defendants in this action. As per the Court's December 12, 2024 Order (ECF No. 48), we write to update the Court on the status of settlement in this action. To date, there have been no further developments regarding settlement, with the parties too far apart for a further settlement conference to be appropriate.

  Thank you for your consideration.

<div style="margin-left:50%">
Respectfully submitted,

<u>*/s/ Jeb Harben*</u>  
Jeb Harben  
Assistant Attorney General  
(212) 416-6185  
jeb.harben@ag.ny.gov
</div>

cc: Joseph A. Brooks (by ECF)