UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
                Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)

      By March 21, 2025, defendants are directed to submit a letter response to plaintiff's motion to compel (Doc. #54).

      Chambers will mail a copy of this order to plaintiff at the address on the docket.

Dated: March 14, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/25

Copies Mailed/Faxed 3/14/25
Chambers of Vincent L. Briccetti