UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
JOSEPH A. BROOKS,
              Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/25

    On March 21, 2025, defense counsel filed on the ECF docket a memorandum of law (Doc. #56) and a declaration (Doc. #57) in opposition to plaintiff's motion to compel. Defense counsel's declaration refers to eight exhibits, Exhibits A–H, as attached to the declaration, but no exhibits were filed on the docket. Instead, defendants emailed their opposition, including the exhibits, to Magistrate Judge McCarthy.[1]

    By close of business today, March 24, 2025, defendants are directed to (i) file a complete copy of defense counsel's declaration, including all exhibits referenced therein, (ii) email a copy of the declaration and supporting documents to plaintiff, and (iii) file proof of service of same.

    The parties should be prepared to discuss plaintiff's motion to compel (Doc. #54) at the case management conference on March 26, 2025. To be clear, the conference is before Judge Briccetti, not Judge McCarthy.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to nh_cherokee@yahoo.com.

Dated: March 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] This case is not currently referred to Judge McCarthy for any purpose.