Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
                Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)

       The Court held an on-the-record case management conference today at which plaintiff, who is proceeding pro se, and counsel for defendants appeared in person. After the conference, plaintiff was given copies of the Discovery Guide and the Motions Guide for pro se litigants.

       The deadline for the completion of discovery is extended to **September 26, 2025**. In addition, by separate Order, the Court will refer this case to Magistrate Judge McCarthy for general pretrial supervision.

       The parties are ordered to confer in good faith regarding settlement. By **May 27, 2025**, counsel for defendants shall file a letter providing the Court with a status update regarding settlement discussions.

       The next case management conference shall take place on **October 2, 2025, at 2:30 p.m.** in person in Courtroom 620 at the White Plains courthouse.

       For the reasons set forth on the record, plaintiff's motion to compel (Doc. #54) is DENIED without prejudice. In the future, any discovery disputes shall be brought to the Court's attention only after the parties have met and conferred about the dispute and requested a pre-motion conference regarding same.

       The Clerk is instructed to terminate the motion. (Doc. #54).

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to nh_cherokee@yahoo.com.

Dated: March 26, 2025
       White Plains, NY

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge