**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSEPH A. BROOKS,

                          Plaintiff,                  **SCHEDULING ORDER**

      -against-                                    22 Civ. 6283 (VB)(JCM)

STATE TROOPER TIMOTHY FINNEGAN, *et al.*,

                          Defendants.
---------------------------------------------------------------X

       The Court has scheduled a Telephone Conference for April 9, 2025 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy. The parties shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 855-244-8681
    <u>Access Code</u>: 1800490580

Dated: March 28, 2025
          White Plains, New York

                                                           **SO ORDERED:**

                                                            _____
                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge