

**Office of the New York State**  **Letitia James**
**Attorney General**  **Attorney General**

---

**Via ECF**  May 27, 2025

Hon. Judith C. McCarthy
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  **Brooks v. Finnegan, 22 Cv. 6283 (VB)(JCM)**

Dear Judge McCarthy:

    The Office of the Attorney General represents the Defendants in this action. I write with Plaintiff's consent to request an adjournment of the upcoming May 29, 2025 conference before Your Honor to a later date convenient to the Court. The reason for this request is that Plaintiff's interrogatories were served May 10, and at this time there will be very little to discuss as Plaintiff does not have Defendants' responses. In addition, as per my letter to Judge Briccetti today, a settlement recommendation has been submitted, but at this time I do not have approval, so there will be nothing to discuss regarding settlement.

    Thank you for your consideration.

Respectfully submitted,

 ***/s/ Jeb Harben***
Jeb Harben
Assistant Attorney General
(212) 616-6185
Jeb.harben@ag.ny.gov

cc: Joseph A. Brooks (via ECF)