

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

<u>**Via ECF**</u>

July 25, 2025

Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>Brooks v. Finnegan</u>, 22 Cv. 6283 (VB)(JCM)

Dear Judge Briccetti:

  This Office represents Defendants Finnegan, Wollman, and Gould, all current or former New York State Police ("NYSP") employees, in this action. As per the Court's Order (ECF No. 67), I write to update the Court on the status of settlement. Since the date of the last conference, a recommendation has been forwarded to the New York State Police, which is currently being considered. Due to vacation and other schedules, we hope to receive a response in August or early September.

  We thank the Court for its consideration.

Respectfully submitted,

<u>*/s/ Jeb Harben*</u>
Jeb Harben
Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

cc: Joseph A. Brooks (by ECF)