UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
        Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/24/25*

Copies Mailed/Faxed 9-24-25
Chambers of Vincent L. Briccetti

        On September 23, 2025, plaintiff moved (i) with the consent of defense counsel, for the upcoming case management conference to proceed by telephone and (ii) without defense counsel's consent, to allow plaintiff's mother, Wanda Duryea, "to act as a personal assistant in the court proceedings." (Doc. #73).

        For the reasons set forth in plaintiff's motion, the case management conference scheduled for October 2, 2025, at 2:30 p.m. will proceed by telephone:

        Dial-In Number:  914-292-4033

        Access Code:  412 901 037#

        Ms. Duryea is welcome to attend the conference telephonically. However, as she is neither an attorney nor a party to the litigation, Ms. Duryea's participation is as a member of the public and she is not permitted to speak at the conference.

        The Clerk is instructed to terminate the motion. (Doc. #73).

        Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to nh_cherokee@yahoo.com.

Dated: September 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge