UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH A. BROOKS,

                        Plaintiff,　　　　　　**SCHEDULING ORDER**

    -against-　　　　　　　　　　　　　22 Civ. 6283 (VB)

STATE TROOPER TIMOTHY FINNEGAN, *et al.*,

                       Defendants.
-----------------------------------------------------------------X

       The Court has scheduled a Settlement Conference for November 13, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to the parties containing information on how to connect to the conference.

       Parties are required to appear. The *pro se* Plaintiff and counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information the *pro se* Plaintiff and counsel believe would assist the Court in preparation for the conference. The *ex parte* letters should only be sent to Chambers by e-mail, at McCarthy_NYSDChambers@nysd.uscourts.gov. Do not file the *ex parte* letters on the docket.

Dated: October 2, 2025
       White Plains, New York

                                                    **SO ORDERED:**

                                                    *[signature]*
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge