```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
           Plaintiff,

v.

STATE TROOPER TIMOTHY FINNEGAN,
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
           Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6283 (VB)

As discussed at a conference held today and attended by plaintiff, who is proceeding pro se, and counsel for defendants, it is HEREBY ORDERED that:

(i) By **October 24, 2025**, defense counsel shall file a letter stating whether all parties consent or do not consent to transfer the case to Magistrate Judge McCarthy for all purposes.

(ii) By **October 31, 2025**, Defense counsel shall determine whether relevant photographs were taken of the barracks as part of this case and, if so, to produce those photographs to plaintiff.

(iii) By **December 1, 2025**, defense counsel shall file a pre-motion conference letter in accordance with paragraph 2.B.ii of the Court's Individual Practices. Plaintiff shall file his response by **December 15, 2025**.

(iv) The next case management conference is scheduled for **December 18, 2025, at 2:30 p.m.** to take place in person, at the White Plains Courthouse, Courtroom 620.

Dated: October 2, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge