

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

<u>**Via ECF**</u>

October 26, 2025

Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>Brooks v. Finnegan</u>, 22 Cv. 6283 (VB)(JCM)

Dear Judge Briccetti:

     This Office represents Defendants Finnegan, Wollman, and Gould, all current or former New York State Police ("NYSP") employees, in this action. We write to advise the Court that the parties have not agreed to proceed before the magistrate.

     We thank the Court for its consideration.

Respectfully submitted,

<u>*/s/ Jeb Harben*</u>
Jeb Harben
Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

cc:    Joseph A. Brooks (by ECF)