Copies e-Mailed/~~Faxed~~ 12/18/25
Chambers of Vincent L. Briccetti OK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,
              Plaintiff,

v.                                                                                    **ORDER**

STATE TROOPER TIMOTHY FINNEGAN,                  22 CV 6283 (VB)
INVESTIGATOR TIMOTHY P. GOULD, and
INVESTIGATOR JAMES WOLLMAN,
              Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/25

      On December 18, 2025, defense counsel filed a letter on behalf of both parties requesting the upcoming case management conference be conducted by telephone to accommodate plaintiff. (Doc. #80).

      For the reasons set forth in defense counsel's letter, the case management conference scheduled for December 18, 2025, at 2:30 p.m. will proceed by telephone:

      Dial-In Number:  914-292-4033

      Access Code:  199 845 049#

      Chambers will mail a copy of this Order to plaintiff at the address on the docket and email a copy to nh_cherokee@yahoo.com.

Dated: December 18, 2025
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge