```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH A. BROOKS,                              :
                       Plaintiff,              :
v.                                             :       ORDER
                                               :
STATE TROOPER TIMOTHY FINNEGAN,                :       22 CV 6283 (VB)
INVESTIGATOR TIMOTHY P. GOULD, and             :
INVESTIGATOR JAMES WOLLMAN,                    :
                       Defendants.             :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/25

As discussed at a conference held today and attended by plaintiff, who is proceeding pro se, and counsel for defendants, it is HEREBY ORDERED that:

(i)  By **March 2, 2026**, defendants shall file their motion for summary judgment.

(ii) By **April 2, 2026**, plaintiff shall file his opposition.

(iii) By **April 16, 2026**, defendants shall file their reply in support of their motion to dismiss, if any.

(iv) The parties are directed to continue discussing settlement in good faith.

Dated: December 18, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge