UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH A. BROOKS,

                Plaintiff,

   - against-

STATE OF NEW YORK, et al.

                Defendants.

Docket Number
22-CV-6283 (VB)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the motion filed herein, the accompanying memorandum of law, the declarations of Jeb Harben, Timothy Finnegan, Timothy Gould, James Wollman, and Json Timko, and all other pleadings and papers filed herein, Defendants, by their attorney, Letitia James, the Attorney General of the State of New York, will move this Court before the Honorable Vincent Briccetti, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, at a time designated by the Court, for an Order pursuant to Fed. R. Civ. P. 56 dismissing the above action against them.

PLEASE TAKE FURTHER NOTICE, that if you do not respond pursuant to the schedule set by the Court, this motion, if appropriate, may be granted against you. If the motion is granted against you, your case against the defendants will be dismissed and there will be no trial against defendants.

Dated: New York, New York
       March 2, 2026

LETITIA JAMES
Attorney General, State of New York
Attorney for the Defendants

    */s/Jeb Harben*
By: Jeb Harben
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Phone: (212) 416-6185
E-mail: jeb.harben@ag.ny.gov

To: Plaintiff Pro Se (Via ECF)