UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH A. BROOKS,

                Plaintiff,

- against-

STATE OF NEW YORK, et al.

                Defendants.

Docket Number
22-CV-6283 (VB)

# DECLARATION OF JEB HARBEN

I, JEB HARBEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General, State of New York, attorney for defendants herein. I submit this declaration and the exhibits annexed hereto in support of Defendants' Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of the March 13, 2025 Deposition of Joseph Brooks.

3. Attached as Exhibit B is a true and correct copy of the March 13, 2025 Deposition of Wanda Duryea.

4. Attached as Exhibit C is a true and correct copy of the transcript of the July 31, 2019 hearing in People v. Brooks, 9516/2019 (Westchester County, New York).

5. Attached as Exhibit D and submitted to the Court under separate cover via compact disc is a true and correct copy of a July 26, 2019 recording created and produced in this litigation by Plaintiff (Video 20190726-092212619).

6. Attached as Exhibit E and submitted to the Court under separate cover via compact disc is a true and correct copy of a July 26, 2019 recording created and produced in this litigation by Plaintiff (Video 20190726-091520606).

7. Attached as Exhibit F is a true and correct copy of excerpts from Plaintiff's interrogatory responses in this action.

8. Attached as Exhibit G are true and correct copies of documents from the Westchester County Supreme Court regarding Plaintiff's Adjournment in Contemplation of Dismissal.

WHEREFORE, for the reasons stated in the attached Memorandum of Law and other submissions made herein, defendants respectfully request that this Court grant summary judgment and dismiss this action against them in its entirety

*/s/Jeb Harben*

Jeb Harben

Executed: March 2, 2026
        New York, New York