Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH A. BROOKS,
Plaintiff,

V  Index No.: 22-CV-6283

STATE OF NEW YORK, et al,
Defendants.

_____X

**DEPOSITION OF:** JOSEPH BROOKS
**DATE:** March 13, 2025
**TIME:** 8:38 a.m. to 1:25 p.m.
**VENUE:** WebEx

Reported by Cari Roraback

---

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  **APPEARANCES:**
3    **FOR THE PLAINTIFF:**
4      PRO SE
5    **FOR THE DEFENDANT:**
6      OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
7      BY: JEB HARBEN, A.A.G.
8      28 Liberty Street, 18th Floor
9      New York, New York 10005
10  **ALSO PRESENT:**
11      CHEYENNE HARDING
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  I N D E X  O F  P R O C E E D I N G S
3  JOSEPH BROOKS; Sworn
4  Direct Examination by Mr. Harben  10
5
6  R E Q U E S T  L I S T
7  . CPL 160.5 Form  99
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  E X H I B I T  I N D E X
3  Marked as
4  Described as
5  A  70
6  State of New Hampshire
7  B  154
8  Bates 127-137 Photos
9  C  156
10  Bates 120-126 Photos
11  D  168
12  Interrogatories
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1      Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2                    STIPULATIONS
3           IT IS HEREBY STIPULATED AND AGREED by
4      and between counsel for the respective parties hereto
5      that:
6                  All rights provided by the Civil
7      Practice Law and Rules, including the right to object
8      to any question, except as to form, or to move to
9      strike any testimony at this examination is reserved.
10     And, in addition, the failure to object to any
11     question or to move to strike testimony at this
12     examination shall not be a bar or waiver to make such
13     motion, at and, is reserved for the trial of this
14     action;
15          IT IS FURTHER STIPULATED AND AGREED by
16     and between counsel for the respective parties
17     hereto, that this examination may be sworn to by the
18     witness being examined before a Notary Public, other
19     than the Notary Public before whom this examination
20     was begun, but the failure to do so, or to return the
21     original of this examination to counsel, shall not be
22     deemed a waiver of the rights provided by Rule 3116
23     and 3117 of the Civil Practice Law and Rules, and
24     shall be controlled thereby;
25          IT IS FURTHER STIPULATED AND AGREED by

Page 5

1      Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      be a bar or waiver to make such motion at, and is
3      reserved to, the trial of this action.
4           IT IS HEREBY STIPULATED AND AGREED by
5      and between counsel for all parties present that
6      pursuant to CPLR section 3113(d) this deposition is
7      to be conducted by video conference, that the court
8      reporter, all counsel, and the witness are all in
9      separate remote locations (except the witness and his
10     counsel are in the same physical location) and
11     participating via videoconference meeting under the
12     control of Associated Reporters International, Inc.
13     (ARII), that the officer administering the oath to
14     the witness need not be in the place of the
15     deposition and the witness shall be sworn in remotely
16     by the court reporter after confirming the witness's
17     identity, that this videoconference will not be
18     recorded in any manner and that any recording without
19     the express written consent of all parties shall be
20     considered unauthorized, in violation of law, and
21     shall not be used for any purpose in this litigation
22     or otherwise.
23          IT IS FURTHER STIPULATED that exhibits
24     may be marked by the attorney presenting the exhibit
25     to the witness, and that a copy of any exhibit

Page 7

1      Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      and between counsel for the respective parties
3      hereto, that this examination may be utilized for all
4      purposes as provided by the Civil Practice Law and
5      Rules;
6           IT IS FURTHER STIPULATED AND AGREED by
7      and between counsel for the respective parties
8      hereto, that the filing and certification of the
9      original of this examination shall be, and the same
10     hereby are waived;
11          IT IS FURTHER STIPULATED AND AGREED by
12     and between counsel for the respective parties
13     hereto, that a copy of the within examination shall
14     be furnished to counsel representing the witness
15     testifying without charge;
16          IT IS FURTHER STIPULATED AND AGREED by
17     and between counsel for the respective parties
18     hereto, that all rights provided by the Civil
19     Practice Law and Rules, and Part 221 of the Uniform
20     Rules for the Conduct of Depositions, including the
21     right to object to any question, except as to form,
22     or to move to strike any testimony at this
23     examination, is reserved. And, in addition, the
24     failure to object to any question, or to move to
25     strike any testimony, at this examination, shall not

Page 6

1      Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      presented to a witness shall be e-mailed to or
3      otherwise in possession of all counsel prior to any
4      questioning of a witness regarding the exhibit in
5      question. Unless otherwise agreed upon, all parties
6      shall bear their own costs in the conduct of this
7      deposition by video conference, notwithstanding the
8      obligation by CPLR to supply a copy of the transcript
9      to the deposed party by the taking party in civil
10     litigation matters.
11               CPLR § 3113 Conduct of Examination (d)
12     states:
13               (d) The parties may stipulate that a
14     deposition be taken by telephone or other remote
15     electronic means and that a party may participate
16     electronically. The stipulation shall designate
17     reasonable provisions to ensure that an accurate
18     record of the deposition is generated, shall specify,
19     if appropriate, reasonable provisions for the use of
20     exhibits at the deposition; shall specify who must
21     and who may physically be present at the deposition;
22     and shall provide for any other provisions
23     appropriate under the circumstances. Unless otherwise
24     stipulated to by the parties, the officer
25     administering the oath shall be physically present at

Page 8

2  (Pages 5 to 8)

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2     the place of the deposition and the additional costs
3     of conducting the deposition by telephonic or other
4     remote electronic means, such as telephone charges,
5     shall be borne by the party requesting that the
6     deposition be conducted by such means.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          The purpose of this deposition is to
3     ask you questions about the incident that gave rise
4     to this lawsuit.  A -- this -- this deposition is
5     being taken pursuant to Notice of Deposition in this
6     case.
7          Okay.  I'd like to go over the basic
8     ground rules for this deposition, so that we're all
9     on the same page.  I'll be asking you questions, and
10    both my questions and your answers will be recorded
11    by the Court Reporter.  Do you understand?
12         A.  Yes, sir.
13         Q.  Please keep your voice up and
14    speak clearly, so that the court reporter can
15    transcribe your deposition accurately.  You must give
16    a verbal response, as the Court Reporter cannot
17    report non-verbal responses, such as nodding or
18    shaking your head or uh-huhs.  Do you understand?
19         A.  Yes, sir.
20         Q.  Okay.  Since we are on video, it
21    is particularly important that you wait until I
22    finish asking a question before you begin answering
23    even if you think you know what the rest of the
24    question will be.  Otherwise, the Court Reporter
25    might have trouble if we talk over each other.  Will

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          (The deposition commenced at 08:38
3     a.m.)
4          COURT REPORTER:  The time is eight
5     thirty-eight.  We are on the record.  Mr. Brooks,
6     could you please raise your right hand?  Do you swear
7     or affirm that the testimony you give here today is
8     the truth, the whole truth, and nothing but the
9     truth?
10         MR. BROOKS:  Yes, ma'am.
11         THE WITNESS:  JOSEPH BROOKS; Sworn
12         COURT REPORTER:  You may put your hand
13    down.  Could you please state and spell your name for
14    the record?
15         THE WITNESS:  Joseph Alan Brooks, J-O-
16    S-E-P-H, A-L-A-N, B-R-O-O-K-S.
17         COURT REPORTER:  Thank you.  The
18    witness has been sworn.
19         DIRECT EXAMINATION
20    BY MR. HARBEN:
21         Q.  Good morning, Mr. Brooks.  My
22    name is Jeb Harben, and I represent Defendants
23    Finnegan, Wollman, and Gould in this action, which is
24    pending in the United States District Court for the
25    Southern District of New York.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2     you do that?
3          A.  Yes, sir.
4          Q.  Do you understand that you have
5     just taken an oath that requires you to tell the
6     truth, the whole truth, and nothing but the truth?
7          A.  Yes, sir.
8          Q.  Do you understand that even
9     though we are not in a courtroom, the oath that you
10    took is the same as the one you will take as a
11    witness if this case goes to trial?
12         A.  Sir, yes, sir.
13         Q.  As we are interested in finding
14    the whole truth that you just took an oath to give,
15    it is important that you give me full and complete
16    answers to the questions I ask.  If there is any
17    question that you do not understand for any reason,
18    please tell me, okay?
19         A.  Yes, sir.
20         Q.  If you do not hear any part of a
21    question, please tell me, okay?
22         A.  Yes, sir.
23         Q.  Unless you tell me otherwise, I
24    will assume you've understood and heard the entire
25    question.  Do you understand?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2        A.   Yes, sir.
3        Q.   If I ask you a question that you
4   do not know the answer to, will you tell me that you
5   do not know the answer and not guess the answer
6   unless I tell you to?
7        A.   Yes, sir.
8        Q.   Similarly, if I ask you a
9   question that you can now no longer remember, will
10  you tell me you cannot remember and not guess at the
11  answer unless I ask you to do so?
12       A.   Can you repeat that again,
13  please?
14       Q.   Similarly, if I ask you a
15  question that you can now no longer remember the
16  answer, will you tell me you cannot remember and
17  not guess at the answer unless I ask you to?
18       A.   Sir, yes, sir.
19       Q.   If I -- if you ever feel like you
20  need a break, please let me know, and we can take
21  one.  However, we can't take a break when a question
22  is pending.  You need to answer it first.  Do you
23  understand?
24       A.   Sir, yes, sir.
25       Q.   If you realize at any point

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   altered your testimony or memory or -- or -- or
3   whatnot, then they are irrelevant.  We just, we want
4   to know.
5        A.   Yes.  I'm --
6        Q.   We can -- listen, we can do this
7   as a confident, we can say this.  If you're concerned
8   about your medical whatever, we can do this little
9   part confidential.
10       A.   I'd appreciate that.
11       Q.   Yeah, okay.  So, if we could just
12  make this -- I mean, this medical part be
13  confidential, and then we'll un-confidential it once
14  we're over.
15       A.   Are we good?
16       Q.   Yes.
17       A.   All right.  Yes, I am under the
18  influence of prescription cannabis.
19       Q.   And when did you take
20  prescription cannabis?
21       A.   Last night.
22       Q.   When?  Last night?  Are you still
23  feeling the effects of prescription cannabis this
24  morning?
25       A.   No, sir.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   during the deposition that an earlier answer you told
3   me was inaccurate or incomplete, please let me know
4   and I'll give you the chance to correct it.  Do you
5   understand?
6        A.   Yes, sir.
7        Q.   Do you have any questions about
8   the rules of the deposition?
9        A.   No, sir.
10       Q.   Do you understand?
11       A.   Yes, sir.
12       Q.   Are you aware of any physical or
13  mental conditions that could interfere with your
14  ability to testify today?
15       A.   No, sir.
16       Q.   Have you taken any medication,
17  prescription medications, or over-the-counter drugs
18  in the past twenty-four hours?
19       A.   Sir, yes, sir.
20       Q.   If yes, what -- what medications
21  have you taken?
22       A.   Do I have to answer this as
23  they're not pertinent to this case?
24       Q.   Well, the -- the -- the answer is
25  that if -- if there are medications that could have

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2        Q.   During the course of this
3   deposition, will you need to have some more
4   prescription cannabis?
5        A.   Potentially at the end of it.
6        Q.   Okay.  But not during the
7   deposition?
8        A.   I'm going to do my best to avoid
9   it, sir.
10       Q.   Okay.  And how long have you been
11  taking prescription cannabis?
12       A.   Six and a half, almost seven
13  years.
14       Q.   And who prescribed it to you?
15       A.   I have three different doctors on
16  the record.  I can't re -- recall all of the ones,
17  but I had a Dr. Kahn.  I'm currently at Blue Sky
18  Haven Cannabis.
19       Q.   Is Dr. Kahn, C-A-H-N?
20       A.   No, it's K-A-H-N, I believe.
21       Q.   K-A-H-N.  And is -- is Dr. Kahn a
22  -- what kind of doctor is Dr. Kahn?
23       A.   I don't remember.
24       Q.   You know, if he's a psychiatrist,
25  psychologist, or -- or like a general practitioner?

4  (Pages 13 to 16)

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2       A.  I don't remember.  And I do not
3    believe he's a general practitioner.  It was for
4    neurological issues that I started seeing him.
5       Q.  When did those neurological
6    issues begin?
7       A.  I believe at birth.
8       Q.  Okay.  So, all right.  I think at
9    some point, I guess -- okay.  I don't think that -- I
10    think we're past the prescription part that's
11    confidential, so we can -- we'll move on and make the
12    deposition, just regular deposition at this point.
13    So, the neurological issues that you
14    think at birth or -- or but what are those
15    neurological issues?
16       A.  Migraines, petit mal seizures.
17       Q.  Okay.  And other than
18    prescription cannabis, do you take any medication
19    with those?
20       A.  No.
21       Q.  And does prescription cannabis
22    effectively treat the migraines and petit mal
23    seizures?
24       A.  Yes, sir.
25       Q.  And before you started taking

Page 17

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    prescription cannabis for those conditions, were you
3    treating them in any way, with any medication?
4       A.  I had tried several other
5    medications through doctors and neurologists, and
6    those medications proved to be detrimental to daily
7    life.
8       Q.  Okay.  Are you at all sick today?
9       A.  No, sir.
10       Q.  Are you currently under doctor's
11    care for any illness?
12       A.  No, sir.
13       Q.  Is there any reason why you
14    cannot testify fully and accurately today?
15       A.  No, sir.
16       Q.  Are you currently insured --
17    insured by either Medicare or Medicaid?
18       A.  Yes, sir.
19       Q.  Which -- which one, Medicaid or
20    Medicare?
21       A.  Medicaid.
22       Q.  Other than the -- the migraines
23    and petit mal seizures that you're, you described
24    earlier, do you have any -- do you presently have any
25    medical problems or conditions?

Page 18

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2       A.  Back injuries, anxiety, P.T.S.D.,
3    asthma.
4       Q.  So, what -- and how long have you
5    had asthma?
6       A.  Thirteen, twelve.  Somewhere in
7    there; a while we realized it.
8       Q.  And do you have asthma attacks or
9    just --
10       A.  Occasionally.
11       Q.  Okay.  And the -- the -- the
12    marijuana doesn't -- the cannabis doesn't have an
13    effect on that?
14       A.  No, sir.
15       Q.  And you're smoking a cigarette
16    right now.  That -- that --
17       A.  Sir, yes, sir, that does not, in
18    fact that opens my lungs up.
19       Q.  Okay.
20       A.  Especially when I'm having an
21    attack and can't find my inhaler.
22       Q.  Okay.  And the back injury, when
23    did -- when did you -- when did you injure your back?
24       A.  I don't remember the exact date,
25    but it was sometime roughly in 2006, 2005.  I then

Page 19

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    re-injured it again at another time in a car
3    accident, head on with a tree.  I'm not sure if you
4    can get exactly the date of that.
5    And then, I then re-injured it again
6    on October 28th, on Route 28th, I was flipped over in
7    a driver's side impact.
8       Q.  October 28th of what year?
9       A.  2014, I believe.
10       Q.  Okay.  So, the back, your back
11    injury existed prior to the events of this lawsuit,
12    correct?
13       A.  Sir, yes, sir.
14       Q.  And the various exacerbating
15    events also occurred before the -- this lawsuit?
16       A.  Sir, yes, sir.
17       Q.  Okay.  And anxiety, how long have
18    you been getting -- when were you diagnosed with
19    anxiety?  What was that -- was -- was the anxiety a
20    diagnosis, or is that -- your -- let me rephrase.
21       A.  Anxiety --
22       Q.  Were you -- were you diagnosed
23    with an anxiety disorder or something along those
24    lines?  Or is this generalized anxiety feelings?
25       A.  I was diagnosed with anxiety

Page 20

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2  disorder.
3      Q.  And when was that?
4      A.  That was during the same intake
5  where I had an E.E.G.
6      Q.  And what year was that?
7      A.  I want to say 2012 or 2013.
8      Q.  Okay.
9      A.  Could have also been 2015 or '16.
10     Q.  And P.T.S.D., when were you
11 diagnosed with that?
12     A.  Right at the same appointment.  I
13 believe it was Coastal Neurology.
14     Q.  Is your cannabis prescription, is
15 it also intended to assist with the anxiety and
16 P.T.S.D.?
17     A.  It is.
18     Q.  Okay.  So, somebody from Coastal
19 Neurology, if you have rendered a P.T.S.D. and
20 anxiety diagnosis?
21     A.  Dr. Marawar, Rohit Marawar, if
22 I'm saying his name correctly.
23     Q.  Okay.  And given that you've --
24 you've raised the -- the P.T.S.D. and whatnot in your
25 answers to the interrogatories as -- as an issue.  I

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2      A.  No, sir.
3      Q.  Oh, and for the back injury, did
4  you receive any medication for that?
5      A.  I did at the times of those
6  injuries.  I also went through physical therapy.
7      Q.  Are you claiming that the July
8  26, 2019 incident that's subject to this lawsuit in
9  any way exacerbated your back injury?
10     A.  Yes, sir.
11     Q.  Okay.  So who -- who was your,
12 did -- did you receive any medical treatment for any
13 exacerbation of that back -- back injury?
14     A.  No, sir.
15     Q.  Okay.  Who was -- and when was
16 the last time you received medical treatment for that
17 back injury?
18     A.  As soon as I got out of the jail
19 that day, I was able to start trying to look for
20 treatment.  I asked while I was incarcerated
21 wrongfully for treatment while in those facilities
22 for documentation of my bruises and the injuries and
23 the pain.
24     Q.  When you talk about those
25 facilities, are you talking about facilities in

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2  guess we would -- we would forward medical releases
3  to -- to Coastal Neurology and attempt to figure out
4  where Dr. Kahn is.  Is that understood?
5      A.  I just lost your video somehow.
6      Q.  Sorry?
7      A.  Give me just -- I just lost the
8  visual of the page.  Give me a second.  Got it.
9  Thank you.  Sorry.
10     Q.  All right.  You've -- you've
11 executed medical releases for us to forward to your
12 various providers, and I'm just letting you know that
13 well -- we may go ahead.
14     And over -- now, that we have that
15 information, which I don't think was -- I don't think
16 I saw it in the interrogatory responses and does
17 relate things stated in your interrogatory responses
18 as -- as germane to your claims, where we -- we -- we
19 may forward medical releases to Coastal Neurology and
20 Dr. Kahn.  Just -- just letting you know.
21     A.  I understand.
22     Q.  It doesn't mean -- it doesn't
23 mean we necessarily use any of this stuff, but we
24 want to see what the records say.  All right.  Any
25 other medical conditions?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2  Westchester County?
3      A.  Sir, yes, sir.  Valhalla.
4      Q.  And when you got out, did you
5  seek any treatment?
6      A.  Yes.
7      Q.  And where -- where did you get
8  that treatment?
9      A.  I didn't get any.
10     Q.  Oh.
11     A.  I sought it out.  I didn't get
12 it.
13     Q.  Do you have a general
14 practitioner that you -- that sees you in New
15 Hampshire?
16     A.  I didn't at the time.  I do now.
17     Q.  And prior to the 2019 incident, I
18 believe you indicated things got exacerbated in 2014.
19 Who -- who was treating you for your back -- back --
20 back, prior to the incident?
21     A.  I'm not sure.
22     Q.  Were you -- were you -- was that
23 done at the hospital?  Or the -- did you have a
24 doctor then that you saw?
25     A.  I don't remember.

afb48061-4252-4a63-bc2b-5195d53f20f7

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    Q.  Now, you're saying you believe
3    it's the -- I believe your interrogatory response
4    references, I think -- I think it's a Dr. Kate
5    Carlson at the Goodwin Community Health Clinic.  Is
6    that where you get your general medical treatment
7    now?
8    A.  That is my current
9    representatives.  Kate Carlson is one of my
10    practitioners there.  Dr. Sebastian is also my other
11    primary care.
12    Q.  Okay.  And when did you start
13    going to the Goodwin Community Health Clinic?
14    A.  Roughly about a year ago.
15    Q.  And since you've been attending
16    the Goodwin Community Health Clinic, did you or have
17    you ever made any complaints about your back to those
18    practitioners?
19    A.  Sir, yes, sir.
20    Q.  And would that be -- okay.  And
21    did they prescribe anything for that?
22    A.  They attempted to.  I choose to
23    refrain from utilizing pharmaceutical grade heroin
24    based derivatives, opioids, if you will.
25    Q.  Okay.  And other than the -- have

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    A.  I don't recall the last date, but
3    I guarantee you it was at least more than a year
4    before New York.
5    Q.  Okay.  So, approximately two --
6    before 2019 --
7    A.  Yeah.
8    A.  -- you had physical therapy for
9    your back.
10    A.  Yes, sir.
11    Q.  And do you recall the name of
12    your physical therapist?
13    A.  No, sir.
14    Q.  Or the company?
15    A.  I want to say Seacoast
16    Orthopedics, but that might have just been one of the
17    buildings I went to at one time.
18    Q.  Have you ever been hospitalized
19    for any medical condition?
20    A.  I don't think so.
21    Q.  So, at --
22    A.  What do you mean by --
23    Q.  I'm sorry.
24    Q.  Sorry.  Go ahead.
25    Q.  Other than maybe when you were

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    you ever received a specific diagnosis as to what
3    your back injury entails?
4    A.  Yes.
5    Q.  And what is that?
6    A.  I'm not a doctor.  I couldn't
7    begin to put it into words.
8    Q.  Well, for example, have you been
9    told you have a hernia in your disc or something
10    along those lines?
11    A.  Something to that effect.
12    Q.  Okay.  And have you ever have --
13    have any of your doctors told you that surgery would
14    be a potential way to resolve these back problems?
15    A.  No.
16    Q.  So currently, does the medical
17    grade -- the cannabis that you take also assist you
18    with your back?
19    A.  It does and that is one of the
20    tools that I utilize to deal with it and to medicate
21    for it as well as reaching for what I was taught
22    through physical therapy, and those are also somewhat
23    helpful.
24    Q.  And when was the last time you
25    had physical therapy for your back?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    born, have you ever been hospitalized?
3    A.  Hospitalized, meaning you have to
4    be there, you're going to die or hospitalized,
5    meaning you went there for a visit or an issue?
6    Q.  Just over -- an overnight?
7    A.  No.
8    Q.  You -- have you ever had any
9    surgery where you've been put under anesthesia?
10    A.  Yes.
11    Q.  And what was that?
12    A.  I had a colonoscopy.
13    Q.  So, prior to July 26th, 2019, you
14    -- you had a back injury, correct?
15    A.  Correct.
16    Q.  And when you claim -- when you
17    say it was exacerbated following the incident, is --
18    do you still feel effects of that?
19    A.  Sir, yes, sir.
20    Q.  And what -- can you describe what
21    those effects are?
22    A.  Well, it's simple.  I was headed
23    to New York to pack up a family's home because the
24    work that was being done on my back, the masseuse
25    work, as well as utilizing what I was doing with the

afb48061-4252-4a63-bc2b-5195d53f20f7

Page 29

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    training techniques from physical therapy was able to
3    get me in a position I felt comfortable enough to go
4    pack a family member's home.
5         I now sit with things around me I
6    don't want around me and look at them and decide
7    whether or not I'm going to get up and go move them
8    or be irritated by their presence.
9         Q.  Well, is that -- is that a -- a
10   back pain issue or an emotional issue?
11        A.  That is a back pain issue.
12   That's a deciding, I don't want to get off the
13   heating pad or even move.
14        Q.  Other than P.T.S.D. and anxiety,
15   have you been, ever been diagnosed with any other
16   mental health conditions?
17        A.  No.  Not to my awareness.
18        Q.  Okay.  And again, is -- is
19   cannabis is the only med -- medication you use with
20   respect to any of these mental health conditions?  Is
21   that correct?
22        A.  That's correct.
23        Q.  Have any other medications been
24   prescribed that you decided to not utilize them?
25        A.  Not in the last decade.

Page 30

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2         Q.  Okay.  When was the last time you
3    saw a mental health professional for any reason?
4         A.  Yesterday.
5         Q.  And who was that?
6         A.  Kate Carlson.
7         Q.  And how often do you see Kate
8    Carlson?
9         A.  About once a month of -- maybe
10   occasionally two -- two times in a month if the month
11   gets a little congested.
12        Q.  Now, is that something that you -
13   - you do?  Is that -- is that done in connection with
14   any requirements as a -- as a -- as a parolee or
15   person on probation, or is that -- let me -- let me -
16   - let me rephrase that.  Why do you see Kate Carlson?
17        A.  07/26/2019.
18        Q.  Okay.  Is this -- I'm sorry.  Are
19   you referring to the incident that's subject to this
20   lawsuit?
21        A.  Sir, yes, sir.
22        Q.  Okay.  And before Kate Carlson,
23   have you been seeing any mental health professionals?
24        A.  Not before the -- oh, I can't say
25   no.  I had been seeing other mental health

Page 31

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    professionals regarding other things.
3         Q.  And that would be with respect to
4    your P.T.S.D. and anxiety?
5         A.  No.
6         Q.  Who are these other mental, who -
7    - what are the names of the other mental health
8    professionals?
9         A.  They are years and decades back,
10   but Judith Mann, Ruth Kevghas.
11        Q.  Ruth?
12        A.  Kimberly Marsh.
13        Q.  Hold on, Ruth Kevghas.  How do we
14   spell?  Do you know how to spell it?
15        A.  Kevghas, K-E-V-G-H-A-S, I
16   believe.
17        Q.  G-H-A-S.  Okay.  And what -- what
18   was the next one?
19        A.  Kim Marsh.
20        Q.  And these are all therapists?
21        A.  Different therapists, or forms of
22   licensed practitioner.
23        Q.  And were -- were these -- you see
24   these people in the -- in an institutional setting or
25   when you were out -- outside of an institutional

Page 32

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    setting?
3         A.  Both.
4         Q.  All right.  Which -- which of
5    these people were -- did they work in an
6    institutional setting?
7         A.  They did.
8         Q.  They all are?
9         A.  They also worked in
10   (unintelligible) setting.
11        Q.  Okay.  So -- well, I'll get into
12   that later.  Anyone else?
13        A.  Not that I can recall.
14        Q.  And, I'm sorry, how -- how often
15   do you see Kate Carlson now?
16        A.  Once a month.
17        Q.  Okay.  We've -- we've forwarded
18   you a mental health release which we haven't gotten
19   back.  We've gotten back to medical releases, but I
20   don't -- in New York, it has to be a separate mental
21   health release.
22        I don't know if we'll -- I'll see if -
23   - if in New Hampshire, the medical records release
24   will cover everything, but we've still requested
25   mental health releases that can be sent, so we can

afb48061-4252-4a63-bc2b-5195d53f20f7

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    collect those records.  Okay.
3           Have you ever been deposed before?
4           A.   No, sir.
5           Q.   Have you ever testified in court?
6           A.   No, sir.
7           Q.   Other than this lawsuit, and I
8    believe you filed a court of claims lawsuit that
9    relates to the incidents in this case, have you ever
10   been a plaintiff in a civil lawsuit?
11          A.   Not that I'm aware of, sir.  I
12   don't believe so.
13          Q.   The car accident that you
14   described back in, I think, 2014, did you sue then?
15          A.   No, sir.
16          Q.   And you've -- have you ever been
17   a witness in a civil lawsuit?
18          A.   Not that I'm aware of.  Excuse
19   me.
20          Q.   Ever been a defendant in a civil
21   lawsuit?
22          A.   Yes.
23          Q.   And what was that?
24          A.   It was a lawsuit in lieu of funds
25   that I was attempting to make payment to, attempting

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2           Q.   And what -- where -- what --
3    where did you use the name Joseph Ferguson?
4           A.   Because my stepfather was going
5    to give me his last name, and I was taking that last
6    name, and I was using it in school.
7           Q.   Okay.  And Dark Magician, that's
8    your internet handle or -- or --
9           A.   It's -- it's --
10          Q.   -- game handle?
11          A.   -- a gaming handle.  Yes, sir.
12          Q.   Which -- which games -- which
13   games do you play?
14          A.   Fortnite, Fortnite Lego.
15          MR. HARBEN:  You take a -- I, I'm
16   sorry, we haven't been going very long, but I got to
17   go to the bathroom, so.  All right?
18          THE WITNESS:  I understand that, sir.
19          MR. HARBEN:  Been drinking a lot of
20   coffee.
21          THE WITNESS:  I feel you.
22          MR. HARBEN:  All right.
23          COURT REPORTER:  We're off the record.
24   (Off the record; 09:12 a.m.)
25   (On the record; 09:21 a.m.)

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    right around the time of all of this, and they put a
3    lien on my truck, and then they didn't show up.
4           Q.   So they put a lien on your truck,
5    but they didn't?
6           A.   They -- it was sitting in my
7    driveway, sir.
8           Q.   Okay.  And did you eventually
9    address whatever that collection debt claim was?
10          A.   Attempted to, got nowhere.
11          Q.   Okay.  So, that was 2019, I guess
12   that's -- that's over and done with?
13          A.   It actually occurred after 2019,
14   but the incident of purchase that resulted in the
15   civil -- instance we're discussing here --
16          Q.   Yeah.
17          A.   -- that was like after 2019.  The
18   actual incidents of them not showing up.
19          Q.   Ha -- have you ever been known by
20   any other name than Joseph Brooks?
21          A.   Yes.
22          Q.   And what is that?  What were --
23   what are those names?
24          A.   Joseph Ferguson, Dark Magician
25   Six Six Six Seven, Dark.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2           COURT REPORTER:  We're on the record.
3    It's nine twenty-one.
4           BY MR. HARBEN:  (Cont'g.)
5           Q.   Where were you born?
6           A.   Manchester, New Hampshire,
7    Elliott Hospital.
8           Q.   What is your current height and
9    weight?
10          A.   Hundred thirty-two pounds, and
11   five-nine.
12          Q.   And on -- on July 26th, 2019,
13   approximately how much did you weigh?
14          A.   About a hundred thirty pounds.
15   Hundred twenty-nine, somewhere in there.
16          Q.   And where did you grow up?
17          A.   Maine, New Hampshire, California,
18   Texas.
19          Q.   Okay.  You were born in New
20   Hampshire, and you wound up coming back to New
21   Hampshire, is that --
22          A.   That's right.
23          Q.   -- correct?
24          A.   Yes, sir.
25          Q.   And you -- you grew -- you grew

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  up in -- in various places.  Were you a military
3  child?
4       A.  No, sir.
5       Q.  Or just normal?
6       A.  No, sir.  Family luggage.
7       Q.  All right.  Did you play any
8  sports growing up?
9       A.  Some.  Not -- not for teams.
10      Q.  What's -- what sports do you
11  play?
12      A.  I like to race.  I liked to play
13  street hockey.
14      Q.  And what -- by race, what -- what
15  kind of racing do you mean?
16      A.  Bikes, cars.  Anything fast
17  enough to do something stupid in.
18      Q.  Okay.  And you still bike?
19      A.  No.  Too old for that.
20      Q.  Never too old.
21      A.  Too old with a back injury.
22      Q.  And street hockey?  You doing any
23  -- and still play street hockey?
24      A.  No.  The bike might be a better
25  choice.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2       A.  I believe 2010, 2011.
3       Q.  And after obtaining the G.E.D.,
4  did you take any college classes?
5       A.  I took a couple.
6       Q.  And where -- where did you take
7  those college classes?
8       A.  One of them is Granite State -- I
9  think it's University -- it's been too long for me to
10  remember.  For sure I -- I took some credits worth
11  and some computer educational courses.
12      Q.  Was this while you were
13  incarcerated?
14      A.  It was.
15      Q.  So, you -- you took some classes
16  but it didn't culminate in a -- in an associate's
17  degree or anything like that?
18      A.  No.  I was given some other
19  advancement opportunities that played out better for
20  me.
21      Q.  And what were those?
22      A.  Freedom.
23      Q.  Okay.  Have you ever attended any
24  trade schools or anything along those lines?
25      A.  No, sir.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2       Q.  Okay.  I'm old and fat and you
3  have a bad back.  I -- I do all those things.
4       A.  Hey -- hey, I'll tell you what.
5  Tell -- tell me who your doctor is.  Maybe I'll get
6  on your plan.
7       Q.  I know.  Did you ever have any
8  injuries from biking or street hockey?
9       A.  No.  Scrape knees, maybe.
10      Q.  Okay.  What -- what is your
11  marital status?
12      A.  Single.
13      Q.  Have you ever been married?
14      A.  No.
15      Q.  Do you have any children?
16      A.  No.
17      Q.  Do you have any siblings?
18      A.  No.  Only child.
19      Q.  What's your highest level of
20  education?
21      A.  Eighth grade.
22      Q.  Did you obtain your G.E.D. at
23  some point?
24      A.  I did.
25      Q.  And when was that?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2       Q.  Have you ever been in the
3  military?
4       A.  No, sir.
5       Q.  Okay.  So, have you ever been
6  convicted of a crime that resulted in you being
7  incarcerated?
8       A.  Yes, sir.
9       Q.  What was that?
10      A.  Aggravated felonious sexual
11  assault.
12      Q.  Okay.  And was that a conviction
13  from the result of a plea bargain or a trial, or how
14  did that come about?
15      A.  I turned myself in and I took the
16  maximum sentence as a plea bargain.
17      Q.  And what was that?
18      A.  Twenty to thirty.
19      Q.  And when -- when was that?
20      A.  2001.
21      Q.  And how long -- how -- wha -- how
22  long sentence did you wound up serving?
23      A.  A ten to thirty.  Ten years with
24  the rest of it on parole and suspension time.
25      Q.  So, you were incarcerated from

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    2001 to 2011 or -- or two -- or '12?
2
3        A.  Yes, sir.  Affirmative, 2011.
4        Q.  2011?  And you know when you were
5    released in 2011?
6        A.  I don't remember, but I want to
7    say April.
8        Q.  Okay.  Does that mean you're on
9    parole until 2031?
10       A.  No.  That meant I was on parole
11   until 2022.
12       Q.  2022.  You're no longer on
13   parole?
14       A.  No, sir.
15       Q.  Okay.  And are you under any sort
16   of continued supervision?
17       A.  Yes, sir.
18       Q.  And what is that?
19       A.  I believe it's called diversion.
20       Q.  Okay.  And what does that entail?
21       A.  That entails I call a guy once a
22   month and tell him that I'm not breaking any laws,
23   that I haven't had any police problems, et cetera.
24   And that I'm still seeing my counselors for best
25   interest.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    started seeking.  It became a part of Diversion
2    later.
3
4        Q.  Okay.  So, you were incarcerated
5    for ten years.  Where were you incarcerated?
6        A.  Concord, New Hampshire State
7    Prison and Berlin State Prison.  Sorry, Berlin, New
8    Hampshire State Prison, to clarify.
9        Q.  And how long -- when were you in
10   Concord?
11       A.  2001 to sometime in 2002 or 2003.
12   They transferred me to Berlin.  And I was there until
13   they transferred me back to Concord I -- I think
14   sometime in 2009.
15       Q.  Okay.  And what -- do you know
16   what the security classifications of those prisons
17   are?
18       A.  Sir, yes, sir.
19       Q.  And what -- what's -- what's the
20   security classification of Concord?
21       A.  C-three -- I'm sorry, C-one
22   through C-five inmates.  I was always a gen pop C-
23   three inmate, except for minimal instances.
24       Q.  And what -- what is that?  Do you
25   know if that corresponds to medium, maximum, minimum?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1        Q.  Okay.  And so, is -- is visiting
2    your therapist Ms. Carlson part of this, the
3    diversion program as well?
4        A.  Sort of.
5        Q.  And is that a lifetime situation,
6    or are they --
7        A.  No.
8        Q.  And when does that end?
9        A.  In about another four year --
10   three -- three to four years, give or take.  Unless I
11   have -- I suddenly start doing better, emotionally.
12       Q.  Okay.  And is that through the --
13   the New Hampshire Probation or Parole Department or
14   something along those lines, or is it something else?
15       A.  It's through Diversion and
16   Tactics.
17       Q.  Okay.  And what -- what state
18   agency is that?
19       A.  I don't know.
20       Q.  Okay.  And that, is that due to
21   the -- the nature of your offense or due to your
22   mental health state?
23       A.  My mental health state.  Kate was
24   something, by the way, that I started on my own and

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1        A.  I believe it's a medium security
2    facility.
3        Q.  And what about Berlin?
4        A.  Medium security facility.
5        Q.  Did either one of those
6    facilities provide -- allow you to do work release or
7    anything along those lines?
8        A.  I didn't hear you.  Can you
9    please speak up again?
10       Q.  Did you -- did you do work
11   release at either one of those prisons?
12       A.  No, sir.  I did work at them, but
13   not work release.  Work release is where you work on
14   the streets.
15       Q.  Right.  Okay.
16       A.  But I did work while incarcerated
17   in those facilities, for those facilities.
18       Q.  And what did you work at?
19       A.  Information technology and data
20   in Berlin prison.  And I did the sign shop and the
21   kitchen in Concord prison.  As well as education.
22       Q.  And are you employed now?
23       A.  No, sir.
24       Q.  Have you -- have you ever --

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  outside of the prison setting, have you ever had any
2  employment in information and technology work?
3
4        A.  Not for any facilities, services,
5  or businesses.
6        Q.  And what -- what employment did
7  you have?
8        A.  I worked for myself occasionally,
9  putting a computer out here or there for people that
10  I build.  And as a teenager, I worked for L.J.
11  Monitors.
12       Q.  Okay.  So, you do computer
13  builds, like custom computer builds, and that sort?
14       A.  Yes, sir.
15       Q.  And in terms of I guess software
16  programming skills, do you have any of those?
17       A.  A little.  I can actually fully
18  install an operating system, completely run function,
19  and diagnose a computer problem of practically most
20  kinds.
21       Q.  Have you considered any work with
22  a tech support or anything like that?  Remote tech
23  support?
24       A.  I -- I've considered it but
25  networking is more of my game, which is more of an

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2        Q.  Did you do any other remodeling
3  work?
4        A.  No, I tried going to Northampton
5  Truck Center prior to that to work for them.
6        Q.  Okay.  And when you say tried,
7  did you -- did you work -- is that when they
8  accurate?
9        A.  I -- I worked for them for four
10  days when they told me that they refused to pay me
11  even minimum wage, despite the completion of the job
12  to their specs and requests.
13       Q.  Okay.  Any -- and, was the
14  remodeling for a friend or were you --
15       A.  I -- I met the guy -- I met the
16  guy through a Craigslist fish sale.  I sold him a
17  fish.  I kind of liked the guy.  We started talking
18  and hanging out.  He asked me for some cocktail
19  napkin ideas.  I gave them to him.  Next thing you
20  know, he put me in a truck and put me to work.
21       COURT REPORTER:  Just a reminder to
22  wait for the entire question before you answer, so
23  we're not cutting each other off.  Thank you.
24       THE WITNESS:  Sorry, you guys said
25  that.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  on-site job where you have to be in person.
2        Q.  Okay.  And have you explored any
3  of those opportunities?
4        A.  I have.
5        Q.  Are they limited in New
6  Hampshire?  Is that the issue or?
7        A.  No, that's not the issue.
8        Q.  Okay.  You -- you were released
9  from prison in 2011, between 2011 and July 26, 2019,
10  did you have any form of employment?
11       A.  Yes.
12       Q.  And what was that?
13       A.  I was trying to put back into my
14  community and became employed through a friend.
15  Remodeling his entire basement.
16       Q.  And when did you do that?
17       A.  As well as driving and
18  chauffeuring.  I'm not sure of exactly the dates, but
19  it was sometime in 2016.
20       Q.  What was the --
21       A.  I can give you the address to
22  Alex Court, Somersworth, New Hampshire, and I can
23  give you the YouTube of the video that of the
24  walkthrough of the basement that I built.
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2        MR. HARBEN:  Okay.
3        BY MR. HARBEN:  (Cont'g.)
4        Q.  So that's, that was Northampton
5  trucking or the remodeling job?  I'm sorry --
6        A.  Yes --
7        Q.  You said he put you in a truck.
8  Where, which --
9        A.  That was -- that was my friend on
10  Craigslist who had me remodeling his basement.
11       Q.  Oh, okay.  All right.  And do you
12  raise fish?
13       A.  I do.
14       Q.  And is -- is that a business of
15  yours or a side?
16       A.  No.
17       Q.  And where do you raise the fish?
18       A.  In my house, in my home, in my
19  room.
20       Q.  Okay.
21       A.  A hundred and eighty-five gallon
22  tank.
23       Q.  And so, you say you listed them
24  on Craigslist.  Do you sell them on Craigslist?  Do
25  you give them up for adoption or -- or how does that

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2       work?
 3           A.  I occasionally trade with people.
 4    I usually take in more fish than I ever get rid of
 5    because people just don't do for the fish what I
 6    would happily want for them.
 7           Q.  Okay.  What kind -- what kind of
 8    fish do you do -- you raise?
 9           A.  Cichlid, African Cichlid.  Jack
10    Dempsey, African Cichlids and other species.  Mbuna
11    and other species of African Cichlid.
12           Q.  So, are these sort of ex -- ex --
13    exotic aquarium fish or -- I don't, I'm not familiar
14    with them.
15           A.  They are.  They're -- they're
16    exotic fresh water African species.
17           Q.  And when did you -- when did you
18    get into that?
19           A.  When I was about twenty-nine,
20    twenty-eight.
21           Q.  So, that'd be right after getting
22    out of prison?
23           A.  Yes, sir.
24           Q.  And what -- what got you into
25    that?  Just.
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2           A.  I also, the last place that I, or
 3    the first place I should say that I actually got a
 4    serious quality of working job when I first got out
 5    of prison, was when I worked at Riverhouse
 6    Restaurant.  In Portsmouth, New Hampshire.
 7           Q.  How long did you worked there?
 8           A.  I don't remember.  I honestly
 9    don't.
10           Q.  Approximately when was that?
11           A.  That was literally approximately
12    May, June, July area of 2011.
13           Q.  Have you had any form of
14    employment since July 26, 2019?
15           A.  No.
16           Q.  When was the last time you did a
17    computer -- custom computer build?
18           A.  I did one for myself a couple --
19    a couple months ago, and then, before that I did one
20    for my mother.
21           Q.  Do any -- have you done any
22    outside of the family?
23           A.  Not in quite some time.
24           Q.  Since before or after July 26,
25    2019?
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2           A.  Well, I grew up with fish tanks
 3    in the house with the family.  I enjoyed the species.
 4    They're calming, they're soothing, they're peaceful,
 5    and I'd always liked species that my family couldn't
 6    afford or didn't want to bring home because of the
 7    management of the tank.
 8           Q.  Okay.  Any other employment since
 9    you were released from prison in 2011?
10           A.  Yes.
11           Q.  And what was that?
12           A.  I worked at a -- I worked at a
13    well company for three days before he refused and
14    asked me to break the law.
15           Q.  Ask you to break the law, by --
16    by what?
17           A.  By not doing my due diligence as
18    a registered offender to register working for him.
19           Q.  Okay.  Do you still have to do
20    that now?
21           A.  For the rest of my life.
22           Q.  Oh, because that's -- that's a
23    sex offender thing.
24           A.  Yes.
25           Q.  Is that -- okay.
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2           A.  No.  Not -- not -- not -- not
 3    since 20/6/19.
 4           Q.  And the -- your I.T. and -- and
 5    computer build skills, are these something you were
 6    part of the, what you learned at -- while
 7    incarcerated, or are you -- these are skills that
 8    you've picked up on your own?
 9           A.  Those are skills that I started
10    learning at eight-years-old, sir, while my mother was
11    training me to help her with her back injuries and
12    working on her computers, while she was trying to
13    grow her son's mind.
14           Q.  Okay.  So, these are skills you
15    picked up on --
16           A.  On my own.
17           Q.  Okay.
18           A.  I also worked for L.J. Monitors,
19    as I priorly mentioned, at fourteen.
20           Q.  And what were you doing with L.J.
21    Monitors?
22           A.  Getting my education advanced for
23    a small amount of pay and building, troubleshooting,
24    and setting up computers on showroom floors and
25    platform -- platform tables.  Loading and unloading
```

afb48061-4252-4a63-bc2b-5195d53f20f7

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    the trucks to do it.
3        Q.  Is part of your claim in this
4    case that the events of July 26, 2019 have caused you
5    to be unable to be employed?
6        A.  No.  I will -- I will claim that
7    they've exacerbated my want to involve myself with
8    more people. I've come to the point of wanting to
9    involve myself with less and less people since.
10        Q.  During your time when you were
11    incarcerated, were you ever assaulted?
12        A.  Yes.
13        Q.  How many times were you
14    assaulted?
15        A.  At least three.
16        Q.  And can you describe the
17    assaults?
18        A.  Did I or can I?
19        Q.  Can you describe them?
20        A.  Currently incarcerated -- I'm
21    sorry, I said the word currently.  It's inaccurate.
22    At the time I was incarcerated in a county jail in
23    Rockingham.  Transferred from Stratford County, I had
24    my head smashed off of a steel table, desk, concrete
25    walls and floors by an inmate who ran into my room,

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    defending myself.
3        Q.  Okay.
4        A.  I can even tell you that inmate's
5    name.
6        Q.  If you wish to do so, I mean --
7        A.  Not really pertinent, but this is
8    obviously all about the posterity of honesty --
9    honesty.  So, Wayne Rabenau.  I know I couldn't spell
10    it if I tried.
11        Q.  If it's spelled like other
12    Rabenau's, I know how to spell it.
13        A.  Okay.
14        Q.  So, and you said there was a
15    third assault?
16        A.  Yeah.
17        Q.  And what was that?
18        A.  I was transferred in Concord,
19    that was post my conviction, to a new inmate's room
20    because my roommate wanted a different roommate, and
21    he chose to tell me that I wasn't going to make it to
22    count when he started beating on me, the new
23    roommate.
24        Q.  And did you sustain any injuries?
25        A.  Yes, one of the back injuries

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    asked me who I was, and started beating on me.
3        Q.  Okay.  Was that prior to your
4    conviction or while you were waiting?
5        A.  Prior.
6        Q.  Prior.  What -- how about the
7    next -- next incident?  You said there was --
8        A.  Still prior.
9        Q.  Sorry?
10        A.  It was still prior.
11        Q.  Okay.  No.  I'm -- I'm just
12    saying, I'm just going over the times you were
13    assaulted like you --
14        A.  I -- I was in Stratford County
15    Jail.
16        Q.  Okay.
17        A.  And I had been kept in there.  I
18    was in gen pop with a carton of cigarettes, and an
19    entire, what we called them, a kit roll, which is
20    stamps, envelopes, paper, cigarettes and canteen.
21        An inmate knew about what I was there
22    and was charged for and began threatening me, called
23    me into the bathroom.  I told him, I said, we didn't
24    need to do this.  He gave me all kinds of physical
25    jousts and juts and pushes.  And I responded by

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    that to this day that I still feel in my neck and
3    back is the injury that I sustained from that
4    individual.
5        Q.  And Mr. Rabenau, did he cause any
6    permanent injuries?
7        A.  Yeah, he chipped a tooth.
8        Q.  And on the first incident where
9    your head was smashed, any -- any -- anything
10    permanent there?
11        A.  They took photographs of my -- my
12    face that was swollen up, who knows what it did to my
13    head and the damage inside.
14        Q.  Did you file any, any claims with
15    respect to those incidents?
16        A.  I attempted to.  I was then
17    suddenly dissuaded by my own legal recourse of duties
18    to deal with.
19        Q.  What do you mean by that?
20        A.  I was currently facing charges.
21    I had other duties that had more responsibility and
22    requirement.  So, I could not deal with the attack
23    and the paperwork to deal with it.  And deal with
24    being prosecuted at the same time.
25        Q.  What charges were you being

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    prosecuted?
2    
3         A.   Aggravated felonious sexual
4    assault.
5         Q.   Is that in addition to what you'd
6    already been convicted of?
7         A.   No.  That was the instance
8    offense we're discussing initially.
9         Q.   Okay.  And so, you mean you're
10   talking about your appeal?  Or how were you still
11   being prosecuted if you were already incarcerated?
12   Oh, I see.  So for the first two, you had not been
13   convicted yet.  Okay.
14        A.   Yes, sir.
15        Q.   All right, I get it.  So, the
16   third one, you had been convicted, you didn't -- you
17   didn't pursue any claim on that one.  Is that
18   correct?
19        A.   Correct.
20        Q.   And is that -- okay.  All right.
21   So, other than the one incident where you were
22   attacked while incarcerated at the -- the New
23   Hampshire State Prison, you were in New Hampshire
24   State Prisons for almost -- almost ten years?
25        A.   Yes, sir.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    like they were staged or written out on a menu or
2    agenda time frame.  Sometimes I get attacked twice in
3    a week.  Sometimes I got attacked three times in a
4    month.  Sometimes I didn't get attacked for two
5    years.
6    
7         Q.   And would these be by inmates,
8    officers, both?
9         A.   Inmates.  I've never had a
10   problem with an officer in my life up until
11   07/26/2019, involving any form of violence.
12        Q.   Okay.  And the -- the attacks
13   when you were incarcerated, is it because of your --
14   your crime?  Do you think it was because it was a
15   crime of conviction, or because you're not a
16   particularly big person?
17        A.   I think that not a particularly
18   big person played a very small part in it, but I -- I
19   do believe ninety-eight point nine percent of it
20   played a part due to my conviction.
21        Q.   And were you ever -- did you ever
22   receive any disciplinary sanctions as a result of any
23   of these incidents?
24        A.   Yes, sir.
25        Q.   And what -- what -- what were

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    
2         Q.   You were --
3         A.   Nine and three quarter's years to
4    be exact to the change.
5         Q.   Okay.  And so you were attacked
6    once during that period?
7         A.   No.  I was attacked a lot more.
8    I just didn't feel like dealing with any of it and
9    labeling it as assaults because there was no severe
10   damage.
11        Q.   Right.  Okay.
12        A.   I consider --
13        Q.   So --
14        A.   I consider severe damage when
15   I can't see out of an eye, a piece of my body is
16   missing that's not coming back.
17        Q.   So over the course of those ten
18   years, you were attacked many times, but you don't
19   think that, you know, the injuries were not
20   necessarily significant.  Is that -- is that what
21   you're saying?
22        A.   Yes, sir.
23        Q.   Were those attacks monthly?
24   Weekly?
25        A.   At times.  They weren't exactly

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    those disciplinary sanctions?
2    
3         A.   Sometimes I lost canteen,
4    sometimes I got hole time, and sometimes I got told
5    that somebody knew that I got assaulted but defended
6    myself, and the charges were allowed to be known to
7    me.
8         Q.   You said hole time.  Is that like
9    solitary or?
10        A.   Solitary confinement, yes, sir.
11        Q.   How much time in solitary did you
12   spend?
13        A.   For any one instance, no more
14   than fourteen days.
15        Q.   Is that like a -- a rule in New
16   Hampshire, no more than fourteen days?
17        A.   Yes, sir.
18        Q.   How -- how many times do you
19   think you got solitary time?
20        A.   No more than five.  And not all
21   of them were for fighting or violence.
22        Q.   But what were -- other than the
23   other --
24        A.   At one point I got hole time for
25   -- they were going to upgrade me to a C four status

afb48061-4252-4a63-bc2b-5195d53f20f7

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2    for horse trading, possession of property not
 3    belonging to an inmate.
 4            When they start stacking tickets up,
 5    and you get so many tickets in a month, they will
 6    write you a ticket just for getting those tickets.
 7    And then, try and upgrade your status, to which I had
 8    never been upgraded to a C Four status in my entire
 9    nine and three quarter's years --
10        Q.   Is C Four --
11        A.   -- of incarceration.  C Four is
12    close custody maximum custody status.
13        Q.   And so, you didn't wind up
14    getting upgraded to C four?
15        A.   Not once ever.
16        Q.   Okay.  And, so the -- the terms
17    of your sentence, the ten to thirty?
18        A.   Involved two charges, one ten to
19    twenty and one five to ten, which was suspended, not
20    to be brought forward after ten years.
21        Q.   Okay.  And that means that if I
22    mean -- it mean -- it means they could have kept you
23    longer than ten, but they didn't?
24        A.   It means they could have kept me
25    for thirty years, sir, but they didn't.
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2    assaulted in prison?
 3        A.   Yes, sir.
 4        Q.   How many times?
 5        A.   Several.
 6        Q.   Did you ever report them?
 7        A.   Yes.
 8        Q.   And were the people who sexually
 9    assaulted you ever disciplined?
10        A.   No.  In fact, after reporting
11    him, I had to manage my own escape from the situation
12    through their services, systems, and requests.
13        Q.   Describe that.  How -- how you
14    managed that.
15        A.   I told my abuser that I was
16    transferring from the unit to the sexual offender
17    treatment unit and facility, so that I could pursue
18    my course, and that if he thought he was going to
19    continue raping me nightly, I was going to expect
20    that he would put in a form too.  He put in a form, I
21    put in a form, I went and saw the counselors, I
22    notified the counselors what was going on, they
23    transferred me and not him.
24        Q.   Okay.  And were you, was it --
25    were you in a dorm setting or a cell setting?
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2        Q.   Okay.  So you let --
 3        A.   And then, it also means that
 4    during the first ten years of my sentence, I didn't
 5    receive or nor was charged with any criminal activity
 6    in order to bring forward that second five to ten
 7    year sentence.  I served the ten to twenty, and they
 8    suspended the five to ten.
 9        Q.   Okay.  So, listen, I don't know
10    exact.  I'm asking because I don't know how --
11        A.   I understand.
12        Q.   -- the prison system work?
13        A.   No, I understand.
14        Q.   So, if after ten, that's sort of
15    like a parole probation thing, if they think you're -
16    - your record isn't -- wasn't too terrible, they let
17    you out after ten?  Is that how?
18        A.   That, that's pretty much how it
19    works, yes, sir.
20        Q.   Okay.  Because obviously you had
21    some disciplines, but I guess it wasn't, they weren't
22    deemed significant enough to hold you much, any --
23    beyond the ten.
24        A.   Correct, sir.
25        Q.   Okay.  Were you ever sexually
```

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
 2        A.   A two-man dorm slash cell
 3    setting.  So, the way it works is there's a pod,
 4    there's an officer on the pod, and there are thirty-
 5    two doors on the pod.
 6            Those doors have a slot that is
 7    no more than four and a half inches wide, maybe five
 8    inches wide by about thirty inches tall, you can see
 9    in it when you walk up with a flashlight, but there's
10    nothing you can do about it to get out of it.
11        Q.   Okay.  So your cellmate was
12    raping you?
13        A.   Yes, sir.
14        Q.   And how long did that go on for?
15        A.   About three weeks.
16        Q.   Any other instances of any other
17    incarcerated individuals who sexually assaulted you?
18        A.   No, sir.
19        Q.   Okay.  So, is that -- all right.
20    And did those rapes also involve physical violence
21    beyond the sexual aspect of it?
22        A.   Yes, sir.
23        Q.   Okay.  You were beaten up and?
24        A.   I had an extension cord forced
25    around my throat while I was pressed to the wall and
```

afb48061-4252-4a63-bc2b-5195d53f20f7

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    raped.
3           Q.   Okay.  Did you seek any mental
4    health treatment in connection with --
5           A.   Yes.
6           Q.   Yes.  Okay.
7           THE WITNESS:  Can we take that break?
8           MR. HARBEN:  Yes, sir.
9           THE WITNESS:  I mean --
10          MR. HARBEN:  Yes, sir.  Let's go off.
11          (Off the record; 09:54 a.m.)
12          (On the record; 10:25 a.m.)
13          COURT REPORTER:  The time is ten
14    twenty-five.  We're on the record.
15          MR. HARBEN:  At nine fifty-five, Mr.
16    Brooks requested a break.  We indicated we should --
17    we would have a ten-minute break.  It is now ten
18    twenty-five.  So, we -- we've gone past twenty
19    minutes over on the break.
20          I have emailed Mr. Brooks at the email
21    address it's been using to see if he's coming back, I
22    don't yet have a response, so I just want to put that
23    in just for now.
24          (Off the record; 10:25 a.m.)
25          (On the record; 10:51 a.m.)

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2           COURT REPORTER:  The time is ten
3    fifty-one.  We're on the record.
4           BY MR. HARBEN:  (Cont'g.)
5           Q.   Okay.  Just on the record, I
6    guess there were some technical difficulties.  We're
7    all back.  So -- okay, so let's -- let's go on to on
8    July 26th, 2019, were you in the State of New York?
9           A.   Yes.
10          Q.   And what -- why were you in the
11   State of New York?
12          A.   To pack up my stepfather's passed
13   mother's effects.
14          Q.   Okay.  And is your stepfather
15   still with you?
16          A.   No.
17          Q.   And when did you arrive in New
18   York?
19          A.   Couple days before 07/26/19.
20          Q.   Okay.  And is there a -- a
21   procedure?  Okay.  Let's go back.  At the time, were
22   you still on parole?
23          A.   Yes, sir.
24          Q.   And while on parole did -- was
25   there a procedure that you had to follow when going

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    to another State?
3           A.   Yes, sir.
4           Q.   And what was that procedure?
5           A.   That procedure was to stop at the
6    prevailing or local P.D. that would handle, check in
7    with them, let them know that I was in their town and
8    State.
9           Get a signature on the back of a
10   travel form that I had actually had already had
11   approved by my local department and state of parole.
12          Q.   Okay.
13          A.   Their badge number, a contact
14   number, the date and time at which they saw me
15   explaining whether or not I was coming or going from
16   the state.
17          Q.   All right.  So, when you came
18   into New York a few days before July 26th -- well,
19   let me step back.  Where -- where was your
20   stepfather's mother's home?
21          A.   7th West, South Salem Road.
22          Q.   What town?
23          A.   I'm sorry, Southern West Road,
24   South Salem, New York.  It's been a while.  Bear with
25   me.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2           Q.   All right.  And South Salem, New
3    York is in Westchester County?
4           A.   Yes, it is.
5           Q.   Okay.  And where did you get, now
6    when you entered, did you have the form signed by --
7    by law enforcement?
8           A.   I did.
9           Q.   And where did you get that
10   signed?
11          A.   At Somers.
12          Q.   And do you know who signed it?
13          A.   I don't remember who it was.  It
14   was a rough night, we came in late.  We went in the
15   next morning at some point to go get it signed with
16   my stepfather.
17          Q.   Okay.  And your stepfather was
18   alive at the time and he is no longer alive?
19          A.   No, I think that's a
20   misinterpretation on your part.  No, he was with the
21   family as in --
22          Q.   Oh.
23          A.   -- there has been a divorce
24   since.
25          Q.   Okay.  Okay.  That's --

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  Or not a divorce, but a
3  separation.
4          Q.  Right.  Okay.  I got it, I got
5  it.  I -- I was asking whether -- I was trying to say
6  whether he was alive, but I phrased it in an
7  ambiguous manner, my -- my apologies.
8          A.  Life happens.
9          Q.  Okay.  Can you describe the
10  officer who -- who signed the form?
11          A.  Which time?
12          Q.  The -- the first time in --
13          A.  No, sir, I can't.  No, sir, I
14  can't.
15          Q.  Do you recall what race that
16  person was, whether they had hair?
17          A.  Yes, they were white, that's what
18  I remember.  They were a white officer and they had
19  gold brass on their collars.
20          Q.  White officer, gold brass, do you
21  remember a name?
22          A.  With a white shirt.
23          Q.  White shirt, male?
24          A.  Male.
25          Q.  Bald or hair?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2  talking about?
3          A.  Yes, it is.
4          Q.  Okay.  So, where on this form,
5  does local police -- is -- is there a -- is there
6  writing on the back of this form that I don't have?
7          A.  That's correct, sir.  That's
8  correct, sir.
9          Q.  And --
10          A.  There's a signature and a date
11  and a time from the prior officer that signed it when
12  we came into New York.
13          Q.  Okay.  All right.  So --
14          A.  I'd also like to make a notation
15  that on one of the ones that was provided back to me,
16  the signature is different than the one that I
17  acquired back from Dover Probation and Parole
18  Department via email during the time that I was
19  incarcerated and being insulted inside the barracks.
20          If you look at the signatures of the
21  one that it looks like that I provided them, it's
22  been altered and the one that my mother asked for is
23  not.
24          Q.  What other --
25          A.  No reason for me to alter that

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  I think both, but I also think he
3  had a drinking problem.
4          Q.  Okay.
5          A.  His skin was blotchy and red.
6          Q.  All right.  And -- but it was not
7  one -- none of the Defendants in the case?
8          A.  No, sir.
9          Q.  It was nobody you saw on July
10  26th, 2019?
11          A.  No, sir.
12          MR. HARBEN:  Okay.  And so I just
13  emailed -- Madam Court Reporter a document, which was
14  Bates numbered -- which Bates numbered Brooks Sixty-
15  five, which has been provided to you and I believe
16  you might have had it -- you had it already.
17          Can we pub -- can we show -- can we
18  mark that as Exhibit A and show it to Mr. Brooks?
19  Did you see -- do you have what I emailed you?
20          THE WITNESS:  Give me a moment.
21          COURT REPORTER:  Can you see that on
22  the screen?
23          THE WITNESS:  I do.
24          BY MR. HARBEN:  (Cont'g.)
25          Q.  Is this the form that we're

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2  signature.
3          Q.  I'm trying -- I'm trying to
4  understand what you're talking about.  I'm -- looking
5  at this -- hold on.  You say that there's a different
6  version of this floating around?
7          A.  Go up to the very next one than
8  the one that you have on my screen now, at the top.
9          Q.  Okay.  Hold on.
10          A.  It looks like an exact copy, only
11  the signatures are slightly different.
12          Q.  Well, I think the difference is
13  that one is scanned at a slightly different angle
14  than the other.
15          Q.  Okay.
16          Q.  And --
17          A.  I just --
18          Q.  -- it appears to be different,
19  but it's actually the same.  It's just one is like a
20  a tilted down and the other one is scanned -- that's
21  scanned in a different way.
22          A.  Sidewise.
23          Q.  Is this -- is this your
24  signature?  I mean, that -- is -- is this?
25          A.  It's not my signature, no.

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

```
 1
 2          Q.  Who -- who --
 3          A.  Wait, are you -- are you talking
 4   about the one that's Joseph A. Brooks to the left or
 5   the one to the right by New Hampshire Department of
 6   Corrections?
 7          Q.  No, offender's signature.
 8          A.  Yeah, offender's signature is
 9   mine.
10          Q.  Okay.  And what you're saying is
11   there's -- there is a -- a -- back to this form.
12   Do you -- do you know if you've provided what this --
13   well, whatever.  I'm just saying -- okay.  So, and
14   does the back of the --
15          A.  Go to --
16          Q.  -- have --
17          A.  -- go to zero zero zero six,
18   sir, and sorry I cut over the top of you, but I think
19   it'll save some of your question and timing.
20          Q.  Zero zero six is your -- is the
21   correct number?
22          A.  No -- no, six six, two six is at
23   the end of the --
24          Q.  Six six.
25          A.  -- the number -- what?
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

```
 1   from me and they gave us back a copy.
 2          Q.  And did the copy have both sides
 3   or just one side?
 4          A.  Just one side.
 5          Q.  Okay.  So, your -- your copy
 6   looks like this with just the -- the front?
 7          A.  Yes, sir.
 8          Q.  And no -- no -- no copy of
 9   whatever any prior officer had signed on the back?
10          A.  There should have been something
11   signed from us coming into that state at that point,
12   yes, sir, from the first officer.
13          Q.  Okay.
14          A.  We had the original, I handed it
15   to that officer in his cruiser.
16          Q.  Right.  Okay.  So, you would did
17   what you done -- you done, you stayed, you were in
18   New York, helping clean out the house for a couple
19   days and then, on July 26th, 2019, you --
20          A.  I --
21          Q.  -- you -- you went back -- you
22   went back to the barracks because you were going to
23   leave New York?
24          A.  Yes, sir.  Yes, sir.
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

```
 1          Q.  All right.  All right.  Sorry, my
 2   bad.
 3          A.  No, that's my fault, I'm sorry.
 4          Q.  Okay.  Six six seems to be like
 5   an inventory list, is that --
 6          A.  That's the back of the sheet.
 7   That's the --
 8          Q.  Okay.  But the back of the sheet
 9   doesn't have any printed things, it's just there's --
10          A.  Correct.
11          Q.  -- right looking on it?  Okay.
12   All right.  So, but this -- this appears to be an
13   inventory sheet of stuff that was inventoried during
14   the search or something like that?
15          A.  That's what I'm gathering at this
16   point.  I don't know even know what those markings
17   are.
18          Q.  Okay.  Because I see a reference
19   to Black Box Phillipa, which is the name of the --
20   the -- the gun that was found, well, okay.  All
21   right, so, I take it that in the course of all this,
22   you never got back this?
23          A.  No, I did not.  He took the form
24   from me, I -- I pointed out that he took the form
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

```
 1          Q.  And you had indicated that local
 2   law enforcement signed this.  Did you -- did you pick
 3   the New York State Police because they were the
 4   closest to South Salem?
 5          A.  No.
 6          Q.  Okay.  Do you --
 7          A.  Well --
 8          Q.  Why -- why -- I mean, there's --
 9   there's probably a local police department somewhere
10   around there, but you know, which is what --
11          A.  They -- they're not usually open,
12   so you go to the next open local P.D.  It was
13   directed by my stepfather.  That's where I should go.
14          Q.  Okay.  Now, prior, had you ever
15   been to New York before --
16          A.  Yes, sir.
17          Q.  -- while you were on -- and while
18   you were on parole?
19          A.  Yes, sir.
20          Q.  And you had previously gotten
21   these forms executed?
22          A.  With zero issues or -- or -- or
23   faculty problems, yes, sir.
24          Q.  And had you gotten and executed
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   to Somers barracks or some or other -- other places?
2   A.  Both.
3   Q.  How many times have you been to
4   the Somers barracks to get this form sign?
5   A.  At least three, maybe four.
6   Q.  And when was that?
7   A.  Throughout the courses of 2012,
8   all the way up to 2011 -- sorry, 2019 when the
9   incident occurred.
10  Q.  Okay.  And when these forms are
11  signed, they sign them and give them back to you?
12  A.  Yes.
13  Q.  Okay.
14  A.  The concept is, is your parole
15  officer wants a number and a badge to contact, so he
16  can ask and or reference when you showed up.
17  Q.  On these prior times, they go in,
18  make a photocopy of it?
19  A.  Every time.  Every single time.
20  Q.  All right.  And do you recall in
21  the prior instances whether any of the Defendants in
22  this case were involved with the form?
23  A.  I -- I don't -- I don't remember
24  at all.  I had no issue or reason to have any

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   They tell me if I'm going or not, soon
2   as they tell me.  If I'm going to spend more days out
3   of my state, I go to my local P.D.  I ask my local
4   P.D. to register me out for the quantity of days out
5   of my state, to which I did.
6   Had no issues with them, took this
7   form, went to New York.  Checked in, had no issues
8   checking in and Shirley went to the hospital.  Called
9   my P.O., had more time to stay and deal with that.
10  Went to check out 07/26/19.
11  Q.  Okay.  So, the 10/4, 10/25,
12  you're surmising, just was a miss -- was this a --
13  that was a mistake?
14  A.  Yeah, there's a mistake somewhere
15  on that paper or in -- in the timing of error.
16  Q.  Right.  And this handwritten --
17  the handwritten stuff, purpose of the trip and all
18  those things, whose handwriting is that?
19  A.  That would be mine, sir.
20  Q.  Okay.  So, looking at these
21  dates, if you're someone who's not familiar with this
22  form and you're looking at these dates and it talks
23  about October and coming back, you -- you think you
24  might be confused, like, I'm just confused just now?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   correlation of interest in any of the officers during
2   the course of their duty dealing with my life.
3   Q.  Okay.  Now, looking at this form,
4   it says, date leaving 10/14, date return 10/25 --
5   A.  Correct.
6   Q.  -- why -- why is -- and -- but --
7   but you signed this in July?
8   A.  That's because in the course of
9   this, a family member had passed away and I had to
10  call and notify parole that I needed more time to
11  attend that family's illness issues, my stepfather's
12  sister.
13  Q.  So, I'm just -- I'm just a little
14  confused because this looks like it's for a July
15  trip, the date's on it, but then it's up here, it's
16  talking about an October trip, is that, you know, or
17  -- or was that a mistake?  And it should have been?
18  A.  That might have been a mistake
19  and it should have been 7/14, but I can't correlate
20  all the knowledge.  I know that it requires me by my
21  state in order to even leave the state and get any
22  intention of going anywhere to go to my parole
23  officer, get one of these forms, fill it out, they
24  have to approve it.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   A.  No, sir.
2   Q.  Okay.
3   A.  Not in a manner of -- of bringing
4   the questioning to what tier I of offender I was.
5   Q.  Right.
6   A.  Not when he had the form in his
7   lap and was making a phone call, and then supposed to
8   sign on the back.  It's that simple, I've told him
9   exactly what he was supposed to do too politely.
10  Q.  All right.  So --
11  A.  Same as I had in North Carolina
12  when I made the trip through New York and into North
13  Carolina a few years prior to that.
14  Q.  When you're traveling to North
15  Carolina, do you have to get people to sign every
16  state of the way?
17  A.  Yes, sir, I do.  If I'm staying
18  in that state for the -- for overnight periods, I
19  have to get them to sign it.
20  Q.  Okay.  I know you -- you -- you -
21  - your -- you've asked for all the copies of this
22  that might somehow be in New York State Police
23  possession; do you have any copies of these forms
24  what in your records?

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2      A.   Yes I do.  Somewhere throughout
3   the houses and -- and computers, I have dozens of
4   them.
5      Q.   Okay.  All right.  So, when you
6   get -- this -- this was the Somers barracks, right?
7      A.   Yes, sir.
8      Q.   Okay.  When you -- when you get
9   there, who are you with, are you with anybody?
10     A.   Skip, Seth Duryea.
11     Q.   Okay.
12     A.   Or are you talking about on the
13  morning of 07/26/19?
14     Q.   07/26/19.
15     A.   Okay.  I'm there with my mother
16  and my cousin Cheyenne.
17     Q.   Okay.  And did they make the trip
18  down with you to New York?
19     A.   They did.
20     Q.   Okay.  And were you -- you
21  getting ready to go back home at that point, sir?
22     A.   Sir -- yes, sir.
23     Q.   Okay.  So, and approximately what
24  time was this?
25     A.   Roughly eight something in the

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2      A.   Yes, sir.
3      Q.   All right.  So, when you get --
4   got to the Somers Trooper's barracks, what do you do?
5      A.   We sat there and waited for about
6   ten to fifteen minutes before we finally decided that
7   since no one was there, we were going to get up and
8   go use the call box and let them know we would like
9   some assistance.
10     Q.   Okay.  And -- and who used the
11  call box?
12     A.   Myself and my cousin.
13     Q.   Okay.  What did you say?
14     A.   Told them that I was an out of
15  state travel parolee who needed an officer to come
16  out and sign the form.  And there was no one there
17  answering the door at the barracks.  Could they send
18  someone out, something to that effect.
19     Q.   And then, what happened?
20     A.   We waited, we waited, we waited,
21  and then finally an officer showed up.
22     Q.   And that office -- was that
23  officer in the barracks, come out there?
24     A.   No.
25     Q.   Did he show up outside?

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   morning, give or take, seven, eight in the morning,
3   we were having troubles, getting bathrooms and
4   getting Dunkin's coffee and things like that, rushing
5   to get there and get on the road.
6      Q.   Okay.  And how long a drive is it
7   back home?
8      A.   Five and a half to six hours --
9      A.   Yeah.
10     A.   -- straight.
11     Q.   And who -- who -- who drives?
12     A.   Occasionally my mother,
13  occasionally me, occasionally Skip.  It depends on
14  the trip.  Occasionally, we'll switch it.
15     Q.   So, Mr. -- Mr. -- Mr. Duryea,
16  Seth, I'm referring to Skip --
17     A.   Yes, sir.
18     Q.   -- was -- wasn't there?
19     A.   He was not on the morning of
20  07/26/19.
21     Q.   Was he going to go back with you
22  to New Hampshire?
23     A.   He was taking a U-Haul.
24     Q.   Okay.  So, he was in a separate
25  vehicle?

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2      A.   He showed up out front in cruise
3   of three K two seven.
4      Q.   Okay.  All right.  And -- and who
5   -- who was this officer, do you know who the officer
6   was?
7      A.   Yeah, Finnegan.
8      Q.   Okay.  And then, what -- what did
9   you say to Finnegan?
10     A.   I told him exactly or pretty
11  close to what I told the -- the woman on the dispatch
12  call that, I was a parolee, I needed to have my
13  travel form signed, so that I could go back home.
14  I needed to register out of the
15  district, so that I could return to my state.
16     Q.   Okay.  And --
17     A.   And then, I didn't need, I -- and
18  that I needed my form back after a certain point, so
19  that I -- in case if I lost it, I'd be in trouble.
20     Q.   Okay.  At -- at -- that's -- at
21  this point, did your -- your -- your mother is Wanda
22  Duryea, right?
23     A.   Yes, sir.
24     Q.   And did -- did she say anything
25  to Officer Finnegan?

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2     A.  No, sir.  At that point he rolled
3   up his windows and began talking on a phone call and
4   I went back and got my phone to start recording
5   because I saw a look in his eye I didn't like.
6     Q.  Okay.  Can you de -- describe the
7   look -- look in his eye?  I mean --
8     A.  Yeah, it was anger.
9     Q.  Anger.  So, you began recording
10  before he had told you whether he was going to sign
11  it or not?
12    A.  Yes, sir.
13    Q.  And was he still in the trooper
14  vehicle when you began recording?
15    A.  Yes, sir.
16    Q.  And how long was he in the
17  trooper vehicle after you began recording?
18    A.  I couldn't tell you to this
19  point, a few minutes, couple minutes.
20    Q.  And as far as you could tell, he
21  was speaking on the phone to somebody?
22    A.  Yes, sir.
23    Q.  Okay.  And then, what happened?
24    A.  I began talking to my family,
25  waiting for the officer to exit and deal with the

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   course.  And he started waving me as I was recording
3   my time friend going by in his parking lot.  After a
4   few minutes, he waved me away, like there was some
5   problem with me being there with my phone and -- and
6   being on camera.
7     Finally, he got out of the car and I
8   was on the passenger side, and then he elbowed me out
9   of the way after coming up to me.
10    Q.  Uh-huh.  Did you -- how close
11  were you to him before he -- he elbowed you as you --
12    A.  It was --
13    Q.  -- as he --
14    A.  It was more like he came up to
15  me.  He came around the back of the cruiser and
16  walked between me and the mirror of his car.  So, I
17  got close enough for him to elbow, but I wasn't the
18  one who got close, it was him if you watch the video.
19    Q.  Okay.  So, is there a video that
20  shows -- strike that.
21    Do you normally record all your
22  interactions with law enforcement?
23    A.  Ever since I made parole and the
24  first four weeks of my P.D. trying to tell me to stop
25  manipulating my way into register.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2     Q.  What do you mean manipulating
3   your register?
4     A.  You'd have to ask that officer.
5   I was told to stop manipulating my way into police
6   departments.
7     Q.  Can you give me any context as to
8   what that was about?
9     A.  Yeah, I was calling into schedule
10  my quarterly registration, which is required and
11  every time I called in, suddenly no one wanted to
12  answer the phone.  And suddenly whenever I showed up
13  down there, windows and doors were shut and locked.
14    Q.  Okay.  And this was your parole
15  officer, you -- you had issues with?
16    A.  No, this is my local police
17  department in Farmington, New Hampshire.
18    Q.  And there's some sort of
19  reporting requirement that you have to do with them?
20    A.  For the rest of my life, we've
21  discussed this.
22    Q.  Okay.  Right.  So, you got a --
23  you have to report to your local police officer, you
24  had a parole officer as well?
25    A.  Yes, sir.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2     Q.  And how -- how -- when you were
3   still on parole, how often do you have to report to
4   the parole officer?
5     A.  At the time, I was going once
6   every two to three months.  And one -- this occurred,
7   I was then kicked back to every other week and then,
8   every two weeks and then, every month.
9     Q.  Okay.  So, you're saying that --
10  you know, once when you got out of prison in 2011 or
11  so and you had to do reports to your local p --
12  police department in New Hampshire that I -- I guess,
13  for lack of a better term, they -- they were giving
14  you the runaround and they wouldn't -- wouldn't be
15  open for you, they were giving you a hard time?
16    A.  Yes, sir.
17    Q.  Okay.  And how long did that go
18  on for?
19    A.  Ongoing.
20    Q.  Okay.  And is it your belief that
21  was because of the nature of the crime?
22    A.  Yes, sir.
23    Q.  You had been convicted of?
24    A.  Yes, sir.
25    Q.  How old were you when you -- you

afb48061-4252-4a63-bc2b-5195d53f20f7

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2     -- you committed the crime in question?
3          A.   Eighteen years old.
4          Q.   Eighteen.  And how -- how -- how
5     long had you been eighteen?
6          A.   Nineteen days.
7          Q.   When you were able to make
8     contact, get ahold of the local police in New
9     Hampshire when you made your reports, how were you
10    treated?
11         A.   Can you re -- repeat that
12    question?
13         Q.   Well, you -- you indicated that
14    you -- you started filming your interactions with --
15    with your local police as well a few weeks after you
16    were released to parole because they were giving you
17    a hard time about making your reports to them, that's
18    right, is that --
19         A.   Correct.
20         Q.   -- is that correct?
21         A.   Accurate to one hundred percent.
22         Q.   And when you actually did make
23    your reports to them, was that like a face-to-face
24    thing with a -- with an officer there?
25         A.   Yes, sir.

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2          Q.   So, you -- you -- you're required
3     to notify the local police about any of these things
4     --
5          A.   Yes, sir.
6          Q.   -- right?  Okay.
7          A.   Ten days.
8          Q.   And so there wasn't a regular
9     every week or two weeks, it's when something changes
10    in your life?
11         A.   It's every quarter.
12         Q.   Okay.
13         A.   Every three months is a
14    guarantee, I'm going to see an officer without fail.
15    And if anything changes in addition to that, I have
16    to make those added reporting and visits.
17         Q.   Okay.  But every -- I'm sorry,
18    every quarter was your parole officer or police
19    officer?
20         A.   For the rest of my life, police
21    visits for registration to tell them where I live and
22    what these -- this information is on me.
23         Q.   Okay.  And when you would have
24    the face-to-face with police officers at your local
25    police station, how did they treat you?

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2          Q.   And would they fill out forms or
3     something along those lines?
4          A.   Yes, sir.  And take copies.
5          Q.   Okay.  And then, you would --
6     those forms, would -- would you send a copy of the
7     form to your parole officer or would they?
8          A.   They required me to bring it in
9     if I filled it out and then, after a while they
10    didn't care anymore.
11         Q.   And this, how -- how frequently
12    would you have to go to the local police?
13         A.   Based on my reporting
14    requirements for my tier, every time something in my
15    life changes digitally or electronically representing
16    a name, a job, a school, a place of business, a place
17    of residence or anywhere in which I may be residing
18    or getting education.
19              Anytime any of those things has
20    changed, I have ten days to notify change and have
21    all the things updated and in place.
22         Q.   Okay.
23         A.   Total before they bring a three
24    and a half to seven year charge for each instance
25    and/or count they can hit me with.

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2          A.   Snarky, disrespectful, avoidant,
3     passive, implicative and disrespectful.
4          Q.   Okay.  Were there ever any
5     physical altercations?
6          A.   No, sir.
7          Q.   And did they ever use any -- any
8     -- any physical force on you, not -- not you --
9          A.   No, sir.
10         Q.   -- used on them?  Okay.
11         A.   No, sir.  Never in my life.
12         Q.   Did -- prior to July 26th, 2019,
13    were there ever any attempts to deem you in violation
14    of your parole?
15         A.   Several.
16         Q.   And when were those?
17         A.   I don't know the dates, but at
18    one point my parole officer forced me to sign a, if
19    you don't do this, I'll have you violated and locked
20    up and you won't see a board for ninety days anyway
21    and your dog will die in your apartment, is what I
22    was told.  So, sign it and do the two weeks.
23         Q.   And you -- you did two weeks in
24    county jail?
25         A.   No, I did two weeks in a halfway

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2   house.
3        Q.  In a halfway house.  This is at a
4   time when you were not living with your mother?
5        A.  Correct, I had decided that after
6   prison I needed some time to figure myself out.  I
7   stepped off of home, got an apartment, had some
8   family members help me to assist monitoring my funds
9   and making things function and was using that time to
10   find sense of self after a decade away from family.
11        Q.  Okay.  When -- when did you move
12   -- move in with your --your mother?
13        A.  After someone came and -- wait,
14   I've moved in with my mother several times.  You're
15   going to have to be clear here.
16        Q.  Okay.  At -- at -- when --
17   when you were on parole, did there come a time when
18   you moved in with your mother?
19        A.  I paroled into my mother's home.
20   I moved out of my mother's home to find a peace of
21   sense of self.  And I returned home to help my mother
22   as well as deal with the alterations and the
23   harassment's of a neighbor who was vandalizing my
24   vehicle.
25        And police refused to do anything,

1   Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2   even with video recording and audio recording and
3   threats by that neighbor.
4        Q.  Okay.  And when did that happen?
5        A.  I don't know the exact dates, but
6   it happened in Franklin, New Hampshire, I think it
7   was in 2015.
8        Q.  And have you lived with your
9   mother since?
10        A.  20 -- 2014.  And yes, I have
11   lived home since then.
12        Q.  Okay.  And was that this current
13   address you're at?
14        A.  Yes, sir.
15        Q.  Okay.  Is this -- all right.
16   Okay.  You know -- do you know -- do you know why you
17   were told to sign a form regarding your parole that
18   resulted in you in being two weeks and a halfway
19   house?
20        A.  No, I don't --
21        Q.  What did --
22        A.  -- other than discrimination.
23        Q.  What did you say and -- what did
24   the form say?
25        A.  Actually, I was just -- just had

1   Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2   my memory jogged.  So, I was told during that
3   incident when I decided that I needed to find myself
4   time by my counselors, Judith Mann, Chris Geno and
5   Kimberly Marsh, that it would be okay to move.
6        I didn't like their opinions on -- on
7   -- sorry, that it wouldn't be okay to move.  If
8   didn't like their opinions on something, I went to my
9   parole officer.  My parole officer told me it was
10   okay to move.
11        But could I wait, and I told him
12   absolutely not.  Things had become untenable
13   emotionally for me and I was going to need to move.
14   His response was, well, could I wait until after
15   Halloween, and I told him absolutely not.
16        He says, would you mind living in your
17   apartment without the lights on during Halloween
18   night?  I said, absolutely fine, no problem.  That
19   won't be hard anyway.  I don't have a power of
20   company yet, but I do have a possible apartment for
21   you to approve.  He approved the apartment.  I moved
22   to the apartment.
23        During the course of this happening, I
24   made an attempt to get new counseling through
25   Kimberly Marsh at a completely separate counseling

1   Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2   agency and notifying my parole this was occurring.
3   They violated me even though he told me I could.
4        Q.  Okay.
5        A.  Made me do two weeks and a
6   halfway house because of it.
7        Q.  All right.  So, as a -- as the
8   conditions of your parole, you -- you can't -- you
9   can't participate in Halloween?
10        A.  I never heard that condition in
11   my parole, but the conditions of my parole state that
12   I should stay away from minors and children without
13   proper supervision.
14        Q.  Okay.
15        A.  Anyone under the age of eighteen.
16        Q.  All right.  Okay.  So, let's get
17   back to July 26, 2019.  So --
18        A.  However, parole can order
19   whatever they want, you do realize, right?
20        Q.  I'm sorry, what was that?
21        A.  I said you do realize parole can
22   order you to do whatever they want.  It's a
23   conditional release.
24        Q.  Right.  I -- I -- I understand
25   there's often conditions that are stated as part of

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    your release, but I don't know how things --
3        A.  That -- that -- that -- that --
4    that number one condition is you will do everything
5    the parole officer -- officer orders you to do, which
6    is to be in compliance with him and to be of good
7    behavior at the time.
8        Q.  Okay.  All right.  So, after
9    Finnegan walks by you makes contact with you, that
10    you point out he's being filmed, what happened next?
11        A.  Another officer came out of the
12    front of the building to collect the delivery.
13        Q.  Okay.  And then, what happened
14    next to that officer?
15        A.  He started addressing me and the
16    fact that I was telling him that I had been assaulted
17    and that my mother needed to use the bathroom.
18        Q.  Okay.  And who was this officer?
19        A.  Trying to think of his name –
20    Wollman?
21        Q.  Okay.  And he's a defendant in
22    this case too?
23        A.  Yes, sir.
24        Q.  Okay.  Can you describe him?
25        A.  About five ten and a half, five

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    eleven, bald, white.
3        Q.  Okay.  And can you describe
4    Finnegan?
5        A.  About five seven, five eight, two
6    hundred and thirty, two hundred forty pounds,
7    balding, red splotchy skin, green eyes.
8        Q.  Okay.  So --
9        A.  Less colored gray hair.
10        Q.  -- at this point, Wollman and
11    Finnegan are outside with you, with your mother and
12    your cousin?
13        A.  Yes, sir.
14        Q.  Where was your cousin during all
15    this?
16        A.  My cousin was at the right of me
17    and moving back and forth around me.
18        Q.  And who -- who was filming the
19    interaction?  Who was holding the camera?
20        A.  Both of us at one point, but me
21    at first.
22        Q.  Okay.  But it was only one camera
23    going or were there two cameras going?
24        A.  There were two, two cellular
25    phones.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q.  And have you provided all the
3    video that was recorded on those cellular phones to
4    me?
5        A.  All that I was able to return to
6    you because after I asked for the information to be
7    held in the Somers Criminal Court and asked for the
8    files to be detained, I got to view a file that I did
9    not get given back to when I took delivery of my
10    property during an interaction with my lawyer at the
11    Westchester Legal Aid Society.
12        Q.  Okay.
13        A.  And internal affairs involvement.
14        Q.  Okay.
15        A.  Or, sorry, D.A. -- D.A.
16    involvement, that was supposed to be internal affairs
17    for the assault that I endured.
18        Q.  Okay.  So, I've -- I'm going to
19    reiterate.  We -- we've sent something called a, it's
20    a C.P.L. 160.5 form, your -- your -- your criminal
21    file has been sealed.
22        I don't have access to any of those
23    records.  I sent this starting back in May or June.
24    I think if you -- if that could please be sent back
25    to me because I think you probably want to know

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    what's in the -- in the D.A.s file too. I don't have
3    access to that.
4        A.  No, I -- I -- I'll be honest with
5    you, sir.  I'm -- I'm extremely --
6        Q.  Yeah.
7        A.  -- unhappy with how it was
8    handled; wanting to know what's in it, I don't really
9    care.
10        Q.  Well --
11        A.  I was told it was gone --
12        Q.  -- you --
13        A.  -- and it came out to harass me
14    in my state after this incident of assault, beating,
15    kidnapping and false arrest.
16        Q.  Okay.  All right.  Well, I'm --
17    I'm going to reiterate the request because you do
18    have a number of claims where that it's a very
19    relevant file just for us to collect and we don't --
20    we don't know what's in that file.
21        A.  Any more than I do.
22        Q.  I could tell you that the -- that
23    your video was not in New York State Police
24    possession, we got it from you.
25        A.  That's right.  I -- I would like

afb48061-4252-4a63-bc2b-5195d53f20f7

Associated Reporters Int'l., Inc. www.courtsteno.com

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

the video that was in their possession that I saw inside of their barracks while I was chain to a wall while I was being beaten.

Q. What video was that?

A. That was the video of the parking lot, the barracks, the lobby.

Q. Uh-huh. Okay. All right. I'm not -- I'm not going to get -- we -- we'll get into that off deposition.

A. Why? Why off deposition?

Q. Let's take a break.

A. Yes, sir.

(Off the record; 11:33 a.m.)

(On the record; 11:33 a.m.)

**COURT REPORTER:** We're on the record.

**BY MR. HARBEN:** (Cont'g.)

Q. Okay. So, you are with --

A. My family, would that help jog your memory, sir?

Q. No, I'm just going to -- I'm going to sort of go chronologically through your complaint. So, at the time -- in your complaint, you say, paragraph thirty-eight, while Duryea used the bathroom, Brooks and Harding asked Wollman for the

Page 101

800-523-7887 ARII@courtsteno.com

Associated Reporters Int'l., Inc. www.courtsteno.com

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

parolee travel document signature.

Okay. Well, and then, paragraph thirty-nine, you said when Wollman looked for the relevant page, he could not find it, Brooks had last given the needed page to Finnegan. So, is this a two page document or a two-sided document?

A. A two-sided document.

Q. So, what did you mean by needed page, because it sound -- you know, look -- looking at the allegation of your complaint, it sounds like it's a two page document that --

A. I left my state --

Q. -- got lost --

A. -- holding five documents, one, two, three, four, five documents.

Q. Okay.

A. Part of my travel procession required for me to stay in line and having the accoutrements I needed to do my job, my responsibility and due diligence as an offender serving his sentence for the rest of his life.

Those five forms included the three registering out travel forms that I had from the State of New Hampshire for my sex offender registry.

Page 102

800-523-7887 ARII@courtsteno.com

Associated Reporters Int'l., Inc. www.courtsteno.com

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

Therefore, if I had any needed information that would've been on that, that an officer could've asked me that I didn't know, I would've possibly been asked, I could have properly provided it to him in a fast and orderly manner. He took the travel two-sided form that he was supposed to sign.

Q. Okay.

A. And all those other documents that were with it, the parole form, that gave me liberty to be out at parole and on parole that was provided to me when I first made parole, that I carried with me everywhere, I went the entire time since 2011 of making parole that said, I'm at liberty to be at parole. That's gone.

I'll never see it again. I'll never get it in my hands again. The document you have here was the one he took that I wanted back because I needed to give it back to my parole department. That is the document you hear me asking for constantly.

Q. Okay. Was this failure to sign your document, was that causing you stress at the time?

A. Failure to return it to me, him telling me that, no, I can't sign this document, it's

Page 103

800-523-7887 ARII@courtsteno.com

Associated Reporters Int'l., Inc. www.courtsteno.com

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

not my job, that didn't stress me out. The fact that he still wouldn't give it back after I told him I couldn't lose it stressed me out.

Q. Okay.

A. Then, the elbow came; that stressed me out.

Q. Okay. But that's -- okay. Did at some point after being told to settle down, did you indicate the only way for you to calm down was to use your medication?

A. I did.

Q. And what would your medication be in this context?

A. My medication in that context would've been cannabis.

Q. Okay. And did you -- you tell your cousin Cheyenne Harding, that you were going to go back to your car to have a smoke?

A. I said I was going to go have a cigarette.

Q. Now, your -- your complaint says you're going to go have a smoke?

A. I might have said smoke, I might have said cigarette, but we're referring to the fact

Page 104

800-523-7887 ARII@courtsteno.com

26 (Pages 101 to 104)

afb48061-4252-4a63-bc2b-5195d53f20f7

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  that when I was assaulted and ripped out, I had a
3  cigarette rolling machine, tobacco and papers on my
4  lap.
5        Q.   All right.  And as you were
6  walking off back to the car, did you indicate loud
7  enough for any of the Defendants to hear that they
8  were all fucking cunts?
9        A.   Quite possibly.
10       Q.   Yeah.
11       A.   Because let's be real here.  I
12 could have just been going home if he'd have put his
13 name, his badge number and his signature on that
14 paper.  He could have called my P.O. after and said I
15 was a piece of shit, but instead, he chose to be a
16 rude, obnoxious person with authority.
17       Q.   Yeah.
18       A.   And then, became assaultive and
19 violent.
20       Q.   So, when you --
21       A.   And --
22       Q.   When you came back, did your
23 cousin state to you that you shouldn't have told the
24 police the medication you wanted to use was medical
25 marijuana?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        A.   She might have.
3        Q.   Okay.  So, at that point, did you
4  realize that the officers were under the impression
5  that you were going back to the car to smoke --
6        A.   No, sir.
7        Q.   -- marijuana?
8        A.   No, sir, I hadn't.  I just walked
9  to my car at the pace that I normally walk when I'm
10 slightly irritated and want to get away from people
11 that are being verbally harrasitive (sic) and I don't
12 have to tolerate it.
13       Q.   Did Wollman ask you if you had a
14 certificate for medical marijuana usage?
15       A.   Yes, he did.
16       Q.   Okay.  And what was your
17 response?
18       A.   Yes, I do in both states, Maine
19 and New Hampshire.
20       Q.   Okay.  Did you have marijuana in
21 -- in the car -- in the vehicle?
22       A.   No.
23       Q.   Where was your medical marijuana?
24       A.   In a sealed lockbox.
25       Q.   And that was in the vehicle

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  though?
3        A.   That was in the trunk of the
4  vehicle buried.
5        Q.   Okay.  Did you have any -- any
6  marijuana pipes in the vehicle outside the trunk?
7        A.   Yes, I did.
8        Q.   Okay.
9        A.   Wrapped up in a suitcase inside
10 of a sleeping bag, cleaned with brake clean with no
11 residue at all.
12       Q.   Now, what was your response when
13 you were asked if you -- well, okay, you responded
14 that you did have a medical marijuana card --
15       A.   Yes, sir.
16       Q.   -- right?
17       A.   No need to lie to an officer, do
18 I?
19       Q.   Did you respond that you were not
20 going -- did you tell them, I'm -- I'm not going to
21 smoke marijuana right now, I'm smoking a tobacco
22 cigarette?
23       A.   I wasn't provided that
24 opportunity.
25       Q.   Okay.  Were you told to get out

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  of the car?
3        A.   Not until they had their hands on
4  me.
5        Q.   Okay.  Did you -- did you curse
6  the officers out when you were in the car --
7        A.   Yes, I did.
8        Q.   -- before?  Why did you curse
9  them out?
10       A.   Because I'd already been
11 assaulted.  And another officer had witnessed my
12 assault, didn't bother to take the complaint.  Heard
13 me saying that I wanted to file charges for assault,
14 didn't take the complaint and went about business as
15 a -- as nothing was wrong.
16       Q.   Okay.
17       A.   I no longer felt like I was safe
18 in the protected hands of my public officials.
19       Q.   Well, have -- have you reviewed
20 the video?  Officer Wollman was about thirty, forty
21 feet away on -- on the other side of the vehicle?  I
22 mean, are you -- are you certain that he saw what you
23 -- you are labeling as an assault?
24       A.   I'm certain he knows he heard me
25 say that I wanted to file charges of assault against

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Mr. Finnegan.
3        Q.   Okay.
4        A.   And then, he just walked along
5    nonchalantly like nothing was happening.
6        Q.   All right.
7        A.   Didn't even try -
8        Q.   So --
9        A.   -- to address the words that were
10   coming out of my mouth, like an officer responding to
11   an incident.
12       Q.   Do you realize -- do you now know
13   that back in July of 2019, that a -- a medical
14   marijuana certificate card, that is good in New
15   Hampshire and -- what was the other one, Vermont or
16   was it Maine?
17       A.   Vermont and Maine, actually.  It
18   was covering --
19       Q.   Vermont.
20       A.   -- all three states, but it
21   actually -- it was specified for Maine and New
22   Hampshire.
23       Q.   Okay.  Did that, it was not valid
24   in New York in July of 2019?
25       A.   Yes, sir, I am aware.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q.   Okay.  So, you -- you think the
3    marijuana was tampered with or?
4        A.   Yes, sir, I do.  I don't think I
5    know.
6        Q.   And when did you get -- when did
7    you get the marijuana back?
8        A.   Sometime in August.  No, no, no,
9    sorry, that's when I made -- that's when I made --
10   made -- made -- made the -- the bail hearings.  Three
11   years later.
12       Q.   Okay.  So, you think it would've
13   been dried out after three years --
14       A.   I -- I --
15       Q.   -- (unintelligible)
16       A.   -- I expect -- I do expect such,
17   but all I was saying is that soap had been put into
18   it and even the soap had been desiccated.
19       Q.   Okay.
20       COURT REPORTER:  Just a -- a reminder
21   --
22       BY MR. HARBEN:  (Cont'g.)
23       Q.   So I --
24       COURT REPORTER:  -- to take a beat
25   after the question before you answer, so we can get a

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q.   But at -- at the time you were
3    not aware?
4        A.   I was not.
5        Q.   Okay.  So, at the time, July
6    26th, 2019, you were in possession of marijuana?
7        A.   I was.
8        Q.   Okay.  In the State of New York?
9        A.   Yes.
10       Q.   And in your -- in your responses,
11   interrogatories, you say that a significant amount of
12   marijuana was confiscated and not return to you?
13       A.   No.
14       Q.   Or is it a modest amount?
15       A.   It's a ticketable amount.
16       Q.   One point two ounces of -- of
17   cannabis that cost you four hundred and sixty
18   dollars, is that -- or it was desicated.  What does
19   -- what does you mean by desiccated?
20       A.   Desiccated means it was dried out
21   --
22       Q.   Okay.
23       A.   -- drained of its fluids, and
24   then all kinds of foreign substances put back into
25   it.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    clear --
3        MR. HARBEN:  I'm --
4        COURT REPORTER:  -- record.
5        MR. HARBEN:  -- I'm -- I'm sorry.  I'm
6    sorry.
7        BY MR. HARBEN:  (Cont'g.)
8        Q.   And then, you -- you had some
9    cannabis infused hemp oil; that was also destroyed
10   with soap and hand sanitizer, something like that?
11       A.   Yes, sir.
12       Q.   And how do you -- how was that,
13   you think there was soap put into the -- into the
14   hemp oil?
15       A.   Yes, sir, I do.
16       Q.   And how do you know it was soap
17   or hand sanitizer?
18       A.   There's only so many things that
19   smell like rubbing alcohol and or hand scents.
20       Q.   And the four hundred and sixty
21   dollars for the cannabis, is that something you have
22   paid out-of-pocket or do you have --
23       A.   Yes, sir.  No --
24       Q.   -- insurance --
25       A.   -- it is not covered by anybody

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    else.
3         Q.   And one point two ounces of
4    cannabis at that time, how much -- how -- how long
5    would that last you?
6         A.   About a month.
7         Q.   And how -- how often back in July
8    before this incident, obviously, were you using the -
9    - the medical marijuana?
10        A.   As needed.
11        Q.   Once a day, twice a day, three
12   times a day?
13        A.   Once to twice a day, every couple
14   of days, depending on when the migraines or the
15   stress became too much to handle.
16        Q.   And how much would you smoke at a
17   time?
18        A.   A joint, one gram, half a gram.
19        Q.   A full joint and would that --
20   that would be for you?
21        A.   No, I'd share it with another
22   patient that has a card as well.
23        Q.   Okay.  The other -- the other
24   patient, you live with them?
25        A.   Yes.

Page 113

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2         Q.   Okay.  You -- you vape it.  All
3    right.  Okay.
4         A.   Some systems require --
5         Q.   So --
6         A.   -- you to break out an entire
7    torch rig to superheat the apparatus before you drop
8    the oil into it to vaporize it.
9         Q.   This is -- this is way past my
10   time, so -- okay.  So, your -- your testimony is that
11   you were told to get out of the car, but they were
12   already -- the officers were already had their hands
13   on you when that happened?
14        A.   They were already grabbing me and
15   ripping me out of the car, because I asked him to get
16   his foot off the door at one point.
17        Q.   How was his foot on the door?
18        A.   I had went out to roll my
19   cigarettes.  I had gotten in my car.  I had grabbed
20   my ball rope, I grabbed the roller out of it, threw
21   it on my lap.  Put my feet out, grabbed my bags and
22   the door was still open.
23             He -- he walked up, put his -- one
24   foot on the damn door and the other on me, grabbing
25   me.

Page 115

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2         Q.   Or this would be at home?  Okay.
3    And Ms. Harding has a card too, or --
4         A.   That's correct.
5         Q.   Okay.  Was this also her -- her
6    medication?  I mean, was this a shared medication or
7    was it yours --
8         A.   It was --
9         Q.   -- and you shared it?
10        A.   -- it was mine and mine alone.
11        Q.   Okay.
12        COURT REPORTER:  Just please wait for
13   the entire question before you answer.
14        BY MR. HARBEN:  (Cont'g.)
15        Q.   And the -- the hemp oil, I'm not
16   -- I'm not familiar with these things.  The hemp oil,
17   is that smoked or is this --
18        A.   It is --
19        Q.   You put in a -- in a -- what are
20   these things called?
21        A.   It's a vaporizer.
22        Q.   Vaporizer, I don't know.  Okay.
23        A.   They're --
24        Q.   You -- you vape it?
25        A.   -- it works when you need --

Page 114

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2         Q.   I've got a question on the vaping
3    with the -- the cannabis oil, the hemp oil.  Is that
4    something you need a medical marijuana card for too?
5         A.   Yes.
6         Q.   And is that --
7         A.   It is infused with cannabidiol of
8    any kind of C.B.D. --
9         Q.   Okay.
10        A.   -- sorry, T.H.C. eight, nine or
11   above, any T.H.O. -- T.H.C. cannabidiols are covered
12   under the law, not C.B.D.
13        Q.   And that's -- you would smoke
14   physical marijuana, but you'd also do the vaping of
15   the -- the -- the oils?
16        A.   Yes.
17        Q.   And how often do you vape?
18        A.   A lot less.
19        Q.   Okay.
20        A.   It's -- it's a lot stronger.
21   It's not as much of a medic -- it's not as much of a
22   -- something you want to do while you're going to go
23   out in public and be around people.
24        Q.   Okay.  I'm just saying you --
25   you've got a -- the list of items lost is forty-five

Page 116

29 (Pages 113 to 116)

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    assorted wooden ceramic and glass vape now tips?
2          A.  Yes, sir.
3          Q.  Are these something you bought
4   when you were in New York or you brought them with
5   you?
6          A.  I bought them and acquired them
7   and some were gifted while in the State of New
8   Hampshire --
9          Q.  Okay.
10         A.  -- they were brought for the
11  utilization of medication in the home residence.
12         Q.  Okay.  So, you -- you brought
13  forty-five vape tips for like a one week trip?
14         A.  Yes, sir.
15         Q.  Were you anticipating vaping
16  forty-five times?
17         A.  I was anticipating possibly
18  sharing my equipment with two other licensed people.
19         Q.  Okay.  And educate me, is it
20  every time you use a vape tip, do you throw it out or
21  you clean it or something?
22         A.  No, you clean it.  You don't want
23  to -- and you might clean three, four, five vape tips
24  in a process of vaping.

*(Note: line numbering reflects page 117; lines 1–25)*

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1         Q.  Okay.  And these -- you actually
2  paid forty dollars each for these or were they --
3         A.  -- some of them I paid the forty
4  and forty-five dollars for.  A lot of them were
5  gifted, but they were -- I can't ever replace them.
6  I can't get them back.  They were from a shop that's
7  closed down that I used to support and frequent
8  routinely for a good couple years of my life.
9         Q.  Okay.  All right.
10         A.  They're now collector's items
11  because no other company makes them.
12         Q.  All right.  Let's get -- let's
13  get back.  So, you indicated you were told to get out
14  of the car, but they're already pulling you out of
15  the car when they tell you this.  Now, both officers
16  are reaching in through -- which side of the car were
17  you on?
18         A.  I was on the passenger side.
19         Q.  Okay.  So, both officers are
20  reaching in, or was there an officer on the other
21  side of the car?
22         A.  I don't know for sure where the
23  other officer was until he came around and assisted
24  the ripping me out of the car when I was also trying

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  to supply a wallet.
2         Q.  Okay.  And you --
3         A.  That's when I didn't realize I
4  was being ripped out of a car while I was literally
5  grabbed the hand bar of the Jeep to get up and grab
6  my wallet to hand it to him, and I'm being grabbed.
7         Q.  Okay.  So, were you in a -- did
8  you have a seatbelt on?
9         A.  No, I had -- I had stuff on my
10  lap.  I had my rolling machine, my tobacco bag --
11         Q.  Okay.
12         A.  -- and my box of tubes.
13         Q.  All right.  So, you're pulled out
14  of the car and then, what happens?
15         A.  I'm thrown to the ground, slammed
16  on, stomped on.  Two people are on top of me.  My
17  glasses go skittering.  And I can hear my family
18  screaming in the background.
19         Q.  Okay.  Are you trying to defend
20  yourself in this process?
21         A.  No, sir.  I'm trying not to move,
22  so they'll stop beating me.
23         Q.  Are you covering yourself up?
24         A.  No, I'm laying there.  They've

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  got me by my arms and they're on top of me and I'm
2  flat against pavement and I'm not moving, one
3  millimeter.
4         Q.  Okay.  Is somebody holding your
5  arms?
6         A.  Yes.
7         Q.  Who was holding your arms?
8         A.  Finnegan and Wollman.
9         Q.  Finnegan and Wollman.  What --
10  what -- where was -- where was Finnegan in this and
11  where was Wollman in this?
12         A.  On my back.
13         Q.  Okay.  So, you --
14         A.  Finnegan was on my back and
15  Wollman had me by the arms, uh-huh.
16         Q.  And at some point, are you
17  cuffed?
18         A.  A few minutes into all of that,
19  yeah or a few seconds, I don't know.  It all went by
20  and it's just all a blur.
21         Q.  Okay.  Well, before this
22  happened, when you were interacting with the
23  officers, when you were in the car, did -- did your -
24  - did your mother ask -- ever ask you to calm down?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  Yes.
3          Q.  Did she ask you multiple times to
4   calm down?
5          A.  Probably.  She also asked them
6   what they were doing.
7          Q.  So --
8          A.  My mother's husband, you had some
9   questions on him?
10         Q.  Me?
11         A.  Yes, sir.
12         Q.  No, he wasn't present, right?
13         A.  Not until after part of the
14  incident.
15         Q.  When did he -- when did he
16  arrive?
17         A.  He came back a few hours or an
18  hour or so into the incident to bring my family
19  coffee and food and drinks.
20         Q.  Okay.  And what did he witness?
21  Well, did -- did you see --
22         A.  I can't speak for him.  I don't
23  have his eyes.
24         Q.  Right.  Well, were you present
25  when he was there or was he in a different room?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  He was in a different room, but I
3   do believe he called Susan Simon in regards to the
4   incident at hand.
5          Q.  Susan Simon, was that --
6   refreshed my recollection.
7          A.  A judge in your area.
8          Q.  Okay.
9          A.  In Skip's area, sorry.  I -- I --
10  I understand.  I -- I kind of lump you guys all in
11  that area because you're all in New York, and I'm in
12  New Hampshire.
13         Q.  Yeah, I'm in New York State.  I
14  don't know anything.
15         A.  You don't know anything about
16  Somers?
17         Q.  I've been there once.
18         A.  And it's like down here, okay.  I
19  tell people I'm in Farmington and they're like,
20  where?
21         Q.  Okay.  So, at some point you're
22  cuffed, and you're taken into the barracks?
23         A.  Yeah.
24         Q.  And then -- then, what happened?
25         A.  They walked me into a room.  They

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   chained me to a wall, and they left me in that room.
3   I was sitting, facing a desk, sitting in a chair.
4          Q.  Okay.  And then, what happened?
5          A.  My mother and them were talking,
6   I could hear them talking out in the lobby.  They
7   said -- they started saying derogatory shit about me,
8   and I got pissed.  And I one inch punched the wall
9   that I was chained to.
10         Q.  Okay.  Did you?
11         A.  Did I what?
12         Q.  Did you punch the wall?
13         A.  I said -- I just said, said for
14  the record, one inch punched the wall that I was
15  chained to.
16         Q.  They said you wanted to, okay.
17         A.  No, I did.
18         Q.  Okay.  You one inch punch,
19  meaning like it was a short punch or you made a dent
20  in the wall?
21         A.  It means you take your fingers
22  and you press them to the surface of something and
23  you fold the fist in a very short period of time,
24  allowing the surface tip of distance of your finger
25  to your knuckles to close the distance in one

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   instance.
3          Q.  Okay.
4          A.  One inch of a hit.  There was
5   nobody --
6          Q.  Okay.
7          A.  -- in the room when I did it.  It
8   wasn't done to threaten anybody.  It wasn't done
9   towards anybody and nothing was said in regards to it
10  about it.  The next thing that happened is, is an
11  officer came in and asked what the hell I was doing
12  and what was that?
13         Q.  And which officer was that?
14         A.  Wollman.
15         Q.  Okay.  And what was your
16  response?
17         A.  My response was, I hit the wall.
18         Q.  Okay.  Did -- when you hit the
19  wall, did it cause any bruising or bloody or blood or
20  anything like that?
21         A.  None.
22         Q.  Okay.  And so Wollman asked what
23  you're doing and -- and then, what happened?
24         A.  I told him I hit the wall.  He
25  then responded, what are you going to hit me next?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    He says, I'm not going to do anything.
3        Q.  Okay.
4        A.  I don't hit people.
5        Q.  And then, what happened?
6        A.  He lunged on me and started
7    screaming, stop hitting me, stop hitting me.
8        Q.  Okay.  And at this point --
9        A.  And another cop came in and
10   started beating on me while I was chained to the
11   wall.
12       Q.  Another cop?
13       A.  Yeah.
14       Q.  And --
15       A.  Finnegan.
16       Q.  -- who?  Finnegan.  Okay.  All
17   right.  Anybody else present during any of this?
18       A.  No.
19       Q.  Okay.  And so what -- what -- can
20   you describe what the beating was like, where they
21   hit you and --
22       A.  Yeah.  Please define present.
23       Q.  In the room seeing it.
24       A.  And that's what I thought you
25   meant, no.  However, my family could hear it going on

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    just wrist chained to the wall.  And were you in a
3    position where the chain was long enough that you
4    could be on the ground or how -- how is that -- how -
5    - how long --
6        A.  Yes.
7        Q.  -- was this chain?
8        A.  The chain was probably about
9    forty inches to thirty-eight inches off the ground.
10   Handcuffs plus the length of my arm once I fell off
11   the chair and was in between the wall and their
12   assaults.  Figure I'm stretched up like this.
13       Q.  Okay.  So, where -- where did the
14   chain shackle?  Into the floor or the wall?
15       A.  It's shackled to the wall.  Forty
16   inches or thirty-eight inches off the ground roughly.
17       Q.  Okay.  And you're almost seventy
18   -- you're almost seventy -- almost seventy inches
19   tall.  Okay.  So, it's sort of the -- the chain is in
20   sort of the middle -- middle of you and you say it's
21   a forty inch chain?
22       A.  No, it's a forty inch from the
23   shackle on the wall to the floor height.
24       Q.  Okay.  And how long was the
25   chain?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    from the lobby.  And the lady that came in to report
3    her missing bird, I believe a peacock.
4        Q.  Okay.  I know you --
5        MR. HARBEN:  Off the record, please?
6    If we can pause for a second?
7        (Off the record; 11:59 a.m.)
8        (On the record; 12:00 p.m.)
9        COURT REPORTER:  .
                        We're on the record.
10   BY MR. HARBEN:  (Cont'g.)
11       Q.  So -- so, you're shackled.  How
12   long are these shackles?  Is this -- I mean --
13       A.  Are you -- I -- at the time from
14   what I'm aware was wrist chain to a wall or are you
15   talking about another incident in another room
16   separately?
17       Q.  No, I'm talking about this
18   incident where you say that Wollman and Finnegan
19   attacked you after you punched the wall.
20       A.  Okay.  So, yes, I'm -- I'm wrist
21   chained to the wall by the wrist.
22       Q.  Okay.
23       A.  Shackles usually refer to around
24   the ankles.
25       Q.  Okay.  So, you're just -- you're

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        A.  Probably about four inches, about
3    the length of handcuffs.
4        Q.  And there's -- is there --
5    there's a bench in the corner there?
6        A.  That would be in the other room
7    where the cameras were.  I was literally sitting in a
8    single wooden chair facing a desk, chained to a wall.
9        Q.  Okay.  This -- you're -- you're
10   facing a desk with a computer on it?
11       A.  No computer.
12       Q.  No computer?
13       MS. HARDING:  Explain that you were
14   beaten on numerous instances.
15       THE WITNESS:  Yes, I -- I must clarify
16   for the record, I was beaten in numerous instances --
17   instances in numerous rooms in that facility.
18   BY MR. HARBEN:  (Cont'g.)
19       Q.  Okay.  Now -- all right.  So --
20       COURT REPORTER:  I'm sorry, but I
21   heard another voice.
22       THE WITNESS:  I apologize for that.
23   There's people in the house.  I'm doing my best.
24   BY MR. HARBEN:  (Cont'g.)
25       Q.  So, at some -- at some point, so,

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    I'm -- I'm trying to go through your complaint and
2    I'm trying to get it straight.  So, are you saying
3    that you were assaulted in a different room?
4        A.  Yes.
5        Q.  And what room was that?
6        A.  I was assaulted in an office room
7    and then I was assaulted in what looked like a
8    prisoner storage room.  That was the prisoner storage
9    room.  It's the room I one inch punched the wall.
10   The other one was a room with three or four file
11   cabinets, a trash can, two desks, and an L shaped
12   bench set into the alcove of the concrete, as well as
13   a closet, and there was a computer on one of those
14   desks.
15       Q.  All right.  So -- okay.  So, you
16   -- you were in the sort of prisoner type room, and
17   you say you were assaulted there?
18       A.  Yes, sir.
19       Q.  By -- by Wollman and Finnegan?
20       A.  Yes, sir.
21       Q.  Or Wollman -- okay.  And then you
22   were brought to the room with the office desk and
23   stuff?
24       A.  Yes, sir.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1        A.  Kind of look like a guy with a
2    five o'clock shadow.  Good full head of hair, nice
3    suit.
4        Q.  Is it possible you're confusing -
5    - is it possible you're confusing Gould with Timko?
6        A.  Yes, it is.
7        Q.  Okay.  Because were you
8    interviewed by one of those two?
9        A.  Yes, sir, I was.
10       Q.  Who -- who interviewed you?
11       A.  I believe the guy in the suit.  I
12   believe the guy you're calling Timko.
13       Q.  All right.  So, in your
14   complaint, paragraph seventy-four, you describe being
15   attacked by Wollman and Finnegan, and having leg
16   irons and things of that nature, and being kicked in
17   the groin and leg.  And then you say, after the
18   assault ended, Investigator Gould came in and asked
19   Brooks if he needed medical attention, or if there
20   was anything he could do for Brooks.
21       A.  Correct.
22       Q.  Who -- who -- who -- was that
23   Gould or Timko?
24       A.  I'm pretty sure that was Gould.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1        Q.  And you were assaulted there?
2        A.  Yes, sir.
3        Q.  By both Finnegan and Wollman or
4    just one?
5        A.  Both Finnegan, Wollman, and
6    Gould.
7        Q.  Gould.  Now your complaint
8    nowhere mentions that Gould -- Gould assaulted you.
9    But --
10       A.  Gould verbally assaulted me.
11       Q.  Okay.  What does Gould look like?
12       A.  Gould kind of looks like Hank
13   Schrader from Breaking Bad.
14       Q.  Okay.  So, Gould is -- is
15   balding?
16       A.  Balding, older.
17       Q.  Okay.  How tall?
18       A.  I'd probably give him five
19   eleven, six foot.
20       Q.  Okay.  You recall speaking to a
21   Sergeant Timko --
22       A.  Vaguely.
23       Q.  -- at some point?  And what does
24   Sergeant Timko look like?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1        Q.  Okay.
2        A.  I believe Timko came in at
3    another point and asked as well.
4        Q.  Okay.  And then you responded,
5    according to paragraph seventy-five of your
6    complaint, I want to make a report about the assaults
7    I just dured -- endured, I want to press charges.
8    Brooks was covered in blood, and he showed the
9    investigator.
10       Brooks also said, I want medical and
11   would really like a cigarette right about now.
12   Gould, the investigator said, quote I'll look into
13   it, I'll see what I can do about that cigarette close
14   quote.  And he left.
15       A.  Correct.
16       Q.  Is that -- is that -- you recall
17   that?
18       A.  Vaguely, fairly well, yeah.
19       Q.  Now your -- your complaint does
20   not say that Gould was present during any assault or
21   verbally assaulted you or anything like that.  So --
22   okay.  Now paragraph seventy-six of the complaint
23   says, you were brought to another office by Finnegan.
24   There were --

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A. Yeah.
3          Q. -- two desks, four monitors, an L
4   shaped set of benches, a shallow style closet, an
5   outside trash -- style trash can.  Brooks was
6   attached to the benches by his left ankle to the
7   bench leg and stretched across the other bench with
8   his right arm attached to the wall, stretching his
9   entire body across the length of the benches.
10         Then Gould entered the area and Brooks
11  asked him, do you think they can loosen my cuffs?
12  It's cutting off my circulation in my ankle and
13  drawing blood on -- on my wrist.  He responded by
14  saying, let me go see about the cigarette.  And he
15  left.
16         When he left, investigator -- when
17  investigator Gould returned, he escorted Brooks,
18  cuffed and shackled to the basement offices.  Gould
19  said, I'm going to get you a piece of paper and pen
20  to write your statement.
21         Brooks responded, the only way this is
22  going to work is if you write it because I'm going --
23  I'm in too much pain to write, my hand's hurt.
24  Brooks was unaware of time passes because there were
25  no clocks.  Gould retrieved a digital camera and took

Page 133

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   a grasp of what your claims against officer --
2   Investigator Gould are.  What are you alleging that
3   Gould did?
4          A. Dereliction of duty, negligence
5   of command, and intentional, deliberate indifference
6   to the suffering of a human being under his care and
7   control.  When I asked him to write exactly what I
8   wrote, he pencil whipped me.
9          Q. What does that mean?
10         A. Pencil whipped is -- when you're
11  playing a game with somebody, and you're keeping
12  score for everybody playing, and you keep marking
13  things the way you want it to look.
14         Q. Okay.  Now have you looked at the
15  -- the documents that we've provided in this case and
16  see that there's no report of -- of Gould
17  interviewing you?
18         A. No report of that yet.  It
19  occurred and he took photographs of my hands.
20         Q. Okay.
21         A. Where are those photographs which
22  I believe we have?  Oh, wait.  No, we don't.
23         Q. I produced all the document --
24  all the photographs that they had in the --
25

Page 135

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1   pictures of Brooks' hands.  Do you recall a written
2   statement being made or anything like that?
3          A. Yes, sir.  I do, completely.
4          Q. Now again, you're not alleging
5   that Gould had anything involvement with force or
6   anything like that?
7          A. With physical force, no.
8          Q. Okay.  And now we're in this room
9   with the -- the desks and stuff?
10         A. That's not -- he took me down to
11  a lower office.
12         Q. Okay.  So, this --
13         A. So, we're no longer -- this is a
14  third room.
15         Q. Okay.
16         A. A room that I believe to be in
17  the basement of that building.
18         Q. All right.  Now the rest of your
19  complaint, does it, you know, I'm looking at
20  paragraph seventy-seven, seventy-eight, seventy-six.
21  Does it -- does it recite any additional use of
22  force?  It goes into the -- the search of the
23  vehicles and things of that nature.
24         Now I'm just -- I'm just trying to get

Page 134

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1          A. That they produced for you.  I
2   understand.
3          Q. There might -- I think there
4   might have been pictures of your hand, but also other
5   pictures of you.  But I want to say that, you know,
6   the -- all the records indicate that Sergeant Timko
7   was involved in talking to you.
8          A. Correct.
9          Q. So, I'm just -- I'm just trying
10  to figure out if you're confused because Timko is
11  nowhere mentioned in -- in the -- in the complaint.
12         A. Timko never put his hands on me,
13  and I don't know him by name.  I had a hard time at
14  that point.  I had been beaten.  My glasses were
15  broken and gone.  My blood, my vision, were all in my
16  eyes and on my face from hitting the concrete.
17         Q. Okay.
18         A. I thought officers, when you
19  asked them to help you, when you asked them to write
20  down as a person who was just victimized, what you
21  asked them to write, they'd write down what you asked
22  them to write.  I guess I thought wrong.
23         Q. All right.  Okay.  I -- I need to
24  go to the bathroom, but I'll be very quick.
25

Page 136

34  (Pages 133 to 136)

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  I'm going to -- I'm going to take
3   that same motion with you.  I got to go.
4          Q.  Okay.  All right.
5          (Off the record; 12:12 p.m.)
6          (On the record; 12:20 p.m.)
7          COURT REPORTER:  It's twelve twenty,
8   we're on the record.
9          BY MR. HARBEN:  (Cont'g.)
10         Q.  I'm going to jump back.  The vape
11  -- vaping.  You ever vape in the car?
12         A.  No.  It wasn't my vehicle, so I
13  couldn't vape in it.
14         Q.  Okay.  You ever smoke marijuana
15  in the car?
16         A.  No.  Not in my vehicle, I
17  couldn't.
18         Q.  Prior to coming to the barracks
19  that day, did you either vape or smoke marijuana?
20         A.  No.
21         Q.  Is that a -- you -- you don't do
22  a wake and bake or anything like that?
23         A.  We didn't have the time.  We were
24  rushing out of there to do a six-hour drive.  So,
25  there's no time for a wake and bake.  There's time to

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2          A.  Not for traveling, but if I still
3   have to register to stay more than so many days in a
4   state, they require me to sign them with them anyway.
5          Q.  Okay.  So --
6          A.  If I don't stay overnight, I
7   don't have to.
8          Q.  Prior to this incident, when was
9   the last time you had smoked marijuana?
10         A.  The night before, probably at
11  about midnight.
12         Q.  Okay.
13         A.  I was sitting there playing
14  Fortnite, I think.
15         Q.  Right.  And how -- how many --
16  did you change your clothes?
17         A.  Of course I did.
18         Q.  Well, let me -- let me hang up on
19  this.  All right.  Do you know if any of the other
20  people who were in the car with you had smoked any
21  marijuana that morning?
22         A.  Nobody had smoked marijuana that
23  morning.  And my mother doesn't smoke.
24         Q.  Are you frozen, Mr. Brooks?
25         A.  No, sir.  I'm -- I'm sitting

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   pack your shit and get out of the house.  This way
3   you're not encumbering public officials trying to get
4   a signature.
5          Q.  You wouldn't want to have take --
6   smoked a bit because -- for your back to be in a car
7   for six hours?
8          A.  Wanting to and allowed to are two
9   different things.  My responsibilities don't allow me
10  to.
11         Q.  Was driving for five or six hours
12  without having smoked any marijuana difficult on your
13  back?
14         A.  Seven days a week, but I do it
15  anyway.
16         Q.  Well, you drive six hours a day?
17         A.  Not now.
18         Q.  Okay.  Did you before?
19         A.  Yeah.
20         Q.  When?
21         A.  December, I went and picked up a
22  puppy.  It took me a fifteen-hour drive.  Fifteen
23  hundred mile drive.
24         Q.  Okay.  And you don't need to get
25  the forms filled out anymore, right?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2   right here.  Can you see me?  She switched to the
3   other side, and you're over here.  But I'm talking.
4          Q.  Your face froze, so I thought I
5   might have -- I might have lost you.  Okay.  So, what
6   was the answer -- neither one of them had, as far as
7   you know?
8          A.  My mother doesn't smoke at all.
9          Q.  Uh-huh.
10         A.  And my cousin hadn't either.
11         Q.  Okay.  And what about the night -
12  - so, the night before --
13         A.  Yeah, we were playing Fortnite.
14         Q.  Okay.  And I take it, with the
15  rush to get back home, you didn't do a huge load of
16  laundry at five in the morning or anything like that?
17         A.  No.
18         Q.  Okay.  All right.  So, while the
19  -- at some point, your vehicle was searched.  Is that
20  correct?
21         A.  That's correct.  I was watching
22  it occur on the cameras while I was chained to the
23  wall.
24         Q.  Okay.  And do you -- do you
25  recall who searched the vehicles -- the vehicle?

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2    A. Yeah, I -- I do believe I
3 remember seeing an investigator in a white shirt, an
4 investigator woman in a blue shirt. And I believe
5 Finnegan was putting a bong on top of the car.
6    Q. Okay. Investigator in a white
7 shirt, do you know who that was?
8    A. Timko. And then he said the
9 Judge wore a nice bourgeois suit and he -- he -- he'd
10 get it in town and sign today. He's good. That --
11 that was what the cop said. He is good.
12    Q. A bourgeois suit?
13    A. Yeah, he was referring to a
14 certain judge that he asked if he was in. He says,
15 yeah, he's good. He's wearing a white bourgeois suit
16 today.
17    Q. I don't -- what -- what -- all
18 right. I don't even know what a --
19    A. Hey, that was the first time I
20 ever heard that -- that term was that officer.
21    Q. Okay. That's an interesting
22 term. Okay.
23    A. Yeah, that was my thought. So, I
24 heard some judge shopping.
25    Q. So, let's go to paragraph eighty-

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1 three. You've -- you've received some food. It
2 says, shortly after receiving food, Brooks again
3 asked for a cigarette. Finnegan brought Brooks
4 outside onto the front steps of the barracks for a
5 cigarette. So, did Finnegan gave you a cigarette
6 after all this?
7
8    A. No, Finnegan got my mother to
9 walk up and provide me with one from her pack.
10    Q. All right.
11    A. Because they had broken and
12 destroyed any ability for her to provide me to roll
13 one.
14    Q. All right. And now you say --
15 and then you described Finnegan is having what sounds
16 like a polite conversation with your mother about her
17 -- any heart conditions or at his children or
18 something along those lines. Did you do that -- did
19 you witness that? Or did your mother -- is this --
20    A. We were all there. The three of
21 us were sitting on the front of the porch barracks,
22 smoking a cigarette, talking about his child's
23 molestation on the back of a bus, I believe. And
24 then he started asking me about the rings that I was
25 wearing.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2    Q. Okay. And what -- what was it
3 about the rings you were wearing?
4    A. Well, was I part of a motorcycle
5 club or something? Did -- did -- did I like bad
6 people? Things like that. I said no. Seven people
7 in my state just died in a motorcycle accident, and
8 I'm wearing that ring upside down in honor of them.
9    Q. Okay. Now paragraph eighty-six,
10 you talk about how you had been assigned one lawyer
11 and your cousin had been assigned another lawyer.
12 Your cousin was --- was arrested too.
13    A. Yes.
14    Q. Is that correct?
15    A. Correct.
16    Q. And she was arrested because she
17 had a -- there was a gun?
18    A. Correct.
19    Q. A flintlock pistol, right?
20    A. Correct.
21    Q. And when they -- did they ask you
22 if it was your gun?
23    A. Yeah.
24    Q. They being Defendants, okay. And
25 you --

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2    A. Yes.
3    Q. -- indicated that it was not?
4    A. I did.
5    Q. Right. And they believed you?
6    A. No.
7    Q. They didn't charge you with gun
8 possession, did they?
9    A. They did. They did. I walked
10 through their county jail in Valhalla carrying
11 charges for felony and possession of a firearm and
12 assaulting a police officer in disorderly conduct.
13 Nowhere in those charges was there anything to do
14 with marijuana.
15    Q. Okay. Have you received --
16    A. So, it's right.
17    Q. Not going to help. Are you --
18 are you aware of the -- have you seen the accusatory
19 instruments signed by Investigator Gould?
20    A. I am not. I have not seen it.
21 That doesn't mean my mother hasn't.
22    Q. Okay. Are you aware of an
23 investigator who never signed off on any accusatory
24 instrument concerning you possessing a hidden gun?
25    A. I'm aware I'm in possession of

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    the paperwork that I walked through Valhalla County
3    Jail with. It says I was charged with felony and
4    possession of a dangerous weapon.
5        Q. Do you have that paperwork?
6        A. I do.
7        Q. Has it been produced?
8        A. I believe it has. I know it was
9    produced by your county jail to me, and your
10   officers. And I know they're not your officers, like
11   everybody's telling me. But I'm not from New York,
12   it's the closest thing to ownership.
13       Q. The county jail is the county.
14   In the State of New York, the state police. So, I
15   don't -- I don't have that. I haven't seen any of
16   that.
17       A. All right. Well, I will be
18   looking forward to putting it in your hands as soon
19   as I can.
20       Q. Okay.
21       A. Because I don't want to be out of
22   compliance in any way to help you do your job either.
23   I also still have the clothes that I was wearing that
24   day. Velcroed, sealed, and taped up inside of Ziploc
25   bags and a box, photographed and videotaped being

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    installed into that box with my blood on them still.
3    From the assault --
4        Q. Okay.
5        A. -- of those officers.
6        Q. So, you were brought to -- you
7    were booked and put in Westchester County Jail on the
8    26th of 2019. Is that correct?
9        A. Correct.
10       Q. I just want to get -- clarify.
11   Paragraph eighty-seven of your complaint specifies
12   that your cousin Cheyenne was charged with loaded
13   firearm, and that --
14       A. Yes.
15       Q. -- you were -- you were charged
16   with assault, resisting arrest and disorderly conduct
17   but not firearm.
18       A. I was charged with the firearm
19   initially until the two lawyers changed cases with me
20   in the same room in front of me and says, oh, no, I'm
21   supposed to have her paperwork. That occurred before
22   my eyes in that Westchester courthouse.
23       Q. And do you think there's
24   something odd about that? Or --
25       A. I do think something's odd about

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    that. The charges weren't changed until I signed the
3    deal. There was nothing about my jail time that
4    involved marijuana until after that deal was signed.
5        Q. So, it -- it -- on July 30th --
6    on July 31st, the -- this -- the -- the court set a -
7    - a bail, a bond amount. And you were eventually
8    released on August 1st, 2019?
9        A. Yeah, at about eleven something
10   at night, give or take.
11       Q. Okay. So, you were -- you were -
12   - this was in Valhalla? Valhalla Jail?
13       A. Valhalla County Jail, correct.
14   Yes, sir.
15       Q. You ever been there before?
16       A. Not before that day.
17       Q. Okay. So, you were there for
18   five-and-a-half days or so. Were you assaulted or
19   anything along those lines when -- when in the jail?
20       A. I was not.
21       Q. Okay.
22       A. However, I -- I personally think
23   being held and housed and arrested for days for a
24   crime you did not commit is an assault in and of
25   itself.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q. I'm just asking about the
3    conditions of confinement. You were not physically
4    assaulted by any other incarcerated individuals, or -
5    -
6        A. No, sir. I was provided things
7    that -- as -- as an incarcerated individual, I
8    couldn't normally get. They worked very hard to keep
9    me very happy, and they were very nice to me at
10   Valhalla -- Valhalla County Jail.
11       Q. And what -- what did they give
12   you there?
13       A. I'm pretty sure it's called
14   Ensure. It's a vitamin drink that patients have to
15   fight to get. And they made sure I had it from the
16   minute I was through the doors. Talking about my
17   bruises and all.
18       Q. Okay. Were they concerned that
19   you were malnourished or something along those lines?
20       A. Yes, sir. They were concerned I
21   was malnourished. That's -- that was their exact
22   consideration of it. Yeah, I've seen people when I
23   was in the prison in Concord and Berlin who were
24   dying of AIDS, fighting for years, filling out with
25   blood slips to get those same drinks. And then being

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  told they had to pay for them.
3      Q.  Okay.
4      A.  But I -- I miraculously got them
5  walking through the door of a county jail as an
6  offer.  That was beautiful.  That was real nice of
7  Valhalla.  I like that.
8      Q.  All right.  So, I also talked
9  with a man while I was there on Valhalla over a
10  Skype, who was supposed to be a lead doctor in
11  reports of abuse.
12      Q.  And who was that?
13      A.  I don't know his name, but he was
14  of a foreign dialect.  So, I had a hard time
15  understanding him, but I spoke to him.  And it was in
16  Valhalla, over a video chat, through their medical
17  center.
18      Q.  Okay.  Do you know -- oh, was
19  this for medical treatment or for reporting purposes?
20      A.  I couldn't tell what their
21  mindset was.  I know what mine was.
22      Q.  Okay.  All right.  So, you had a
23  number of visits to the Somers Justice Court --
24      A.  Yes, sir.
25      Q.  -- following this?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      A.  It got caught on fire -- it got
3  caught on fire at a garage down there who was looking
4  at it in the town.
5      Q.  In Westchester?
6      A.  Yeah, Connecticut area.  Right --
7  right outside.  We're right there on that Westchester
8  Somers Connecticut border.  So, it's -- you're
9  hopping around that three town area.
10      Q.  So, your -- your car caught on
11  fire?
12      A.  By the mechanic's doing.  My
13  mother's jeep.  The green one described in the
14  reports.
15      Q.  Okay.  And -- all right.  So, at
16  some point, the Westchester District attorney dropped
17  the charges?
18      A.  No, though at some point the
19  Westchester District attorney talked to me and my
20  family into signing a plea bargain which would seal
21  it all up and it would go away and I'd never hear
22  about it again.  Despite the fact that I'd never laid
23  my hands on a cop in my life.
24      Q.  Okay.
25      A.  And it was supposedly sealed in

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      A.  Yes, sir.
3      Q.  And eventually COVID happened and
4  physical appearances were no longer --
5      A.  It became insanity.
6      Q.  Yeah.  So, you had -- you had
7  virtual appearances?
8      A.  No, I made the drives for most of
9  them.
10      Q.  You don't -- you don't -- the
11  live ones have been canceled?  I mean after COVID,
12  after March 2020.
13      A.  Oh, no.  At that point, a lot of
14  it started becoming either video or through legal,
15  but I took rental cars all the way pretty much up
16  until I couldn't afford to anymore.
17      Q.  Okay.  Do you have any receipts
18  for those rental cars?
19      A.  I do.
20      Q.  Is that because the family
21  vehicle wasn't working or wasn't available?
22      A.  It's because the family vehicle
23  wasn't up to snuff to make it there after it had been
24  destroyed and we had to find a new one.
25      Q.  And how was it destroyed?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  my favor.  The ruling was closed in my favor.
3      Q.  Okay.
4      A.  I have yet to feel the favor.
5      Q.  Well, I'm asking what -- what --
6  why do you think it's -- it's not sealed --
7      A.  Because I was picked up on -- on
8  charges in New Hampshire where their -- be on the
9  lookout hadn't been removed from the system, and it
10  was used in the case in New Hampshire to pull me into
11  the New Hampshire system again.
12      Q.  And when was that?
13      A.  May -- no, no, no.  April
14  something.
15      Q.  2024?
16      A.  Of '24.
17      Q.  Okay.
18      A.  Of '24.
19      Q.  So, is it -- is it -- you're --
20  the plea -- the plea deal was back in May 2022?  And
21  the -- and the dismissal?
22      A.  I believe so, yeah.
23      Q.  And the sealing of the records --
24      A.  May 6th.  May 6th.
25      Q.  Yeah.  So, if you -- you're --

afb48061-4252-4a63-bc2b-5195d53f20f7

Page 153

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    you're -- you're concerned that it's still in the
3    system somewhere and -- and -- in New Hampshire?
4        A.  Federally.
5        Q.  Oh, okay.
6        A.  I.e. it don't matter where I go,
7    someone's going to be here and look my name up and
8    get a report that I beat a cop.  And then they're
9    just going to shoot me as a fleeing felon and write
10   it in their report.
11       Q.  Okay.  So -- okay.  All right.  I
12   -- have you raised -- have you raised this with --
13   with the -- the Somers Court?  The Westchester D.A.?
14       A.  I raised it with my lawyer.  I
15   raised it with my representation.
16       Q.  All right.  And what -- oh, all
17   right.  Is there anything being done about it?
18       A.  No, because -- because what's
19   going to be done about something that's already
20   supposedly closed and sealed?
21       Q.  All right.
22       A.  Excuse me, guys.
23       Q.  All right.  I'm -- I'm just going
24   to -- let's take a five-minute and I'm going to
25   go over and see if I have anything left here.

Page 155

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        A.  All the marks on my -- on my
3    elbow, on my bicep, forearms.
4        Q.  And go -- going to the second
5    picture, is this -- when you were talking about
6    pictures of your hands being taken, is this -- is
7    this photograph -- this is what you're talking about?
8    When they took --
9        A.  They didn't -- no, they didn't --
10   they -- they -- they didn't provide the photographs
11   because they took photographs of the front of my
12   hands.  Had me put my hands up like this in that
13   room.
14       Q.  Okay.  Third -- third picture is
15   your arm scraped up?
16       A.  That -- that photograph was
17   taken, but these are not the photographs that I'm
18   talking about that should have been provided.
19       Q.  Okay.  I'm just going through --
20   okay.  I'm just going through these scrapes on the
21   elbows, scrapes on the interior of the arms.
22       A.  Scrapes on my ribs that aren't
23   shown in the photographs under the -- under the
24   shirt, bruises.
25       Q.  And seventh photo is of Finnegan,

Page 154

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        A.  Okay.
3        (Off the record; 12:43 p.m.)
4        (On the record; 12:51 p.m.)
5        COURT REPORTER:  It's twelve fifty-
6    one, we're on the record.
7        BY MR. HARBEN:  (Cont'g.)
8        Q.  So, Mister -- Mr. Brooks, you
9    have in front of you some photographs that were taken
10   on July 26th.  Brooks Bates number is one twenty-
11   seven through one thirty-seven.  And I'm just try and
12   ask you when -- when in the sequence of events these
13   were taken.
14       A.  Those were taken at the end,
15   right before I practically got into the cruiser and
16   was funneled off to the courthouse to be arraigned
17   and then told I was going to jail.  After the --
18   before the lawyer's incident.
19       Q.  Right.  Okay.  And is this --
20   these accurately depict what you looked like at the
21   time in question?
22       A.  Absolutely.
23       Q.  And so, I note a -- some scrapes
24   on your arms, I guess, above your watch.  It looks
25   like a little bruise or something along those lines.

Page 156

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    his knee.  The ninth photo is of Wollman and his
3    elbow.  All right.  And you believe that there were
4    other photographs?
5        A.  I know there were.  I was there
6    when they were taken after he told me he was going to
7    write the report.  He was going to come back in the
8    room.  He turned the light on as he walked out of the
9    room.  I felt creeped out and weirded out by the
10   fact that he walked me into a dark room, set me down and
11   cuffed me to a chair to take my statement in a dark
12   room and then was leaving while the room was still
13   dark.
14       There was another office in the
15   basement of that building.  Came back, took
16   photographs with my hands, turned the lights on and
17   said, so is this how -- is this how -- how you told
18   it to me to have me write it?  And it was not how I
19   told him to have him write it.  That was where I was
20   pencil whipped.
21       Q.  All right.  And I guess, do you
22   have -- if you could look at -- actually, I think I
23   would have meant -- meant to send you, it's the same
24   -- same set, but there's just one more picture of
25   your face -- of your headshot.  Brooks one twenty

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2  through one twenty-six.
3      A.  Let me look.  Give me just a
4  minute.  You see the top of my shoulders in that
5  picture?  You can see all the damage from me taking
6  ground from them being on top of me.
7      Q.  Okay.  And you were -- you were
8  in this tank top?
9      A.  Yeah.
10     Q.  When you were taken down?
11     A.  Yes, sir.  I was also in another
12  blue shirt, like the one you see me wearing now.  But
13  it wasn't buttoned up.
14     Q.  Okay.  So, you took that off?
15  That's --
16     A.  No, they ripped it off of me and
17  destroyed it in the process of beating me and
18  throwing me to the ground when I wasn't even
19  fighting.
20     Q.  Okay.  All right.  Well, so,
21  aside from the scrapes or bruising that might be
22  shown in these pictures, you indicated you had some
23  on your ribs.
24     A.  My ribs, my groin area that's not
25  indicated or visually apparent, my legs, my back.

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      Q.  And what were you limping from?
3      A.  From the bruises and the pain in
4  the muscles, and the swelling.
5      Q.  Which leg, where, what?
6      A.  My right leg.
7      Q.  Okay.
8      A.  Where I was punched in the groin
9  and kneed and kicked and stomped on.
10     Q.  Okay.  And did the bruising and -
11  - and swelling evade at some point?
12     A.  Yes.
13     Q.  When -- how -- when did that
14  happen?
15     A.  Over the course of the time I was
16  in Valhalla County Jail, and the time date stamped on
17  the photographs that I sent you a few days after
18  that.
19     Q.  Okay.  And you were in Valhalla -
20  - the county jail for a little under six days.  I
21  take it you did not have access to any medical
22  marijuana when you were in there?
23     A.  Of course not.
24     Q.  Okay.  And was -- and did you
25  have any withdrawal issues then?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      Q.  Okay.  And you --
3      A.  I provided those, I believe, with
4  a Brooks' ruler that's blue up against them for
5  comparative sizes.
6      Q.  Right, right.
7      A.  As I said, I bagged those
8  garments that you see there, as you see them, under
9  video recording when I received them back from the
10  county jail.  Bagged them up, taped them up, put them
11  in a box, they've been in my safe since.
12     Q.  Okay.  No broken bones or
13  anything like that?
14     A.  No.
15     Q.  And at the Westchester County
16  Jail, do you receive medical attention other than the
17  vitamin shake?
18     A.  Yes, they doctored my bruises, my
19  cuts and my scrapes.
20     Q.  Okay.
21     A.  As I said, they were exemplary.
22     Q.  And after the incident, were you
23  able to walk?
24     A.  Yes, but I limped the entire time
25  I was in their county jail.

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2      A.  I had minor withdrawal concerns.
3      Q.  You had the concerns, but did you
4  actually have any withdrawal?
5      A.  Yes, I was sweating.  I had
6  headaches, migraines, and double vision.  Things that
7  the -- the medication would normally treat that I
8  wouldn't deem as withdrawal by -- by a symptom of it
9  not being there.  But I guess that's how it's deemed,
10  it's withdrawal.
11     Q.  Okay.  Is there anything you used
12  to be able to do prior to the incident that you're no
13  longer able to do?
14     A.  Oh, yeah.
15     Q.  What is that?
16     A.  Everything.  Outside of my home.
17  I shake.  I don't function normally.  I have officers
18  come to my home and start grass lighting me on my
19  front door for my normal registration.  I can provide
20  the YouTube that I uploaded a couple days ago.
21     Q.  Grass lighting?
22     A.  Yeah, they come up to you and act
23  like you're stoned and they're going to have you
24  arrested for being hostile.  When they walked up to
25  you and say, stop being hostile, it's like when

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

2  you're beating somebody and you tell them, stop
3  hitting me, stop hitting me, so you're justified in
4  beating them.
5       Q.  Have you contemplated legal
6  action regarding these issues?
7       A.  We're -- we're dealing with it,
8  aren't we?
9       Q.  Well, you're talking about local
10  officers in New Hampshire, correct?
11      A.  Yeah, of course I'm dealing with
12  it.  But one lawsuit at a time and we're at this
13  timeframe now.
14      Q.  Okay.  So, when you say you can't
15  -- you -- you don't go out, you mean it's not --
16      A.  No, I don't like to go out.
17      Q.  This is because you're afraid of
18  police?
19      A.  I'm afraid of police, and I'm
20  afraid of civilians that are manipulatable by police.
21      Q.  Physically, is there anything you
22  can't do now that you could do before?
23      A.  Yeah, I could lift a lot more
24  back then.  I was comfortable enough to go back to
25  consider packing up a home of my family's effects,

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

2  and I'm back to days of laying on my back on a -- on
3  a heating pad.  Getting rubbed because I can't get up
4  and barbecue normally.
5       Eating meals at ten and eleven o'clock
6  at night because I just can't get out of my chair to
7  feel good enough.  I can't shovel a driveway like I
8  used to.  It takes me hours to even move a couple of
9  shovels.
10      Q.  Okay.  Are you alleging any
11  psychological or emotional injuries from the
12  incident?
13      A.  Absolutely.
14      Q.  What?
15      A.  Psychologically, every time I
16  have to deal with a cop, I start shaking like a
17  Chihuahua.  Emotionally, I'm not right for days on
18  end.  I mean, you're starting to hear that tone in my
19  voice right now, how it makes me feel inside.  Just
20  reliving it.
21      Q.  Other than --
22      A.  I'm now seeing a counselor
23  because of this.  I am emotionally closed off to my
24  family in several things, areas, because I just don't
25  want to deal with people anymore because of this.

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

2  Even my own family.
3       Q.  And --
4       A.  A future wife, significant other
5  is out of the question now.  There's too much
6  baggage.
7       Q.  Okay.  Now earlier in your
8  deposition, you had indicated that you had been raped
9  repeatedly while in prison.  When you got out of
10  prison, did you seek any counseling about that?
11      A.  Yes.
12      Q.  How long did you get counseling
13  for that?
14      A.  Up until my counseling was
15  terminated for my S.O. programming.  And I didn't get
16  any counseling for it.  No matter how much you ask
17  for it, they provide you nothing because you're an
18  offender.  They deem you -- you don't need treatment.
19  You need a bullet.
20      Q.  Okay.  Now Ms. Duryea and Ms.
21  Harding, you noted that they are witnesses to the
22  underlying incident.  Is that correct?
23      A.  As well as the woman that we
24  provided you the number for.  Yes, that is correct.
25      Q.  Now is Miss -- Mr. Duryea a

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

2  witness to anything relevant to this law?
3       A.  Yes.
4       Q.  Is it -- what -- what would he be
5  a witness to?
6       A.  He'd be a witness to the
7  elbowing.  Wait, you're talking -- you talking about
8  --
9       Q.  Mr. -- Mr. Duryea.  Seth --
10      A.  Yeah.
11      Q.  Seth Duryea.
12      A.  Yeah, he -- he's a witness to the
13  hours and the timeframe that it drug out for a simple
14  -- I simply supposedly assaulted an officer.  But yet
15  it took you twelve hours to get me arrested for
16  possession a -- assaulting a cop, a gun, which one?
17  Yet you kept me at your barracks for hours to beat
18  me.
19      Q.  Any other witnesses?
20      A.  Yeah, those three officers.
21      Q.  Okay.  Any other witnesses you --
22  any other witnesses you intend to call a trial -- if
23  it's a trial of this action?
24      A.  Yeah, I might consider calling
25  the person who provided me my travel form, the -- the

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    New Hampshire Departments of Corrections officers,
3    who know I've never struck any of them during my nine
4    and three quarters years of tenure.
5        Q.   Right.
6        A.   It's in the interrogatory.
7        Q.   Okay.  So, let me just go through
8    some of the damages items that you referenced.  A bag
9    of tobacco costs thirty-three dollars.  This is from
10   your -- your interrogatory and document responses.
11       A.   Affirmative.
12       Q.   All right.
13       A.   Now that price has gone up, so I
14   mean, are we going to account for the inflation on
15   that?  Or we account on -- we just giving me back
16   then what I lost back then, but yet I'm still being
17   itemized?  I mean, I don't know.
18       Q.   Okay.  Forty -- forty bottles of
19   vape flavored tobacco.
20       A.   Correct.
21       Q.   Now it's your position that they
22   were all opened and tainted?
23       A.   That is correct.  I can still
24   provide some of it back to you that I kept just for
25   it, but I didn't feel like keeping all forty.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q.   And soap flavor, -- you're --
3    you're -- you're under the impression that they all
4    got some sort of soap or hand sanitizer on them?
5        A.   Let -- let's be real, you ever
6    swear in front of your family and your mother washed
7    your mouth out with soap?  It's pretty easy to know
8    what your mouth -- well, what soap tastes like when
9    you put it in your mouth.
10       Q.   Is it something that -- does this
11   stuff get funky flavored if it's been sitting around
12   for a few years?
13       A.   If it had been sitting around for
14   a few years, but it doesn't taste like soap.
15       Q.   Okay.  Ten vaporizers, this is --
16   this is for dealing with the infused hemp oil?
17       A.   Correct.  They're battery
18   operated mods.
19       Q.   Okay.  You have ten --
20       A.   You thread a glass stick to it,
21   put a tip on it.
22       Q.   You have ten vaporizers at
23   fifteen ninety-nine each equals three hundred
24   nineteen dollars and eighty cents.  Is that because
25   there were batteries in all of them?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        A.   I think you might have misread
3    because they're fifty-nine ninety-nine each.
4        Q.   Oh, okay.
5        A.   My total one fifty-nine with the
6    batteries and all the things per vape per item.
7        MS. HARDING:  Is he talking about mini
8    vapes?  I heard vapes, I don't know where he's at --
9        THE WITNESS:  Yeah, yeah.  I don't
10   know where you are on the list.  Which vapes you are
11   -- I had a lot of them.
12       BY MR. HARBEN:  (Cont'g.)
13       Q.   I'm up on page six, the middle, ten
14   vaporizers at fifteen ninety-nine each.
15       A.   Hold on, we'll find out.  That
16   way I can answer you appropriately.
17       Q.   Yeah, I'll -- let me -- let's
18   mark this as an exhibit.  We're going to talk through
19   it.  Did that one come through?
20       A.   I have nothing on screen yet.
21       MS. HARDING:  Look on -- there.
22       MR. HARBEN:  Ma'am -- madam Court
23   Reporter is getting it.
24       THE WITNESS:  She's working on it.  I
25   can see -- I can see her working it through, the

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    computer wants to be a pain in her neck.
3        THE WITNESS:  I've got a lot of files
4    of this -- what's the name of the file that that's
5    in?
6        MS. HARDING:  I know what it is.
7        MR. HARBEN:  This is your -- these are
8    your responses.
9        THE WITNESS:  My -- my responses for
10   the interrogatory responses.  Okay.  Bingo, it's on
11   screen.
12       MR. HARBEN:  So, let's go to --
13       THE WITNESS:  I'm going to blow it up
14   a little bit, so I can see it.  I'm a little hard
15   visually at this point of age.
16       MR. HARBEN:  So, let's go back to page
17   six.
18       THE WITNESS:  Look at -- look at what
19   he's given to you because I'm not finding it yet.
20       BY MR. HARBEN:  (Cont'g.)
21       Q.   Right in the middle of the page,
22   ten vaporizer at fifteen ninety-nine each.
23       A.   Ten vaporizer eighteen six fifty
24   at fifteen nine -- now I understand what you're
25   talking about.  Those are batteries for the mods

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1 themselves, each of those batteries is fifteen
2 ninety-nine, for one battery.
3     Q.  Okay.  And then we -- how did
4 that get to three nineteen?  Well, ten times -- ten
5 is -- that's a hundred fifty-nine dollars.
6     A.  Yes.
7     Q.  And then we doubled it?  I'm just
8 -- just --
9     **MS. HARDING:**  Maybe it's a
10 miscalculation.
11     **THE WITNESS:**  I think that was a
12 miscalculation like the addition of a line and the
13 carry of a line.
14     **BY MR. HARBEN:**  (Cont'g.)
15     Q.  Okay.  And that -- I don't know
16 what a Keen Stone -- oh, you're saying Keen Stone is
17 a comparable battery, which is now twenty-nine
18 dollars or something like that?  Is that what we're
19 saying?
20     A.  I think that's a scale.
21     Q.  Oh, all right.  Okay.  And I
22 think we already went over a forty-five --
23     A.  No, that was a battery charger.
24 That was a battery charger.

Page 169

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1 this equipment.  That they took seconds to destroy.
2     Q.  Okay.  And like, how -- how was
3 it destroyed?  They were smashed?  Are they dead by
4 the time you took them?
5     A.  Somebody put the batteries in the
6 mods, or chargers backwards.  That's called shorting
7 a battery, and it leaves a black burn mark on the tip
8 of the electrodes.
9     Q.  Okay.  So, if --
10     A.  And a lot of the glass was either
11 not returned or returned broken.
12     Q.  Okay.
13     A.  Or coated in that same soapy
14 residue.
15     Q.  And I -- I forgot the forty-five
16 mouth tips, were they lost or broken or screwed up?
17     A.  I didn't receive half of them
18 back.  Others were broken.
19     Q.  Okay.  And so, on a -- on a
20 seven-day trip, you'd be taking ten batteries with
21 you just to have enough.  Okay.
22     A.  It was a total of ten days and
23 two batteries per month.
24     Q.  Okay.  And the bong, the eight

Page 171

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1     Q.  So, why do you bring ten
2 batteries?  These things that you go through
3 batteries real fast on?
4     A.  They'll burn -- they'll burn two
5 batteries up depending on the wattage at which I run
6 the mod at, which could be two hundred watts all the
7 way up to -- a full burst is four hundred and fifty-
8 nine degrees of temperature made at the core burn.
9     Because of those two batteries, I'll
10 get five total hits out of those two batteries on
11 that one charge --
12     Q.  It sounds like a very -- this
13 sounds like a very expensive activity.
14     A.  It's not cheap.  Life isn't
15 cheap.
16     Q.  Where -- where's the money coming
17 from?
18     A.  Social Security Disability,
19 selling a computer here or there.  Some small kick-
20 ins here and there from friends.
21     Q.  How much -- how much S.S.I. do
22 you get a month?
23     A.  Almost a thousand.  Not to
24 mention it took me several years to acquire some of

Page 170

---

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1 inch, sixty-five dollar bong, that got broken or lost
2 or what?
3     A.  I never got it back.  All I got
4 was the head piece that's still attached to it.
5 Would you like me to run upstairs and bring it down
6 to show you how intricate the glass piece was?
7     Q.  I'm sure it was very lovely.
8     A.  It was very beautiful.  The glass
9 piece matched the individual glass accessories that
10 were paid for separately to match it.
11     Q.  And then --
12     A.  They charged it for the -- for
13 the -- for the glass piece, sixty-five dollars.  For
14 the headpiece, another, like, twenty-five.
15     Q.  And the --
16     A.  On top of it -- that one was
17 actually a birthday gift.
18     Q.  Okay.  The -- and you brought
19 another bong?  A twisted sister one that's eighty
20 dollars?
21     A.  Yeah.
22     Q.  So, you brought two bongs with
23 you?
24     A.  I brought more than that.  I

Page 172

afb48061-4252-4a63-bc2b-5195d53f20f7

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    think I brought three or four.
3        Q.   And these are the ones that got
4    destroyed or broken or not returned?
5        A.   Or not returned, correct.
6        Q.   Oh, and a ten-inch glycol freezer
7    jello dab bong at a hundred and twenty?
8        A.   Yes.
9        Q.   Blue touch screen vaporizer mods
10   with skins and tanks, white in color.  What the
11   heck's a mod of this --
12       A.   A mod is a vaporizer box that you
13   can program, modify, and or edit and upload imagery,
14   use the Bluetooth features.  It holds the batteries
15   and provides the energy to the burn head.
16       Q.   And that's a hundred and fifty
17   and that was destroyed, or --
18       A.   It was destroyed.  It would not
19   power up.  Batteries were put in it backwards when it
20   was returned to me, and it was shorted out.  It would
21   no longer Bluetooth or even power on.
22       Q.   And then what -- what are custom
23   skins at nineteen ninety-nine each?
24       A.   Custom skins are a sticker set
25   that you buy to go over the top of that item, and it

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    sticks to it permanently.
3        Q.   And is it decorative, or does it
4    give a better grip?
5        A.   Wait, say that again?
6        Q.   Are they decorative stickers or
7    are they for functional grip purposes or something
8    like that?
9        A.   Both.
10       Q.   Okay.  And then there's another
11   Bluetooth --
12       A.   It's for lighting and it makes it
13   clean easier.
14       Q.   Okay.
15       A.   And it looks cool.
16       Q.   Another Bluetooth touchscreen two
17   hundred watt vaporizer.  That was two hundred dollars
18   or something like that?
19       A.   It was a custom one.  It probably
20   didn't have the skin.  That sounds like the titanium
21   stainless one you're talking about.
22       Q.   Yeah.  Okay.  We have -- now
23   we've got some vaporizer tanks at fifty-nine ninety-
24   nine each.  They were destroyed, or what was --
25       A.   They were destroyed.  They were

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2    intentionally cross threaded into the mods, which was
3    another way the mod was destroyed.  The threads were
4    screwed up, so I couldn't ever put them back
5    together.
6        Q.   And then we've got atomizer
7    tanks, and a lot of other stuff.
8        A.   Over sixty bucks a pop for its
9    king atomizer tank.
10       Q.   So, for this trip to New York,
11   you -- you brought thousands of dollars' worth of
12   various vaping and -- and smoking paraphernalia?
13       A.   To answer your question with
14   another question, how much does your car cost?
15       Q.   My car's worth about three
16   hundred dollars, but you know.
17       A.   Really?  Can I -- can I get your
18   dealer, please?  I'd like the number.  As well as
19   your Kelley Blue Book.
20       Q.   It's twenty years old.
21       A.   My car's twenty years old.  It's
22   still blue books for more than three hundred.
23       Q.   Yeah, I need new wheels.  So --
24       A.   I need a new clutch.  It's still
25   blue books for five grand.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        Q.   We got a -- a tactical knife and
3    flashlight set that was just broken?  What was the
4    deal with that?
5        A.   The deal with that is -- is if
6    your officers had properly searched me, like, they
7    were conducting a real search, they would have found
8    a folding tactical knife that I was using to cut
9    tape, rope, and boxes when I was packing up a home
10   that I didn't use to stab them or assault them with.
11       Q.   Right.
12       A.   I -- I never got them back.
13       Q.   And so, the destroyed clothing,
14   that's a shirt?  What -- what was that?  That's --
15       A.   That -- that -- that's a blue
16   custom shirt that's not exactly unbranded.
17       Q.   What does that mean?  That's two
18   hundred and fifty dollar shirt.  That a lot --
19   that's a lot of shirt.
20       A.   It's not one shirt, it's one
21   outfit.  That's the court outfit.
22       Q.   All right.  And so, new glass is
23   three hundred and seventy dollars.  I'm trying to
24   figure out the cellular costs and damages to date.
25   Fifteen thousand nine hundred dollars.

afb48061-4252-4a63-bc2b-5195d53f20f7

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
1
2      A.   Yes, sir.
3      Q.   What is that?
4      A.   What is that?  The cost and the
5  loss of cell phones that you retained for all of
6  these years that I maintained paying for because I
7  had no other choice because I was under contract.
8  And they were brand new.  So, I had to pay the
9  service lines.
10     Q.   When did you get these cell
11 phones back?
12     A.   Three years, four years later.
13     Q.   Uh-huh.
14     A.   And I still paid them off.
15     Q.   Was that in 2022?
16     A.   Yes.  2022 to 2019, that's three
17 years.
18     Q.   Wow.  So, that costs almost
19 sixteen thousand dollars?
20     A.   Yes, sir.  Three years at
21 payments, monthly.  Routinely, for both phones and
22 account.  They had three.  Three phones.
23     Q.   Okay.  I mean, what -- what were
24 you paying a month for these phones?
25     A.   I -- I don't even remember.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
1  You're going to have to check my records.  I can
2  still provide receipts if you need.
3
4      Q.   Yeah, no.  It's -- I pay a
5  hundred and forty dollars a month for three iPhones,
6  so I'm just trying to figure out --
7      A.   No offense, you didn't walk into
8  Somers, get kidnapped, assaulted, and charged with
9  the crimes that were done to you.  I did.
10     Q.   No, I'm going through -- I'm
11 going through the itemized list here.  I'm just
12 trying to make the numbers add up.  I -- I understand
13 what you're saying.  You didn't have your phone for
14 three years or phones --
15     A.   And had to pay for it routinely
16 every month.
17     Q.   Okay.
18     A.   Including service charges as well
19 as still paying for rental cars to go to these
20 appointments for this assault and kidnapping.
21     Q.   Okay.  So, you don't give a,
22 like, a number, but you say eighteen hundred and
23 sixty-one hours of massage from your cousin.  That's
24 sixty-five dollars an hour?
25     A.   Correct.  There's the number.

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
1
2      Q.   So, was -- does she -- does she
3  give you a massage every day, or how --
4      A.   Yes, sir.  Sometimes two and
5  three times a day.  And she did a lot -- a lot.
6      Q.   Okay.  So, is she -- is she like
7  a licensed masseuse or something, or --
8      A.   No, mom trained her real well.
9      Q.   Okay.  Now the fish.  What's --
10 what's the deal -- there's a -- there's a hundreds of
11 fish.  What -- what -- what is this about?
12     A.   They're dead.  My tank was killed
13 and died off because I was not allowed to come home
14 because I was detained as a prisoner.  Long after I
15 should have been able to go home.
16     Q.   So, the delay from July 26th to
17 August 1st, all the fish died?
18     A.   Yes, affirmative.
19     Q.   Who was -- who was feeding them
20 when you were away for ten days?
21     A.   A roommate.
22     Q.   And then the --
23     A.   And I paid him to do it.
24     Q.   Okay.  And then he stopped
25 feeding them for the -- the five or six days you were

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
1  out and --
2      A.   No, he overfed them and he left.
3  And the tank went dead because I didn't come home.  I
4  could have saved the tank.
5      Q.   So, you had a hundred and
6  seventy-three fish in the tank?
7      A.   Yes, sir.
8      Q.   And you had, like, balla sharks
9  at sixty-five dollars each?  Were they --
10     A.   Yes, sir.
11     Q.   -- in the same tank with all the
12 others?
13     A.   Yes, sir.
14     Q.   And Likos --
15     A.   Likos.
16     Q.   Jack -- Jack Dempsey fish at
17 eighty-five -- five each?
18     A.   Yes, sir.
19     Q.   That equals forty -- forty-five
20 ninety-five -- four -- four thousand five hundred
21 ninety-five.  Okay.
22     A.   Accurate.
23     Q.   So, you add up all these fish.
24 Are you giving the value of these fish?  You sold

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    them? Or is this what you actually paid for these
2
3    fish?
4         A.   That's the value of what those
5    fish are worth.  Not including the personal value to
6    me that this courtroom will never tantamountly
7    justify.
8         Q.   Okay.
9         A.   If I -- even if I had to go buy
10   it back, this is the cost to put me back where I was
11   before they touched me.
12        Q.   You're cleaning and resealing the
13   tank, that labor.  Is that your labor or somebody
14   else's labor?
15        A.   That's my labor.  Let me -- let
16   me -- let me just say it this way.  If -- if you had
17   to crawl around in bloody carcasses and clean them
18   out, what would you charge somebody?  Let alone if
19   they were your personal family and friends.
20        Q.   Okay.
21        A.   Those are my kids.  My friends.
22   They're now dead.
23        Q.   Okay.  So, there's a lien that
24   was put on your pickup truck?
25        A.   Had I not been detained, I might

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    have come back in time to save my credit cards and --
2    and bills that caused that lien to be put on my
3    truck.
4         Q.   Is the lien still there?
5         A.   The lien is still there.  When
6    they took the phones, they took the access to the
7    account that I was had -- only way to pay it, and the
8    only way they'd accept payment was that phone.
9         Q.   Okay.  On page eleven, you say,
10   Detective Wollman, one count of sexual harassment.
11   What is that?
12        A.   Yes, sir.  That is the image that
13   I spoke of that disappeared off my phone that I saw
14   in my lawyer's possession.  His hand on my cousin's
15   chest trying to stop her on video recording while she
16   held the phone that recorded it.
17        His hand on her chest and I get to see
18   it from the hand of my lawyer.  Not even my family.
19   I hadn't even known my family had been sexually
20   harassed.  They didn't tell me.  I didn't find out
21   until I came home talking about that picture.
22        Q.   What -- or something that Ms.
23   Harding --
24        A.   Was trying to walk in the
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1    building.  He didn't need his hand on her chest to
2    tell her not to record.
3         Q.   Did you -- what, if anything, did
4    you do to prepare for this deposition?
5         A.   Nothing.  I went upstairs and
6    smoked a fatty last night and went to bed.  I've
7    lived my life in fear since this day occurred.
8         Q.   Is there anything else you'd like
9    to add or change regarding your testimony today?
10        A.   Yes, one thing I'd like to add.
11   I'm sorry they had all those cuts and bruises on
12   their elbows.  I didn't do that to them.  I didn't
13   raise my hand to those officers.  But when you do the
14   crime, you do the time.
15        I did twenty years.  Why can't you do
16   yours?  I was a man.  Why do you got to run?
17        Q.   Okay.  All right.  I think -- I
18   think that's it.  And I guess we have Ms. Duryea in a
19   couple of minutes.
20        A.   Thank you very much, sir.
21        Q.   Thank you.  And I'll -- I'll send
22   you a copy when -- when the transcript is ready.
23        A.   I appreciate that.  Thank you.
24        Q.   Thank you.
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks

1
2         MR. HARBEN:  Let's go off -- off the
3    record.
4         (The deposition concluded at 01:25
5    p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1    Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2   STATE OF            )
    COUNTY OF           )
3
        I, JOSEPH BROOKS, have read the foregoing
4   record of my testimony taken at the time and place noted
    in the heading hereof and do hereby acknowledge:
5   (Please check one)
        ( ) That it is a true and correct transcript of
6   same.
        ( ) With the exceptions noted in the attached
7   errata sheet, it is a true and correct transcript of same.
8
                    X_____
9
                    JOSEPH BROOKS
10
11  Sworn to before me this
        _____day of _____, 2025.
12  X_____
    NOTARY PUBLIC
13  My Commission Expires:
    _____
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1   Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        ASSOCIATED REPORTERS INTERNATIONAL, INC.
                    (800) 523-7887
3
    Date:
4   Case Name:  Joseph A. Brooks v SONY, et al
    Index Number:  22-CV-6283
5   Deponent:  Joseph Brooks
    Deposition Date:  3-13-25
6   Examining Attorney:  Jeb Harben, A.A.G.
7   Dear Mr. Brooks:
8
    Please read and make any changes and/or corrections in
9   your testimony and sign the transcript in the presence of

    a notary public.  Please do so within thirty (30) days.
10  If you fail to sign the transcript within thirty (30)
    days, it will be delivered to the appropriate parties
11  without signature.  Return the transcript with
    corrections, if any, to:
12
        OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13      BY:  JEB HARBEN, A.A.G.
        28 Liberty Street, 18th Floor
14      New York, New York 10005
15
    CORRECTIONS:
16
        _____ Word or phrase:_____
17      Corrected to: _____
                    Word or phrase:_____
18      Corrected to: _____
                    Word or phrase:_____
19      Corrected to: _____
                    Word or phrase:_____
20      Corrected to: _____
                    Word or phrase:_____
21      Corrected to: _____
                    Word or phrase:_____
22      Corrected to: _____
                    Word or phrase:_____
23          Corrected to: _____

24  _____
    Date Signed
25               JOSEPH BROOKS
```

```
1        Joseph A. Brooks v SONY, et al – 3-13-25 – Joseph Brooks
2        I, CARI RORABACK, do hereby certify that the
3   foregoing testimony of JOSEPH BROOKS was taken by me, in
4   the cause, at the time and place, and in the presence of
5   counsel, as stated in the caption hereto, at Page 1
6   hereof; that before giving testimony said witness was duly
7   sworn to testify the truth, the whole truth and nothing
8   but the truth; that the foregoing typewritten
9   transcription, consisting of pages number 1 to 184,
10  inclusive, is a true record prepared by Associated
11  Reporters Int'l., Inc. from materials provided by me.
12
13  CARI RORABACK, Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```

afb48061-4252-4a63-bc2b-5195d53f20f7

| | | |
|---|---|---|

**A**

**A-L-A-N** 10:16
**A.A.G** 2:7 187:6,13
**a.m** 1:12 10:3 35:24,25 65:11 65:12,24,25 101:14,15 126:7
**ability** 14:14 142:12
**able** 23:19 29:2 89:7 99:5 158:23 160:12,13 179:15
**absolutely** 95:12,15,18 154:22 162:13
**abuse** 149:11
**abuser** 63:15
**accept** 182:9
**access** 99:22 100:3 159:21 182:7
**accessories** 172:10
**accident** 20:3 33:13 143:7
**account** 165:14,15 177:22 182:8
**accoutrements** 102:20
**accurate** 8:17 47:8 89:21 180:23
**accurately** 11:15 18:14 154:20
**accusatory** 144:18,23
**acknowledge** 185:4
**acquire** 170:25
**acquired** 71:17 117:7
**act** 160:22
**action** 5:14 7:3 10:23 161:6 164:23
**activity** 62:5 170:14
**actual** 34:18
**add** 178:12 180:24 183:10,11
**added** 91:16
**addition** 5:10 6:23 57:5 91:15 169:13
**additional** 9:2 134:22
**address** 34:9 46:22 65:21 94:13 109:9
**addressing** 97:15
**administering** 7:13 8:25
**adoption** 48:25
**advanced** 52:22
**advancement** 39:19

**affairs** 99:13,16
**affirm** 10:7
**affirmative** 41:3 165:11 179:18
**afford** 50:6 150:16
**afraid** 161:17,19,20
**African** 49:9,10,11,16
**age** 96:15 168:15
**agency** 42:19 96:2
**agenda** 59:3
**Aggravated** 40:10 57:3
**ago** 25:14 51:19 160:20
**agreed** 5:3,15,25 6:6,11,16 7:4 8:5
**ahead** 22:13 27:24
**ahold** 89:8
**Aid** 99:11
**AIDS** 148:24
**al** 1:1,7 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1

138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1,4
**Alan** 10:15
**alcohol** 112:19
**alcove** 129:13
**Alex** 46:23
**alive** 68:18,18 69:6
**allegation** 102:11
**alleging** 134:5 135:3 162:10
**allow** 44:7 138:9
**allowed** 60:6 138:8 179:13
**allowing** 123:24
**alter** 71:25
**altercations** 92:5 93:22
**altered** 15:2 71:22
**ambiguous** 69:7
**amount** 52:23 110:11,14,15 147:7
**and/or** 90:25 187:8
**anesthesia** 28:9
**anger** 85:8,9
**angle** 72:13
**ankle** 133:6,12
**ankles** 126:24
**answer** 13:4,5,5,11,16,17,22 14:2,22,24 47:22 87:12 111:25 114:13 140:6 167:16 175:13
**answering** 11:22 83:17
**answers** 11:10 12:16 21:25
**anticipating** 117:16,18
**anxiety** 19:2 20:17,19,19,21 20:23,24,25 21:15,20 29:14 31:4
**anybody** 81:9 112:25 124:8 124:9 125:17

anymore 90:10 138:25
 150:16 162:25
**Anytime** 90:19
anyway 92:20 95:19 138:15
 139:4
apartment 92:21 93:7 95:17
 95:20,21,22
apologies 69:7
apologize 128:22
apparatus 115:7
apparent 157:25
appeal 57:10
appearances 2:2 150:4,7
appears 72:18 74:13
appointment 21:12
appointments 178:20
appreciate 15:10 183:24
appropriate 8:19,23 187:10
appropriately 167:16
approve 78:25 95:21
approved 67:11 95:21
approximately 27:5 36:13
 51:10,11 81:23
**April** 41:7 152:13
aquarium 49:13
area 51:12 122:7,9,11 133:10
 151:6,9 157:24
areas 162:24
**ARII** 7:13
arm 127:10 133:8 155:15
arms 120:2,6,8,16 154:24
 155:21
arraigned 154:16
arrest 100:15 146:16
arrested 143:12,16 147:23
 160:24 164:15
arrive 66:17 121:16
aside 157:21
asked 23:20 47:18 50:14
 54:2 71:22 80:22 99:6,7
 101:25 103:3,5 107:13
 115:15 121:5 124:11,22
 131:19 132:4 133:11 135:8
 136:20,20,22,22 141:14
 142:4
asking 11:9,22 62:10 69:5
 103:20 142:24 148:2 152:5

aspect 64:21
assault 40:11 55:15 57:4
 99:17 100:14 108:12,13,23
 108:25 131:19 132:21
 146:3,16 147:24 176:10
 178:20
assaulted 53:11,14 54:13
 60:5 63:2,9 64:17 97:16
 105:2 108:11 129:4,7,8,18
 130:2,9,11 132:22 147:18
 148:4 164:14 178:8
assaulting 144:12 164:16
assaultive 105:18
assaults 53:17 58:9 127:12
 132:7
assigned 143:10,11
assist 21:15 26:17 93:8
assistance 83:9
assisted 118:24
associate's 39:16
**Associated** 7:12 186:10
 187:2
assorted 117:2
assume 12:24
asthma 19:3,5,8
atomizer 175:6,9
attached 133:6,8 172:5
 185:6
attack 19:21 56:22
attacked 57:22 58:5,7,18
 59:3,4,5 126:19 131:16
attacks 19:8 58:23 59:12
attempt 22:3 95:24
attempted 25:22 34:10 56:16
attempting 33:25,25
attempts 92:13
attend 78:12
attended 39:23
attending 25:15
attention 131:20 158:16
attorney 2:6 7:24 151:16,19
 187:6,12
audio 94:2
**August** 111:8 147:8 179:17
authority 105:16
available 150:21
avoid 16:8

avoidant 92:2
aware 14:12 33:11,18 109:25
 110:3 126:14 144:18,22,25
awareness 29:17

**B**

**B** 4:2,7
**B-R-O-O-K-S** 10:16
back 19:2,22,23 20:10,10
 23:3,9,13,13,17 24:19,19
 24:20 25:17 26:3,14,18,25
 27:9 28:14,24 29:10,11
 31:9 32:19,19 33:14 36:20
 37:21 38:3 43:13 46:14
 52:11 55:25 56:3 58:16
 65:21 66:7,21 67:9,19 71:6
 71:15,17 73:11,14 74:7,9
 74:23 75:2,10,22,23 77:12
 79:24 80:9 81:21 82:7,21
 84:13,18 85:4 86:15 88:7
 96:17 98:17 99:9,23,24
 103:18,19 104:3,19 105:6
 105:22 106:5 109:13
 110:24 111:7 113:7 118:7
 118:14 120:13,15 121:17
 137:10 138:6,13 140:15
 142:23 152:20 156:7,15
 157:25 158:9 161:24,24
 162:2,2 165:15,16,24
 168:16 171:19 172:4 175:4
 176:12 177:11 181:10,10
 182:2
background 119:19
backwards 171:7 173:19
bad 38:3 74:3 130:14 143:5
badge 67:13 77:16 105:13
bag 107:10 119:11 165:8
baggage 163:6
bagged 158:7,10
bags 115:21 145:25
bail 111:10 147:7
bake 137:22,25
bald 69:25 98:2
balding 98:7 130:16,17
ball 115:20
balla 180:9
bar 5:12 7:2 119:6

**barbecue** 162:4
**bargain** 40:13,16 151:20
**barracks** 71:19 75:23 77:2,5
  81:6 83:4,17,23 101:3,7
  122:22 137:18 142:5,21
  164:17
**based** 25:24 90:13
**basement** 46:16,25 48:10
  133:18 134:18 156:15
**basic** 11:7
**Bates** 4:8,10 70:14,14 154:10
**bathroom** 35:17 54:23 97:17
  101:25 136:25
**bathrooms** 82:3
**batteries** 166:25 167:6
  168:25 169:2 170:3,4,6,10
  170:11 171:6,21,24 173:14
  173:19
**battery** 166:17 169:3,18,24
  169:25 171:8
**bear** 8:6 67:24
**beat** 111:24 153:8 164:17
**beaten** 64:23 101:4 128:14
  128:16 136:15
**beating** 54:2 55:22 100:14
  119:23 125:10,20 157:17
  161:2,4
**beautiful** 149:6 172:9
**becoming** 150:14
**bed** 183:7
**began** 54:22 85:3,9,14,17,24
**begun** 5:20
**behavior** 97:7
**belief** 88:20
**believe** 16:20 17:3,7 20:9
  21:13 24:18 25:2,3 31:16
  33:8,12 39:2 41:19 44:2
  59:19 70:15 122:3 126:3
  131:12,13 132:3 134:17
  135:23 141:2,4 142:23
  145:8 152:22 156:3 158:3
**believed** 144:5
**belonging** 61:3
**bench** 128:5 129:13 133:7,7
**benches** 133:4,6,9
**Berlin** 43:7,7,12 44:4,21
  148:23

**best** 16:8 41:24 128:23
**better** 37:24 39:19 42:12
  88:13 174:4
**beyond** 62:23 64:21
**bicep** 155:3
**big** 59:16,18
**bike** 37:18,24
**Bikes** 37:16
**biking** 38:8
**bills** 182:3
**Bingo** 168:10
**bird** 126:3
**birth** 17:7,14
**birthday** 172:18
**bit** 138:6 168:14
**black** 74:20 171:8
**blood** 124:19 132:9 133:13
  136:16 146:2 148:25
**bloody** 124:19 181:17
**blotchy** 70:5
**blow** 168:13
**blue** 16:17 141:4 157:12
  158:4 173:9 175:19,22,25
  176:15
**Bluetooth** 173:14,21 174:11
  174:16
**blur** 120:21
**board** 92:20
**body** 58:15 133:9
**bond** 147:7
**bones** 158:12
**bong** 141:5 171:25 172:2,20
  173:7
**bongs** 172:23
**Book** 175:19
**booked** 146:7
**books** 175:22,25
**border** 151:8
**born** 28:2 36:5,19
**borne** 9:5
**bother** 108:12
**bottles** 165:18
**bought** 117:4,7
**bourgeois** 141:9,12,15
**box** 74:20 83:8,11 119:13
  145:25 146:2 158:11
  173:12

**boxes** 176:9
**brake** 107:10
**brand** 177:8
**brass** 69:19,20
**break** 13:20,21 50:14,15
  65:7,16,17,19 101:12 115:6
**breaking** 41:22 130:14
**bring** 50:6 62:6 90:8,23
  121:18 170:2 172:6
**bringing** 80:4
**broken** 136:16 142:11
  158:12 171:12,17,19 172:2
  173:4 176:3
**Brooks** 1:1,1,4,10 2:1,1 3:1,1
  3:3 4:1,1 5:1,1 6:1,1 7:1,1
  8:1,1 9:1,1 10:1,1,5,10,11
  10:15,21 11:1,1 12:1,1 13:1
  13:1 14:1,1 15:1,1 16:1,1
  17:1,1 18:1,1 19:1,1 20:1,1
  21:1,1 22:1,1 23:1,1 24:1,1
  25:1,1 26:1,1 27:1,1 28:1,1
  29:1,1 30:1,1 31:1,1 32:1,1
  33:1,1 34:1,1,20 35:1,1
  36:1,1 37:1,1 38:1,1 39:1,1
  40:1,1 41:1,1 42:1,1 43:1,1
  44:1,1 45:1,1 46:1,1 47:1,1
  48:1,1 49:1,1 50:1,1 51:1,1
  52:1,1 53:1,1 54:1,1 55:1,1
  56:1,1 57:1,1 58:1,1 59:1,1
  60:1,1 61:1,1 62:1,1 63:1,1
  64:1,1 65:1,1,16,20 66:1,1
  67:1,1 68:1,1 69:1,1 70:1,1
  70:14,18 71:1,1 72:1,1 73:1
  73:1,4 74:1,1 75:1,1 76:1,1
  77:1,1 78:1,1 79:1,1 80:1,1
  81:1,1 82:1,1 83:1,1 84:1,1
  85:1,1 86:1,1 87:1,1 88:1,1
  89:1,1 90:1,1 91:1,1 92:1,1
  93:1,1 94:1,1 95:1,1 96:1,1
  97:1,1 98:1,1 99:1,1 100:1
  100:1 101:1,1,25 102:1,1,5
  103:1,1 104:1,1 105:1,1
  106:1,1 107:1,1 108:1,1
  109:1,1 110:1,1 111:1,1
  112:1,1 113:1,1 114:1,1
  115:1,1 116:1,1 117:1,1
  118:1,1 119:1,1 120:1,1

121:1,1 122:1,1 123:1,1
124:1,1 125:1,1 126:1,1
127:1,1 128:1,1 129:1,1
130:1,1 131:1,1,20,21
132:1,1,9,11 133:1,1,5,10
133:17,21,24 134:1,1 135:1
135:1 136:1,1 137:1,1
138:1,1 139:1,1,24 140:1,1
141:1,1 142:1,1,3,4 143:1,1
144:1,1 145:1,1 146:1,1
147:1,1 148:1,1 149:1,1
150:1,1 151:1,1 152:1,1
153:1,1 154:1,1,8,10 155:1
155:1 156:1,1,25 157:1,1
158:1,1,4 159:1,1 160:1,1
161:1,1 162:1,1 163:1,1
164:1,1 165:1,1 166:1,1
167:1,1 168:1,1 169:1,1
170:1,1 171:1,1 172:1,1
173:1,1 174:1,1 175:1,1
176:1,1 177:1,1 178:1,1
179:1,1 180:1,1 181:1,1
182:1,1 183:1,1 184:1,1
185:1,1,3,9 186:1,1,3 187:1
187:1,4,5,7,25
**Brooks'** 134:2
**brought** 61:20 117:5,11,13
129:23 132:24 142:4 146:6
172:19,23,25 173:2 175:11
**bruise** 154:25
**bruises** 23:22 148:17 155:24
158:18 159:3 183:12
**bruising** 124:19 157:21
159:10
**bucks** 175:8
**build** 45:10 51:17 52:5
**building** 52:23 97:12 134:18
156:15 183:2
**buildings** 27:17
**builds** 45:13,13
**built** 46:25
**bullet** 163:19
**buried** 107:4
**burn** 170:5,5,9 171:8 173:15
**burst** 170:8
**bus** 142:23
**business** 48:14 90:16 108:14

**businesses** 45:5
**buttoned** 157:13
**buy** 173:25 181:9

## C

**C** 3:2 4:9 60:25 61:8,10,11
61:14
**C-** 43:22
**C-A-H-N** 16:19
**C-five** 43:22
**C-one** 43:21
**C-three** 43:21
**C.B.D** 116:8,12
**C.P.L** 99:20
**cabinets** 129:12
**California** 36:17
**call** 41:21 78:11 80:8 83:8,11
84:12 85:3 164:22
**called** 41:19 54:19,22 79:9
87:11 99:19 105:14 114:20
122:3 148:13 171:7
**calling** 87:9 131:13 164:24
**calm** 104:10 120:25 121:4
**calming** 50:4
**camera** 86:6 98:19,22 133:25
**cameras** 98:23 128:7 140:22
**canceled** 150:11
**cannabidiol** 116:7
**cannabidiols** 116:11
**cannabis** 15:18,20,23 16:4
16:11,18 17:18,21 18:2
19:12 21:14 26:17 29:19
104:16 110:17 112:9,21
113:4 116:3
**canteen** 54:20 60:3
**caption** 186:5
**car** 20:2 33:13 86:7,16
104:19 105:6 106:5,9,21
108:2,6 115:11,15,19
118:15,16,17,22,25 119:5
119:15 120:24 137:11,15
138:6 139:20 141:5 151:10
175:14
**car's** 175:15,21
**carcasses** 181:17
**card** 107:14 109:14 113:22
114:3 116:4

**cards** 182:2
**care** 18:11 25:11 90:10 100:9
135:7
**Cari** 1:17 186:2,13
**Carlson** 25:5,9 30:6,8,16,22
32:15 42:3
**Carolina** 80:12,14,16
**carried** 103:13
**carry** 169:14
**carrying** 144:10
**cars** 37:16 150:15,18 178:19
**carton** 54:18
**case** 11:6 12:11 14:23 33:9
53:4 70:7 77:23 84:19
97:22 135:16 152:10 187:4
**cases** 146:19
**caught** 151:2,3,10
**cause** 56:5 124:19 186:4
**caused** 53:4 182:3
**causing** 103:22
**cell** 63:25 64:2 177:5,10
**cellmate** 64:11
**cellular** 98:24 99:3 176:24
**center** 47:5 149:17
**cents** 166:24
**ceramic** 117:2
**certain** 84:18 108:22,24
141:14
**certificate** 106:14 109:14
**certification** 6:8
**certify** 186:2
**cetera** 41:23
**chain** 101:3 126:14 127:3,7,8
127:14,19,21,25
**chained** 123:2,9,15 125:10
126:21 127:2 128:8 140:22
**chair** 123:3 127:11 128:8
156:11 162:6
**chance** 14:4
**change** 58:4 90:20 139:16
183:10
**changed** 90:20 146:19 147:2
**changes** 90:15 91:9,15 187:8
**charge** 6:15 90:24 144:7
170:12 181:18
**charged** 54:22 62:5 145:3
146:12,15,18 172:13 178:8

charger 169:24,25
chargers 171:7
charges 9:4 56:20,25 60:6
    61:18 108:13,25 132:8
    144:11,13 147:2 151:17
    152:8 178:18
chat 149:16
chauffeuring 46:19
cheap 170:15,16
check 67:6 79:11 178:2
    185:5
Checked 79:8
checking 79:9
chest 182:16,18 183:2
Cheyenne 2:11 81:16 104:18
    146:12
Chihuahua 162:17
child 37:3 38:18
child's 142:22
children 38:15 96:12 142:17
chipped 56:7
choice 37:25 177:7
choose 25:22
chose 55:21 105:15
Chris 95:4
chronologically 101:22
Cichlid 49:9,9,11
Cichlids 49:10
cigarette 19:15 104:21,25
    105:3 107:22 132:12,14
    133:14 142:4,6,6,22
cigarettes 54:18,20 115:19
circulation 133:12
circumstances 8:23
civil 5:6,23 6:4,18 8:9 33:10
    33:17,20 34:15
civilians 161:20
claim 28:16 34:9 53:3,6
    57:17
claiming 23:7
claims 22:18 33:8 56:14
    100:18 135:2
clarify 43:8 128:15 146:10
classes 39:4,7,15
classification 43:20
classifications 43:16
clean 75:19 107:10 117:22

117:23,24 174:13 181:17
cleaned 107:10
cleaning 181:12
clear 93:15 112:2
clearly 11:14
Clinic 25:5,13,16
clocks 133:25
close 61:12 84:11 86:10,17
    86:18 123:25 132:14
closed 118:8 152:2 153:20
    162:23
closest 76:5 145:12
closet 129:14 133:4
clothes 139:16 145:23
clothing 176:13
club 143:5
clutch 175:24
Coastal 21:13,18 22:3,19
coated 171:14
cocktail 47:18
coffee 35:20 82:4 121:19
collars 69:19
collect 33:2 97:12 100:19
collection 34:9
collector's 118:11
college 39:4,7
colonoscopy 28:12
color 173:10
colored 98:9
come 40:14 53:8 83:15,23
    93:17 156:7 160:18,22
    167:19 179:13 180:4 182:2
comfortable 29:3 161:24
coming 36:20 58:16 65:21
    67:15 75:12 79:24 86:9
    109:10 137:18 170:17
command 135:6
commenced 10:2
Commission 185:13
commit 147:24
committed 89:2
community 25:5,13,16 46:15
company 27:14 50:13 95:20
    118:12
comparable 169:18
comparative 158:5
complaint 101:23,23 102:11

104:22 108:12,14 129:2
    130:8 131:15 132:7,20,23
    134:20 136:12 146:11
complaints 25:17
complete 12:15
completely 45:18 95:25
    134:4
completion 47:11
compliance 97:6 145:22
computer 39:11 45:9,12,13
    45:19 51:17,17 52:5 128:10
    128:11,12 129:14 168:2
    170:20
computers 52:12,24 81:3
concept 77:15
concerned 15:7 148:18,20
    153:2
concerning 144:24
concerns 160:2,3
concluded 184:4
Concord 43:6,10,13,20
    44:22 55:18 148:23
concrete 53:24 129:13
    136:17
condition 27:19 96:10 97:4
conditional 96:23
conditions 14:13 18:2,25
    22:25 29:16,20 96:8,11,25
    142:17 148:3
conduct 6:20 8:6,11 144:12
    146:16
conducted 7:7 9:6
conducting 9:3 176:7
conference 7:7 8:7
confident 15:7
confidential 15:9,13 17:11
confinement 60:10 148:3
confirming 7:16
confiscated 110:12
confused 78:15 79:25,25
    136:11
confusing 131:5,6
congested 30:11
Connecticut 151:6,8
connection 30:13 65:4
consent 7:19
consider 58:12,14 161:25

164:24
**consideration** 148:22
**considered** 7:20 45:21,24
**consisting** 186:9
**constantly** 103:20
**Cont'g** 36:4 48:3 66:4 70:24
  101:17 111:22 112:7
  114:14 126:10 128:18,24
  137:9 154:7 167:12 168:20
  169:15
**contact** 67:13 77:16 89:8
  97:9
**contemplated** 161:5
**context** 87:7 104:14,15
**continue** 63:19
**continued** 41:16
**contract** 177:7
**control** 7:12 135:8
**controlled** 5:24
**conversation** 142:16
**convicted** 40:6 57:6,13,16
  88:23
**conviction** 40:12 54:4 55:19
  59:15,20
**cool** 174:15
**cop** 125:9,12 141:11 151:23
  153:8 162:16 164:16
**copies** 80:22,24 90:4
**copy** 6:13 7:25 8:8 72:10
  75:2,3,6,9 90:6 183:23
**cord** 64:24
**core** 170:9
**corner** 128:5
**correct** 14:4 20:12 28:14,15
  29:21,22 36:23 57:18,19
  62:24 71:7,8 73:21 74:11
  78:6 89:19,20 93:5 114:4
  131:22 132:16 136:9
  140:20,21 143:14,15,18,20
  146:8,9 147:13 161:10
  163:22,24 165:20,23
  166:17 173:5 178:25 185:5
  185:7
**Corrected** 187:16,18,19,20
  187:21,22,23
**corrections** 73:6 165:2 187:8
  187:11,15

**correctly** 21:22
**correlate** 78:20
**correlation** 78:2
**corresponds** 43:25
**cost** 110:17 175:14 177:4
  181:10
**costs** 8:6 9:2 165:9 176:24
  177:18
**could've** 103:3
**counsel** 5:4,16,21 6:2,7,12,14
  6:17 7:5,8,10 8:3 186:5
**counseling** 95:24,25 163:10
  163:12,14,16
**counselor** 162:22
**counselors** 41:24 63:21,22
  95:4
**count** 55:22 90:25 182:11
**county** 24:2 53:22,23 54:14
  68:3 92:24 144:10 145:2,9
  145:13,13 146:7 147:13
  148:10 149:5 158:10,15,25
  159:16,20 185:2
**couple** 39:5 51:18,19 66:19
  75:19 85:19 113:13 118:9
  160:20 162:8 183:20
**course** 16:2 58:17 63:18
  74:22 78:3,9 86:2 95:23
  139:17 159:15,23 161:11
**courses** 39:11 77:8
**court** 1:2 7:7,16 10:4,12,17
  10:24 11:11,14,16,24 33:5
  33:8 35:23 36:2 46:23
  47:21 65:13 66:2 70:13,21
  99:7 101:16 111:20,24
  112:4 114:12 126:9 128:20
  137:7 147:6 149:23 153:13
  154:5 167:22 176:21
**courthouse** 146:22 154:16
**courtroom** 12:9 181:6
**cousin** 81:16 83:12 98:12,14
  98:16 104:18 105:23
  140:10 143:11,12 146:12
  178:23
**cousin's** 182:15
**cover** 32:24
**covered** 112:25 116:11 132:9
**covering** 109:18 119:24

**COVID** 150:3,11
**CPL** 3:7
**CPLR** 7:6 8:8,11
**Craigslist** 47:16 48:10,24,24
**crawl** 181:17
**credit** 182:2
**credits** 39:10
**creeped** 156:9
**crime** 40:6 59:14,15 88:21
  89:2 147:24 183:15
**crimes** 178:9
**criminal** 62:5 99:7,20
**cross** 175:2
**cruise** 84:2
**cruiser** 75:16 86:15 154:15
**cuffed** 120:18 122:22 133:18
  156:11
**cuffs** 133:11
**culminate** 39:16
**cunts** 105:8
**current** 25:8 36:8 94:12
**currently** 16:17 18:10,16
  26:16 53:20,21 56:20
**curse** 108:5,8
**custody** 61:12,12
**custom** 45:13 51:17 173:22
  173:24 174:19 176:16
**cut** 73:18 176:8
**cuts** 158:19 183:12
**cutting** 47:23 133:12

---

**D**

**d** 3:2,2 4:2,11 8:11,13
**D.A** 99:15,15 153:13
**D.A.s** 100:2
**dab** 173:7
**daily** 18:6
**damage** 56:13 58:10,14
  157:5
**damages** 165:8 176:24
**damn** 115:24
**dangerous** 145:4
**dark** 34:24,25 35:7 156:10
  156:11,13
**data** 44:20
**date** 1:11 19:24 20:4 27:2
  67:14 71:10 78:5,5 159:16

176:24 187:3,5,24
**date's** 78:16
**dates** 46:19 79:22,23 92:17
  94:5
**day** 23:19 56:2 113:11,11,12
  113:13 137:19 138:16
  145:24 147:16 179:3,5
  183:8 185:11
**days** 47:10 50:13 60:14,16
  66:19 67:18 75:20 79:3,5
  89:6 90:20 91:7 92:20
  113:14 138:14 139:3
  147:18,23 159:17,20
  160:20 162:2,17 171:23
  179:20,25 187:9,10
**de** 85:6
**dead** 171:4 179:12 180:4
  181:22
**deal** 26:20 56:18,22,23,23
  79:10 85:25 93:22 147:3,4
  152:20 162:16,25 176:4,5
  179:10
**dealer** 175:18
**dealing** 58:8 78:3 161:7,11
  166:16
**Dear** 187:7
**debt** 34:9
**decade** 29:25 93:10
**decades** 31:9
**December** 138:21
**decide** 29:6
**decided** 29:24 83:6 93:5 95:3
**deciding** 29:12
**decorative** 174:3,6
**deem** 92:13 160:8 163:18
**deemed** 5:22 62:22 160:9
**defend** 119:20
**defendant** 2:5 33:20 97:21
**Defendants** 1:8 10:22 70:7
  77:22 105:7 143:24
**defended** 60:5
**defending** 55:2
**define** 125:22
**degree** 39:17
**degrees** 170:9
**delay** 179:16
**deliberate** 135:6

**delivered** 187:10
**delivery** 97:12 99:9
**Dempsey** 49:10 180:17
**dent** 123:19
**department** 42:14 67:11
  71:18 73:5 76:10 87:17
  88:12 103:19
**departments** 87:6 165:2
**depending** 113:14 170:6
**depends** 82:13
**depict** 154:20
**Deponent** 187:5
**deposed** 8:9 33:3
**deposition** 1:10 7:6,15 8:7,14
  8:18,20,21 9:2,3,6 10:2
  11:2,4,5,8,15 14:2,8 16:3,7
  17:12,12 101:10,11 163:8
  183:5 184:4 187:5
**Depositions** 6:20
**Dereliction** 135:5
**derivatives** 25:24
**derogatory** 123:7
**describe** 28:20 53:16,19
  63:13 69:9 85:6 97:24 98:3
  125:20 131:15
**described** 4:4 18:23 33:14
  142:15 151:13
**desiccated** 110:18,19,20
  111:18
**designate** 8:16
**desk** 53:24 123:3 128:8,10
  129:23
**desks** 129:12,15 133:3
  134:10
**despite** 47:11 151:22
**destroy** 171:2
**destroyed** 112:9 142:12
  150:24,25 157:17 171:4
  173:4,17,18 174:24,25
  175:3 176:13
**detained** 99:8 179:14 181:25
**Detective** 182:11
**detrimental** 18:6
**diagnose** 45:19
**diagnosed** 20:18,22,25 21:11
  29:15
**diagnosis** 20:20 21:20 26:2

**dialect** 149:14
**die** 28:4 92:21
**died** 143:7 179:13,17
**difference** 72:12
**different** 16:15 31:21 55:20
  71:16 72:5,11,13,18,21
  121:25 122:2 129:4 138:9
**difficult** 138:12
**difficulties** 66:6
**digital** 133:25
**digitally** 90:15
**diligence** 50:17 102:21
**Direct** 3:4 10:19
**directed** 76:14
**Disability** 170:19
**disappeared** 182:14
**disc** 26:9
**disciplinary** 59:22 60:2
**disciplined** 63:9
**disciplines** 62:21
**discrimination** 94:22
**discussed** 87:21
**discussing** 34:15 57:8
**dismissal** 152:21
**disorder** 20:23 21:2
**disorderly** 144:12 146:16
**dispatch** 84:11
**disrespectful** 92:2,3
**dissuaded** 56:17
**distance** 123:24,25
**district** 1:2,3 10:24,25 84:15
  151:16,19
**diversion** 41:19 42:4,16 43:2
**divorce** 68:23 69:2
**doctor** 16:22 24:24 26:6 38:5
  149:10
**doctor's** 18:10
**doctored** 158:18
**doctors** 16:15 18:5 26:13
**document** 70:13 102:2,7,7,8
  102:12 103:17,20,22,25
  135:24 165:10
**documentation** 23:22
**documents** 102:15,16 103:9
  135:16
**dog** 92:21
**doing** 28:25 37:22 42:12

50:17 52:20 121:6 124:11
  124:23 128:23 151:12
**dollar** 172:2 176:18
**dollars** 110:18 112:21 118:3
  118:5 165:9 166:24 169:6
  169:19 172:14,21 174:17
  175:11,16 176:23,25
  177:19 178:5,24 180:10
**door** 83:17 115:16,17,22,24
  149:5 160:19
**doors** 64:5,6 87:13 148:16
**dorm** 63:25 64:2
**double** 160:6
**doubled** 169:8
**Dover** 71:17
**dozens** 81:3
**Dr** 16:17,19,21,22 21:21
  22:4,20 25:4,10
**drained** 110:23
**drawing** 133:13
**dried** 110:20 111:13
**drink** 148:14
**drinking** 35:19 70:3
**drinks** 121:19 148:25
**drive** 82:6 137:24 138:16,22
  138:23
**driver's** 20:7
**drives** 82:11 150:8
**driveway** 34:7 162:7
**driving** 46:18 138:11
**drop** 115:7
**dropped** 151:16
**drug** 164:13
**drugs** 14:17
**due** 42:21,22 50:17 59:20
  102:21
**duly** 186:6
**Dunkin's** 82:4
**dured** 132:8
**Duryea** 81:10 82:15 84:22
  101:24 163:20,25 164:9,11
  183:19
**duties** 56:17,21
**duty** 78:3 135:5
**dying** 148:24

**E**

**E** 3:2,2,2,6,6 4:2,2
**e-mailed** 8:2
**E.E.G** 21:5
**earlier** 14:2 18:24 163:7
**easier** 174:13
**easy** 166:7
**Eating** 162:5
**edit** 173:13
**educate** 117:20
**education** 38:20 44:22 52:22
  90:18
**educational** 39:11
**effect** 19:13 26:11 83:18
**effectively** 17:22
**effects** 15:23 28:18,21 66:13
  161:25
**eight** 10:4 81:25 82:2 98:5
  116:10 171:25
**eight-years-old** 52:10
**eighteen** 89:3,4,5 96:15
  168:23 178:22
**Eighth** 38:21
**eighty** 166:24 172:20
**eighty-** 141:25
**eighty-five** 48:21 180:18
**eighty-seven** 146:11
**eighty-six** 143:9
**either** 18:17 44:6,12 137:19
  140:10 145:22 150:14
  171:11
**elbow** 86:17 104:6 155:3
  156:3
**elbowed** 86:8,11
**elbowing** 164:7
**elbows** 155:21 183:13
**electrodes** 171:9
**electronic** 8:15 9:4
**electronically** 8:16 90:15
**eleven** 98:2 130:20 147:9
  162:5 182:10
**Elliott** 36:7
**else's** 181:14
**email** 65:20 71:18
**emailed** 65:20 70:13,19
**emotional** 29:10 162:11
**emotionally** 42:12 95:13
  162:17,23

**employed** 44:23 46:15 53:5
**employment** 45:3,6 46:11
  50:8 51:14
**encumbering** 138:3
**ended** 131:19
**endured** 99:17 132:8
**energy** 173:15
**enforcement** 68:7 76:3 86:22
**enjoyed** 50:3
**ensure** 8:17 148:14
**entail** 41:20
**entails** 26:3 41:21
**entered** 68:6 133:10
**entire** 12:24 46:16 47:22
  54:19 61:8 103:13 114:13
  115:6 133:9 158:24
**envelopes** 54:20
**equals** 166:23 180:20
**equipment** 117:19 171:2
**errata** 185:7
**error** 79:16
**escape** 63:11
**escorted** 133:17
**Especially** 19:20
**et** 1:1,7 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1,23 42:1
  43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1 92:1
  93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1
  106:1 107:1 108:1 109:1
  110:1 111:1 112:1 113:1

114:1 115:1 116:1 117:1
118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1
154:1 155:1 156:1 157:1
158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1
174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1
186:1 187:1,4
**evade** 159:11
**events** 20:11,15 53:4 154:12
**eventually** 34:8 147:7 150:3
**everybody** 135:13
**everybody's** 145:11
**ex** 49:12,12
**exacerbated** 23:9 24:18
28:17 53:7
**exacerbating** 20:14
**exacerbation** 23:13
**exact** 19:24 58:4 62:10 72:10
94:5 148:21
**exactly** 20:4 46:19 58:25
80:10 84:10 135:8 176:16
**examination** 3:4 5:9,12,17
5:19,21 6:3,9,13,23,25 8:11
10:19
**examined** 5:18
**Examining** 187:6
**example** 26:8
**exceptions** 185:6
**Excuse** 33:18 153:22
**executed** 22:11 76:22,25
**exemplary** 158:21
**exhibit** 7:24,25 8:4 70:18
167:18
**exhibits** 7:23 8:20
**existed** 20:11

**exit** 85:25
**exotic** 49:13,16
**expect** 63:19 111:16,16
**expensive** 170:14
**Expires** 185:13
**Explain** 128:13
**explaining** 67:15
**explored** 46:3
**express** 7:19
**extension** 64:24
**extremely** 100:5
**eye** 58:15 85:5,7
**eyes** 98:7 121:23 136:17
146:22

**F**

**F** 3:2
**face** 56:12 136:17 140:4
156:25
**face-to-face** 89:23 91:24
**facilities** 23:21,25,25 44:7,18
44:18 45:4
**facility** 44:3,5 63:17 128:17
**facing** 56:20 123:3 128:8,10
**fact** 19:18 63:10 97:16 104:2
104:25 151:22 156:9
**faculty** 76:24
**fail** 91:14 187:10
**failure** 5:10,20 6:24 103:21
103:24
**fairly** 132:19
**false** 100:15
**familiar** 49:13 79:22 114:16
**family** 29:4 37:6 50:3,5
51:22 68:21 78:10 85:24
93:8,10 101:19 119:18
121:18 125:25 150:20,22
151:20 162:24 163:2 166:6
181:19 182:19,20
**family's** 28:23 78:12 161:25
**far** 85:20 140:6
**Farmington** 87:17 122:19
**fast** 37:16 103:6 170:4
**fat** 38:2
**fatty** 183:7
**fault** 74:4
**favor** 152:2,2,4

**fear** 183:8
**features** 173:14
**Federally** 153:4
**feeding** 179:19,25
**feel** 13:19 28:18 35:21 56:2
58:8 152:4 162:7,19 165:25
**feeling** 15:23
**feelings** 20:24
**feet** 108:21 115:21
**fell** 127:10
**felon** 153:9
**felonious** 40:10 57:3
**felony** 144:11 145:3
**felt** 29:3 108:17 156:9
**Ferguson** 34:24 35:3
**fifteen** 83:6 138:22 166:23
167:14 168:22,24 169:2
176:25
**fifteen-hour** 138:22
**fifty** 168:23 173:16 176:18
**fifty-** 154:5 170:8
**fifty-five** 65:15
**fifty-nine** 167:3,5 169:6
174:23
**fifty-one** 66:3
**fight** 148:15
**fighting** 60:21 148:24 157:19
**figure** 22:3 93:6 127:12
136:11 176:24 178:6
**file** 56:14 99:8,21 100:2,19
100:20 108:13,25 129:11
168:4
**filed** 33:8
**files** 99:8 168:3
**filing** 6:8
**fill** 78:24 90:2
**filled** 90:9 138:25
**filling** 148:24
**filmed** 97:10
**filming** 89:14 98:18
**finally** 83:6,21 86:7
**find** 19:21 93:10,20 95:3
102:5 150:24 167:15
182:21
**finding** 12:13 168:19
**fine** 95:18
**finger** 123:24

**fingers** 123:21
**finish** 11:22
**Finnegan** 10:23 84:7,9,25
   97:9 98:4,11 102:6 109:2
   120:9,10,11,15 125:15,16
   126:18 129:20 130:4,6
   131:16 132:24 141:5 142:4
   142:6,8,15 155:25
**fire** 151:2,3,11
**firearm** 144:11 146:13,17,18
**first** 13:22 51:3,4 56:8 57:12
   62:4 69:12 75:13 86:24
   98:21 103:12 141:19
**fish** 47:16,17 48:12,17 49:4,5
   49:8,13 50:2 179:9,11,17
   180:7,17,24,25 181:3,5
**fist** 123:23
**five** 60:20 61:19 62:6,8 64:7
   70:15 82:8 97:25,25 98:5,5
   102:15,16,23 117:24
   130:19 131:3 138:11
   140:16 170:11 175:25
   179:25 180:18,21
**five-and-a-half** 147:18
**five-minute** 153:24
**five-nine** 36:11
**flashlight** 64:9 176:3
**flat** 120:3
**flavor** 166:2
**flavored** 165:19 166:11
**fleeing** 153:9
**flintlock** 143:19
**flipped** 20:6
**floating** 72:6
**floor** 2:8 127:14,23 187:13
**floors** 52:24 53:25
**fluids** 110:23
**fold** 123:23
**folding** 176:8
**follow** 66:25
**following** 28:17 149:25
**food** 121:19 142:2,3
**foot** 115:16,17,24 130:20
**force** 92:8 134:6,8,23
**forced** 64:24 92:18
**forearms** 155:3
**foregoing** 185:3 186:3,8

**foreign** 110:24 149:14
**forgot** 171:16
**form** 3:7 5:8 6:21 46:11
   51:13 59:11 63:20,20,21
   67:10 68:6 69:10 70:25
   71:4,6 73:11 74:24,25 77:5
   77:23 78:4 79:8,23 80:7
   83:16 84:13,18 90:7 94:17
   94:24 99:20 103:7,10
   164:25
**forms** 31:21 76:22 77:11
   78:24 80:24 90:2,6 102:23
   102:24 138:25
**forth** 98:17
**Fortnite** 35:14,14 139:14
   140:13
**forty** 98:6 108:20 118:3,4
   127:9,15,21,22 165:18,18
   165:25 178:5 180:20
**forty-five** 116:25 117:14,17
   118:5 169:23 171:16
   180:20
**forward** 22:2,11,19 61:20
   62:6 145:18
**forwarded** 32:17
**found** 74:21 176:7
**four** 42:10,11 47:9 60:25
   61:8,10,11,14 64:7 77:6
   86:24 102:16 110:17
   112:20 117:24 128:2
   129:11 133:3 170:8 173:2
   177:12 180:21,21
**fourteen** 52:19 60:14,16
**frame** 59:3
**Franklin** 94:6
**Freedom** 39:22
**freezer** 173:6
**frequent** 118:8
**frequently** 90:11
**fresh** 49:16
**friend** 46:15 47:14 48:9 86:3
**friends** 170:21 181:19,21
**front** 75:7 84:2 97:12 142:5
   142:21 146:20 154:9
   155:11 160:19 166:6
**froze** 140:4
**frozen** 139:24

**fucking** 105:8
**full** 12:15 113:19 131:3
   170:8
**fully** 18:14 45:17
**function** 45:18 93:9 160:17
**functional** 174:7
**funds** 33:24 93:8
**funky** 166:11
**funneled** 154:16
**furnished** 6:14
**FURTHER** 5:15,25 6:6,11
   6:16 7:23
**future** 163:4

## G

**G** 3:2
**G-H-A-S** 31:17
**G.E.D** 38:22 39:3
**gallon** 48:21
**game** 35:10 45:25 135:12
**games** 35:12,13
**gaming** 35:11
**garage** 151:3
**garments** 158:8
**gathering** 74:16
**gen** 43:22 54:18
**general** 2:6 16:25 17:3 24:13
   25:6 187:12
**generalized** 20:24
**generated** 8:18
**Geno** 95:4
**germane** 22:18
**getting** 20:18 49:21 52:22
   61:6,14 81:21 82:3,4 90:18
   162:3 167:23
**gift** 172:18
**gifted** 117:8 118:6
**give** 10:7 11:15 12:14,15
   14:4 22:7,8 35:5 42:11
   46:22,24 48:25 70:20 77:12
   82:2 87:7 103:19 104:3
   130:19 147:10 148:11
   157:3 174:4 178:21 179:3
**given** 21:23 39:18 99:9 102:6
   168:19
**giving** 88:13,15 89:16 165:15
   180:25 186:6

**glass** 117:2 166:20 171:11
  172:7,9,10,14 176:22
**glasses** 119:18 136:15
**glycol** 173:6
**go** 11:7 22:13 27:24 29:3,7
  35:17 64:14 65:10 66:7,21
  68:15 72:7 73:15,17 76:13
  76:14 77:18 78:23 79:4
  81:21 82:21 83:8 84:13
  88:17 90:12 101:22 104:19
  104:20,23 116:22 119:18
  129:2 133:14 136:25 137:3
  141:25 151:21 153:6,25
  155:4 161:15,16,24 165:7
  168:12,16 170:3 173:25
  178:19 179:15 181:9 184:2
**goes** 12:11 134:23
**going** 16:8 25:13 28:4 29:7
  35:4,16 47:4 54:12 55:21
  60:25 63:18,19,22 66:25
  67:15 75:23 78:23 79:2,3
  82:21 83:7 85:10 86:3 88:5
  91:14 93:15 95:13 98:23,23
  99:18 100:17 101:9,21,22
  104:18,20,23 105:12 106:5
  107:20,20 116:22 124:25
  125:2,25 133:19,22,22
  137:2,2,10 144:17 153:7,9
  153:19,23,24 154:17 155:4
  155:19,20 156:6,7 160:23
  165:14 167:18 168:13
  178:2,10,11
**gold** 69:19,20
**good** 10:21 15:15 97:6
  109:14 118:9 131:3 141:10
  141:11,15 162:7
**Goodwin** 25:5,13,16
**gotten** 32:18,19 76:21,25
  115:19
**Gould** 10:23 130:7,8,9,11
  130:12,13,15 131:6,19,24
  131:25 132:13,21 133:10
  133:17,18,25 134:6 135:3,4
  135:17 144:19
**grab** 119:6
**grabbed** 115:19,20,21 119:6
  119:7

**grabbing** 115:14,24
**grade** 25:23 26:17 38:21
**gram** 113:18,18
**grand** 175:25
**Granite** 39:8
**grasp** 135:2
**grass** 160:18,21
**gray** 98:9
**green** 98:7 151:13
**grew** 36:25,25 50:2
**grip** 174:4,7
**groin** 131:18 157:24 159:8
**ground** 11:8 119:16 127:4,9
  127:16 157:6,18
**grow** 36:16 52:13
**growing** 37:8
**guarantee** 27:3 91:14
**guess** 13:5,10,17 17:9 22:2
  34:11 45:15 62:21 66:6
  88:12 136:23 154:24
  156:21 160:9 183:19
**gun** 74:21 143:17,22 144:7
  144:24 164:16
**guy** 41:21 47:15,16,17 131:2
  131:12,13
**guys** 47:24 122:10 153:22

## H

**H** 4:2
**Ha** 34:19
**hair** 69:16,25 98:9 131:3
**half** 16:12 64:7 82:8 90:24
  97:25 113:18 171:18
**halfway** 92:25 93:3 94:18
  96:6
**Halloween** 95:15,17 96:9
**Hampshire** 4:6 24:15 32:23
  36:6,17,20,21 42:14 43:6,8
  46:7,23 51:6 57:23,23
  60:16 73:5 82:22 87:17
  88:12 89:9 94:6 102:25
  106:19 109:15,22 117:9
  122:12 152:8,10,11 153:3
  161:10 165:2
**hand** 10:6,12 112:10,17,19
  119:6,7 122:4 136:5 166:4
  182:15,18,19 183:2,14

**hand's** 133:23
**handcuffs** 127:10 128:3
**handed** 75:15
**handle** 35:8,10,11 67:6
  113:15
**handled** 100:8
**hands** 103:17 108:3,18
  115:12 134:2 135:20
  136:13 145:18 151:23
  155:6,12,12 156:16
**handwriting** 79:19
**handwritten** 79:17,18
**hang** 139:18
**hanging** 47:18
**Hank** 130:13
**happen** 94:4 159:14
**happened** 83:19 85:23 94:6
  97:10,13 115:13 120:23
  122:24 123:4 124:10,23
  125:5 150:3
**happening** 95:23 109:5
**happens** 69:8 119:15
**happily** 49:6
**happy** 148:9
**harass** 100:13
**harassed** 182:21
**harassment** 182:11
**harassment's** 93:23
**Harben** 2:7 3:4 10:20,22
  35:15,19,22 36:4 48:2,3
  65:8,10,15 66:4 70:12,24
  101:17 111:22 112:3,5,7
  114:14 126:5,10 128:18,24
  137:9 154:7 167:12,22
  168:7,12,16,20 169:15
  184:2 187:6,13
**hard** 85:15 89:17 95:19
  136:14 148:8 149:14
  168:14
**Harding** 2:11 101:25 104:18
  114:3 128:13 163:21 167:7
  167:21 168:6 169:10
  182:24
**harrasitive** 106:11
**Haven** 16:18
**he's** 167:8
**head** 11:18 20:3 53:24 56:9

56:13 131:3 172:5 173:15
**headaches** 160:6
**headed** 28:22
**heading** 185:4
**headpiece** 172:15
**headshot** 156:25
**health** 25:5,13,16 29:16,20
  30:3,23,25 31:7 32:18,21
  32:25 42:23,24 65:4
**hear** 12:20 44:9 103:20
  105:7 119:18 123:6 125:25
  151:21 162:18
**heard** 12:24 96:10 108:12,24
  128:21 141:20,24 167:8
**hearings** 111:10
**heart** 142:17
**heating** 29:13 162:3
**heck's** 173:11
**height** 36:8 127:23
**held** 99:7 147:23 182:17
**hell** 124:11
**help** 52:11 93:8,21 101:19
  136:20 144:17 145:22
**helpful** 26:23
**helping** 75:19
**hemp** 112:9,14 114:15,16
  116:3 166:16
**hereof** 185:4 186:6
**hereto** 5:4,17 6:3,8,13,18
  186:5
**hernia** 26:9
**heroin** 25:23
**hey** 38:4,4 141:19
**hidden** 144:24
**highest** 38:19
**hit** 90:25 124:4,17,18,24,25
  125:4,21
**hits** 170:11
**hitting** 125:7,7 136:17 161:3
  161:3
**hockey** 37:13,22,23 38:8
**hold** 31:13 62:22 72:5,9
  167:15
**holding** 98:19 102:15 120:5
  120:8
**holds** 173:14
**hole** 60:4,8,24

**home** 28:23 29:4 48:18 50:6
  67:20 81:21 82:7 84:13
  93:7,19,20,21 94:11 105:12
  114:2 117:12 140:15
  160:16,18 161:25 176:9
  179:13,15 180:4 182:22
**honest** 100:4
**honestly** 51:8
**honesty** 55:8,9
**honor** 143:8
**hopping** 151:9
**horse** 61:2
**hospital** 24:23 36:7 79:9
**hospitalized** 27:18 28:2,3,4
**hostile** 160:24,25
**hour** 121:18 178:24
**hours** 14:18 82:8 121:17
  138:7,11,16 162:8 164:13
  164:15,17 178:23
**house** 48:18 50:3 75:19 93:2
  93:3 94:19 96:6 128:23
  138:2
**housed** 147:23
**houses** 81:3
**huge** 140:15
**human** 135:7
**hundred** 36:10,14,15 48:21
  89:21 98:6,6 110:17 112:20
  138:23 166:23 169:6 170:7
  170:8 173:7,16 174:17,17
  175:16,22 176:18,23,25
  178:5,22 180:6,21
**hundreds** 179:10
**hurt** 133:23
**husband** 121:8

---

**I**

**I.e** 153:6
**I.T** 52:4
**I'm** 43:21
**ideas** 47:19
**identity** 7:17
**illness** 18:11 78:12
**image** 182:13
**imagery** 173:13
**impact** 20:7
**implicative** 92:3

**important** 11:21 12:15
**impression** 106:4 166:3
**inaccurate** 14:3 53:21
**incarcerated** 23:20 39:13
  40:7,25 43:4,5 44:17 52:7
  53:11,20,22 57:11,22 59:13
  64:17 71:19 148:4,7
**incarceration** 61:11
**inch** 123:8,14,18 124:4
  127:21,22 129:10 172:2
**inches** 64:7,8,8 127:9,9,16,16
  127:18 128:2
**incident** 11:3 23:8 24:17,20
  28:17 30:19 34:14 54:7
  56:8 57:21 77:10 95:3
  100:14 109:11 113:8
  121:14,18 122:4 126:15,18
  139:8 154:18 158:22
  160:12 162:12 163:22
**incidents** 33:9 34:18 56:15
  59:23
**included** 102:23
**including** 5:7 6:20 178:18
  181:5
**inclusive** 186:10
**incomplete** 14:3
**Index** 1:6 187:4
**indicate** 104:10 105:6 136:7
**indicated** 24:18 65:16 76:2
  89:13 118:14 144:3 157:22
  157:25 163:8
**indifference** 135:6
**individual** 56:4 148:7 172:10
**individuals** 64:17 148:4
**inflation** 165:14
**influence** 15:18
**information** 22:15 44:20
  45:3 91:22 99:6 103:2
**infused** 112:9 116:7 166:16
**inhaler** 19:21
**initially** 57:8 146:19
**injure** 19:23
**injuries** 19:2 23:6,22 38:8
  52:11 55:24,25 56:6 58:19
  162:11
**injury** 19:22 20:11 23:3,9,13
  23:17 26:3 28:14 37:21

56:3
**inmate** 43:23 53:25 54:21
  61:3
**inmate's** 55:4,19
**inmates** 43:22 59:7,9
**ins** 170:21
**insanity** 150:5
**inside** 56:13 71:19 101:3
  107:9 145:24 162:19
**install** 45:18
**installed** 146:2
**instance** 34:15 57:7 60:13
  90:24 124:2
**instances** 43:23 64:16 77:22
  128:14,16,17
**institutional** 31:24,25 32:6
**instrument** 144:24
**instruments** 144:19
**insulted** 71:19
**insurance** 112:24
**insured** 18:16,17
**Int'l** 186:11
**intake** 21:4
**intend** 164:22
**intended** 21:15
**intention** 78:23
**intentional** 135:6
**intentionally** 175:2
**interacting** 120:23
**interaction** 98:19 99:10
**interactions** 86:22 89:14
**interest** 41:25 78:2
**interested** 12:13
**interesting** 141:21
**interfere** 14:13
**interior** 155:21
**internal** 99:13,16
**International** 7:12 187:2
**internet** 35:8
**interrogatories** 4:12 21:25
  110:11
**interrogatory** 22:16,17 25:3
  165:6,10 168:10
**interviewed** 131:9,11
**interviewing** 135:18
**intricate** 172:7
**inventoried** 74:14

**inventory** 74:6,14
**investigator** 131:19 132:10
  132:13 133:16,17 135:3
  141:3,4,6 144:19,23
**involve** 53:7,9 64:20
**involved** 61:18 77:23 136:8
  147:4
**involvement** 99:13,16 134:6
**involving** 59:11
**iPhones** 178:5
**irons** 131:17
**irrelevant** 15:3
**irritated** 29:8 106:10
**issue** 21:25 28:5 29:10,10,11
  46:7,8 77:25
**issues** 17:4,6,13,15 76:23
  78:12 79:7,8 87:15 159:25
  161:6
**it'll** 73:19
**it's** 127:15 145:12
**item** 167:6 173:25
**itemized** 165:17 178:11
**items** 116:25 118:11 165:8

———————— **J** ————————
**J-O-** 10:15
**Jack** 49:9 180:17,17
**jail** 23:18 53:22 54:15 92:24
  144:10 145:3,9,13 146:7
  147:3,12,13,19 148:10
  149:5 154:17 158:10,16,25
  159:16,20
**Jeb** 2:7 10:22 187:6,13
**jeep** 119:6 151:13
**jello** 173:7
**job** 46:2 47:11 48:5 51:4
  90:16 102:20 104:2 145:22
**jog** 101:19
**jogged** 95:2
**joint** 113:18,19
**Joseph** 1:1,1,4,10 2:1,1 3:1,1
  3:3 4:1,1 5:1,1 6:1,1 7:1,1
  8:1,1 9:1,1 10:1,1,11,15
  11:1,1 12:1,1 13:1,1 14:1,1
  15:1,1 16:1,1 17:1,1 18:1,1
  19:1,1 20:1,1 21:1,1 22:1,1
  23:1,1 24:1,1 25:1,1 26:1,1

27:1,1 28:1,1 29:1,1 30:1,1
31:1,1 32:1,1 33:1,1 34:1,1
34:20,24 35:1,1,3 36:1,1
37:1,1 38:1,1 39:1,1 40:1,1
41:1,1 42:1,1 43:1,1 44:1,1
45:1,1 46:1,1 47:1,1 48:1,1
49:1,1 50:1,1 51:1,1 52:1,1
53:1,1 54:1,1 55:1,1 56:1,1
57:1,1 58:1,1 59:1,1 60:1,1
61:1,1 62:1,1 63:1,1 64:1,1
65:1,1 66:1,1 67:1,1 68:1,1
69:1,1 70:1,1 71:1,1 72:1,1
73:1,1,4 74:1,1 75:1,1 76:1
76:1 77:1,1 78:1,1 79:1,1
80:1,1 81:1,1 82:1,1 83:1,1
84:1,1 85:1,1 86:1,1 87:1,1
88:1,1 89:1,1 90:1,1 91:1,1
92:1,1 93:1,1 94:1,1 95:1,1
96:1,1 97:1,1 98:1,1 99:1,1
100:1,1 101:1,1 102:1,1
103:1,1 104:1,1 105:1,1
106:1,1 107:1,1 108:1,1
109:1,1 110:1,1 111:1,1
112:1,1 113:1,1 114:1,1
115:1,1 116:1,1 117:1,1
118:1,1 119:1,1 120:1,1
121:1,1 122:1,1 123:1,1
124:1,1 125:1,1 126:1,1
127:1,1 128:1,1 129:1,1
130:1,1 131:1,1 132:1,1
133:1,1 134:1,1 135:1,1
136:1,1 137:1,1 138:1,1
139:1,1 140:1,1 141:1,1
142:1,1 143:1,1 144:1,1
145:1,1 146:1,1 147:1,1
148:1,1 149:1,1 150:1,1
151:1,1 152:1,1 153:1,1
154:1,1 155:1,1 156:1,1
157:1,1 158:1,1 159:1,1
160:1,1 161:1,1 162:1,1
163:1,1 164:1,1 165:1,1
166:1,1 167:1,1 168:1,1
169:1,1 170:1,1 171:1,1
172:1,1 173:1,1 174:1,1
175:1,1 176:1,1 177:1,1
178:1,1 179:1,1 180:1,1
181:1,1 182:1,1 183:1,1

184:1,1 185:1,1,3,9 186:1,1
    186:3 187:1,1,4,5,25
**jousts** 54:25
**judge** 122:7 141:9,14,24
**Judith** 31:10 95:4
**July** 23:7 28:13 36:12 46:10
    51:12,14,24 53:4 66:8
    67:18 70:9 75:20 78:8,15
    92:12 96:17 109:13,24
    110:5 113:7 147:5,6 154:10
    179:16
**jump** 137:10
**June** 51:12 99:23
**Justice** 149:23
**justified** 161:3
**justify** 181:7
**juts** 54:25

### K

**K** 84:3
**K-A-H-N** 16:20,21
**K-E-V-G-H-A-S** 31:15
**Kahn** 16:17,19,21,22 22:4,20
**Kate** 25:4,9 30:6,7,16,22
    32:15 42:24
**Keen** 169:17,17
**keep** 11:13 135:13 148:8
**keeping** 135:12 165:25
**Kelley** 175:19
**kept** 54:17 61:22,24 164:17
    165:24
**Kevghas** 31:10,13,15
**kick-** 170:20
**kicked** 88:7 131:17 159:9
**kidnapped** 178:8
**kidnapping** 100:15 178:20
**kids** 181:21
**killed** 179:12
**Kim** 31:19
**Kimberly** 31:12 95:5,25
**kind** 16:22 37:15 47:17 49:7
    49:7 116:8 122:10 130:13
    131:2
**kinds** 45:20 54:24 110:24
**king** 175:9
**kit** 54:19
**kitchen** 44:22

**knee** 156:2
**kneed** 159:9
**knees** 38:9
**knew** 54:21 60:5
**knife** 176:2,8
**know** 11:23 13:4,5,20 14:3
    15:4 16:24 22:12,20 31:14
    32:22 38:7 41:4 42:20
    43:15,25 47:20 55:9,12
    58:19 62:9,10 67:7 68:12
    73:12 74:17,17 76:11 78:17
    78:21 80:21 83:8 84:5
    88:10 92:17 94:5,16,16,16
    97:2 99:25 100:8,20 102:10
    103:4 109:12 111:5 112:16
    114:22 118:23 120:20
    122:14,15 126:4 134:20
    136:6,14 139:19 140:7
    141:7,18 145:8,10 149:13
    149:18,21 156:5 165:3,17
    166:7 167:8,10 168:6
    169:16 175:16
**knowledge** 78:21
**known** 34:19 60:6 182:20
**knows** 56:12 108:24
**knuckles** 123:25

### L

**L** 3:6 129:12 133:3
**L.J** 45:10 52:18,20
**labeling** 58:9 108:23
**labor** 181:13,13,14,15
**lack** 88:13
**lady** 126:2
**laid** 151:22
**lap** 80:8 105:4 115:21 119:11
**late** 68:14
**laundry** 140:16
**law** 5:7,23 6:4,19 7:20 50:14
    50:15 68:7 76:3 86:22
    116:12 164:2
**laws** 41:22
**lawsuit** 11:4 20:11,15 23:8
    30:20 33:7,8,10,17,21,24
    161:12
**lawyer** 99:10 143:10,11
    153:14 182:19

**lawyer's** 154:18 182:15
**lawyers** 146:19
**laying** 119:25 162:2
**lead** 149:10
**learned** 52:6
**learning** 52:10
**leave** 75:24 78:22
**leaves** 171:8
**leaving** 78:5 156:12
**left** 73:4 102:13 123:2
    132:15 133:6,15,16 153:25
    180:3
**leg** 131:16,18 133:7 159:5,6
**legal** 56:17 99:11 150:14
    161:5
**Lego** 35:14
**legs** 157:25
**length** 127:10 128:3 133:9
**let's** 65:10 66:7,7,21 96:16
    101:12 105:11 118:13,13
    141:25 153:24 166:5
    167:17 168:12,16 184:2
**letting** 22:12,20
**level** 38:19
**liberty** 2:8 103:11,14 187:13
**licensed** 31:22 117:19 179:7
**lie** 107:17
**lien** 34:3,4 181:23 182:3,5,6
**lieu** 33:24
**life** 18:7 50:21 59:10 69:8
    78:3 87:20 90:15 91:10,20
    92:11 102:22 118:9 151:23
    170:15 183:8
**lifetime** 42:6
**lift** 161:23
**light** 156:8
**lighting** 160:18,21 174:12
**lights** 95:17 156:16
**liked** 37:12 47:17 50:5
**Likos** 180:15,16
**limited** 46:6
**limped** 158:24
**limping** 159:2
**line** 102:19 169:13,14
**lines** 20:24 26:10 39:24
    42:15 44:8 90:3 142:18
    147:19 148:19 154:25

177:9
**list** 74:6 116:25 167:10
  178:11
**listed** 48:23
**listen** 15:6 62:9
**literally** 51:11 119:5 128:7
**litigation** 7:21 8:10
**little** 15:8 30:11 45:17 78:14
  154:25 159:20 168:14,14
**live** 91:21 113:24 150:11
**lived** 94:8,11 183:8
**living** 93:4 95:16
**load** 140:15
**loaded** 146:12
**Loading** 52:25
**lobby** 101:7 123:6 126:2
**local** 67:6,11 71:5 76:2,10,13
  79:4,8 87:16,23 88:11 89:8
  89:15 90:12 91:3,24 161:9
**location** 7:10
**locations** 7:9
**lockbox** 106:24
**locked** 87:13 92:19
**long** 16:10 19:4 20:17 35:16
  39:9 40:21,22 43:9 51:7
  64:14 82:6 85:16 88:17
  89:5 113:4 126:12 127:3,5
  127:24 163:12 179:14
**longer** 13:9,15 41:12 61:23
  68:18 108:17 134:14 150:4
  160:13 173:21
**look** 23:19 29:6 71:20 85:5,7
  85:7 102:10 130:12,25
  131:2 132:13 135:14 153:7
  156:22 157:3 167:21
  168:18,18
**looked** 102:4 129:8 135:15
  154:20
**looking** 72:4 74:12 78:4
  79:21,23 102:10 134:20
  145:18 151:3
**lookout** 152:9
**looks** 71:21 72:10 75:7 78:15
  130:13 154:24 174:15
**loosen** 133:11
**lose** 104:4
**loss** 177:5

**lost** 22:5,7 60:3 84:19 102:14
  116:25 140:5 165:16
  171:17 172:2
**lot** 35:19 58:7 86:3 101:7
  116:18,20 118:5 150:13
  161:23 167:11 168:3
  171:11 175:7 176:18,19
  179:5,5
**loud** 105:6
**lovely** 172:8
**lower** 134:12
**luggage** 37:6
**lump** 122:10
**lunged** 125:6
**lungs** 19:18

## M

**ma'am** 10:10 167:22
**machine** 105:3 119:11
**madam** 70:13 167:22
**Magician** 34:24 35:7
**Maine** 36:17 106:18 109:16
  109:17,21
**maintained** 177:6
**making** 80:8 89:17 93:9
  103:14
**mal** 17:16,22 18:23
**male** 69:23,24
**malnourished** 148:19,21
**man** 149:9 183:17
**manage** 63:11
**managed** 63:14
**management** 50:7
**Manchester** 36:6
**manipulatable** 161:20
**manipulating** 86:25 87:2,5
**Mann** 31:10 95:4
**manner** 7:18 69:7 80:4 103:6
**Marawar** 21:21,21
**March** 1:11 150:12
**marijuana** 19:12 105:25
  106:7,14,20,23 107:6,14,21
  109:14 110:6,12 111:3,7
  113:9 116:4,14 137:14,19
  138:12 139:9,21,22 144:14
  147:4 159:22
**marital** 38:11

**mark** 70:18 167:18 171:8
**marked** 4:3 7:24
**marking** 135:13
**markings** 74:17
**marks** 155:2
**married** 38:13
**Marsh** 31:12,19 95:5,25
**massage** 178:23 179:3
**masseuse** 28:24 179:7
**match** 172:11
**matched** 172:10
**materials** 186:11
**matter** 153:6 163:16
**matters** 8:10
**maximum** 40:16 43:25 61:12
**Mbuna** 49:10
**meals** 162:5
**mean** 15:12 22:22,23 27:22
  37:15 41:8 55:6 56:19 57:9
  61:22,22 65:9 72:24 76:9
  85:7 87:2 102:9 108:22
  110:19 114:6 126:12
  135:10 144:21 150:11
  161:15 162:18 165:14,17
  176:17 177:23
**meaning** 28:3,5 123:19
**means** 8:15 9:4,6 61:21,22
  61:24 62:3 110:20 123:21
**meant** 41:10 125:25 156:23
  156:23
**mechanic's** 151:12
**med** 29:19
**medic** 116:21
**Medicaid** 18:17,19,21
**medical** 15:8,12 18:25 22:2
  22:11,19,25 23:12,16 25:6
  26:16 27:19 32:19,23
  105:24 106:14,23 107:14
  109:13 113:9 116:4 131:20
  132:11 149:16,19 158:16
  159:21
**Medicare** 18:17,20
**medicate** 26:20
**medication** 14:16 17:18 18:3
  23:4 29:19 104:11,13,15
  105:24 114:6,6 117:12
  160:7

**medications** 14:17,20,25
    18:5,6 29:23
**medium** 43:25 44:2,5
**meeting** 7:11
**member** 78:10
**member's** 29:4
**members** 93:8
**memory** 15:2 95:2 101:20
**mental** 14:13 29:16,20 30:3
    30:23,25 31:6,7 32:18,20
    32:25 42:23,24 65:3
**mention** 170:25
**mentioned** 52:19 136:12
**mentions** 130:9
**menu** 59:2
**met** 47:15,15
**middle** 127:20,20 167:13
    168:21
**midnight** 139:11
**migraines** 17:16,22 18:22
    113:14 160:6
**mile** 138:23
**military** 37:2 40:3
**millimeter** 120:4
**mind** 52:13 95:16
**mindset** 149:21
**mine** 73:9 79:20 114:10,10
    149:21
**mini** 167:7
**minimal** 43:23
**minimum** 43:25 47:11
**minor** 160:2
**minors** 96:12
**minute** 148:16 157:4
**minutes** 65:19 83:6 85:19,19
    86:4 120:19 183:20
**miraculously** 149:4
**mirror** 86:16
**miscalculation** 169:11,13
**misinterpretation** 68:20
**misread** 167:2
**missing** 58:16 126:3
**mistake** 78:18,19 79:14,15
**Mister** 154:8
**mod** 170:7 173:11,12 175:3
**modest** 110:14
**modify** 173:13

**mods** 166:18 168:25 171:7
    173:9 175:2
**molestation** 142:23
**mom** 179:8
**moment** 70:20
**money** 170:17
**monitoring** 93:8
**monitors** 45:11 52:18,21
    133:3
**month** 30:9,10,10 32:16
    41:22 59:5 61:5 88:8 113:6
    170:23 171:24 177:24
    178:5,16
**monthly** 58:23 177:21
**months** 51:19 88:6 91:13
**morning** 10:21 15:24 68:15
    81:13 82:2,2,19 139:21,23
    140:16
**mother** 51:20 52:10 71:22
    81:15 82:12 84:21 93:4,12
    93:14,18,21 94:9 97:17
    98:11 120:25 123:5 139:23
    140:8 142:8,16,19 144:21
    166:6
**mother's** 66:13 67:20 93:19
    93:20 121:8 151:13
**motion** 5:13 7:2 137:3
**motorcycle** 143:4,7
**mouth** 109:10 166:7,8,9
    171:17
**move** 5:8,11 6:22,24 17:11
    29:7,13 93:11,12 95:5,7,10
    95:13 119:22 162:8
**moved** 93:14,18,20 95:21
**moving** 98:17 120:3
**multiple** 121:3
**muscles** 159:4

---

## N

**N** 3:2,2 4:2
**name** 10:13,22 21:22 27:11
    34:20 35:3,5,6 55:5 69:21
    74:20 90:16 97:19 105:13
    136:14 149:13 153:7 168:4
    187:4
**names** 31:7 34:23
**napkin** 47:19

**nature** 42:22 88:21 131:17
    134:24
**necessarily** 22:23 58:20
**neck** 56:2 168:2
**need** 7:14 13:20,22 16:3
    54:24 84:17 95:13 107:17
    114:25 116:4 136:24
    138:24 163:18,19 175:23
    175:24 178:3 183:2
**needed** 78:11 83:15 84:12,14
    84:18 93:6 95:3 97:17
    102:6,9,20 103:2,19 113:10
    131:20
**negligence** 135:5
**neighbor** 93:23 94:3
**neither** 140:6
**networking** 45:25
**neurological** 17:4,5,13,15
**neurologists** 18:5
**Neurology** 21:13,19 22:3,19
**never** 37:20 59:9 61:8 74:23
    92:11 96:10 103:16,16
    136:13 144:23 151:21,22
    165:3 172:4 176:12 181:6
**new** 1:3,7 2:6,9,9 4:6 10:25
    24:14 27:4 28:23 32:20,23
    36:6,17,19,20 42:14 43:6,7
    46:6,23 51:6 55:19,22
    57:22,23 60:15 66:8,11,17
    67:18,24 68:2 71:12 73:5
    75:19,24 76:4,16 79:8
    80:13,23 81:18 82:22 87:17
    88:12 89:8 94:6 95:24
    100:23 102:25 106:19
    109:14,21,24 110:8 117:5,8
    122:11,12,13 145:11,14
    150:24 152:8,10,11 153:3
    161:10 165:2 175:10,23,24
    176:22 177:8 187:12,14,14
**nice** 131:3 141:9 148:9 149:6
**night** 15:21,22 68:14 95:18
    139:10 140:11,12 147:10
    162:6 183:7
**nightly** 63:19
**nine** 36:3 58:3 59:19 61:9
    65:15 116:10 165:3 168:24
    170:9 174:24 176:25

nineteen 89:6 166:24 169:5
 173:23
ninety 92:20
ninety- 174:23
ninety-eight 59:19
ninety-five 180:21,22
ninety-nine 166:23 167:3,14
 168:22 169:3 173:23
ninth 156:2
nodding 11:17
non-verbal 11:17
nonchalantly 109:5
normal 37:5 160:19
normally 86:21 106:9 148:8
 160:7,17 162:4
North 80:12,13,15
Northampton 47:4 48:4
notary 5:18,19 185:12 187:9
notation 71:14
note 154:23
noted 163:21 185:4,6
Notice 11:5
notified 63:22
notify 78:11 90:20 91:3
notifying 96:2
notwithstanding 8:7
number 67:13,14 73:21,25
 77:16 97:4 100:18 105:13
 149:23 154:10 163:24
 175:18 178:22,25 186:9
 187:4
numbered 70:14,14
numbers 178:12
numerous 128:14,16,17

## O

O 3:2,2
o'clock 131:3 162:5
oath 7:13 8:25 12:5,9,14
object 5:7,10 6:21,24
obligation 8:8
obnoxious 105:16
obtain 38:22
obtaining 39:3
obviously 55:8 62:20 113:8
occasionally 19:10 30:10
 45:8 49:3 82:12,13,13,14

occur 140:22
occurred 20:15 34:13 77:10
 88:6 135:20 146:21 183:8
occurring 96:2
October 20:6,8 78:17 79:24
odd 146:24,25
offender 50:18,23 63:16 80:5
 102:21,25 163:18
offender's 73:7,8
offense 42:22 57:8 178:7
offer 149:6
office 2:6 83:22 129:7,23
 132:24 134:12 156:14
 187:12
officer 7:13 8:24 59:10 64:4
 69:10,18,20 71:11 75:10,13
 75:16 77:16 78:24 83:15,21
 83:23 84:5,5,25 85:25 87:4
 87:15,23,24 88:4 89:24
 90:7 91:14,18,19 92:18
 95:9,9 97:5,5,11,14,18
 103:3 107:17 108:11,20
 109:10 118:21,24 124:11
 124:13 135:2 141:20
 144:12 164:14
officers 59:8 78:2 91:24
 106:4 108:6 115:12 118:16
 118:20 120:24 136:19
 145:10,10 146:5 160:17
 161:10 164:20 165:2 176:6
 183:14
offices 133:18
officials 108:18 138:3
oh 23:3 24:10 30:24 48:11
 50:22 57:12 68:22 135:23
 146:20 149:18 150:13
 153:5,16 160:14 167:4
 169:17,22 173:6
oil 112:9,14 114:15,16 115:8
 116:3,3 166:16
oils 116:15
okay 11:7,20 12:18,21 15:11
 16:6,10 17:8,9,17 18:8
 19:11,19,22 20:10,17 21:8
 21:18,23 23:11,15 25:12,20
 25:25 26:12 27:5 29:18
 30:2,18,22 31:17 32:11,17

33:2 34:8,11 35:7 36:19
37:18 38:2,10 39:23 40:5
40:12 41:8,15,20 42:2,13
42:18,21 43:4,15 44:16
45:12 46:3,9 47:6,13 48:2
48:11,20 49:7 50:8,19,25
52:14,17 54:3,11,16 55:3
55:13 57:9,13,20 58:5,11
59:12 61:16,21 62:2,9,20
62:25 63:24 64:11,19,23
65:3,6 66:5,7,14,20,21
67:12 68:5,17,25,25 69:4,9
70:4,12 71:4,13 72:9,15
73:10,13 74:5,9,12,19,21
75:6,14,17 76:7,15 77:11
77:14 78:4 79:12,21 80:3
80:21 81:5,8,11,15,17,20
81:23 82:6,24 83:10,13
84:4,8,16,20 85:6,23 86:19
87:14,22 88:9,17,20 90:5
90:22 91:6,12,17,23 92:4
92:10 93:11,16,16 94:4,12
94:15,16 95:5,7,10 96:4,14
96:16 97:8,13,18,21,24
98:3,8,22 99:12,14,18
100:16 101:8,18 102:3,17
103:8,21 104:5,8,8,17
106:3,16,20 107:5,8,13,25
108:5,16 109:3,23 110:5,8
110:22 111:2,12,19 113:23
114:2,5,11,22 115:2,3,10
116:9,19,24 117:10,13,20
118:2,10,20 119:3,8,12,20
120:5,14,22 121:20 122:8
122:18,21 123:4,10,16,18
124:3,6,15,18,22 125:3,8
125:16,19 126:4,20,22,25
127:13,17,19,24 128:9,19
129:16,22 130:12,15,18,21
131:8 132:2,5,23 134:9,13
134:16 135:15,21 136:18
136:24 137:4,14 138:18,24
139:5,12 140:5,11,14,18,24
141:6,21,22 143:2,9,24
144:15,22 145:20 146:4
147:11,17,21 148:18 149:3
149:18,22 150:17 151:15

151:24 152:3,17 153:5,11
153:11 154:2,19 155:14,19
155:20 157:7,14,20 158:2
158:12,20 159:7,10,19,24
160:11 161:14 162:10
163:7,20 164:21 165:7,18
166:15,19 167:4 168:10
169:4,16,22 171:3,10,13,20
171:22,25 172:19 174:10
174:14,22 177:23 178:17
178:21 179:6,9,24 180:22
181:8,20,23 182:10 183:18
**old** 37:19,20,21 38:2 88:25
89:3 175:20,21
**older** 130:17
**on-site** 46:2
**once** 15:13 30:9 32:16 41:21
58:6 61:15 88:5,10 113:11
113:13 122:17 127:10
**ones** 16:16 71:15 150:11
173:3
**Ongoing** 88:19
**open** 76:12,13 88:15 115:22
**opened** 165:22
**opens** 19:18
**operated** 166:18
**operating** 45:18
**opinions** 95:6,8
**opioids** 25:24
**opportunities** 39:19 46:4
**opportunity** 107:24
**order** 62:6 78:22 96:18,22
**orderly** 103:6
**orders** 97:5
**original** 5:21 6:9 75:15
**Orthopedics** 27:16
**ounces** 110:16 113:3
**out-of-pocket** 112:22
**outfit** 176:21,21
**outside** 31:25 45:2 51:22
83:25 98:11 107:6 133:5
142:5 151:7 160:16
**over-the-counter** 14:17
**overfed** 180:3
**overnight** 28:6 80:19 139:6
**ownership** 145:12

## P

**p** 3:2 88:11
**P.D** 67:6 76:13 79:4,5 86:24
**p.m** 1:12 126:8 137:5,6
154:3,4 184:5
**P.O** 79:10 105:14
**P.T.S.D** 19:2 21:10,16,19,24
29:14 31:4
**pace** 106:9
**pack** 28:23 29:4 66:12 138:2
142:9
**packing** 161:25 176:9
**pad** 29:13 162:3
**page** 11:9 22:8 102:5,6,7,10
102:12 167:13 168:16,21
182:10 186:5
**pages** 186:9
**paid** 112:22 118:3,4 172:11
177:14 179:23 181:2
**pain** 23:23 29:10,11 133:23
159:3 168:2
**paper** 54:20 79:16 105:14
133:19
**papers** 105:3
**paperwork** 56:23 145:2,5
146:21
**paragraph** 101:24 102:3
131:15 132:6,23 134:21
141:25 143:9 146:11
**paraphernalia** 175:12
**parking** 86:3 101:6
**parole** 40:24 41:9,10,13
42:14 62:15 66:22,24 67:11
71:17 76:19 77:15 78:11,23
86:23 87:14,24 88:3,4
89:16 90:7 91:18 92:14,18
93:17 94:17 95:9,9 96:2,8
96:11,11,18,21 97:5 103:10
103:11,11,12,14,15,19
**paroled** 93:19
**parolee** 30:14 83:15 84:12
102:2
**part** 6:19 12:20 15:9,12
17:10 42:3 43:2 52:6 53:3
59:18,20 68:20 96:25
102:18 121:13 143:4

**participate** 8:15 96:9
**participating** 7:11
**particularly** 11:21 59:16,17
**parties** 5:4,16 6:2,7,12,17
7:5,19 8:5,13,24 187:10
**party** 8:9,9,15 9:5
**passed** 66:12 78:10
**passenger** 86:8 118:19
**passes** 133:24
**passive** 92:3
**patient** 113:22,24
**patients** 148:14
**pause** 126:6
**pavement** 120:3
**pay** 47:10 52:23 149:2 177:8
178:4,15 182:8
**paying** 177:6,24 178:19
**payment** 33:25 182:9
**payments** 177:21
**peace** 93:20
**peaceful** 50:4
**peacock** 126:3
**pen** 133:19
**pencil** 135:9,11 156:20
**pending** 10:24 13:22
**people** 31:24 32:5 45:9 49:3
49:5 53:8,9 63:8 80:16
106:10 116:23 117:19
119:17 122:19 125:4
128:23 139:20 143:6,6
148:22 162:25
**percent** 59:19 89:21
**period** 58:6 123:23
**periods** 80:19
**permanent** 56:6,10
**permanently** 174:2
**person** 30:15 46:2 59:16,18
69:16 105:16 136:21
164:25
**personal** 181:5,19
**personally** 147:22
**pertinent** 14:23 55:7
**petit** 17:16,22 18:23
**pharmaceutical** 25:23
**Phillipa** 74:20
**phone** 80:8 85:3,4,21 86:5
87:12 178:13 182:9,14,17

**phones** 98:25 99:3 177:5,11
  177:21,22,24 178:14 182:7
**photo** 155:25 156:2
**photocopy** 77:19
**photograph** 155:7,16
**photographed** 145:25
**photographs** 56:11 135:20
  135:22,25 154:9 155:10,11
  155:17,23 156:4,16 159:17
**Photos** 4:8,10
**phrase** 187:16,17,18,19,20
  187:21,22
**phrased** 69:6
**physical** 7:10 14:12 23:6
  26:22,25 27:8,12 29:2
  54:24 64:20 92:5,8 116:14
  134:8 150:4
**physically** 8:21,25 148:3
  161:21
**pick** 76:3
**picked** 52:8,15 138:21 152:7
**pickup** 181:24
**picture** 155:5,14 156:24
  157:5 182:22
**pictures** 134:2 136:5,6 155:6
  157:22
**piece** 58:15 105:15 133:19
  172:5,7,10,14
**pipes** 107:6
**pissed** 123:8
**pistol** 143:19
**place** 7:14 9:2 51:2,3 90:16
  90:16,21 185:4 186:4
**places** 37:2 77:2
**plaintiff** 1:5 2:3 33:10
**plan** 38:6
**platform** 52:25,25
**play** 35:13 37:7,11,12,23
**played** 39:19 59:18,20
**playing** 135:12,13 139:13
  140:13
**plea** 40:13,16 151:20 152:20
  152:20
**please** 10:6,13 11:13 12:18
  12:21 13:13,20 14:3 44:10
  99:24 114:12 125:22 126:5
  175:18 185:5 187:8,9

**plus** 127:10
**pod** 64:3,4,5
**point** 13:25 17:9,12 38:23
  53:8 59:19 60:24 68:15
  74:17 75:12 81:21 84:18,21
  85:2,19 92:18 97:10 98:10
  98:20 104:9 106:3 110:16
  113:3 115:16 120:17
  122:21 125:8 128:25
  130:24 132:4 136:15
  140:19 150:13 151:16,18
  159:11 168:15
**pointed** 74:25
**police** 41:23 71:5 76:4,10
  80:23 87:5,16,23 88:12
  89:8,15 90:12 91:3,18,20
  91:24,25 93:25 100:23
  105:24 144:12 145:14
  161:18,19,20
**polite** 142:16
**politely** 80:10
**pop** 43:22 54:18 169:3 175:8
**porch** 142:21
**Portsmouth** 51:6
**position** 29:3 127:3 165:21
**possessing** 144:24
**possession** 8:3 61:2 80:24
  100:24 101:2 110:6 144:8
  144:11,25 145:4 164:16
  182:15
**possible** 95:20 131:5,6
**possibly** 103:4 105:9 117:18
**post** 55:19
**posterity** 55:8
**potential** 26:14
**Potentially** 16:5
**pounds** 36:10,14 98:6
**power** 95:19 173:19,21
**practically** 45:19 154:15
**Practice** 5:7,23 6:4,19
**practitioner** 16:25 17:3
  24:14 31:22
**practitioners** 25:10,18
**prepare** 183:5
**prepared** 186:10
**prescribe** 25:21
**prescribed** 16:14 29:24

**prescription** 14:17 15:18,20
  15:23 16:4,11 17:10,18,21
  18:2 21:14
**presence** 29:8 186:4 187:8
**present** 2:10 7:5 8:21,25
  121:12,24 125:17,22
  132:21
**presented** 8:2
**presenting** 7:24
**presently** 18:24
**press** 123:22 132:8
**pressed** 64:25
**pretty** 62:18 84:10 131:25
  148:13 150:15 166:7
**prevailing** 67:6
**previously** 76:21
**price** 165:13
**primary** 25:11
**printed** 74:10
**prior** 8:3 20:11 24:17,20
  28:13 47:5 54:3,5,6,8,10
  71:11 75:10 76:15 77:18,22
  80:14 92:12 137:18 139:8
  160:12
**priorly** 52:19
**prison** 43:7,7,8 44:21,22
  45:2 46:10 49:22 50:9 51:5
  57:23 62:12 63:2 88:10
  93:6 148:23 163:9,10
**prisoner** 129:9,9,17 179:14
**prisons** 43:16 44:12 57:24
**PRO** 2:4
**probably** 76:10 99:25 121:5
  127:8 128:2 130:19 139:10
  174:19
**probation** 30:15 42:14 62:15
  71:17
**problem** 45:19 59:10 70:3
  86:5 95:18
**problems** 18:25 26:14 41:23
  76:24
**procedure** 66:21,25 67:4,5
**process** 117:25 119:21
  157:17
**procession** 102:18
**produced** 135:24 136:2
  145:7,9

professional 30:3
professionals 30:23 31:2,8
program 42:4 173:13
programming 45:16 163:15
proper 96:13
properly 103:5 176:6
property 61:2 99:10
prosecuted 56:24 57:2,11
protected 108:18
proved 18:6
provide 8:22 44:7 142:9,12
   155:10 160:19 163:17
   165:24 178:3
provided 5:6,22 6:4,18 70:15
   71:15,21 73:12 99:2 103:5
   103:12 107:23 135:16
   148:6 155:18 158:3 163:24
   164:25 186:11
providers 22:12
provides 173:15
provisions 8:17,19,22
psychiatrist 16:24
psychological 162:11
Psychologically 162:15
psychologist 16:25
pub 70:17
public 5:18,19 108:18
   116:23 138:3 185:12 187:9
pull 152:10
pulled 119:14
pulling 118:15
punch 123:12,18,19
punched 123:8,14 126:19
   129:10 159:8
puppy 138:22
purchase 34:14
purpose 7:21 11:2 79:18
purposes 6:4 149:19 174:7
pursuant 7:6 11:5
pursue 57:17 63:17
pushes 54:25
put 10:12 26:7 28:9 34:2,4
   46:14 47:20,20 48:7 63:20
   63:20,21 65:22 105:12
   110:24 111:17 112:13
   114:19 115:21,23 136:13
   146:7 155:12 158:10 166:9

166:21 171:6 173:19 175:4
   181:10,24 182:3
putting 45:9 141:5 145:18

## Q

quality 51:4
quantity 79:5
quarter 91:11,18
quarter's 58:3 61:9
quarterly 87:10
quarters 165:4
question 5:8,11 6:21,24 8:5
   11:22,24 12:17,21,25 13:3
   13:9,15,21 47:22 73:19
   89:2,12 111:25 114:13
   116:2 154:21 163:5 175:13
   175:14
questioning 8:4 80:5
questions 11:3,9,10 12:16
   14:7 121:9
quick 136:25
quite 51:23 105:9
quote 132:13,15

## R

R 3:2,6
Rabenau 55:9 56:5
Rabenau's 55:12
race 37:12,14 69:15
racing 37:15
raise 10:6 48:12,17 49:8
   183:14
raised 21:24 153:12,12,14,15
ran 53:25
raped 65:2 163:8
rapes 64:20
raping 63:19 64:12
re-injured 20:2,5
reaching 26:21 118:17,21
read 185:3 187:8
ready 81:21 183:23
real 105:11 149:6 166:5
   170:4 176:7 179:8
realize 13:25 96:19,21 106:4
   109:12 119:4
realized 19:7
really 55:7 100:8 132:12

175:17
reason 12:17 18:13 30:3
   71:25 77:25
reasonable 8:17,19
recall 16:16 27:2,11 32:13
   69:15 77:21 130:21 132:17
   134:2 140:25
receipts 150:17 178:3
receive 23:4,12 59:22 62:5
   158:16 171:18
received 23:16 26:2 142:2
   144:15 158:9
receiving 142:3
recite 134:22
recollection 122:6
record 8:18 10:5,14 16:16
   35:23,24,25 36:2 62:16
   65:11,12,14,24,25 66:3,5
   86:21 101:14,15,16 112:4
   123:14 126:5,7,8,9 128:16
   137:5,6,8 154:3,4,6 183:3
   184:3 185:4 186:10
recorded 7:18 11:10 99:3
   182:17
recording 7:18 85:4,9,14,17
   86:2 94:2,2 158:9 182:16
records 22:24 32:23 33:2
   80:25 99:23 136:7 152:23
   178:2
recourse 56:17
red 70:5 98:7
refer 126:23
reference 74:19 77:17
referenced 165:8
references 25:4
referring 30:19 82:16 104:25
   141:13
refrain 25:23
refreshed 122:6
refused 47:10 50:13 93:25
regarding 8:4 31:2 94:17
   161:6 183:10
regards 122:3 124:9
register 50:18 79:5 84:14
   86:25 87:3 139:3
registered 50:18
registering 102:24

**registration** 87:10 91:21
  160:19
**registry** 102:25
**regular** 17:12 91:8
**reiterate** 99:19 100:17
**relate** 22:17
**relates** 33:9
**release** 32:18,21,23 44:7,12
  44:14,14 96:23 97:2
**released** 41:5 46:9 50:9
  89:16 147:8
**releases** 22:2,11,19 32:19,25
**relevant** 100:19 102:5 164:2
**reliving** 162:20
**remember** 13:9,10,15,16
  16:23 17:2 19:24 24:25
  39:10 41:6 51:8 68:13
  69:18,21 77:24 141:3
  177:25
**reminder** 47:21 111:20
**remodeling** 46:16 47:2,14
  48:5,10
**remote** 7:9 8:14 9:4 45:22
**remotely** 7:15
**removed** 152:9
**rendered** 21:19
**rental** 150:15,18 178:19
**repeat** 13:12 89:11
**repeatedly** 163:9
**rephrase** 20:20 30:16
**replace** 118:6
**report** 11:17 63:6 87:23 88:3
  126:2 132:7 135:17,19
  153:8,10 156:7
**Reported** 1:17
**reporter** 7:8,16 10:4,12,17
  11:11,14,16,24 35:23 36:2
  47:21 65:13 66:2 70:13,21
  101:16 111:20,24 112:4
  114:12 126:9 128:20 137:7
  154:5 167:23 186:13
**Reporters** 7:12 186:11 187:2
**reporting** 63:10 87:19 90:13
  91:16 149:19
**reports** 88:11 89:9,17,23
  149:11 151:14
**represent** 10:22

**representation** 153:15
**representatives** 25:9
**representing** 6:14 90:15
**request** 100:17
**requested** 32:24 65:16
**requesting** 9:5
**requests** 47:12 63:12
**require** 115:4 139:4
**required** 87:10 90:8 91:2
  102:19
**requirement** 56:22 87:19
**requirements** 30:14 90:14
**requires** 12:5 78:21
**resealing** 181:12
**reserved** 5:9,13 6:23 7:3
**residence** 90:17 117:12
**residing** 90:17
**residue** 107:11 171:15
**resisting** 146:16
**resolve** 26:14
**respect** 29:20 31:3 56:15
**respective** 5:4,16 6:2,7,12,17
**respond** 107:19
**responded** 54:25 107:13
  124:25 132:5 133:13,21
**responding** 109:10
**response** 11:16 25:3 65:22
  95:14 106:17 107:12
  124:16,17
**responses** 11:17 22:16,17
  110:10 165:10 168:8,9,10
**responsibilities** 138:9
**responsibility** 56:21 102:21
**rest** 11:23 40:24 50:21 87:20
  91:20 102:22 134:19
**Restaurant** 51:6
**result** 40:13 59:22
**resulted** 34:14 40:6 94:18
**retained** 177:5
**retrieved** 133:25
**return** 5:20 78:5 84:15 99:5
  103:24 110:12 187:11
**returned** 93:21 133:17
  171:12,12 173:4,5,20
**reviewed** 108:19
**ribs** 155:22 157:23,24
**rid** 49:4

**rig** 115:7
**right** 5:7 6:21 10:6 15:17
  17:8 19:16 21:12 22:10,24
  32:4 34:2 35:17,22 36:22
  37:7 44:16 48:11 49:21
  57:15,20 58:11 64:19 67:17
  68:2 69:4 70:6 71:13 73:5
  74:2,2,12,13,22 75:17
  77:21 79:17 80:6,11 81:5,6
  83:3 84:4,22 87:22 89:18
  91:6 94:15 96:7,16,19,24
  97:8 98:16 100:16,25 101:8
  105:5 107:16,21 109:6
  115:3 118:10,13 119:14
  121:12,24 125:17 128:19
  129:16 131:14 132:12
  133:8 134:19 136:24 137:4
  138:25 139:15,19 140:2,18
  141:18 142:10,14 143:19
  144:5,16 145:17 149:8,22
  151:6,7,7,15 153:11,16,17
  153:21,23 154:15,19 156:3
  156:21 157:20 158:6,6
  159:6 162:17,19 165:5,12
  168:21 169:22 176:11,22
  183:18
**rights** 5:6,22 6:18
**ring** 143:8
**rings** 142:24 143:3
**ripped** 105:2 119:5 157:16
**ripping** 115:15 118:25
**rise** 11:3
**Riverhouse** 51:5
**road** 67:21,23 82:5
**Rockingham** 53:23
**Rohit** 21:21
**roll** 54:19 115:18 142:12
**rolled** 85:2
**roller** 115:20
**rolling** 105:3 119:11
**room** 48:19 53:25 55:19
  121:25 122:2,25 123:2
  124:7 125:23 126:15 128:6
  129:4,6,7,9,10,10,11,17,23
  134:9,15,17 146:20 155:13
  156:8,9,10,12,12
**roommate** 55:20,20,23

179:21
**rooms** 128:17
**rope** 115:20 176:9
**Roraback** 1:17 186:2,13
**rough** 68:14
**roughly** 19:25 25:14 81:25
  127:16
**Route** 20:6
**routinely** 118:9 177:21
  178:15
**rubbed** 162:3
**rubbing** 112:19
**rude** 105:16
**rule** 5:22 60:15
**ruler** 158:4
**rules** 5:7,23 6:5,19,20 11:8
  14:8
**ruling** 152:2
**run** 45:18 170:6 172:6
  183:17
**runaround** 88:14
**rush** 140:15
**rushing** 82:4 137:24
**Ruth** 31:10,11,13

**S**

**S** 3:2,6,6
**S-E-P-H** 10:16
**S.O** 163:15
**S.S.I** 170:22
**safe** 108:17 158:11
**sale** 47:16
**Salem** 67:21,24 68:2 76:5
**sanctions** 59:22 60:2
**sanitizer** 112:10,17 166:4
**sat** 83:5
**save** 73:19 182:2
**saved** 180:5
**saw** 22:16 24:24 30:3 63:21
  67:14 70:9 85:5 101:2
  108:22 182:14
**saying** 21:22 25:2 54:12
  58:21 73:10,13 88:9 108:13
  111:17 116:24 123:7 129:3
  133:14 169:17,20 178:13
**says** 78:5 95:16 104:22 125:2
  132:24 141:14 142:3 145:3

146:20
**scale** 169:21
**scanned** 72:13,20,21
**scents** 112:19
**schedule** 87:9
**school** 35:6 90:16
**schools** 39:24
**Schrader** 130:14
**score** 135:13
**Scrape** 38:9
**scraped** 155:15
**scrapes** 154:23 155:20,21,22
  157:21 158:19
**screaming** 119:19 125:7
**screen** 70:22 72:8 167:20
  168:11 173:9
**screwed** 171:17 175:4
**SE** 2:4
**Seacoast** 27:15
**seal** 151:20
**sealed** 99:21 106:24 145:24
  151:25 152:6 153:20
**sealing** 152:23
**search** 74:15 134:23 176:7
**searched** 140:19,25 176:6
**seatbelt** 119:9
**Sebastian** 25:10
**second** 22:8 62:6 126:6
  155:4
**seconds** 120:20 171:2
**section** 7:6
**security** 43:16,20 44:2,5
  170:19
**see** 22:24 30:7,16 31:23
  32:15,22 57:12 58:15 64:8
  65:21 70:19,21 74:19 91:14
  92:20 103:16 121:21
  132:14 133:14 135:17
  140:2 153:25 157:4,5,12
  158:8,8 167:25,25 168:14
  182:18
**seeing** 17:4 30:23,25 41:24
  125:23 141:3 162:22
**seek** 24:5 65:3 163:10
**seeking** 43:2
**seen** 144:18,20 145:15
  148:22

**sees** 24:14
**seizures** 17:16,23 18:23
**self** 93:10,21
**sell** 48:24
**selling** 170:20
**send** 83:17 90:6 156:23
  183:22
**sense** 93:10,21
**sent** 32:25 99:19,23,24
  159:17
**sentence** 40:16,22 61:17 62:4
  62:7 102:22
**separate** 7:9 32:20 82:24
  95:25
**separately** 126:16 172:11
**separation** 69:3
**sequence** 154:12
**Sergeant** 130:22,25 136:7
**serious** 51:4
**served** 62:7
**service** 177:9 178:18
**services** 45:4 63:12
**serving** 40:22 102:22
**set** 129:13 133:4 147:6
  156:10,24 173:24 176:3
**Seth** 81:10 82:16 164:9,11
**setting** 31:24 32:2,6,10 45:2
  52:24 63:25,25 64:3
**settle** 104:9
**seven** 16:12 34:25 82:2 84:3
  90:24 98:5 138:14 143:6
  154:11
**seven-day** 171:21
**seventh** 155:25
**seventy** 127:17,18,18 176:23
**seventy-eight** 134:21
**seventy-five** 132:6
**seventy-four** 131:15
**seventy-seven** 134:21
**seventy-six** 132:23 134:21
**seventy-three** 180:7
**severe** 58:9,14
**sex** 50:23 102:25
**sexual** 40:10 57:3 63:16
  64:21 182:11
**sexually** 62:25 63:8 64:17
  182:20

shackle 127:14,23
shackled 126:11 127:15
  133:18
shackles 126:12,23
shadow 131:3
shake 158:17 160:17
shaking 11:18 162:16
shallow 133:4
shaped 129:12 133:4
share 113:21
shared 114:6,9
sharing 117:19
sharks 180:9
sheet 74:7,9,14 185:7
Shirley 79:9
shirt 69:22,23 141:3,4,7
  155:24 157:12 176:14,16
  176:18,19,20
shit 105:15 123:7 138:2
shoot 153:9
shop 44:21 118:7
shopping 141:24
short 123:19,23
shorted 173:20
shorting 171:7
shortly 142:3
shoulders 157:4
shovel 162:7
shovels 162:9
show 34:3 70:17,18 83:25
  172:7
showed 77:17 83:21 84:2
  87:12 132:9
showing 34:18
shown 155:23 157:22
showroom 52:24
shows 86:20
shut 87:13
siblings 38:17
sic 106:11
sick 18:8
side 20:7 48:15 75:4,5 86:8
  108:21 118:17,19,22 140:3
sided 103:7
sides 75:3
Sidewise 72:22
sign 44:21 77:5,12 80:9,16

80:20 83:16 85:10 92:18,22
  94:17 103:7,21,25 139:4
  141:10 187:8,10
signature 67:9 71:10,16 72:2
  72:24,25 73:7,8 102:2
  105:13 138:4 187:11
signatures 71:20 72:11
signed 68:6,10,12,15 69:10
  71:11 75:10,12 76:3 77:12
  78:8 84:13 144:19,23 147:2
  147:4 187:24
significant 58:20 62:22
  110:11 163:4
signing 151:20
Similarly 13:8,14
Simon 122:3,5
simple 28:22 80:9 164:13
simply 164:14
single 38:12 77:20 128:8
sir 11:12,19 12:3,7,12,12,19
  12:22 13:2,7,18,18,24,24
  14:6,9,11,15,19,19 15:25
  16:9 17:24 18:9,12,15,18
  19:14,17,17 20:13,13,16,16
  23:2,10,14 24:3,3 25:19,19
  27:10,13 28:19,19 30:21,21
  33:4,6,11,15 34:7 35:11,18
  36:24 37:4,6 39:25 40:4,8
  41:3,14,17 43:18,18 44:13
  44:24 45:14 49:23 52:10
  57:14,25 58:22 59:24 60:10
  60:17 61:25 62:19,24 63:3
  64:13,18,22 65:8,10 66:23
  67:3 69:13,13 70:8,11 71:7
  71:8 73:18 75:8,13,25,25
  76:17,20,24 79:20 80:2,18
  81:7,21,22,22 82:17 83:2
  84:23 85:2,12,15,22 87:25
  88:16,22,24 89:25 90:4
  91:5 92:6,9,11 94:14 97:23
  98:13 100:5 101:13,20
  106:6,8 107:15 109:25
  111:4 112:11,15,23 117:3
  117:15 119:22 121:11
  129:19,21,25 130:3 131:10
  134:4 139:25 147:14 148:6
  148:20 149:24 150:2

157:11 177:2,20 179:4
  180:8,11,14,19 182:13
  183:21
sister 78:13 172:20
sit 29:5
sitting 34:6 123:3,3 128:7
  139:13,25 142:21 166:11
  166:13
situation 42:6 63:11
six 16:12 34:25,25,25 73:17
  73:20,22,22,22,24,24 74:5
  74:5 82:8 130:20 138:7,11
  138:16 159:20 167:13
  168:17,23 179:25
six-hour 137:24
sixteen 177:19
sixty 110:17 112:20 175:8
Sixty- 70:14
sixty-five 172:2,14 178:24
  180:10
sixty-one 178:23
sizes 158:5
skills 45:16 52:5,7,9,14
skin 70:5 98:7 174:20
skins 173:10,23,24
Skip 81:10 82:13,16
Skip's 122:9
skittering 119:18
Sky 16:17
Skype 149:10
slammed 119:16
slash 64:2
sleeping 107:10
slightly 72:11,13 106:10
slips 148:25
slot 64:6
small 52:23 59:18 170:20
smashed 53:24 56:9 171:4
smell 112:19
smoke 104:19,23,24 106:5
  107:21 113:16 116:13
  137:14,19 139:23 140:8
smoked 114:17 138:6,12
  139:9,20,22 183:7
smoking 19:15 107:21
  142:22 175:12
Snarky 92:2

snuff 150:23
soap 111:17,18 112:10,13,16
    166:2,4,7,8,14
soapy 171:14
Social 170:19
Society 99:11
software 45:15
sold 47:16 180:25
solitary 60:9,10,11,19
somebody 21:18 60:5 85:21
    120:5 135:12 161:2 171:6
    181:13,18
someone's 153:7
Somers 68:11 77:2,5 81:6
    83:4 99:7 122:16 149:23
    151:8 153:13 178:8
Somersworth 46:23
something's 146:25
somewhat 26:22
son's 52:13
SONY 1:1 2:1 3:1 4:1 5:1 6:1
    7:1 8:1 9:1 10:1 11:1 12:1
    13:1 14:1 15:1 16:1 17:1
    18:1 19:1 20:1 21:1 22:1
    23:1 24:1 25:1 26:1 27:1
    28:1 29:1 30:1 31:1 32:1
    33:1 34:1 35:1 36:1 37:1
    38:1 39:1 40:1 41:1 42:1
    43:1 44:1 45:1 46:1 47:1
    48:1 49:1 50:1 51:1 52:1
    53:1 54:1 55:1 56:1 57:1
    58:1 59:1 60:1 61:1 62:1
    63:1 64:1 65:1 66:1 67:1
    68:1 69:1 70:1 71:1 72:1
    73:1 74:1 75:1 76:1 77:1
    78:1 79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1 87:1
    88:1 89:1 90:1 91:1 92:1
    93:1 94:1 95:1 96:1 97:1
    98:1 99:1 100:1 101:1
    102:1 103:1 104:1 105:1
    106:1 107:1 108:1 109:1
    110:1 111:1 112:1 113:1
    114:1 115:1 116:1 117:1
    118:1 119:1 120:1 121:1
    122:1 123:1 124:1 125:1
    126:1 127:1 128:1 129:1

130:1 131:1 132:1 133:1
    134:1 135:1 136:1 137:1
    138:1 139:1 140:1 141:1
    142:1 143:1 144:1 145:1
    146:1 147:1 148:1 149:1
    150:1 151:1 152:1 153:1
    154:1 155:1 156:1 157:1
    158:1 159:1 160:1 161:1
    162:1 163:1 164:1 165:1
    166:1 167:1 168:1 169:1
    170:1 171:1 172:1 173:1
    174:1 175:1 176:1 177:1
    178:1 179:1 180:1 181:1
    182:1 183:1 184:1 185:1
    186:1 187:1,4
soon 23:18 79:2 145:18
soothing 50:4
sorry 22:6,9 27:23,24 30:18
    32:14 35:16 43:7,21 47:24
    48:5 53:21 54:9 67:23
    73:18 74:2,4 77:9 91:17
    95:7 96:20 99:15 111:9
    112:5,6 116:10 122:9
    128:20 183:12
sort 41:15 42:5 45:13 49:12
    62:14 87:18 101:22 127:19
    127:20 129:17 166:4
sought 24:11
sound 102:10
sounds 102:11 142:15
    170:13,14 174:20
South 67:21,24 68:2 76:5
Southern 1:3 10:25 67:23
speak 11:14 44:10 121:22
speaking 85:21 130:21
species 49:10,11,16 50:3,5
specific 26:2
specified 109:21
specifies 146:11
specify 8:18,20
specs 47:12
spell 10:13 31:14,14 55:9,12
spelled 55:11
spend 60:12 79:3
splotchy 98:7
spoke 149:15 182:14
sports 37:8,10

stab 176:10
stacking 61:4
staged 59:2
stainless 174:21
stamped 159:16
stamps 54:20
start 23:19 25:12 42:12 61:4
    85:4 160:18 162:16
started 17:4,25 42:25 43:2
    47:17 52:9 54:2 55:22 86:2
    89:14 97:15 123:7 125:6,10
    142:24 150:14
starting 99:23 162:18
state 1:7 2:6 4:6 10:13 39:8
    42:18,23,24 43:6,7,8 57:23
    57:24 66:8,11 67:2,8,11,16
    75:12 76:4 78:22,22 79:4,6
    80:17,19,23 83:15 84:15
    96:11 100:14,23 102:13,25
    105:23 110:8 117:8 122:13
    139:4 143:7 145:14,14
    185:2 187:12
stated 22:17 96:25 186:5
statement 133:20 134:3
    156:11
states 1:2 8:12 10:24 106:18
    109:20
station 91:25
status 38:11 60:25 61:7,8,12
stay 79:10 96:12 102:19
    139:3,6
stayed 75:18
staying 80:18
steel 53:24
step 67:19
stepfather 35:4 66:14 68:16
    68:17 76:14
stepfather's 66:12 67:20
    78:12
stepped 93:7
steps 142:5
stick 166:20
sticker 173:24
stickers 174:6
sticks 174:2
stipulate 8:13
stipulated 5:3,15,25 6:6,11

6:16 7:4,23 8:24
**stipulation** 8:16
**STIPULATIONS** 5:2
**stomped** 119:17 159:9
**Stone** 169:17,17
**stoned** 160:23
**stop** 67:5 86:24 87:5 119:23
    125:7,7 160:25 161:2,3
    182:16
**stopped** 179:24
**storage** 129:9,9
**straight** 82:10 129:3
**Stratford** 53:23 54:14
**street** 2:8 37:13,22,23 38:8
    187:13
**streets** 44:15
**stress** 103:22 104:2 113:15
**stressed** 104:4,7
**stretched** 127:12 133:7
**stretching** 133:8
**strike** 5:9,11 6:22,25 86:20
**stronger** 116:20
**struck** 165:3
**stuff** 22:23 74:14 79:18
    119:10 129:24 134:10
    166:11 175:7
**stupid** 37:17
**style** 133:4,5
**subject** 23:8 30:19
**substances** 110:24
**suddenly** 42:12 56:17 87:11
    87:12
**sue** 33:14
**suffering** 135:7
**suit** 131:4,12 141:9,12,15
**suitcase** 107:9
**superheat** 115:7
**supervision** 41:16 96:13
**supply** 8:8 119:2
**support** 45:22,23 118:8
**supposed** 80:8,10 99:16
    103:7 146:21 149:10
**supposedly** 151:25 153:20
    164:14
**sure** 20:3 24:21 39:10 46:19
    118:23 131:25 148:13,15
    172:8

**surface** 123:22,24
**surgery** 26:13 28:9
**surmising** 79:13
**Susan** 122:3,5
**suspended** 61:19 62:8
**suspension** 40:24
**sustain** 55:24
**sustained** 56:3
**swear** 10:6 166:6
**sweating** 160:5
**swelling** 159:4,11
**switch** 82:14
**switched** 140:2
**swollen** 56:12
**sworn** 3:3 5:17 7:15 10:11,18
    185:11 186:7
**symptom** 160:8
**system** 45:18 62:12 152:9,11
    153:3
**systems** 63:12 115:4

**T**

**T** 3:6,6 4:2
**T.H.C** 116:10,11
**T.H.O** 116:11
**table** 53:24
**tables** 52:25
**tactical** 176:2,8
**Tactics** 42:17
**tainted** 165:22
**take** 12:10 13:20,21 15:19
    17:18 26:17 35:15 39:4,6
    42:11 49:4 65:7 74:22 82:2
    90:4 101:12 108:12,14
    111:24 123:21 137:2 138:5
    140:14 147:10 153:24
    156:11 159:21
**taken** 8:14 11:5 12:5 14:16
    14:21 122:22 154:9,13,14
    155:6,17 156:6 157:10
    185:4 186:3
**takes** 162:8
**talk** 11:25 23:24 143:10
    167:18
**talked** 149:8 151:19
**talking** 23:25 47:17 57:10
    71:2 72:4 73:3 78:17 81:12

85:3,24 123:5,6 126:15,17
    136:8 140:3 142:22 148:16
    155:5,7,18 161:9 164:7,7
    167:7 168:25 174:21
    182:22
**talks** 79:23
**tall** 64:8 127:19 130:18
**tampered** 111:3
**tank** 48:22 50:7 157:8 175:9
    179:12 180:4,5,7,12 181:13
**tanks** 50:2 173:10 174:23
    175:7
**tantamountly** 181:6
**tape** 176:9
**taped** 145:24 158:10
**taste** 166:14
**tastes** 166:8
**taught** 26:21
**teams** 37:9
**tech** 45:22,22
**technical** 66:6
**techniques** 29:2
**technology** 44:20 45:3
**teenager** 45:10
**telephone** 8:14 9:4
**telephonic** 9:3
**tell** 12:5,18,21,23 13:4,6,10
    13:16 38:4,5,5 41:22 55:4
    55:21 79:2,3 85:18,20
    86:24 91:21 100:22 104:17
    107:20 118:16 122:19
    149:20 161:2 182:21 183:3
**telling** 97:16 103:25 145:11
**temperature** 170:9
**ten** 40:23,23 43:5 57:24
    58:17 61:17,18,19,20,23
    62:4,6,7,8,14,17,23 65:13
    65:17 66:2 83:6 90:20 91:7
    97:25 162:5 166:15,19,22
    167:13 168:22,23 169:5,5
    170:2 171:21,23 179:20
**ten-inch** 173:6
**ten-minute** 65:17
**tenure** 165:4
**term** 88:13 141:20,22
**terminated** 163:15
**terms** 45:15 61:16

terrible 62:16
testified 33:5
testify 14:14 18:14 186:7
testifying 6:15
testimony 5:9,11 6:22,25
10:7 15:2 115:10 183:10
185:4 186:3,6 187:8
Texas 36:18
Thank 10:17 22:9 47:23
183:21,22,24,25
that'd 49:21
therapist 27:12 42:3
therapists 31:20,21
therapy 23:6 26:22,25 27:8
29:2
they'd 136:22 182:9
thing 47:19 50:23 62:15
89:24 124:10 145:12
183:11
things 22:17 24:18 29:5 31:2
38:3 74:10 79:19 82:4
90:19,21 91:3 93:9 95:12
97:2 112:18 114:16,20
131:17 134:24 135:14
138:9 143:6 148:6 160:6
162:24 167:6 170:3
think 11:23 17:8,9,10,14
22:15,15 25:4,4 27:20
33:14 39:9 43:13 58:19
59:14,17 60:19 62:15 68:19
70:2,2 72:12 73:18 79:24
94:6 97:19 99:24,25 111:2
111:4,12 112:13 133:11
136:4 139:14 146:23,25
147:22 152:6 156:22 167:2
169:12,21,23 173:2 183:18
183:19
third 55:15 57:16 134:15
155:14,14
Thirteen 19:6
thirty 36:14 40:18,23 61:17
61:25 64:8 98:6 108:20
187:9,10
thirty- 64:4
thirty-eight 10:5 101:24
127:9,16
thirty-nine 102:4

thirty-seven 154:11
thirty-three 165:9
thirty-two 36:10
thought 63:18 125:24 136:19
136:23 140:4 141:23
thousand 170:24 176:25
177:19 180:21
thousands 175:11
thread 166:20
threaded 175:2
threads 175:3
threaten 124:8
threatening 54:22
threats 94:3
three 16:15 42:11,11 43:23
50:13 53:15 58:3 59:4 61:9
64:15 77:6 84:3 88:6 90:23
91:13 102:16,23 109:20
111:10,13 113:11 117:24
129:11 142:2,20 151:9
164:20 165:4 166:23 169:5
173:2 175:15,22 176:23
177:12,16,20,22,22 178:5
178:14 179:5
threw 115:20
throat 64:25
throw 117:21
throwing 157:18
thrown 119:16
ticket 61:6
ticketable 110:15
tickets 61:4,5,6
tier 80:5 90:14
tilted 72:20
time 1:12 10:4 20:2 23:16
24:16 26:24 27:17 30:2
34:2 40:24 51:16,23 53:10
53:22 56:24 59:3 60:4,8,11
60:19,24 65:13 66:2,21
67:14 68:18 69:11,12 71:11
71:18 77:20,20 78:11 79:10
81:24 86:3 87:11 88:5,15
89:17 90:14 93:4,6,9,17
95:4 97:7 101:23 103:13,23
110:2,5 113:4,17 115:10
117:21 123:23 126:13
133:24 136:14 137:23,25

137:25 139:9 141:19 147:3
149:14 154:21 158:24
159:15,16 161:12 162:15
171:5 182:2 183:15 185:4
186:4
timeframe 161:13 164:13
times 23:5 30:10 53:13 54:12
58:18,25 59:4 60:18 63:4
77:4,18 93:14 113:12
117:17 121:3 169:5 179:5
timing 73:19 79:16
Timko 130:22,25 131:6,13
131:24 132:3 136:7,11,13
141:8
tip 117:21 123:24 166:21
171:8
tips 117:2,14,24 171:17
titanium 174:20
tobacco 105:3 107:21 119:11
165:9,19
today 10:7 14:14 18:8,14
141:10,16 183:10
told 14:2 26:9,13 47:10
54:23 60:4 63:15 80:9
83:14 84:10,11 85:10 87:5
92:22 94:17 95:2,9,11,15
96:3 100:11 104:3,9 105:23
107:25 115:11 118:14
124:24 149:2 154:17 156:6
156:17,19
tolerate 106:12
tone 162:18
tools 26:20
tooth 56:7
top 72:8 73:18 119:17 120:2
141:5 157:4,6,8 172:17
173:25
torch 115:7
total 90:23 167:5 170:11
171:23
touch 173:9
touched 181:11
touchscreen 174:16
town 67:7,22 141:10 151:4,9
trade 39:24 49:3
trading 61:2
trained 179:8

training 29:2 52:11
transcribe 11:15
transcript 8:8 183:23 185:5
    185:7 187:8,10,11
transcription 186:9
transferred 43:12,13 53:23
    55:18 63:23
transferring 63:16
trash 129:12 133:5,5
travel 67:10 83:15 84:13
    102:2,18,24 103:6 164:25
traveling 80:15 139:2
treat 17:22 91:25 160:7
treated 89:10
treating 18:3 24:19
treatment 23:12,16,20,21
    24:5,8 25:6 63:17 65:4
    149:19 163:18
tree 20:3
trial 5:13 7:3 12:11 40:13
    164:22,23
tried 18:4 47:4,6 55:10
trip 78:16,17 79:18 80:13
    81:17 82:14 117:14 171:21
    175:10
trooper 85:13,17
Trooper's 83:4
trouble 11:25 84:19
troubles 82:3
troubleshooting 52:23
truck 34:3,4 47:5,20 48:7
    181:24 182:4
trucking 48:5
trucks 53:2
true 185:5,7 186:10
trunk 107:3,6
truth 10:8,8,9 12:6,6,6,14
    186:7,7,8
try 61:7 109:7 154:11
trying 23:19 46:14 52:12
    69:5 72:3,3 86:24 97:19
    118:25 119:20,22 129:2,3
    134:25 136:10 138:3
    176:23 178:6,12 182:16,25
tubes 119:13
turned 40:15 156:8,16
twelve 19:6 137:7 154:5

164:15
twenty 40:18 61:19 62:7
    65:18 137:7 156:25 173:7
    175:20,21 183:16
twenty- 154:10
twenty-eight 49:20
twenty-five 65:14,18 172:15
twenty-four 14:18
twenty-nine 36:15 49:19
    169:18
twenty-one 36:3
twenty-six 157:2
twice 59:3 113:11,13
twisted 172:20
two 27:5 30:10,10 41:2 57:12
    59:5 61:18 64:5 73:22 84:3
    88:6,8 91:9 92:22,23,25
    94:18 96:5 98:5,6,23,24,24
    102:6,12,16 110:16 113:3
    117:19 119:17 129:12
    131:9 133:3 138:8 146:19
    170:5,7,10,11 171:24
    172:23 174:16,17 176:17
    179:4
two- 103:6
two-man 64:2
two-sided 102:7,8
type 129:17
typewritten 186:8

U

U 3:6
U-Haul 82:23
uh-huh 86:10 101:8 120:16
    140:9 177:13
uh-huhs 11:18
un-confidential 15:13
unable 53:5
unauthorized 7:20
unaware 133:24
unbranded 176:16
underlying 163:22
understand 11:11,18 12:4,8
    12:17,25 13:23 14:5,10
    22:21 35:18 62:11,13 72:4
    96:24 122:10 136:3 168:24
    178:12

understanding 149:15
understood 12:24 22:4
unhappy 100:7
Uniform 6:19
unintelligible 32:10 111:15
unit 63:16,17
United 1:2 10:24
University 39:9
unloading 52:25
untenable 95:12
updated 90:21
upgrade 60:25 61:7
upgraded 61:8,14
upload 173:13
uploaded 160:20
upside 143:8
upstairs 172:6 183:6
usage 106:14
use 8:19 22:23 29:19 35:3
    83:8 92:7 97:17 104:11
    105:24 117:21 134:22
    173:14 176:10
usually 49:4 76:12 126:23
utilization 117:12
utilize 26:20 29:24
utilized 6:3
utilizing 25:23 28:25

V

v 1:1,6 2:1 3:1 4:1 5:1 6:1 7:1
    8:1 9:1 10:1 11:1 12:1 13:1
    14:1 15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1 23:1
    24:1 25:1 26:1 27:1 28:1
    29:1 30:1 31:1 32:1 33:1
    34:1 35:1 36:1 37:1 38:1
    39:1 40:1 41:1 42:1 43:1
    44:1 45:1 46:1 47:1 48:1
    49:1 50:1 51:1 52:1 53:1
    54:1 55:1 56:1 57:1 58:1
    59:1 60:1 61:1 62:1 63:1
    64:1 65:1 66:1 67:1 68:1
    69:1 70:1 71:1 72:1 73:1
    74:1 75:1 76:1 77:1 78:1
    79:1 80:1 81:1 82:1 83:1
    84:1 85:1 86:1 87:1 88:1
    89:1 90:1 91:1 92:1 93:1

94:1 95:1 96:1 97:1 98:1
99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1
119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1
155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1
167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1
179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1
187:1,4
**Vaguely** 130:23 132:19
**Valhalla** 24:3 144:10 145:2
147:12,12,13 148:10,10
149:7,9,16 159:16,19
**valid** 109:23
**value** 180:25 181:4,5
**vandalizing** 93:23
**vape** 114:24 115:2 116:17
117:2,14,21,24 137:10,11
137:13,19 165:19 167:6
**vapes** 167:8,8,10
**vaping** 116:2,14 117:16,25
137:11 175:12
**vaporize** 115:8
**vaporizer** 114:21,22 168:22
168:23 173:9,12 174:17,23
**vaporizers** 166:15,22 167:14
**various** 20:14 22:12 37:2
175:12
**vehicle** 82:25 85:14,17 93:24
106:21,25 107:4,6 108:21
137:12,16 140:19,25
150:21,22

**vehicles** 134:24 140:25
**Velcroed** 145:24
**VENUE** 1:13
**verbal** 11:16
**verbally** 106:11 130:11
132:22
**Vermont** 109:15,17,19
**version** 72:6
**victimized** 136:21
**video** 7:7 8:7 11:20 22:5
46:24 86:18,19 94:2 99:3
100:23 101:2,5,6 108:20
149:16 150:14 158:9
182:16
**videoconference** 7:11,17
**videotaped** 145:25
**view** 99:8
**violated** 92:19 96:3
**violation** 7:20 92:13
**violence** 59:11 60:21 64:20
**violent** 105:19
**virtual** 150:7
**vision** 136:16 160:6
**visit** 28:5
**visiting** 42:2
**visits** 91:16,21 149:23
**visual** 22:8
**visually** 157:25 168:15
**vitamin** 148:14 158:17
**voice** 11:13 128:21 162:19

---

**W**

**wage** 47:11
**wait** 11:21 47:22 73:3 93:13
95:11,14 114:12 135:23
164:7 174:5
**waited** 83:5,20,20,20
**waiting** 54:4 85:25
**waived** 6:10
**waiver** 5:12,22 7:2
**wake** 137:22,25
**walk** 64:9 106:9 142:9
158:23 178:7 182:25
**walked** 86:16 106:8 109:4
115:23 122:25 144:9 145:2
156:8,10 160:24
**walking** 105:6 149:5

**walks** 97:9
**walkthrough** 46:25
**wall** 64:25 101:3 123:2,8,12
123:14,20 124:17,19,24
125:11 126:14,19,21 127:2
127:11,14,15,23 128:8
129:10 133:8 140:23
**wallet** 119:2,7
**walls** 53:25
**Wanda** 84:21
**want** 15:3 21:7 22:24 27:15
29:6,12 41:6 49:6 50:6 53:7
65:22 96:19,22 99:25
106:10 116:22 117:23
132:7,8,11 135:14 136:6
138:5 145:21 146:10
162:25
**wanted** 55:20 87:11 103:18
105:24 108:13,25 123:16
**wanting** 53:8 100:8 138:8
**wants** 77:16 168:2
**washed** 166:6
**wasn't** 55:21 62:16,21 82:18
86:17 91:8 107:23 121:12
124:8,8 137:12 150:21,21
150:23 157:13,18
**watch** 86:18 154:24
**watching** 140:21
**water** 49:16
**watt** 174:17
**wattage** 170:6
**watts** 170:7
**waved** 86:4
**waving** 86:2
**way** 18:3 23:9 26:14 42:25
64:3 72:21 77:9 80:17 86:9
86:25 87:5 104:10 115:9
133:21 135:14 138:2
145:22 150:15 167:16
170:8 175:3 181:16 182:8,9
**Wayne** 55:9
**we'll** 15:13 17:11 32:22
82:14 101:9 167:15
**we're** 11:8 15:14 17:10 34:15
35:23 36:2 47:23 57:8
65:14 66:3,6 70:25 101:16
104:25 126:9 134:9,14

137:8 151:7 154:6 161:7,7
161:12 167:18 169:19
**we've** 32:17,17,19,24 65:18
87:20 99:19 135:16 174:23
175:6
**weapon** 145:4
**wearing** 141:15 142:25
143:3,8 145:23 157:12
**WebEx** 1:13
**week** 59:4 88:7 91:9 117:14
138:14
**Weekly** 58:24
**weeks** 64:15 86:24 88:8
89:15 91:9 92:22,23,25
94:18 96:5
**weigh** 36:13
**weight** 36:9
**weirded** 156:9
**went** 23:6 27:17 28:5 63:21
68:14 75:22,23 79:8,9,11
85:4 95:8 103:13 108:14
115:18 120:20 138:21
169:23 180:4 183:6,7
**weren't** 58:25 62:21 147:2
**West** 67:21,23
**Westchester** 24:2 68:3 99:11
146:7,22 151:5,7,16,19
153:13 158:15
**wha** 40:21
**whatnot** 15:3 21:24
**wheels** 175:23
**whipped** 135:9,11 156:20
**white** 69:17,18,20,22,23 98:2
141:3,6,15 173:10
**wide** 64:7,8
**wife** 163:4
**wind** 61:13
**windows** 85:3 87:13
**wish** 55:6
**withdrawal** 159:25 160:2,4,8
160:10
**witness** 5:18 6:14 7:8,9,14,15
7:25 8:2,4 10:11,15,18
12:11 33:17 35:18,21 47:24
65:7,9 70:20,23 121:20
128:15,22 142:19 164:2,5,6
164:12 167:9,24 168:3,9,13

168:18 169:12 186:6
**witness's** 7:16
**witnessed** 108:11
**witnesses** 163:21 164:19,21
164:22
**Wollman** 10:23 97:20 98:10
101:25 102:4 106:13
108:20 120:9,10,12,16
124:14,22 126:18 129:20
129:22 130:4,6 131:16
156:2 182:11
**woman** 84:11 141:4 163:23
**wooden** 117:2 128:8
**word** 53:21 187:16,17,18,19
187:20,21,22
**words** 26:7 109:9
**wore** 141:9
**work** 28:24,25 32:5 44:7,11
44:13,14,14,14,17,19 45:3
45:21 47:3,5,7,20 49:2
62:12 133:22
**worked** 32:9 45:8,10 47:9
50:12,12 51:5,7 52:18
148:8
**working** 50:18 51:4 52:12
150:21 167:24,25
**works** 62:19 64:3 114:25
**worth** 39:10 175:11,15 181:5
**would've** 103:3,4 104:16
111:12
**wouldn't** 88:14,14 95:7
104:3 138:5 160:8
**wound** 36:20 40:22
**Wow** 177:18
**Wrapped** 107:9
**wrist** 126:14,20,21 127:2
133:13
**write** 61:6 133:20,22,23
135:8 136:20,22,22,23
153:9 156:7,18,19
**writing** 71:6
**written** 7:19 59:2 134:2
**wrong** 108:15 136:23
**wrongfully** 23:21
**wrote** 135:9

**X**

**X** 1:9 3:2 4:2,2 185:8,12

**Y**

**yeah** 15:11 27:7 34:16 55:16
56:7 73:8 79:15 82:9 84:7
85:8 87:9 100:6 105:10,17
120:20 122:13,23 125:13
125:22 132:19 133:2
138:19 140:13 141:2,13,15
141:23 143:23 147:9
148:22 150:6 151:6 152:22
152:25 157:9 160:14,22
161:11,23 164:10,12,20,24
167:9,9,17 172:22 174:22
175:23 178:4
**year** 20:8 21:6 25:14 27:3
42:10 62:7 90:24
**years** 16:13 31:9 40:23 42:11
43:5 57:24 58:3,18 59:6
61:9,20,25 62:4 80:14 89:3
111:11,13 118:9 148:24
165:4 166:12,14 170:25
175:20,21 177:6,12,12,17
177:20 178:14 183:16
**Yesterday** 30:4
**York** 1:3,7 2:6,9,9 10:25
27:4 28:23 32:20 66:8,11
66:18 67:18,24 68:3 71:12
75:19,24 76:4,16 79:8
80:13,23 81:18 100:23
109:24 110:8 117:5 122:11
122:13 145:11,14 175:10
187:12,14,14
**YouTube** 46:24 160:20

**Z**

**zero** 73:17,17,17,17,20,20
76:23
**Ziploc** 145:24

**0**

**01:25** 184:4
**07/26/19** 66:19 79:11 81:13
81:14 82:20
**07/26/2019** 30:17 59:11
**08:38** 10:2
**09:12** 35:24

**09:21** 35:25
**09:54** 65:11

---
**1**

**1** 186:5,9
**1:25** 1:12
**10** 3:4
**10/14** 78:5
**10/25** 78:5 79:12
**10/4** 79:12
**10:25** 65:12,24
**10:51** 65:25
**10005** 2:9 187:14
**11:33** 101:14,15
**11:59** 126:7
**12** 41:2
**12:00** 126:8
**12:12** 137:5
**12:20** 137:6
**12:43** 154:3
**12:51** 154:4
**120-126** 4:10
**127-137** 4:8
**13** 1:11
**154** 4:7
**156** 4:9
**16** 21:9
**160.5** 3:7 99:20
**168** 4:11
**184** 186:9
**18th** 2:8 187:13
**1st** 147:8 179:17

---
**2**

**20** 94:10
**20/6/19** 52:3
**2001** 40:20 41:2 43:11
**2002** 43:11
**2003** 43:11
**2005** 19:25
**2006** 19:25
**2009** 43:14
**2010** 39:2
**2011** 39:2 41:2,3,4,5 46:10
    46:10 50:9 51:12 77:9
    88:10 103:14
**2012** 21:7 77:8

**2013** 21:7
**2014** 20:9 24:18 33:14 94:10
**2015** 21:9 94:7
**2016** 46:20
**2019** 23:8 24:17 27:6 28:13
    34:11,13,17 36:12 46:10
    51:14,25 53:4 66:8 70:10
    75:20 77:9 92:12 96:17
    109:13,24 110:6 146:8
    147:8 177:16
**2020** 150:12
**2022** 41:11,12 152:20 177:15
    177:16
**2024** 152:15
**2025** 1:11 185:11
**2031** 41:9
**22-CV-6283** 1:6 187:4
**221** 6:19
**24** 152:16,18
**26** 23:8 46:10 51:14,24 53:4
    96:17
**26th** 28:13 36:12 66:8 67:18
    70:10 75:20 92:12 110:6
    146:8 154:10 179:16
**28** 2:8 187:13
**28th** 20:6,6,8

---
**3**

**3-13-25** 1:1 2:1 3:1 4:1 5:1
    6:1 7:1 8:1 9:1 10:1 11:1
    12:1 13:1 14:1 15:1 16:1
    17:1 18:1 19:1 20:1 21:1
    22:1 23:1 24:1 25:1 26:1
    27:1 28:1 29:1 30:1 31:1
    32:1 33:1 34:1 35:1 36:1
    37:1 38:1 39:1 40:1 41:1
    42:1 43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1 51:1
    52:1 53:1 54:1 55:1 56:1
    57:1 58:1 59:1 60:1 61:1
    62:1 63:1 64:1 65:1 66:1
    67:1 68:1 69:1 70:1 71:1
    72:1 73:1 74:1 75:1 76:1
    77:1 78:1 79:1 80:1 81:1
    82:1 83:1 84:1 85:1 86:1
    87:1 88:1 89:1 90:1 91:1
    92:1 93:1 94:1 95:1 96:1

97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1
110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1
118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1
154:1 155:1 156:1 157:1
158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1
174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1
186:1 187:1,5
**30** 187:9,10
**30th** 147:5
**3113** 8:11
**3113(d)** 7:6
**3116** 5:22
**3117** 5:23
**31st** 147:6

---
**4**

---
**5**

**523-7887** 187:2

---
**6**

**6th** 152:24,24

---
**7**

**7/14** 78:20
**70** 4:5
**7th** 67:21

---
**8**

**8:38** 1:12
**800** 187:2

**9**

**99** 3:7