Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH A. BROOKS,
        Plaintiff,
V                          Index No.: 22-CV-6283
STATE OF NEW YORK, et al,
        Defendants.
_____X

**DEPOSITION OF:** WANDA DURYEA
        **DATE:**    March 13, 2025
        **TIME:**    1:52 p.m. to 3:18 p.m.
        **VENUE:**    WebEx

Reported by Cari Roraback

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    **APPEARANCES:**
3        **FOR THE PLAINTIFF:**
4            PRO SE
5        **FOR THE DEFENDANT:**
6            OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
7            **BY:** JEB HARBEN, A.A.G.
8            28 Liberty Street, 18th Floor
9            New York, New York 10005
10       **ALSO PRESENT:**
11           JOSEPH BROOKS, PLAINTIFF
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2        I N D E X   O F   P R O C E E D I N G S
3    WANDA DURYEA; Sworn
4    Direct Examination by Mr. Harben                9
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2        STIPULATIONS
3            IT IS HEREBY STIPULATED AND AGREED by
4    and between counsel for the respective parties hereto
5    that:
6            All rights provided by the Civil
7    Practice Law and Rules, including the right to object
8    to any question, except as to form, or to move to
9    strike any testimony at this examination is reserved.
10           And, in addition, the failure to object to any
11   question or to move to strike testimony at this
12   examination shall not be a bar or waiver to make such
13   motion at, and is reserved for the trial of this
14   action;
15           IT IS FURTHER STIPULATED AND AGREED by
16   and between counsel for the respective parties
17   hereto, that this examination may be sworn to by the
18   witness being examined before a Notary Public, other
19   than the Notary Public before whom this examination
20   was begun, but the failure to do so, or to return the
21   original of this examination to counsel, shall not be
22   deemed a waiver of the rights provided by Rule 3116
23   and 3117 of the Civil Practice Law and Rules, and
24   shall be controlled thereby;
25           IT IS FURTHER STIPULATED AND AGREED by

328b4d4a-7d75-428b-8098-e0f7d4861376

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    and between counsel for the respective parties
3    hereto, that this examination may be utilized for all
4    purposes as provided by the Civil Practice Law and
5    Rules;
6         IT IS FURTHER STIPULATED AND AGREED by
7    and between counsel for the respective parties
8    hereto, that the filing and certification of the
9    original of this examination shall be, and the same
10   hereby are waived;
11        IT IS FURTHER STIPULATED AND AGREED by
12   and between counsel for the respective parties
13   hereto, that a copy of the within examination shall
14   be furnished to counsel representing the witness
15   testifying without charge;
16        IT IS FURTHER STIPULATED AND AGREED by
17   and between counsel for the respective parties
18   hereto, that all rights provided by the Civil
19   Practice Law and Rules, and Part 221 of the Uniform
20   Rules for the Conduct of Depositions, including the
21   right to object to any question, except as to form,
22   or to move to strike any testimony at this
23   examination, is reserved.  And, in addition, the
24   failure to object to any question, or to move to
25   strike any testimony, at this examination, shall not

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    presented to a witness shall be e-mailed to or
3    otherwise in possession of all counsel prior to any
4    questioning of a witness regarding the exhibit in
5    question.  Unless otherwise agreed upon, all parties
6    shall bear their own costs in the conduct of this
7    deposition by video conference, notwithstanding the
8    obligation by CPLR to supply a copy of the transcript
9    to the deposed party by the taking party in civil
10   litigation matters.
11        CPLR § 3113 Conduct of Examination (d)
12   states:
13        (d) The parties may stipulate that a
14   deposition be taken by telephone or other remote
15   electronic means and that a party may participate
16   electronically. The stipulation shall designate
17   reasonable provisions to ensure that an accurate
18   record of the deposition is generated, shall specify,
19   if appropriate, reasonable provisions for the use of
20   exhibits at the deposition; shall specify who must
21   and who may physically be present at the deposition;
22   and shall provide for any other provisions
23   appropriate under the circumstances. Unless otherwise
24   stipulated to by the parties, the officer
25   administering the oath shall be physically present at

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    be a bar or waiver to make such motion at, and is
3    reserved to, the trial of this action.
4         IT IS HEREBY STIPULATED AND AGREED by
5    and between counsel for all parties present that
6    pursuant to CPLR section 3113(d) this deposition is
7    to be conducted by video conference, that the court
8    reporter, all counsel, and the witness are all in
9    separate remote locations (except the witness and his
10   counsel are in the same physical location) and
11   participating via videoconference meeting under the
12   control of Associated Reporters International, Inc.
13   (ARII),  that the officer administering the oath to
14   the witness need not be in the place of the
15   deposition and the witness shall be sworn in remotely
16   by the court reporter after confirming the witness's
17   identity, that this videoconference will not be
18   recorded in any manner and that any recording without
19   the express written consent of all parties shall be
20   considered unauthorized, in violation of law, and
21   shall not be used for any purpose in this litigation
22   or otherwise.
23        IT IS FURTHER STIPULATED that exhibits
24   may be marked by the attorney presenting the exhibit
25   to the witness, and that a copy of any exhibit

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    the place of the deposition and the additional costs
3    of conducting the deposition by telephonic or other
4    remote electronic means, such as telephone charges,
5    shall be borne by the party requesting that the
6    deposition be conducted by such means.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

328b4d4a-7d75-428b-8098-e0f7d4861376

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  (The deposition commenced at 01:52
3  p.m.)
4  **COURT REPORTER:** The time is one
5  fifty-two. We are on the record. Could you please
6  raise your right hand? Do you swear or affirm that
7  the testimony you give here today is the truth, the
8  whole truth, and nothing but the truth?
9  **MS. DURYEA:** I do.
10  **THE WITNESS:** WANDA DURYEA; Sworn
11  **COURT REPORTER:** You may put your hand
12  down. Could you please state and spell your name for
13  the record?
14  **THE WITNESS:** Wanda Duryea W-A-N-D-A,
15  D like David, U like Union, R like Robert, Y like
16  Yellow, E like Edward, A like Adam.
17  **COURT REPORTER:** Thank you. The
18  witness has been sworn.
19  **MR. HARBEN:** Okay.
20  DIRECT EXAMINATION
21  BY MR. HARBEN:
22  Q. Good morning, Ms. Duryea. My
23  name is Jeff Harben. I represent Defendant Finnegan,
24  Wollman and Gould in this action which is pending in
25  the United States District Court of the Southern

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  might have trouble if we talk over each other. Will
3  you do that?
4  A. Yes.
5  Q. Do you understand that you have
6  just taken an oath that requires you to tell the
7  truth, the whole truth, and nothing but the truth?
8  A. I do.
9  Q. Do you understand that even
10  though we are not in a courtroom, the oath that you
11  took is the same as the one you will take as a
12  witness if this case goes to trial?
13  A. I do.
14  Q. As we are interested in finding
15  the whole truth that you just took an oath to give,
16  it is important that you give me full and complete
17  answers to the questions I ask. If there's any
18  question that you do not understand for any reason,
19  please tell me, okay?
20  A. Yes.
21  Q. Okay. If you do not hear any
22  part of the question, please tell me, okay?
23  A. Yes.
24  Q. Unless you tell me otherwise, and
25  I will assume that you've understood and heard the

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  District of New York.
3  The purposes of this deposition is to
4  ask you questions about the incident that gave rise
5  to this lawsuit brought -- brought by Joseph Brooks.
6  This deposition is being taken pursuant to notice of
7  the deposition.
8  I'd like to go over the -- the basic
9  ground rules for your deposition, so we're all on the
10  same page. I will be asking you questions and both
11  my questions and your answers will be recorded by the
12  court reporter. Do you understand?
13  A. I do.
14  Q. Please keep your voice up and
15  speak clearly, so that the court reporter can
16  transcribe your deposition accurately. You must give
17  a verbal response. The Court Reporter cannot record
18  nonverbal responses such as nodding or shaking her
19  head or uh-huhs. Do you understand?
20  A. Yes.
21  Q. Since we are on video, it is
22  particularly important that you wait until I finish
23  asking a question before you begin answering even if
24  think -- you think you know what the rest of the
25  question will be. Otherwise, the Court Reporter

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  entire question. Do you understand?
3  A. Yes.
4  Q. If I ask you a question that you
5  do not know the answer to, will you tell me that you
6  do not know the answer and not guess at the answer
7  unless I ask you to?
8  A. I will.
9  Q. Similarly, if I ask you a
10  question that you can now no longer remember the
11  answer to, will you tell me you cannot remember and
12  not guess at the answer unless I ask you to?
13  A. I will.
14  Q. If you ever feel like you need a
15  break, please let me know and we can take one.
16  However, we can't take a break when a question is
17  pending. You will need to answer it first. Do you
18  understand?
19  A. Yes.
20  Q. Okay. If you realize at any
21  point during this deposition that earlier answering
22  you told me was inaccurate or incomplete, please let
23  me know, and I will give you a chance to correct it.
24  Do you understand?
25  A. Yes.

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Q.  Do you have any rules about the -
3  - the question about the rules of the deposition?
4    A.  No.
5    Q.  Do you understand?
6    A.  Do I understand?
7    Q.  The rules.
8    A.  Yes.
9    Q.  Okay.
10    A.  See, I didn't hear that.
11    Q.  There we go.  Are you aware of
12  any physical or mental health conditions that could
13  interfere with the ability to testify today?
14    A.  No.
15    Q.  Did you take any medication,
16  prescription medication or over-the-counter drugs in
17  the past twenty-four hours that could impact your
18  memory or your thought process in any way?
19    A.  No.
20    Q.  Were there any medications that
21  you're supposed to take but did not?
22    A.  No.
23    Q.  Have you consumed any alcohol in
24  the last twenty-four hours?
25    A.  No.

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Q.  Have you taken any intoxicating
3  substances in the last twenty-four hours?
4    A.  No.
5    Q.  Are you at all sick today?
6    A.  I'm sick every day.  I'm sixty-
7  two years old.
8    Q.  All right.  Well -- but you're
9  not -- you could -- you're -- you're not currently
10  dealing with a new sickness that --
11    A.  No.
12    Q.  -- was affecting you three days
13  ago, for example, right?
14    A.  No.
15    Q.  Okay.  And -- and is there any
16  other reason why you -- you cannot testify fully and
17  accurately today?
18    A.  No.
19    Q.  Have you ever been deposed?
20    A.  Yes.
21    Q.  When was that?  When were you
22  deposed?
23    A.  Three other times.  I don't know
24  the dates.
25    Q.  And what --

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A.  I've been in two class action
3  lawsuits as a representative, and I sued an employer.
4    Q.  Okay.  And you were deposed as a
5  -- as a class rep in the two lawsuits?
6    A.  Yes.  Yes.
7    Q.  And what were the -- what were
8  the lawsuits about?
9    A.  Optical disc drive and pork.
10    Q.  Pork?
11    A.  Yeah.  Antitrust suits.  If you
12  bought any pork, you might want to get in on it.
13  They overcharged us.
14    Q.  Really?
15    A.  Yes.
16    Q.  Pork is so cheap, though, instead
17  of --
18    A.  Now.
19    Q.  So how did you come to be a class
20  rep in these lawsuits?
21    A.  Well, because of the O.D.D.,
22  that's when the firm first contacted me.  My son and
23  I, our family does a lot of computers and I bought a
24  considerable amount of optical disc drives.  The
25  manufacturers polluted to fix the price of those disc

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  drives.
3    So, my name was on a lot of purchase
4  orders from a lot of different companies.  So, the
5  firm contacted me and asked me if I wanted to be a
6  class rep.
7    Q.  And so, you were deposed there?
8    A.  Yes.
9    Q.  And the pork, you eat a lot of
10  pork?
11    A.  I love pork, yes.
12    Q.  Okay.  And it seem --
13    A.  Better pork than beef.
14    Q.  And you signed up for that or did
15  they somehow find out you're a big --
16    A.  They --
17    Q.  -- pork buyer?
18    A.  No.  They said, well, you -- you
19  were with us with the O.D.D.  Would you like to be
20  with us on the pork?  So, I said sure.
21    Q.  Which firm was this?  I -- I know
22  I could look it up, but I --
23    A.  Oh, God, it's -- oh, which firm?
24    Q.  You're right.
25    A.  Huggins Berman.

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2  Q. Okay. And how long ago was this?
3  A. Pork was last year.
4  Q. What?
5  A. And the optical disc drives?
6  A. Was -- I -- I'd have to look it
7  up, to be honest.
8  Q. Did you get compensated? And was
9  the --
10  A. Yes.
11  Q. -- the optical disc drive
12  settled? You got paid?
13  A. Yes. Yes.
14  Q. How -- how much did you get paid?
15  A. Two thousand.
16  Q. Two thousand. And pork is still
17  pending, right?
18  A. No, pork settled.
19  Q. Oh, how much did you get paid for
20  the pork?
21  A. Thirty-five hundred.
22  Q. Oh, man. All right. That's a
23  lot of pork.
24  A. And -- and I -- and -- well, no,
25  it's because of the class rep.

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2  A. About four years before 2019.
3  That's about 2015, I think.
4  Q. All right. And you were deposed
5  in that one too?
6  A. Yup.
7  Q. That's as a Plaintiff, you were -
8  - were you ever depose as a Defendant?
9  A. No.
10  Q. You ever testified at trial on
11  anything?
12  A. No.
13  Q. Did you testify at your son's
14  sentencing hearing on his behalf or anything like
15  that?
16  A. No.
17  Q. Have you ever been a defendant in
18  a civil lawsuit?
19  A. You don't think so.
20  Q. Okay. And what is your full
21  legal name?
22  A. Wanda J. Duryea.
23  Q. Okay. And you've -- have you
24  ever been known by any other name?
25  A. Oh, yeah. That's my third

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2  Q. All right.
3  A. I -- maybe get hundred bucks for
4  what I spent. But my hobby is reading lawsuits.
5  Q. Okay.
6  A. So, I'm getting paid to do
7  something I enjoy.
8  Q. All righty. And the other one is
9  an employment case that you brought.
10  A. Yeah. And that's got an N.D.A.
11  Q. Okay. And that -- that concerns
12  being discriminated against for disabilities --
13  A. Yes.
14  Q. -- or whatnot?
15  A. Yes.
16  Q. Things of that nature?
17  A. Yes.
18  Q. Okay. And that's been resolved,
19  but we're not going to get into any details, right?
20  A. Right.
21  Q. Is that it?
22  A. I -- I forget the exact phrasing,
23  but I think that's close enough.
24  Q. That's fine. And that was --
25  that was resolved at how many years ago?

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2  marriage. My maiden --
3  Q. Okay.
4  A. -- is Harding, just like
5  Cheyenne.
6  Q. Okay.
7  A. Joseph's father is Brooks. We
8  were married.
9  Q. All right.
10  A. Ferguson was my second husband.
11  Duryea is my third.
12  Q. Okay. All right. Fair enough.
13  Blah, blah, blah, and you indicated earlier you're
14  sixty-two years old.
15  A. Yup.
16  Q. Are you currently employed?
17  A. No, I'm disabled.
18  Q. Okay. So, at next to --
19  A. In 2013 -- in 2013, I became
20  permanently disabled.
21  Q. And what was that from?
22  A. It's a multitude of things, all
23  medical.
24  Q. Okay. Not -- not a car wreck.
25  Your -- your son wasn't --

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2      A.  No, no.
3      Q.  No?  Okay.  And -- all right.
4  So, you're on disability and eventually that turns
5  into social security or something at some point?
6  Yeah.
7      A.  At some point, I think sixty-
8  five.
9      Q.  Right.  Okay.  Okay.  Any -- any
10 other children other than Joseph Brooks?
11     A.  No.  Joseph is my only child.
12     Q.  And what's your highest level of
13 education?
14     A.  I have an associate's and almost
15 a bachelor's.
16     Q.  And what -- what are those in?
17     A.  I.T.
18     Q.  Do you ever serve in the
19 military?
20     A.  No.
21     Q.  Have you ever been convicted of a
22 crime involving giving false information or lying?
23     A.  None.
24     Q.  Any convictions outside of
25 traffic violations and things of that nature?

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2      A.  Yes.
3      Q.  And when -- when did you arrive
4  in New York on that trip?
5      A.  10th or 11th, I think, of July.
6  I -- I don't remember exactly.
7      Q.  Okay.  And did you arrive with
8  Mr. Brooks or --
9      A.  Yes.
10     Q.  -- or did you arrive later?  All
11 together?
12     A.  No.  Yeah, all of us in my truck.
13     Q.  Okay.  And --
14     COURT REPORTER:  Just a reminder to
15 wait for the entire question, take a beat and then
16 answer, so we get a clear record.  Thank you.
17     THE WITNESS:  Sorry.
18     BY MR. HARBEN:  (Cont'g.)
19     Q.  So -- and I -- you -- you
20 probably heard it in the background.  So, when you
21 arrived -- when you -- you arrived, did you -- did
22 you -- are you aware of Mr. Rook -- Mr. Brooks
23 getting a permit signed with respect to his parole?
24     A.  Am I aware of it?  Yes.
25     Q.  Were you present when that was

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2      A.  I'm sorry.  I didn't hear the
3  word.
4      Q.  Any conviction --
5      A.  No.
6      Q.  Any convictions not including
7  traffic violations and things like that?
8      A.  No.
9      Q.  Okay.  So, let's -- let's go to
10 July 26th, 2019.
11     A.  Yup.
12     Q.  Okay.  And is it -- am I correct
13 in that you, Mr. Brooks and Ms. Harding have been
14 visiting the State of New York?
15     A.  Yeah, that's -- you want to call
16 it visiting?  Yeah.
17     Q.  To take care of some family
18 matters.  Is that --
19     A.  Yes.
20     Q.  -- is that correct?  Packing up
21 the house of the deceased mother --
22     A.  Yes.
23     Q.  -- correct?
24     A.  Yes.
25     Q.  Okay.

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2  being requested the first time?
3      A.  I was not.
4      Q.  You were not?  Okay.  When did --
5  you and Mr. Brooks and -- and Ms. Harding pack up to
6  leave New York on July 26th, 2019?
7      A.  Yes.
8      Q.  And did you -- did Mr. Brooks
9  also need to have a travel permit signed by some sort
10 of law enforcement person at that time, to your
11 knowledge?
12     A.  Yes, he needed one to return
13 home.
14     Q.  Okay.  And did he go to get that
15 signed, to your knowledge?
16     A.  I brought him there, yes.
17     Q.  Okay.  You drove him?
18     A.  Yes.
19     Q.  And is there a reason why you
20 were driving rather than him driving or it's --
21     A.  It's my truck.
22     Q.  Were you planning on driving home
23 back to --
24     A.  Yes.
25     Q.  -- New Hampshire?  Were you

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  expecting to be relieved or assisted along the way by
3  either Ms. Harding or Mr. Brooks?
4          A. Cheyenne does not drive. And if
5  I was having trouble with my legs, yes, my son would
6  take over, but I don't anticipated it. It might
7  happen, or it might not.
8          Q. Okay.
9          A. I have a walking disability.
10         Q. Okay. I'm not -- I'm not going
11 to -- there's a -- there'll be a little bit of
12 repeating, but I'm not going to go over everything
13 the same way I just did for the last five hours. But
14 -- so did there come a time when Trooper Finnegan
15 arrived in front of the Som -- Somers Barracks?
16         A. Yes.
17         Q. And is that where you went to get
18 this -- this permit signed?
19         A. Yes. That's where we signed in.
20 That's where we had to sign out.
21         Q. Okay. And have you ever been to
22 that barracks before to have a permit signed for Ms.
23 -- Mr. Brooks?
24         A. Yes.
25         Q. How many times?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  interacting with Trooper Finnegan before?
3          A. No.
4          Q. Do you recall ever interacting
5  with any of the state police personnel that you saw
6  that day previously?
7          A. No.
8          Q. So, is it correct that Trooper
9  Finnegan arrived and at that point Mr. Brooks sought
10 to have him sign this -- this travel permit?
11         A. Yes.
12         Q. Okay. And were you present when
13 he asked --
14         A. No.
15         Q. -- to sign? Where were you at
16 that time?
17         A. I was sitting in my Jeep. I have
18 a walking disability. I have trouble standing.
19         Q. Okay. So, at what point or did
20 at some point did you get out of the Jeep to -- to
21 become involved with this discussion about --
22         A. So, when I was --
23         Q. -- driving?
24         A. I'm sorry.
25         Q. That's okay.

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2          A. Two, three, four. I'm not sure.
3          Q. Okay.
4          A. Sometime in 2011 was probably the
5  first time.
6          Q. And this was because you were --
7  you were down in that neck of the woods because of
8  your mother-in-law visiting her or something along
9  those lines?
10         A. Yes. What happened when we went
11 to New York is that no one was at the local police
12 department.
13         Q. Okay.
14         A. We went there the night before to
15 try to get a signature. And so, then the next
16 morning, because this has to be done, you know, like,
17 you can't wait twenty-four hours to get it done. He
18 can get in trouble.
19         So then Skip said, my husband, go over
20 to the state police. So those -- those are the two.
21 We either go to the South Salem P.D. or to Somers.
22 So, we probably had as many signed at South Salem as
23 we have at Somers. So, maybe since 2011, maybe eight
24 trips to New York.
25         Q. Okay. Do you recall ever

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2          A. So, when I saw him going around
3  the vehicle with the car -- with the camera, I'm
4  like, what's going on? It didn't look normal to me.
5  So, I got out and I went over to the cruiser. I
6  think I was on the passenger side. I don't remember
7  for sure. And he said that his sergeant said not to
8  sign it.
9          I said I don't understand why. They
10 always do it here. And there was a conversation I've
11 sent you the transcripts, and I told him that I
12 needed to use the bathroom. And then he walked
13 around like he was going to talk to me and then he
14 elbowed Joey.
15         Then a delivery driver, I don't think
16 it was U.P.S., but it might have been FedEx or the
17 other one, showed up. And low and behold, someone
18 comes out of the building. I think that was Wollman.
19 So, then I went over to speak to him.
20         Q. Okay. Do you -- have you -- have
21 you seen your son before this? Have you seen your
22 son filming law enforcement with his -- his phone
23 before?
24         A. Yes.
25         Q. Was that a -- a regular thing for

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

```
 1      him?
 2          A.   Yes.  But this was different.
 3          Q.   How was it different?
 4          A.   It was -- it -- it was just
 5   different.  I think because of how they were treating
 6   him.
 7          Q.   Well --
 8          A.   He, I believe, was alarmed by the
 9   way that they were treating him.
10          Q.   Okay.
11          A.   But my son, just like today with
12   you, is yes, sir, no, sir, very polite until
13   everything blew up when that police officer hit him.
14          Q.   When -- when -- when are you
15   talking about hitting him?
16          A.   When he elbowed him in the chest.
17          Q.   Okay.  Before that, you feel that
18   he was being respectful?
19          A.   Oh, yes.
20          Q.   Okay.  But he -- he was -- he was
21   filming long before that?
22          A.   Yes.
23          Q.   Okay.  And --
24          A.   And -- and I even just thought
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

```
 1      that he might like the car with the decals because it
 2   looked to me like he was taking pictures of the
 3   decals.
 4          Q.   Okay.  Would -- would it surprise
 5   you, I don't know if you were present for it or not,
 6   that Mr. Brooks testified that he began filming early
 7   in the interaction he didn't like some look in
 8   Finnegan's eyes?
 9          A.   Would that surprise me?  No.
10   Because I've been with them, with the Farmington
11   police.  I've had to call the selectmen to get them
12   to execute his registration on time.  I own a home.
13   I'm a taxpayer.
14          Q.   As -- have other police officers
15   in the past reacted negatively to Mr. Brooks filming
16   them with his phone?
17          A.   I don't know whether I would say
18   negatively.  They're -- they aren't particularly
19   happy about it.
20          Q.   Right.  And are these officers
21   that are familiar with Mr. Brooks from living -- from
22   working and living in the same area, typically, in
23   other instances where he has -- he has filmed the
24   officers doing their -- doing their jobs?
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

```
 1          A.   It's not only there, no.  He's --
 2   he films his interactions and he has to because it's
 3   been a problem.  So, that's our proof.
 4          Q.   So, the -- do you -- well, other
 5   times when he's gotten form signed or looked at -- at
 6   the South Salem P.D. or Somers Barracks, do you --
 7   are you aware if he's been filming those interactions
 8   too?
 9          A.   I think so.  Yeah.
10          Q.   Okay.  Do you know if those --
11   any of those film -- those -- those recordings have
12   been retained?
13          A.   I don't think that we've only
14   got any recordings of that.  We still have plenty
15   from Farmington.
16          Q.   Okay.
17          A.   But many -- many of the old cell
18   phones are just gone.  So, whatever was with them has
19   been wiped out.  If -- if there weren't -- weren't
20   any problems, we wouldn't have retained them.
21          Q.   Okay.  So, is it now the -- now
22   when the -- is it now just routine to fill more your
23   actions with your local police officers?
24          A.   Absolutely.
```

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

```
 1          Q.   And the --
 2          A.   Even -- even prior to July 26th.
 3          Q.   Does -- there were a number of
 4   court hearings in the underlying criminal
 5   prosecution.  Did you travel with Mr. Brooks to those
 6   hearings?
 7          A.   Yes.
 8          Q.   You traveled to all of them?
 9          A.   Yes.
10          Q.   And you indicated you had to rent
11   a car?
12          A.   On multiple occasions, yes.
13          Q.   Is your -- your green car was set
14   up, caught on fire or something along that -- those
15   lines?
16          A.   My -- my green jeep.  And I'm --
17   I'm just going to tell you I don't know what caused
18   it.  I lost a spring, a little spring on the Jeep.
19   My husband got me over to a place in Connecticut.  I
20   think it was Norwalk.  And it was a place that did
21   repairs on vehicles for a place that he worked in New
22   York, and it needed to be welded to put it back after
23   the leaf spring broke.
24          The man was underneath my truck with a
```

328b4d4a-7d75-428b-8098-e0f7d4861376

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  welder and set my truck on fire on the interior from
3  the heat that he applied on the outside.  I've still
4  got pictures of my Jeep of what they did to it.
5      Q.  So -- so it would --
6      A.  It was cold.
7      Q.  But it wasn't intentional or
8  anything like that?
9      A.  No.
10     Q.  Does it --
11     A.  No.
12     Q.  The repairman almost set himself
13 on fire, I take it, right?
14     A.  No, but he was quite upset.  He'd
15 been -- he's an elderly man.
16     Q.  Right.
17     A.  And said in all of fifty years
18 he's been doing this, he has never set anything on
19 fire.  Yeah.
20     Q.  Okay.  So, this -- this had
21 nothing to do with the prosecution of your son other
22 than the fact it happen to be in New York or in that
23 area, right?
24     A.  And -- it made it very
25 inconvenient to get there, yes.

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  Mr. Brooks began to initially film his interactions
3  with Trooper Finnegan?
4      A.  She was standing next to him.
5      Q.  And I'm sorry, you probably said
6  it.  At what point did you decide that you needed to
7  get out of the car and investigate what was going on?
8      A.  Well, like I said, I looked and
9  things didn't look right.  And I had to go to the
10 bathroom.
11     Q.  Okay.  All right.  And then you
12 spoke to investigator --
13     A.  Officer Finnegan.
14     Q.  You spoke to Finnegan or Wollman?
15     A.  I spoke to Finnegan first.
16     Q.  Okay.
17     A.  And I asked him to let me in to
18 go to the bathroom.
19     Q.  Right.
20     A.  And he told me I could wait.
21     Q.  Okay.
22     A.  He was not at all polite to me
23 either.
24     Q.  All right.  And then you spoke to
25 Wollman?

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2      Q.  Right.  Right.  No, no, no, no.
3  There was a not retaliatory arson or anything like
4  that?
5      A.  No, no, no, no.  I'm sure.
6      Q.  Okay.
7      A.  My -- my wheelchair burned.  My
8  scooter burned.  Everything in that truck burned.
9      Q.  Now in July twenty -- 2019, you
10 indicated you had a walking disability.
11     A.  Yes.
12     Q.  At that time, did you need a
13 wheelchair or scooter to ambulate or were you walking
14 with a cane or something like that?
15     A.  I have a wheelchair and I have a
16 scooter for when it gets too bad.
17     Q.  Okay.
18     A.  I had surgery the first time when
19 I was thirteen on both my feet.  I had surgery again
20 in 2011.  Three times more on my right foot in 2011.
21     Q.  Okay.  And is your condition
22 worse now than it was in 2019, 2020?
23     A.  I think it's about the same.
24     Q.  About the same?  Do you know
25 where -- do you remember where Ms. Harding was when

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2      A.  Then I spoke to Wollman.
3      Q.  And where was Wollman when you
4  spoke to him in relation to Finnegan's car?
5      A.  He was coming -- I'm sorry.  He
6  was coming out of the barracks.
7      Q.  Okay.  So, it's -- it's going to
8  -- it's going to be way too difficult to play videos
9  and whatnot, but --
10     A.  Yes, please don't.
11     Q.  -- is it fair -- is it fair to
12 say that wherever Finnegan's vehicle was or he was
13 interacting with Mr. Brooks, maybe it's twenty,
14 thirty -- twenty-five feet to where this delivery car
15 pulled up in front of the barracks?  Maybe --
16     A.  Probably a lot.
17     Q.  -- maybe fifty and --
18     A.  A lot further.
19     Q.  Okay.  And I'm actually trying to
20 visualize here.  Were you in the parking lot in the
21 front of the barracks --
22     A.  Yes.
23     Q.  -- that's on the main road, not
24 the back?
25     A.  Yes.  Correct.  So, if you'd like

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    a description, my -- my Jeep was at about the middle
2    of the parking lot.
3
4    Q.  Okay.
5    A.  Like, almost directly in front of
6    the door. Finnegan was -- if I'm facing the
7    building, Finnegan was to the left, to the far side
8    of the building. The delivery came in to the right,
9    to the far side of the building.
10    Q.  Right. Okay. All right. Right
11    on the far side of the building?
12    A.  Yeah.
13    A.  I've been there. It's just -- it
14    was dark when I was there.
15    A.  Yeah.
16    Q.  All your videos, it's very light.
17    A.  Yes.
18    Q.  It was gloomy winter when it was
19    almost dark at three o'clock or something like that.
20    Okay.
21    A.  And it was screaming hot that
22    day.
23    Q.  All right. So, you ask Woll --
24    well -- and -- and --
25    A.  I -- first of all, asked him to

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    let me go in the building and go to the bathroom.
2    Q.  All right. And this -- this is
3
4    Wollman.
5    A.  Yes.
6    Q.  You first asked Finnegan about
7    the bathroom.
8    A.  Right.
9    Q.  Do you ask Wollman about the
10    bathroom?
11    A.  Yup.
12    Q.  And what was Wollman's response?
13    A.  Yeah, we've got one right in
14    here.
15    Q.  All right. Did he -- did he let
16    you in?
17    A.  Yup. And I asked Joseph to go to
18    the truck and get me a pair of underwear.
19    Q.  Okay. At that point, it was a
20    little too late?
21    A.  Yeah.
22    Q.  Okay. So, was this sort of an
23    out of the blue problem or is this a problem that
24    generally happens? Like --
25    A.  I don't normally have it to that

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    degree because I don't normally have to wait like
2    that.
3
4    Q.  Okay. How long did you wait?
5    A.  Well, I've been waiting in the
6    parking lot. I didn't want to leave and go somewhere
7    else.
8    Q.  Right.
9    A.  So probably twenty, thirty
10    minutes. And I have irritable bowel.
11    **MR. HARBEN:**  Off the record.
12    (Off the record; 02:23 p.m.)
13    (On the record; 02:24 p.m.)
14    **COURT REPORTER:**  We're on the record.
15    **MR. HARBEN:**  Sure. Okay.
16    **BY MR. HARBEN:**  (Cont'g.)
17    Q.  Now, you went in and so, Mr.
18    Brooks went off to get you a -- a -- a change of
19    underwear out of the car?
20    A.  Yes.
21    Q.  And then what happened?
22    A.  And he brought it to me --
23    Q.  Okay.
24    A.  -- inside and he stood in front
25    of that door because there is no lock on that

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    bathroom door.
2    Q.  Right.
3    A.  I said Joseph, stand here.
4    Q.  Okay. And then what happened?
5    A.  When I changed my underwear and -
6    -
7    Q.  Right.
8    A.  -- they were talking, and they
9    were asking for the form back, Joseph and Cheyenne.
10    Q.  And was this inside the barracks
11    or outside the barracks?
12    A.  Yes, inside the barracks.
13    Q.  Inside the barracks. And at this
14    point, do you know if you -- someone was still
15    recording?
16    A.  I think so. I think at least
17    audio.
18    Q.  Okay.
19    A.  Or you know what, maybe not. I'm
20    not sure.
21    Q.  Because at least whatever you
22    sent me, I don't -- I don't see the --
23    A.  Yeah, because -- no.
24    Q.  -- portion in there.

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2       A.  I'm sorry.  No, they made her
3    shut off the recorder.
4       Q.  Okay.  But later on --
5       A.  They said I couldn't record
6    inside.
7       Q.  But later on, they are -- you are
8    recording inside.  Then you see is a video with the
9    floor and you mentioned --
10       A.  I think so.  Yes, I think that is
11    so.
12       Q.  -- P.T.S.D. and that is recorded.
13       A.  Yes, I think so.  Well, that --
14    that may be the same interaction.
15       Q.  Okay.  Just trying to get the
16    sequence of events here for -- for some of the
17    complaint that sounds like this happened after you've
18    already been arrested.  When you were talking about
19    P.T.S.D. -- what -- you know -- why he might react?
20       A.  No.  No, that -- that was before.
21       Q.  Okay.  But at this -- okay.  All
22    right.  So after --
23       A.  There was -- I'm sorry.  There
24    was more than one conversation involving P.T.S.D.
25       Q.  Okay.  So, after you -- you get

Page 41

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    complaint.  Now paragraph forty-three, it says, at
3    this time, Brooks opined and allowed parentheses that
4    the state police then present, the Somers State
5    Police barracks were end parentheses quote all
6    fucking cunts.  Is that --
7       A.  Yeah, I believe that's --
8       Q.  Okay.  Next --
9       A.  -- accurate.
10       Q.  And I think that -- that -- that
11    -- that's an accurate assessment of --
12       A.  I -- I believe that's accurate --
13       Q.  -- what you remember in that?
14       A.  -- yes.
15       Q.  Okay.
16       A.  I -- I told you I like to read
17    court cases.
18       Q.  Right.
19       A.  The U.S. Supreme Court allows you
20    to voice your opinion of the police even in -- even
21    if it is inarticulate.
22       Q.  Under -- understood.  But you --
23    you see that the -- the statement, and I'll brief in
24    the narrative.  I could put it in.  It says, Brooks -
25    - this is the New York State Police narrative.

Page 43

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    changed, you come back out and they're still talking
3    about the form.  And then what happens?  Well, then
4    what do you observe or you can hear?
5       A.  Just words between Joseph and
6    him.  And is there some medication he can take.  And
7    Joseph storms out and I followed him and went to the
8    Jeep.
9       Q.  Okay.  And what -- what did
10    Joseph say when he stormed out, if anything?
11       A.  I -- I don't remember exactly.
12       Q.  Was it some -- continue.
13       A.  I know it's not what is in their
14    statement.  Because if it had been, I would have
15    wrung his neck.
16       Q.  Okay.  Well, in your complaint --
17    in -- in Mr. Brooks' complaint, which I'm -- well,
18    did you assist Mr. Brooks in drafting his complaint?
19       A.  Yes.
20       Q.  And --
21       A.  As did NYLAG.
22       Q.  Yeah.  New York Legal Assistant
23    Group that --
24       A.  Yes.
25       Q.  -- that assisted in drafting the

Page 42

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Brooks stormed down to the barracks claiming we were
3    all quote fucking cunts end quote.
4       A.  Yeah.
5       Q.  So, is that accurate?
6       A.  Yeah, I believe -- I believe
7    that's accurate.
8       Q.  Okay.  Not getting into whether
9    it's a privilege statement or anything like that.
10       A.  No.
11       Q.  Just whether it was said or not,
12    so.  Okay.  Now did Brook -- before turning --
13    before leaving the area, did Brooks indicated that he
14    would be able to calm down if -- if he used his
15    medication.  You recall him saying that?
16       A.  Yes, I believe that's how it was
17    put.  Yes.  That that would help him.
18       Q.  Right.  And then do you recall
19    Mr. Brooks saying to Ms. Harding, he was going to
20    have us go -- go back to the vehicle and have a
21    smoke?
22       A.  I think so.
23       Q.  Now do you recall Ms. Harding
24    saying to Mr. Brooks that -- that he shouldn't have
25    told the police that he was planning on using medical

Page 44

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  marijuana as his medication?
3       A.  Yes.
4       Q.  You recall hearing them?  So,
5  given the context of Mr. Brooks indicating he wanted
6  to have a smoke, talking about medical marijuana,
7  wanting to take his medication, would it surprise you
8  if a law enforcement official observing this may have
9  believed that his intent was to smoke marijuana?
10       A.  I -- I guess it wouldn't surprise
11  me.
12       Q.  Now --
13       A.  But knowing my son and knowing
14  that he does not smoke in my vehicle, I knew better.
15  Nobody asked.
16       Q.  Right.  But they don't know that
17  you have a no smoking --
18       A.  No.
19       Q.  -- vehicle rule, right?
20       A.  Nope, they don't.
21       Q.  And both Ms. Harding and Ms. --
22  Mr. Brooks enjoy cannabis from time to time?
23       A.  I don't think Cheyenne smoked at
24  that time.
25       Q.  Okay.  Well, Ms. -- Mr. Brooks

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2       A.  But I did not --
3       Q.  Right.  Okay.
4       A.  I -- I did not know New York law
5  about flower.  I just knew that my husband did vape.
6       Q.  Right.  So --
7       A.  But I didn't know it was law.
8       Q.  Right.  So, at the time in July
9  2019, do you know -- now know that it was a -- a
10  criminal offense --
11       A.  Absolutely.
12       Q.  -- for your son to have one point
13  two ounces of marijuana at the time?
14       A.  Flower, yeah.
15       Q.  Yeah.  And I don't -- I don't
16  even know what the -- the -- the vape oil, how that
17  works out, but whatever it is, you --
18       A.  It's -- it -- it would have been
19  acceptable in New York, the -- the vape because
20  that's what my husband does.
21       Q.  Right.  Right.  Okay.  So, now
22  the law has changed.  Can't even tell you --
23       A.  Right.
24       Q.  -- what the law is right now.
25  It's a --

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  testified that they had been smoking marijuana
3  together the night before.  So --
4       A.  I know my son, and he has
5  A.D.H.D.
6       Q.  Okay.
7       A.  And he does not remember
8  timelines well.
9       Q.  All right.  So, you're pretty
10  well versed in the law for --
11       A.  Yes.
12       Q.  -- a person who hasn't passed the
13  bar exam yet.  Now you were aware that -- were you
14  aware at the time that your son had a medical -- Mr.
15  Brooks had a -- a medical marijuana permit?
16       A.  Yes.
17       Q.  And were you aware that permit
18  was -- was effective in New Hampshire and Maine?
19       A.  Yes.  Only.
20       Q.  Were you aware that it was --
21       A.  I did not want to be there.
22       Q.  -- not effective in New York?
23       A.  Yes, because my husband has a
24  medical marijuana in New York.
25       Q.  Right.  So -- so, at the top --

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2       A.  But -- but you know something
3  interesting?
4       Q.  Yeah.
5       A.  Those police officers didn't know
6  whether it was vape or flower either.
7       Q.  Right.  Well, so, Mr. Brooks
8  walks back to the car to have a smoke.  You know that
9  --
10       A.  It was a roll of cigarette.
11       Q.  But you smell that smoke is
12  tobacco?
13       A.  Yes.
14       Q.  Mr. Brooks maybe knows that smoke
15  is tobacco.  Ms. Harding know -- know, but the
16  officers don't know.
17       A.  Correct.
18       Q.  And then in the -- and then --
19  and did you proceed to follow Mr. Brooks back?  Were
20  you still in the vicinity?
21       A.  Yes.
22       Q.  -- of the car?
23       A.  Yes.
24       Q.  And then the officers followed
25  him back?

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2     A.  It was a little while, like
3  three, four, five minutes maybe.
4     Q.  What were the officers doing in
5  between Mr. Brooks going back to the car and do you -
6  - do you recall observing them doing anything?  Were
7  they --
8     A.  I left the barracks, so no, I do
9  not know what they were doing.
10     Q.  Okay.  Okay.  So, they were made
11  in the barracks and at some point --
12     A.  Yes.
13     Q.  -- they came out to see what --
14     A.  Yes.
15     Q.  -- did -- from your perspective,
16  did -- did it seem like they came out to see what Mr.
17  Brooks was doing?
18     A.  You don't want my opinion.
19     Q.  No.  Well, were they -- did they
20  -- okay.  They came out and at -- at some point that
21  you -- they -- they came to the vehicle, correct?
22     A.  Yes.
23     Q.  And were you in the vehicle or
24  outside the vehicle that point?
25     A.  I was in, sitting.

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2     Q.  Right.  But Mr. Brooks responded
3  that he did have a medical marijuana card.  So, it
4  does -- it seem that they're talking about
5  potentially him having marijuana, right?
6     A.  Correct.  And he turned around to
7  ask Cheyenne to get his wallet.
8     Q.  Right.
9     A.  And when he was turned around, is
10  when they grabbed him.
11     Q.  Okay.  Did they -- did -- at some
12  point telling him to get out of the car?
13     A.  After they grabbed him.
14     Q.  Okay.
15     A.  After they were already pulling
16  him out.  And he was holding, if you know about
17  Jeeps, there's a grab bar.  You ever seen the inside
18  of a jeep?
19     Q.  Probably, yeah.
20     A.  So, above the passenger door,
21  there's a grab bar and because Joey has a bad back,
22  he held onto the grab bar and turned around, so he
23  wouldn't wrench his back.
24     While he was holding, from that grab
25  bar, they hauled him out and they bent the grab bar

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1
2     Q.  In -- in the driver's side or the
3  backseat?
4     A.  Yes.
5     Q.  Where were you?
6     A.  Driver's side.
7     Q.  And at some point, the officers
8  asked Mr. Brooks if he had a medical permit for
9  marijuana.  Is that correct?
10     A.  Correct.
11     Q.  And do you recall what Mr.
12  Brooks' response was?
13     A.  I think he asked them if they had
14  a warrant for that question or something like that.
15     Q.  Right.  And did -- did he -- were
16  there any expletives involved?
17     A.  I'm sure that there were.
18     Q.  Okay.  So, did it occur to you at
19  that time to say that he's not smoking marijuana?
20     A.  No.
21     No.
22     It never occurred to me that they
23  would think that he was going to smoke marijuana.
24     Q.  Right.
25     A.  I -- I had blinders on, okay?

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1  in my Jeep.
2
3     Q.  Okay.  Did you give any
4  photographs of that?
5     A.  In the burned-up Jeep, I can show
6  it to you, yes.
7     Q.  Okay.  But at the time you didn't
8  -- did you notice it later on that it had gotten bent
9  or did you notice at the time?
10     A.  Yeah, I -- I noticed it that day
11  when I was sitting in my Jeep.
12     Q.  Okay.
13     A.  But I had more concerns in my
14  Jeep.
15     Q.  Right.  So, Mr. Brooks gets
16  pulled out of the car and then what -- what do you
17  observe?
18     A.  Well, as they're pulling him out,
19  I said, what are you doing?  I wasn't saying that to
20  Joseph.  I was saying that to the state police.  They
21  did not say, you are under arrest, get out of the
22  vehicle.  They didn't say get out of the vehicle.
23     They grabbed him and pulled him out
24  and then said, get out of the vehicle.
25     Q.  Okay.  Well --

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A.  I thought Joey was complying to
3  get the medical marijuana card while he was looking
4  in the back, and I was looking in the back.  And then
5  I started hearing commotion, and I turned back
6  forward.
7    Q.  Right.  And you turned back and
8  then did -- did you get -- did -- what -- what else
9  did you observe after that?  Him getting pulled out?
10    A.  Him getting slammed onto the
11  ground, his glasses going across the parking lot,
12  them being on his back and him saying, I can't
13  breathe.
14    Q.  Okay.  And how long were they on
15  his back?
16    A.  Four or five minutes.  It was a
17  long, long time.
18    Q.  And when did --
19    A.  Cheyenne went -- Cheyenne went
20  and grabbed his glasses.
21    Q.  Uh-huh.  And was he, at some
22  point, cuffed?
23    A.  Yes.
24    Q.  And then what happened?
25    A.  They pulled him up and brought

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A.  I'm not sure right at that moment
3  whether I saw any others.  I don't think so.
4    Q.  Okay.  And where -- where was --
5  was Mr. Brooks taken somewhere outside of the lobby?
6    A.  Yeah, he was taken back behind
7  the lobby door.
8    Q.  And was the -- the lobby door
9  closed?  Was it closed?
10    A.  Yes.  Closed and locked.
11    Q.  Okay.  Can you see what was going
12  on in any of the other rooms?
13    A.  No.
14    Q.  Did you hear what was going on in
15  any of the other rooms?
16    A.  Yes.
17    Q.  And what did you hear?
18    A.  Fighting and my son screaming.
19    Q.  Okay.  And how long did the
20  fighting and the screaming last?
21    A.  I'm not a good judge of time.
22    Q.  Okay.
23    A.  It felt like forever.
24    Q.  And were there pauses or it
25  stopped then start up again later?

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  him inside.
3    Q.  And where were you?  Did you
4  follow him in?
5    A.  Standing in the parking lot.
6    Q.  All right.  Did you go inside at
7  some point?
8    A.  Yes.
9    Q.  How -- how soon after you --
10    A.  Right away.
11    Q.  How soon after him going, you
12  followed him in, as far as you can?
13    A.  Yup.
14    Q.  Where -- where did -- where did
15  you wind up?  There's a --
16    A.  In the lobby.
17    Q.  There's a foyer lobby area?
18    A.  Yeah.
19    Q.  And you were -- you did not go
20  past that point?
21    A.  No.
22    Q.  Okay.  There -- did you see any
23  other officer -- Wollman and Finnegan were there, did
24  you see any officers around?  Any other New York
25  State Police employees?

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A.  Yeah, it was -- there was a
3  period of time, a very short period in the beginning,
4  and then later on it happened again.
5    Q.  Okay.
6    A.  And that was after the lady that
7  wanted to report the peacock came in.
8    Q.  Okay.  And the lady with the
9  peacock, you've -- you've provided information with
10  her phone number.  Have you contacted her?
11    A.  I have provided you what I
12  investigated.
13    Q.  Okay.  But have -- have you
14  called her and spoken to her --
15    A.  Not yet.
16    Q.  -- about --
17    A.  If we're going to go to trial, I
18  will.  I did a lot of work just leading up to the
19  prosecution of the charges because I wanted the
20  witnesses that were on our side.  She left that lobby
21  when they were beating my son for the second time.
22    Q.  Okay.  So, where was Ms. Harding
23  during all this?
24    A.  During this, she was next to me.
25    Q.  At that point, do you have any --

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  were you recording anymore?
3      A.  I do not believe so.  We were
4  instructed not to.  I try to follow directions even
5  if they're not legal.
6      Q.  Okay.
7      A.  I -- I don't want to be hit.  I
8  don't want to be arrested.
9      Q.  So, Investigator Gould is named
10  in this lawsuit.  Do you have any reason to believe
11  that he was present during any -- any of the -- the
12  force being used?
13      A.  I believe that he was back behind
14  the walls.
15      Q.  But he has --
16      A.  And if he didn't -- if he didn't
17  do anything, then he should have stopped it.
18      Q.  Did you ever meet a Sergeant
19  Timko?
20      A.  I don't know.
21      Q.  Okay.  At -- at this point, would
22  you be able to identify Sergeant Timko versus
23  Sergeant Gould?  I mean, versus Investigator Gould?
24      A.  I -- I know who Gould is, what he
25  looks like.

Page 57

800-523-7887              ARII@courtsteno.com

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  them.
3      Q.  All right.  And did any of the
4  officers take any statement from you?
5      A.  No written statement, no.
6      Q.  What -- what -- did you give an
7  oral statement to any of them or what?
8      A.  They asked questions.  That's
9  all.
10      Q.  Were these questions the
11  questions that were being captured on audio about
12  this -- Mr. Brooks' mental health condition, things
13  of that nature?
14      A.  Yeah, but there were others like,
15  they wouldn't let me have my purse that was in the
16  car, and they searched my purse, and I had a
17  decorative wood box that was in my purse that I'd
18  keep a medication in because if I don't take it, I
19  can die.
20      Q.  Which is nitroglycerin?
21      A.  Nope, but I have that also in my
22  purse.
23      Q.  Oh, okay.
24      A.  This -- what was in that box was
25  potassium.

Page 59

800-523-7887              ARII@courtsteno.com

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2      Q.  And what does Gould look like?
3      A.  I think it's been five years.
4      Q.  What -- what -- what -- what do
5  you recall him looking like?
6      A.  You know, I really don't.
7      Q.  Okay.  Now when you are -- you
8  have video that shows your car being searched?
9      A.  I do.
10      Q.  Right.  And there's a -- there's
11  an officer with a dog there?
12      A.  Yes.
13      Q.  And you -- are you aware that
14  that officer's from Westchester or local police?
15      A.  Something, yeah.
16      Q.  Yeah.  And Finnegan or Wollman
17  might be seen somewhere around in those videos?  And
18  the third officer --
19      A.  Yes.
20      Q.  -- do you -- do you know if
21  that's Gould or Timko or somebody else?
22      A.  I would have to look at the
23  video, and I don't like looking at the videos.
24      Q.  Okay.
25      A.  They traumatize me just to see

Page 58

800-523-7887              ARII@courtsteno.com

1  Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2      Q.  A potassium.
3      A.  I have a potassium deficiency and
4  it can cause you to die.
5      Q.  Right.
6      A.  And if I leave the house and I
7  don't take it, I know I have to have it.  The bottle
8  that I've got, I have to take so much of it.  I get a
9  hundred and eighty tablets.  The bottle is maybe five
10  or six inches tall and maybe that big around.
11      Q.  Uh-huh.
12      A.  One of the fat bottles.  It won't
13  fit in my little fanny pack that I carry.  So, I keep
14  extra potassium in that box.  They told me that that
15  was illegal too.  So, now I don't do that.
16      Q.  Okay.  So, when was the next time
17  you saw Mr. Brooks?
18      A.  When they let him come out for a
19  cigarette.
20      Q.  Okay.  And then can you describe
21  that interaction?
22      A.  It was Finnegan, me and my son.
23  Me and Joseph sitting, Finnegan standing on the
24  concrete steps that are elongated.  If you remember
25  those steps.  They're not short steps.

Page 60

800-523-7887              ARII@courtsteno.com

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Q.  Okay.  And so, Mr. Brooks had a
3  cigarette?
4        A.  Yup.  I gave him one.
5    Q.  Was he cuffed at that point?
6        A.  I gave him several.
7    Q.  Was he cuffed?
8        A.  Yes.
9    Q.  Okay.  And Finnegan – Finnegan
10  was supervising this or watching and observing?
11       A.  Yes.
12    Q.  And --
13       A.  And chatting.
14    Q.  Did Finnegan have a conversation
15  with you?
16       A.  Yes.
17    Q.  And what -- what was the -- what
18  was the substance of that conversation?
19       A.  About he has a four-year-old son.
20  He raises dogs and his fourteen-year-old
21  stepdaughter, or thirteen-year-old stepdaughter was
22  just assaulted on the school bus.
23       Someone pinched her on her bottom and
24  that he's been clean and sober for six years now.
25    Q.  Did you find it odd that Trooper

Page 61

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  my son's computer bag outer compartment.  I don't
3  think that they knew it was my suitcase.  I don't
4  think that they knew that it was his computer bag.
5       And then they lied when they signed
6  the statement saying that they found it in that
7  exposed bag.
8    Q.  Okay.  But he wasn't charged with
9  -- with -- with weapons possession.  Only Ms. Harding
10  was?
11       A.  Right.  But he's telling me that
12  he has a charging document and I haven't seen it.
13  I've asked him to look for it, so if he has it, I
14  will provide it to you.
15    Q.  Well, I mean, I -- you want to
16  write this down?  I'll just make -- I just -- I mean,
17  I don't know if it's Brooks Thirty-three, there's one
18  count of firearm, but Ms. Harding is being charged
19  with it.
20       The problem is they're both on the
21  same documents.  So, he might have been confused.
22       A.  That -- yeah, he -- Joey is not
23  good with documents.
24    Q.  Right.  So, if you look at Brooks
25  Thirty-three, it takes a little bit of figuring out

Page 63

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  Finnegan was providing all this personal information
3  to you?
4       A.  Yes.  And then he told me that he
5  was going to retire.  I said, you should have done
6  that yesterday.
7    Q.  Okay.  Anything else?
8       A.  Those are the things that stick
9  in my mind.
10    Q.  Okay.  And what were -- and were
11  any of the -- any other off -- New York State Police
12  employees present during this interaction?
13       A.  No.  At -- at which point,
14  Cheyenne had also been arrested.
15    Q.  Right.  So, the -- the search of
16  the -- the car they located this flintlock pistol?
17       A.  Yeah.  Something you better know
18  that Flintlock pistol was in my suitcase.
19    Q.  Okay.
20       A.  In a locked zippered suitcase.
21  We have video of them removing it from --
22    Q.  Are you still there?  I missed
23  that.
24       A.  I am.  We have video of them
25  removing that from the suitcase and putting it into

Page 62

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2  the --
3       A.  That -- and -- and they may have,
4  you know, inadvertently given that to him.
5    Q.  Right.  He -- he may --
6       A.  And my son is not for all the
7  trouble he has had legally well-versed.
8    Q.  Right.  So, just so you know,
9  there's only one count of firearm and that was the
10  one directed to Ms. Harding.  If you look at --
11       A.  Right.
12    Q.  -- this Thirty-three and then
13  look at -- and look at Brooks Thirty-four and put it
14  together.
15       A.  Just --
16    Q.  I mean, we have a short --
17       A.  And -- and that -- that may well
18  be what he has.
19    Q.  Right.  So, and I'm not going to
20  mark it as an exhibit, I'm just trying to --
21       A.  Yeah.
22    Q.  -- maybe talk to him a little.
23       A.  I -- I wrote it down.
24    Q.  This one's wonderful.
25       A.  I wrote it down.  And by the way,

Page 64

16 (Pages 61 to 64)

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    because of my eyes, I have a fifty-five-inch screen
3    that I view things on. I have dry eye disease, so I
4    have trouble.
5    Q. Are you --
6    A. So, that's why --
7    Q. Do you need to moisturize your
8    eyes right now from staring the computer?
9    A. No, I'm -- I'm fine. No.
10    Q. Okay.
11    A. Because I'm not -- because I'm
12    not reading.
13    Q. So -- all right. So, let's go --
14    and even though -- I mean, Mr. Brooks wasn't charged
15    with it, at the time were you aware that bringing
16    even a flintlock pistol into New York State without a
17    permit could be problematic?
18    A. Would you like me to tell you
19    what I said to my niece after I found out it was
20    there and in my suitcase?
21    Q. What did you say and what? What?
22    A. Are you out of your effing mind?
23    This is New York. I am a permit holder in the State
24    of New Hampshire, and I won't carry my gun to New
25    York.

Page 65

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A. Without a New York permit or
3    Massachusetts.
4    Q. Ultimately -- ultimately, those
5    charges she was charged with illegally possessing a
6    firearm. But ultimately those charges were dropped?
7    A. Yes, they were.
8    Q. Okay.
9    A. And I -- I believe that that was
10    appropriate.
11    Q. Right. So, they -- you feel that
12    the D.A. gave her the benefit of the doubt, innocent
13    misunderstanding, confusion, something along those
14    lines? Okay. First time with that?
15    A. Yes. She's never been charged
16    with anything. She was not aware of the laws. We
17    had not discussed it. It's not -- we don't go around
18    discussing gun laws.
19    Q. Right. Okay.
20    A. The only thing we discussed about
21    that gun was what could she buy that wouldn't put my
22    son in jeopardy for her owning it. I have a nine-
23    millimeter. I keep my nine-millimeter locked in my
24    safe.
25    Q. Okay.

Page 67

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Q. Right. So --
3    A. I didn't know the gun was there.
4    Q. Okay.
5    A. But my niece packed for me
6    because again, I have trouble. So, people help me.
7    My niece was very afraid of going to New York. It
8    has been the first time she was ever out of the
9    state.
10    Q. Okay. She brought that -- she's
11    afraid she might need self -- self-defense?
12    A. Absolutely. That -- that was her
13    opinion.
14    That's a -- that's a -- South
15    Salem's a pretty nice area, but I --
16    A. And I -- I tried to explain to
17    her what South Salem was, but she pictured New York
18    City.
19    Q. Yeah.
20    A. And all the stories about New
21    York City.
22    Q. Please do not bring a handgun
23    into New York City.
24    A. Yeah. Or anywhere in New York.
25    Q. Well, okay.

Page 66

---

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    A. We have bears here that come up
3    in my backyard. We have a need of guns.
4    Q. Right. So, the -- the rule --
5    rule in New Hampshire is, you -- you can have a gun
6    with a convicted felon, but you got to keep it all
7    locked up and -- and whatnot?
8    A. Well, you don't. But if I leave
9    it out, and I am away from the gun, he could be
10    considered to be in possession of it.
11    Q. Okay. And do those rules still
12    apply that he's now off parole, but under -- under
13    supervision?
14    A. Yes. Yes.
15    Q. So, at some point -- okay, we --
16    we've got the cigarette, the conversation with
17    Finnegan, and then what happens? What do you
18    observe?
19    A. That was about it. I suggested
20    that we say everybody was wrong here on both sides
21    and let's walk away.
22    Q. Okay. And did -- did you ask --
23    did you try to ask Mr. Brooks just -- just apologize,
24    may maybe this will be over, something like that?
25    A. I said -- what I said is, and you

Page 68

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    apologize because I knew that he was hit.  Now in New
3    Hampshire, assault is any unwanted touching.  And
4    that's what Joseph accused them of.
5         I did not know what New York's assault
6    law was.  Joseph did not know, but I did know that he
7    had been, in my mind, assaulted.  So, I asked him if
8    he could apologize because I'm not going to order my
9    adult son to do something that's against his -- I'm
10   looking for the right word, principle, I guess would
11   be the right word.
12        Q.  Okay.
13        A.  And he said, yeah, I guess I can.
14        Q.  All right.  And did he ultimately
15   attempt to apologize?
16        A.  I don't think so.
17        Q.  Okay.
18        A.  I -- I don't think that he said
19   I'm sorry.
20        Q.  Now did you --
21        A.  He just answered -- he just
22   answered me.
23        Q.  Okay.  Did you suggest this
24   apology in front of any of the New York State Police
25   personnel?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2        A.  I -- I don't remember anyone else
3    coming up to me.
4        Q.  Okay.  So, is it -- I'm trying to
5    figure out, is -- is Gould named in this lawsuit
6    because he signed the accusatory instruments?
7        A.  Because he was there and he
8    didn't do anything to stop it.
9        Q.  Okay.  But you didn't see him
10   present during any -- any of the alleged uses of
11   excessive force?
12        A.  I did not see him.  It is not my
13   complaint.
14        Q.  I understand.  But you drafted it
15   for your son, correct?
16        A.  NYLAG drafted it.  I changed some
17   things.
18        Q.  In the complaint itself --
19        A.  NYLAG did --
20        Q.  Sorry.
21        A.  NYLAG did ninety-nine percent.
22        Q.  All right.  And the complaint
23   itself does not say Investigator Gould was present
24   during the use -- uses of force.  But -- okay.  Is
25   that correct?

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2        A.  Yes.
3        Q.  And did he --
4        A.  At -- at least -- at least
5    Wollman was standing there.
6        Q.  Okay.  Did they say -- did -- did
7    they have any reaction to it as a -- as a, you know,
8    offer it up that, you know?
9        A.  Nope.
10        Q.  So, after -- so -- so after this,
11   you -- you'd spoken to Finnegan on the steps about
12   his personal issues, did you have any -- any further
13   conversation with Finnegan or Wollman or -- or Gould
14   at -- at, you know, moving forward?
15        A.  One of them gave me my keys back,
16   and I went and got food for the kids and me and
17   coffee.
18        Q.  Okay.  And was that -- when you
19   say one of them, do you recall if that was one of --
20   one of them who had been involved in any physical
21   altercation in the parking lot or somebody else?
22        A.  Yeah, it -- it was Finnegan or
23   Wollman.  Those were the two that I dealt with that
24   entire day.
25        Q.  Okay.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2        A.  As far as I know.
3        Q.  Okay.  All right.  So, at this
4    point, what -- what happens next after you've asked
5    Mr. Brooks if he -- if he would apologize.  He just
6    considered it.  But you don't -- you don't recall him
7    actually doing it, what happens next?
8        A.  They just continued processing
9    and my husband came back, I think.  My husband was on
10   his way to New Hampshire in the U-Haul.  He was an
11   hour down the road.
12        Q.  Okay.
13        A.  And he turned around and came
14   back.
15        Q.  He came back?
16        A.  He called Susan Simon.
17        Q.  Right.
18        A.  Because he knows Susan.  She's
19   his lawyer and she tried to interact to get things
20   settled down.  I don't know what was said.
21        Q.  Do you know if she called --
22        A.  My husband talked to Susan and
23   Susan talked to the state police.
24        Q.  Okay.  But you don't know if she
25   called somebody at that barracks or somebody in

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Albany or -- or what?
2        A.   They took my husband's cell
3    phone.  One of the state police officers did.
4        Q.   They took it and --
5        A.   And spoke with Susan Simon.
6        Q.   Oh, I see.  One of -- one of the
7    officers on -- on the scene?
8        A.   Yes.
9        Q.   Do you remember if it was Wollman
10   or Finnegan?
11       A.   I think it was Wollman.  I'm --
12   I'm also just thinking as a chain of command that the
13   more senior person would have been the one doing
14   that.
15       Q.   Yeah.  Well, Wollman -- Wollman
16   and Gould are both investigators, but who knows?
17   Okay.  And Susan Simon, she's a lawyer.  You said she
18   was -- she's also a judge in the area?
19       A.   She's a local judge, yes.
20       Q.   So, sort of the same, she's like
21   Justice Court or -- or --
22       A.   I think so.
23       Q.   Okay.
24       A.   I think she's Justice Court, I
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    think.  She's elected, I know that.  Does that help?
2        A.   No, I'll look it up.  I mean,
3    it's -- so the same sort of judge who Mr. Brooks
4    wound up in front of later that day?
5        A.   I think so.
6        Q.   Okay.  All right.
7        A.   But I -- I -- I don't know your -
8    - your judicial system, you understand that, right?
9        Q.   No, I get it.  I get it.  And
10   these town court judges are -- it's a thing we don't
11   have down in the city.  Okay.
12       A.   Nor -- nor do we have here.
13       Q.   All right.  So, this call
14   happens.  It doesn't resolve the issue, I take it?
15       A.   Correct.
16       Q.   And then what happens?
17       A.   And then like I said, they just
18   continued processing or doing whatever they were
19   going to do.
20       Q.   And at some point, does Mr.
21   Brooks, his leave taken from the -- the police
22   barracks?
23       A.   Right.
24       Q.   When is that?  How long?
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1        A.   A long time.  It was dark.
2        Q.   Hours?  It was dark?
3        A.   Hours.  Yup.
4        Q.   So, middle of the summer, that's
5    nine o'clock, eight thirty, something like that?
6        A.   Maybe, yeah.
7        Q.   Okay.  And at this point, your
8    husband has come back?
9        A.   And I sent him back on the way.
10       Q.   Okay.
11       A.   I said, get out of here, take the
12   stuff to New Hampshire.
13       Q.   And he got his phone back, right?
14   The -- the phone was just being used for a quick
15   call.
16       A.   Right.
17       Q.   And they weren't confiscating?
18       A.   No, they didn't take his.
19       Q.   And they didn't search his U-Haul
20   or anything like that?
21       A.   No.
22       Q.   Okay.  All right.  So, and you --
23   so your son is taken off to where -- we need the
24   stuff here?
25

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1        A.   I believe it's called Somers
2    Justice Court.
3        Q.   So, but for -- this is Friday.
4    This happens on a Friday?
5        A.   Yeah.
6        Q.   So, at this point, he's taken to
7    Westchester County Jail?
8        A.   Yes.
9        Q.   Okay.  And then things don't get
10   processed in the court until Monday?
11       A.   Right.  And the really
12   interesting thing is they P.R.'d Cheyenne to me, but
13   because he had prior charges, they wouldn't bail him.
14       Q.   Right.  So, she and -- okay.
15       A.   She with a gun charge was P.R.'d
16   to me.  Someone who did nothing went to Westchester
17   County Jail.  I now have no phone, nothing.  They
18   took all of our phones.
19       Q.   Okay.
20       A.   I'm going back -- going back to
21   my husband's empty house --
22       Q.   Right.
23       A.   -- with Cheyenne.  And there's no
24   phone there.  I can't reach out to anyone.  The next
25

Page 77

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
 2    thing I had to do was to go to Verizon and get
 3    phones.
 4         Q.  Okay.  All right.  So -- so you
 5    stay in New York up through the -- the bail hearing
 6    process?
 7         A.  Yes.
 8         Q.  And at the bail where you -- you
 9    had -- at that point Mr. Brooks had counsel?
10         A.  Yes.
11         Q.  Okay.  And do you recall who was
12    present at the bail hearing -- hearing?
13         A.  They held him separately from
14    each other.
15         Q.  Okay.
16         A.  It was in a little tiny office.
17    I've tried to get a transcript.
18         Q.  But you have the July --
19         A.  I know they recorded it.
20         Q.  You have the July 31st bail
21    hearing.  Do you not?  You provided that.  Yeah,
22    okay.
23         A.  Yeah.
24         Q.  All right.  So, and by Aug --
25    August, the evening of August 1st, Mr. -- you were
```

Page 78

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
 2    able to pick Mr. Brooks up and -- and then you --
 3         A.  Yeah.
 4         Q.  -- took pictures and things of
 5    that nature and you produced those pictures?
 6         A.  Yes, yes.
 7         Q.  Okay.  And then there was a
 8    series of -- well, when did you go back to New
 9    Hampshire?  At what point?
10         A.  I think the 2nd.  We made a mad
11    dash back here and back.
12         Q.  Okay.  And then you come back to
13    New York August 5th?
14         A.  I -- I think we came back on the
15    2nd, went back on the 2nd, or it -- it was a
16    whirlwind.
17         Q.  Okay.  And then your -- your
18    complaint recounts hold --A.  Litany of hearings.
19         Q.  Lit -- litany of hearings, right.
20    And like I said, these are -- this -- these are all
21    under seal, and I think we can't get any access to
22    this without that one sixty-point five release that
23    I've sent you.  And, you know, I -- this may think --
24    we want things that you want from -- from the record,
25    but it's sealed.
```

Page 79

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
 2         A.  The problem with that is, if he
 3    unseals it for you, is it going to unseal it?
 4         Q.  No, it just allows me to get the
 5    records.  The -- the records are provided directly to
 6    me.  Whatever's in the -- the -- the file.
 7         A.  Let me reread the release.
 8         Q.  Okay.
 9         A.  And I will see what I can do to
10    get him to sign it.  But he believes that this file
11    puts him in jeopardy with every other police
12    department in this nation.
13         Q.  Okay.  I don't -- I don't know
14    what his --
15         A.  In -- in New Hampshire, they can
16    shoot a felon in the back.  Of course he was already
17    a felon.  But if they believe that he is going to
18    assault police officer, they will not hesitate.  And
19    those records are still out there federally.  I've
20    seen them.
21         Q.  Right.  Okay.  All right.  We can
22    talk about this later, but this thing is very
23    specific.  Let's just lets the Attorney General's
24    Office have it back.  And I -- I would agree that,
25    you know, that to keep it confidential.  We'll --
```

Page 80

```
 1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
 2    we'll we can deal with this later.
 3         A.  Okay.
 4         Q.  Frankly, this is -- these are
 5    things you may want for your case and things that I
 6    probably need -- I need to have to properly --
 7         A.  All right.
 8         Q.  -- that's my case.  All right.
 9    Now paragraph one zero seven of the complaint
10    indicates that the A.D.A. Cooper Gorrie found Brooks
11    and Duryea -- Du --
12         A.  Duryea.
13         Q.  Duryea credible.  And that --
14    that this helped get an adjournment in contemplation
15    of dismissal.  What do you --
16         A.  By the way, I've asked you for
17    any records from Cooper Gorrie.  I've asked Cooper
18    Gorrie, I put in a FOIL and still have received
19    nothing.
20         Q.  I -- I have no records from the
21    D.A.
22         A.  I know.
23         Q.  We're separate entities.  State
24    police hands this stuff off, and then that's kind of
25    -- it until there's, you know, but -- okay.  That's
```

328b4d4a-7d75-428b-8098-e0f7d4861376

Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    another thing.
3         I can't -- I cannot get the -- the --
4    the D.A.'s files without that release. I've called
5    them. They've said you can't -- they're sealed. You
6    need the release.
7         A.  Okay.
8         Q.  They're not doing --
9         A.  Let me see what I can do.
10         Q.  -- they're not doing me any
11    favors as a government office or anything like that.
12    The law is the law. I cannot get it. I didn't -- I
13    didn't want filing.
14         A.  There's -- there's no -- no good
15    old boys' network.
16         Q.  No, I want to make it very clear.
17    I didn't ask them to violate the law or anything like
18    that. Just, they said everything -- everything is
19    sealed. I didn't know if there were some things that
20    weren't sealed or whatever. So --
21         A.  Well, my stuff shouldn't be
22    sealed.
23         Q.  Well, I -- I don't know if -- I -
24    - I didn't ask about you. I wasn't collecting your
25    file. Right. Okay. Anyway, what do you -- what are

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    He was not there.
3         Q.  There was no third State Police
4    employee around?
5         A.  No, sir.
6         Q.  So, to the extent he's signed the
7    accusatory instruments is entirely based on what he
8    was told by other people, other officers who were at
9    the scene?
10         A.  Okay.
11         Q.  Is that correct?
12         A.  I -- I don't have any knowledge -
13    -
14         Q.  Okay.
15         A.  -- of why he signed or didn't.
16         Q.  Is -- from what you have
17    observed, is Mr. Brooks' mental state different now
18    than it was before this incident?
19         A.  Absolutely.
20         Q.  How so? I'm not looking for a --
21    a medical -- a diagnosis. I'm looking for, you know,
22    what you've observed that is different.
23         A.  He doesn't trust anyone. Will
24    you stop talking?
25         Q.  Yeah.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    you basing on this statement that they -- they found
3    Brooks and Duryea credible?
4         A.  That is what --
5         Q.  Duryea -- Duryea.
6         A.  That is what we were told by
7    Joseph's attorney.
8         Q.  Okay. And who -- who was this
9    attorney at this point?
10         A.  Let me think of her name.
11         **MR. BROOKS:**  Mary Pat Long?
12         **THE WITNESS:**  Mary Pat Long. I'm
13    horrible with names recently.
14         **BY MR. HARBEN:**  (Cont'g.)
15         Q.  So, and I -- I just want to back
16    -- back then. Yeah. Make it very clear what I'm
17    talking about. Now all -- Investigator Gould signed
18    an accusatory instrument on the assault and -- and
19    other charges.
20         But regardless of whether you think
21    Investigator Gould might have been present in the
22    barracks during other incidents, Investigator Gould
23    was not present in the parking lot when the initial
24    altercation occurred. Is that correct?
25         A.  To the best of my knowledge, yes.

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2         **MR. HARBEN:**  Mr. Brooks, this -- this
3    is your mother's deposition and this -- she's quite
4    capable. And okay, let's continue.
5         **THE WITNESS:**  Go -- go away. Go away
6    and let me finish this.
7         **BY MR. HARBEN:**  (Cont'g.)
8         Q.  Okay. Anything else that you've
9    observed I think you say that might be like a -- a
10    big difference emotionally?
11         A.  Absolutely.
12         Q.  What happens?
13         A.  He wakes up in the middle of the
14    night. He comes down and talks to me because he's
15    woken up with dreams.
16         Q.  Now, --
17         A.  He was treated like shit by
18    parole, who believed the instruments that were
19    charged. And amazingly, they didn't follow policy
20    when he returned without documents because they could
21    have locked him up right then.
22         Q.  But parole was aware of what had
23    happened?
24         A.  I called from the police
25    department when it was happening.

328b4d4a-7d75-428b-8098-e0f7d4861376

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    Q. All right. So --
3    A. And when I could not reach the
4    parole office, I called the commissioner of the
5    Department of Corrections in the State of New
6    Hampshire. I made sure that they were made aware.
7    Q. Now, I don't know if you were
8    present over the course of your son's deposition, but
9    Mr. Brooks described a pretty horrendous ten years of
10    incarceration. When he returned from that --
11    A. I was sitting -- I was sitting
12    here on the other side of the screen.
13    Q. When he returned from that, did
14    he have night terrors and things of that nature?
15    A. Not to the degree that he does
16    right now. You don't know what this has done to my
17    son. I raised my son to believe in the law and he
18    turned himself in for a crime that the police did not
19    even know what occurred.
20    He did that because of his integrity
21    and his belief in justice. And this shattered that
22    belief that I raised him with. Our entire family
23    believes in the justice system. I was twice accepted
24    to be a police officer on two different departments.
25    Joseph's dad, the one who raised him,

Page 85

800-523-7887    ARII@courtsteno.com

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    **COURT REPORTER:** I'm doing all right.
3    Thank you.
4    **MR. HARBEN:** The next call will be
5    even shorter than this.
6    (The deposition concluded at 03:18
7    p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 87

800-523-7887    ARII@courtsteno.com

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    likewise. It's something deeper than I can even
3    explain.
4    Q. Okay. So, I'm -- I'm going
5    through your -- the discovery responses and there's
6    quite a few items. And I just want to clarify
7    because I'm, you know, I was asked how Mr. Brooks
8    afforded some of this stuff.
9    Is work -- but was -- was a lot a --
10    lot of money borrowed from you to help pay for things
11    like car rentals and other -- other things that have
12    been lost and whatnot and bail, transcripts and, you
13    know, other things like that?
14    A. Yes. I am owed a lot of money.
15    Q. Alrighty. I think I'm going to -
16    - well, I think -- I think we're done and we'll take
17    a little break. Is -- is Ms. Harding available?
18    A. She's upstairs and I'll get her.
19    Q. All right. We'll start around
20    three thirty. Is that okay?
21    A. Okay. I'll get her.
22    Q. However -- however long bathroom
23    breaks take or whatever.
24    **MR. HARBEN:** Madam Court Reporter, do
25    you need a little mental health break?

Page 86

800-523-7887    ARII@courtsteno.com

1    Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2    STATE OF     )
    COUNTY OF     )
3
    I, WANDA DURYEA, have read the foregoing record
4    of my testimony taken at the time and place noted in the
    heading hereof and do hereby acknowledge:
5    (Please check one)
    ( ) That it is a true and correct transcript of
6    same.
    ( ) With the exceptions noted in the attached
7    errata sheet, it is a true and correct transcript of same.
8
    X_____
9
    WANDA DURYEA
10
    Sworn to before me this
11    _____day of _____, 2025.
    X_____
12    NOTARY PUBLIC
    My Commission Expires:
13    _____
14
15
16
17
18
19
20
21
22
23
24
25

Page 88

800-523-7887    ARII@courtsteno.com

328b4d4a-7d75-428b-8098-e0f7d4861376

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2          I, CARI RORABACK, do hereby certify that the
3     foregoing testimony of WANDA DURYEA was taken by me, in
4     the cause, at the time and place, and in the presence of
5     counsel, as stated in the caption hereto, at Page 1
6     hereof; that before giving testimony said witness was duly
7     sworn to testify the truth, the whole truth and nothing
8     but the truth; that the foregoing typewritten
9     transcription, consisting of pages number 1 to 87,
10    inclusive, is a true record prepared by Associated
11    Reporters Int'l., Inc. from materials provided by me.
12
13        CARI RORABACK, Reporter
14
15
16
17
18
19
20
21
22
23
24
25

1     Joseph A. Brooks v SONY, et al – 3-13-25 – Wanda Duryea
2          ASSOCIATED REPORTERS INTERNATIONAL, INC.
                 (800) 523-7887
3
      Date:
4     Case Name:  Joseph A. Brooks v SONY, et al
      Index Number:  22-CV-6283
5     Deponent:  Wanda Duryea
      Deposition Date:  3-13-25
6     Examining Attorney:  Jeb Harben, A.A.G.
7     Dear Ms. Duryea:
8
      Please read and make any changes and/or corrections in
      your testimony and sign the transcript in the presence of
9
      a notary public.  Please do so within thirty (30) days.
10    If you fail to sign the transcript within thirty (30)
      days, it will be delivered to the appropriate parties
11    without signature.  Return the transcript with
      corrections, if any, to:
12
          OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13        BY:  JEB HARBEN, A.A.G.
             28 Liberty Street, 18th Floor
14           New York, New York 10005
15
16    CORRECTIONS:

          _____ Word or phrase: _____
17              Corrected to: _____
18        _____ Word or phrase: _____
              Corrected to: _____
19              Word or phrase: _____
          Corrected to: _____
20        _____ Word or phrase: _____
          Corrected to: _____
21        _____ Word or phrase: _____
              Corrected to: _____
22        _____ Word or phrase: _____
          Corrected to: _____
23        _____ Word or phrase: _____
          Corrected to: _____

24        _____
      Date Signed
25              WANDA DURYEA

## A

**A.A.G** 2:7 90:6,13
**A.D.A** 80:10
**A.D.H.D** 46:5
**ability** 13:13
**able** 44:14 57:22 78:2
**Absolutely** 31:25 47:11
  66:12 83:19 84:11
**acceptable** 47:19
**accepted** 85:23
**access** 78:21
**accurate** 7:17 43:9,11,12
  44:5,7
**accurately** 10:16 14:17
**accusatory** 71:6 82:18 83:7
**accused** 69:4
**acknowledge** 88:4
**action** 4:14 6:3 9:24 15:2
**actions** 31:24
**Adam** 9:16
**addition** 4:10 5:23
**additional** 8:2
**adjournment** 80:14
**administering** 6:13 7:25
**adult** 69:9
**affirm** 9:6
**afforded** 86:8
**afraid** 66:7,11
**ago** 14:13 17:2 18:25
**agree** 79:24
**agreed** 4:3,15,25 5:6,11,16
  6:4 7:5
**al** 1:1,7 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1

73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1,4
**alarmed** 29:9
**Albany** 73:2
**alcohol** 13:23
**alleged** 71:10
**allowed** 43:3
**allows** 43:19 79:4
**Alrighty** 86:15
**altercation** 70:21 82:24
**amazingly** 84:19
**ambulate** 34:13
**amount** 15:24
**and/or** 90:8
**answer** 12:5,6,6,11,12,17
  23:16
**answered** 69:21,22
**answering** 10:23 12:21
**answers** 10:11 11:17
**anticipated** 25:6
**Antitrust** 15:11
**anymore** 57:2
**Anyway** 81:25
**apologize** 68:23 69:2,8,15
  72:5
**apology** 69:24
**APPEARANCES** 2:2
**applied** 33:3
**apply** 68:12
**appropriate** 7:19,23 67:10
  90:10
**area** 30:23 33:23 44:13
  54:17 66:15 73:19
**ARII** 6:13
**arrest** 52:21
**arrested** 41:18 57:8 62:14
**arrive** 23:3,7,10
**arrived** 23:21,21 25:15 27:9
**arson** 34:3
**asked** 16:5 27:13 35:17
  37:25 38:6,17 45:15 50:8
  50:13 59:8 63:13 69:7 72:4
  80:16,17 86:7
**asking** 10:10,23 40:10
**assault** 69:3,5 79:18 82:18

**assaulted** 61:22 69:7
**assessment** 43:11
**assist** 42:18
**Assistant** 42:22
**assisted** 25:2 42:25
**associate's** 21:14
**Associated** 6:12 89:10 90:2
**assume** 11:25
**attached** 88:6
**attempt** 69:15
**attorney** 2:6 6:24 79:23 82:7
  82:9 90:6,12
**audio** 40:18 59:11
**Aug** 77:24
**August** 77:25,25 78:13
**available** 86:17
**aware** 13:11 23:22,24 31:8
  46:13,14,17,20 58:13 65:15
  67:16 84:22 85:6

## B

**bachelor's** 21:15
**back** 24:23 32:23 36:24
  40:10 42:2 44:20 48:8,19
  48:25 49:5 51:21,23 53:4,4
  53:5,7,12,15 55:6 57:13
  70:15 72:9,14,15 75:9,10
  75:14 76:21,21 78:8,11,11
  78:12,14,15 79:16,24 82:15
  82:16
**background** 23:20
**backseat** 50:3
**backyard** 68:3
**bad** 34:16 51:21
**bag** 63:2,4,7
**bail** 76:14 77:5,8,12,20 86:12
**bar** 4:12 6:2 46:13 51:17,21
  51:22,25,25
**barracks** 25:15,22 31:7 36:6
  36:15,21 40:11,12,13,14
  43:5 44:2 49:8,11 72:25
  74:23 82:22
**based** 83:7
**basic** 10:8
**basing** 82:2
**bathroom** 28:12 35:10,18
  38:2,7,10 40:2 86:22

bear 7:6
bears 68:2
beat 23:15
beating 56:21
beef 16:13
began 30:7 35:2
beginning 56:3
begun 4:20
behalf 19:14
behold 28:17
belief 85:21,22
believe 29:9 43:7,12 44:6,6
   44:16 57:3,10,13 67:9 76:2
   79:17 85:17
believed 45:9 84:18
believes 79:10 85:23
benefit 67:12
bent 51:25 52:8
Berman 16:25
best 82:25
better 16:13 45:14 62:17
big 16:15 60:10 84:10
bit 25:11 63:25
blah 20:13,13,13
blew 29:14
blinders 50:25
blue 38:23
borne 8:5
borrowed 86:10
bottle 60:7,9
bottles 60:12
bottom 61:23
bought 15:12,23
bowel 39:10
box 59:17,24 60:14
boys' 81:15
break 12:15,16 86:17,25
breaks 86:23
breathe 53:13
brief 43:23
bring 66:22
bringing 65:15
broke 32:24
Brook 44:12
Brooks 1:1,4 2:1,11 3:1 4:1
   5:1 6:1 7:1 8:1 9:1 10:1,5
   11:1 12:1 13:1 14:1 15:1

16:1 17:1 18:1 19:1 20:1,7
21:1,10 22:1,13 23:1,8,22
24:1,5,8 25:1,3,23 26:1
27:1,9 28:1 29:1 30:1,7,16
30:22 31:1 32:1,6 33:1 34:1
35:1,2 36:1,13 37:1 38:1
39:1,18 40:1 41:1 42:1,17
42:18 43:1,3,24 44:1,2,13
44:19,24 45:1,5,22,25 46:1
46:15 47:1 48:1,7,14,19
49:1,5,17 50:1,8,12 51:1,2
52:1,15 53:1 54:1 55:1,5
56:1 57:1 58:1 59:1,12 60:1
60:17 61:1,2 62:1 63:1,17
63:24 64:1,13 65:1,14 66:1
67:1 68:1,23 69:1 70:1 71:1
72:1,5 73:1 74:1,4,22 75:1
76:1 77:1,9 78:1,2 79:1
80:1,10 81:1 82:1,3,11 83:1
84:1,2 85:1,9 86:1,7 87:1
88:1 89:1 90:1,4
Brooks' 83:17
brought 10:5,5 18:9 24:16
   39:22 53:25 66:10
bucks 18:3
building 28:18 37:7,8,9,11
   38:2
burned 34:7,8,8
burned-up 52:5
bus 61:22
buy 67:21
buyer 16:17

## C

C 3:2
call 22:15 30:12 74:14 75:16
   87:4
called 56:14 72:16,21,25
   76:2 81:4 84:24 85:4
calm 44:14
camera 28:3
can't 81:5
cane 34:14
cannabis 45:22
capable 84:4
caption 89:5
captured 59:11

car 20:24 28:3 30:2 32:12,14
   35:7 36:4,14 39:19 48:8,22
   49:5 51:12 52:16 58:8
   59:16 62:16 86:11
card 51:3 53:3
care 22:17
Cari 1:18 89:2,13
carry 60:13 65:24
case 11:12 18:9 80:5,8 90:4
cases 43:17
caught 32:15
cause 60:4 89:4
caused 32:18
cell 31:18 73:3
certification 5:8
certify 89:2
chain 73:13
chance 12:23
change 39:18
changed 40:6 42:2 47:22
   71:16
changes 90:8
charge 5:15 76:16
charged 63:8,18 65:14 67:5
   67:15 84:19
charges 8:4 56:19 67:5,6
   76:14 82:19
charging 63:12
chatting 61:13
cheap 15:16
check 88:5
chest 29:17
Cheyenne 20:5 25:4 40:10
   45:23 51:7 53:19,19 62:14
   76:13,24
child 21:11
children 21:10
cigarette 48:10 60:19 61:3
   68:16
circumstances 7:23
city 66:18,21,23 74:12
civil 4:6,23 5:4,18 7:9 19:18
claiming 44:2
clarify 86:6
class 15:2,5,19 16:6 17:25
clean 61:24
clear 23:16 81:16 82:16

**clearly** 10:15
**close** 18:23
**closed** 55:9,9,10
**coffee** 70:17
**cold** 33:6
**collecting** 81:24
**come** 15:19 25:14 42:2 60:18
   68:2 75:9 78:12
**comes** 28:18 84:14
**coming** 36:5,6 71:3
**command** 73:13
**commenced** 9:2
**Commission** 88:12
**commissioner** 85:4
**commotion** 53:5
**companies** 16:4
**compartment** 63:2
**compensated** 17:8
**complaint** 41:17 42:16,17,18
   43:2 71:13,18,22 78:18
   80:9
**complete** 11:16
**complying** 53:2
**computer** 63:2,4 65:8
**computers** 15:23
**concerns** 18:11 52:13
**concluded** 87:6
**concrete** 60:24
**condition** 34:21 59:12
**conditions** 13:12
**conduct** 5:20 7:6,11
**conducted** 6:7 8:6
**conducting** 8:3
**conference** 6:7 7:7
**confidential** 79:25
**confirming** 6:16
**confiscating** 75:18
**confused** 63:21
**confusion** 67:13
**Connecticut** 32:20
**consent** 6:19
**considerable** 15:24
**considered** 6:20 68:10 72:6
**consisting** 89:9
**consumed** 13:23
**Cont'g** 23:18 39:16 82:14
   84:7

**contacted** 15:22 16:5 56:10
**contemplation** 80:14
**context** 45:5
**continue** 42:12 84:4
**continued** 72:8 74:19
**control** 6:12
**controlled** 4:24
**conversation** 28:10 41:24
   61:14,18 68:16 70:13
**convicted** 21:21 68:6
**conviction** 22:4
**convictions** 21:24 22:6
**Cooper** 80:10,17,17
**copy** 5:13 6:25 7:8
**correct** 12:23 22:12,20,23
   27:8 36:25 48:17 49:21
   50:9,10 51:6 71:15,25
   74:16 82:24 83:11 88:5,7
**Corrected** 90:16,18,19,20,21
   90:22,23
**corrections** 85:5 90:8,11,15
**costs** 7:6 8:2
**couldn't** 41:5
**counsel** 4:4,16,21 5:2,7,12,14
   5:17 6:5,8,10 7:3 77:9 89:5
**count** 63:18 64:9
**County** 76:8,18 88:2
**course** 79:16 85:8
**court** 1:2 6:7,16 9:4,11,17,25
   10:12,15,17,25 23:14 32:5
   39:14 43:17,19 73:22,25
   74:11 76:3,11 86:24 87:2
**courtroom** 11:10
**CPLR** 6:6 7:8,11
**credible** 80:13 82:3
**crime** 21:22 85:18
**criminal** 32:5 47:10
**cruiser** 28:5
**cuffed** 53:22 61:5,7
**cunts** 43:6 44:3
**currently** 14:9 20:16

---

## D

**d** 3:2,2 7:11,13 9:15
**D.A** 67:12 80:21
**D.A.'s** 81:4
**dad** 85:25

**dark** 37:14,19 75:2,3
**dash** 78:11
**Date** 1:11 90:3,5,24
**dates** 14:24
**David** 9:15
**day** 14:6 27:6 37:22 52:10
   70:24 74:5 88:11
**days** 14:12 90:9,10
**deal** 80:2
**dealing** 14:10
**dealt** 70:23
**Dear** 90:7
**decals** 30:2,4
**deceased** 22:21
**decide** 35:6
**decorative** 59:17
**deemed** 4:22
**deeper** 86:2
**defendant** 2:5 9:23 19:8,17
**Defendants** 1:8
**deficiency** 60:3
**degree** 39:2 85:15
**delivered** 90:10
**delivery** 28:15 36:14 37:8
**department** 26:12 79:12
   84:25 85:5
**departments** 85:24
**Deponent** 90:5
**depose** 19:8
**deposed** 7:9 14:19,22 15:4
   16:7 19:4
**deposition** 1:10 6:6,15 7:7,14
   7:18,20,21 8:2,3,6,9 9:2 10:3
   10:6,7,9,16 12:21 13:3 84:3
   85:8 87:6 90:5
**Depositions** 5:20
**describe** 60:20
**described** 85:9
**description** 37:2
**designate** 7:16
**details** 18:19
**diagnosis** 83:21
**die** 59:19 60:4
**difference** 84:10
**different** 16:4 29:3,4,6 83:17
   83:22 85:24
**difficult** 36:8

Direct 3:4 9:20
directed 64:10
directions 57:4
directly 37:5 79:5
disabilities 18:12
disability 21:4 25:9 27:18
  34:10
disabled 20:17,20
disc 15:9,24,25 17:5,11
discovery 86:5
discriminated 18:12
discussed 67:17,20
discussing 67:18
discussion 27:21
disease 65:3
dismissal 80:15
District 1:2,3 9:25 10:2
document 63:12
documents 63:21,23 84:20
dog 58:11
dogs 61:20
doing 30:25,25 33:18 49:4,6
  49:9,17 52:19 72:7 73:14
  74:19 81:8,10 87:2
door 37:6 39:25 40:2 51:20
  55:7,8
doubt 67:12
drafted 71:14,16
drafting 42:18,25
dreams 84:15
drive 15:9 17:11 25:4
driver 28:15
driver's 50:2,6
drives 15:24 16:2 17:5
driving 24:20,20,22 27:23
dropped 67:6
drove 24:17
drugs 13:16
dry 65:3
Du 80:11
duly 89:6
Duryea 1:1,10 2:1 3:1,3 4:1
  5:1 6:1 7:1 8:1 9:1,9,10,14
  9:22 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1
  19:1,22 20:1,11 21:1 22:1
  23:1 24:1 25:1 26:1 27:1

28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1,11,12,13
81:1 82:1,3,5,5 83:1 84:1
85:1 86:1 87:1 88:1,3,9
89:1,3 90:1,5,7,25

## E

E 3:2,2,2 9:16
e-mailed 7:2
earlier 12:21 20:13
early 30:7
eat 16:9
education 21:13
Edward 9:16
effective 46:18,22
effing 65:22
eight 26:23 75:6
eighty 60:9
either 25:3 26:21 35:23 48:6
elbowed 28:14 29:17
elderly 33:15
elected 74:2
electronic 7:15 8:4
electronically 7:16
elongated 60:24
emotionally 84:10
employed 20:16
employee 83:4
employees 54:25 62:12
employer 15:3
employment 18:9
empty 76:22
enforcement 24:10 28:22
  45:8
enjoy 18:7 45:22
ensure 7:17
entire 12:2 23:15 70:24
  85:22

entirely 83:7
entities 80:23
errata 88:7
et 1:1,7 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1,4
evening 77:25
events 41:16
eventually 21:4
everybody 68:20
exact 18:22
exactly 23:6 42:11
exam 46:13
examination 3:4 4:9,12,17
  4:19,21 5:3,9,13,23,25 7:11
  9:20
examined 4:18
Examining 90:6
example 14:13
exceptions 88:6
excessive 71:11
execute 30:13
exhibit 6:24,25 7:4 64:20
exhibits 6:23 7:20
expecting 25:2
Expires 88:12
explain 66:16 86:3
expletives 50:16
exposed 63:7
express 6:19
extent 83:6
extra 60:14

**eye** 65:3
**eyes** 30:9 65:2,8

---

**F**

**F** 3:2
**facing** 37:6
**fact** 33:22
**fail** 90:10
**failure** 4:10,20 5:24
**fair** 20:12 36:11,11
**false** 21:22
**familiar** 30:22
**family** 15:23 22:17 85:22
**fanny** 60:13
**far** 37:7,9,11 54:12 72:2
**Farmington** 30:11 31:16
**fat** 60:12
**father** 20:7
**favors** 81:11
**federally** 79:19
**FedEx** 28:16
**feel** 12:14 29:18 67:11
**feet** 34:19 36:14
**felon** 68:6 79:16,17
**felt** 55:23
**Ferguson** 20:10
**fifty** 33:17 36:17
**fifty-five-inch** 65:2
**fifty-two** 9:5
**fighting** 55:18,20
**figure** 71:5
**figuring** 63:25
**file** 79:6,10 81:25
**files** 81:4
**filing** 5:8 81:13
**fill** 31:23
**film** 31:12 35:2
**filmed** 30:24
**filming** 28:22 29:22 30:7,16
    31:8
**films** 31:3
**find** 16:15 61:25
**finding** 11:14
**fine** 18:24 65:9
**finish** 10:22 84:6
**Finnegan** 9:23 25:14 27:2,9
    35:3,13,14,15 37:6,7 38:6

54:23 58:16 60:22,23 61:9
    61:9,14 62:2 68:17 70:11
    70:13,22 73:11
**Finnegan's** 30:9 36:4,12
**fire** 32:15 33:2,13,19
**firearm** 63:18 64:9 67:6
**firm** 15:22 16:5,21,23
**first** 12:17 15:22 24:2 26:5
    34:18 35:15 37:25 38:6
    66:8 67:14
**fit** 60:13
**five** 21:8 25:13 49:3 53:16
    58:3 60:9 78:22
**fix** 15:25
**flintlock** 62:16,18 65:16
**floor** 2:8 41:9 90:13
**flower** 47:5,14 48:6
**FOIL** 80:18
**follow** 48:19 54:4 57:4 84:19
**followed** 42:7 48:24 54:12
**food** 70:16
**foot** 34:20
**force** 57:12 71:11,24
**foregoing** 88:3 89:3,8
**forever** 55:23
**forget** 18:22
**form** 4:8 5:21 31:6 40:10
    42:3
**forty-three** 43:2
**forward** 53:6 70:14
**found** 63:6 65:19 80:10 82:2
**four** 19:2 26:2 49:3 53:16
**four-year-old** 61:19
**fourteen-year-old** 61:20
**foyer** 54:17
**Frankly** 80:4
**Friday** 76:4,5
**front** 25:15 36:15,21 37:5
    39:24 69:24 74:5
**fucking** 43:6 44:3
**full** 11:16 19:20
**fully** 14:16
**furnished** 5:14
**further** 4:15,25 5:6,11,16
    6:23 36:18 70:12

---

**G**

**G** 3:2
**GENERAL** 2:6 90:12
**General's** 79:23
**generally** 38:24
**generated** 7:18
**getting** 18:6 23:23 44:8 53:9
    53:10
**give** 9:7 10:16 11:15,16
    12:23 52:3 59:6
**given** 45:5 64:4
**giving** 21:22 89:6
**glasses** 53:11,20
**gloomy** 37:18
**go** 10:8 13:11 22:9 24:14
    25:12 26:19,21 35:9,18
    38:2,2,17 39:6 44:20,20
    54:6,19 56:17 65:13 67:17
    77:2 78:8 84:5,5,5
**God** 16:23
**goes** 11:12
**going** 18:19 25:10,12 28:2,4
    28:13 32:18 35:7 36:7,8
    44:19 49:5 50:23 53:11
    54:11 55:11,14 56:17 62:5
    64:19 66:7 69:8 74:20
    76:21,21 79:3,17 86:4,15
**good** 9:22 55:21 63:23 81:14
**Gorrie** 80:10,17,18
**gotten** 31:6 52:8
**Gould** 9:24 57:9,23,23,24
    58:2,21 70:13 71:5,23
    73:17 82:17,21,22
**government** 81:11
**grab** 51:17,21,22,24,25
**grabbed** 51:10,13 52:23
    53:20
**green** 32:14,17
**ground** 10:9 53:11
**Group** 42:23
**guess** 12:6,12 45:10 69:10,13
**gun** 65:24 66:3 67:18,21 68:5
    68:9 76:16
**guns** 68:3

---

**H**

**Hampshire** 24:25 46:18
    65:24 68:5 69:3 72:10

75:13 78:9 79:15 85:6
**hand** 9:6,11
**handgun** 66:22
**hands** 80:24
**happen** 25:7 33:22
**happened** 26:10 39:21 40:5
41:17 53:24 56:4 84:23
**happening** 84:25
**happens** 38:24 42:3 68:17
72:4,7 74:15,17 76:5 84:12
**happy** 30:20
**Harben** 2:7 3:4 9:19,21,23
23:18 39:11,15,16 82:14
84:2,7 86:24 87:4 90:6,13
**Harding** 20:4 22:13 24:5
25:3 34:25 44:19,23 45:21
48:15 56:22 63:9,18 64:10
86:17
**hauled** 51:25
**head** 10:19
**heading** 88:4
**health** 13:12 59:12 86:25
**hear** 11:21 13:10 22:2 42:4
55:14,17
**heard** 11:25 23:20
**hearing** 19:14 45:4 53:5 77:5
77:12,12,21
**hearings** 32:5,7 78:18,19
**heat** 33:3
**held** 51:22 77:13
**help** 44:17 66:6 74:2 86:10
**helped** 80:14
**hereof** 88:4 89:6
**hereto** 4:4,17 5:3,8,13,18
89:5
**hesitate** 79:18
**highest** 21:12
**hit** 29:14 57:7 69:2
**hitting** 29:16
**hobby** 18:4
**hold** 78:18
**holder** 65:23
**holding** 51:16,24
**home** 24:13,22 30:13
**honest** 17:7
**horrendous** 85:9
**horrible** 82:13

**hot** 37:21
**hour** 72:11
**hours** 13:17,24 14:3 25:13
26:17 75:3,4
**house** 22:21 60:6 76:22
**Huggins** 16:25
**hundred** 17:21 18:3 60:9
**husband** 20:10 26:19 32:20
46:23 47:5,20 72:9,9,22
75:9
**husband's** 73:3 76:22

## I

**I.T** 21:17
**identify** 57:22
**identity** 6:17
**illegal** 60:15
**illegally** 67:5
**impact** 13:17
**important** 10:22 11:16
**inaccurate** 12:22
**inadvertently** 64:4
**inarticulate** 43:21
**incarceration** 85:10
**inches** 60:10
**incident** 10:4 83:18
**incidents** 82:22
**including** 4:7 5:20 22:6
**inclusive** 89:10
**incomplete** 12:22
**inconvenient** 33:25
**Index** 1:6 90:4
**indicated** 20:13 32:11 34:10
44:13
**indicates** 80:10
**indicating** 45:5
**information** 21:22 56:9 62:2
**initial** 82:23
**initially** 35:2
**innocent** 67:12
**inside** 39:24 40:11,13,14
41:6,8 51:17 54:2,6
**instances** 30:24
**instructed** 57:4
**instrument** 82:18
**instruments** 71:6 83:7 84:18
**Int'l** 89:11

**integrity** 85:20
**intent** 45:9
**intentional** 33:7
**interact** 72:19
**interacting** 27:2,4 36:13
**interaction** 30:8 41:14 60:21
62:12
**interactions** 31:3,8 35:2
**interested** 11:14
**interesting** 48:3 76:13
**interfere** 13:13
**interior** 33:2
**International** 6:12 90:2
**intoxicating** 14:2
**investigate** 35:7
**investigated** 56:12
**investigator** 35:12 57:9,23
71:23 82:17,21,22
**investigators** 73:17
**involved** 27:21 50:16 70:20
**involving** 21:22 41:24
**irritable** 39:10
**issue** 74:15
**issues** 70:12
**items** 86:6

## J

**J** 19:22
**Jail** 76:8,18
**Jeb** 2:7 90:6,13
**jeep** 27:17,20 32:17,19 33:4
37:2 42:8 51:18 52:2,5,11
52:14
**Jeeps** 51:17
**Jeff** 9:23
**jeopardy** 67:22 79:11
**jobs** 30:25
**Joey** 28:14 51:21 53:2 63:22
**Joseph** 1:1,4 2:1,11 3:1 4:1
5:1 6:1 7:1 8:1 9:1 10:1,5
11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1
21:1,10,11 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1,17 39:1
40:1,4,10 41:1 42:1,5,7,10

43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1,20
53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1,23 61:1 62:1
63:1 64:1 65:1 66:1 67:1
68:1 69:1,4,6 70:1 71:1
72:1 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1,4
**Joseph's** 20:7 82:7 85:25
**judge** 55:21 73:19,20 74:4
**judges** 74:11
**judicial** 74:9
**July** 22:10 23:5 24:6 32:3
34:9 47:8 77:18,20
**justice** 73:22,25 76:3 85:21
85:23

**K**

**keep** 10:14 59:18 60:13
67:23 68:6 79:25
**keys** 70:15
**kids** 70:16
**kind** 80:24
**knew** 45:14 47:5 63:3,4 69:2
**know** 10:24 12:5,6,15,23
14:23 16:21 26:16 30:6,18
31:11 32:18 34:24 40:15,20
41:19 42:13 45:16 46:4
47:4,7,9,9,16 48:2,5,8,15
48:15,16 49:9 51:16 57:20
57:24 58:6,20 60:7 62:17
63:17 64:4,8 66:3 69:5,6,6
70:7,8,14 72:2,20,21,24
74:2,8 77:19 78:23 79:13
79:25 80:22,25 81:19,23
83:21 85:7,16,19 86:7,13
**knowing** 45:13,13
**knowledge** 24:11,15 82:25
83:12
**known** 19:24
**knows** 48:14 72:18 73:17

**L**

**lady** 56:6,8
**late** 38:20

**law** 4:7,23 5:4,19 6:20 24:10
28:22 45:8 46:10 47:4,7,22
47:24 69:6 81:12,12,17
85:17
**laws** 67:16,18
**lawsuit** 10:5 19:18 57:10
71:5
**lawsuits** 15:3,5,8,20 18:4
**lawyer** 72:19 73:18
**leading** 56:18
**leaf** 32:24
**leave** 24:6 39:6 60:6 68:8
74:22
**leaving** 44:13
**left** 37:7 49:8 56:20
**legal** 19:21 42:22 57:5
**legally** 64:7
**legs** 25:5
**let's** 22:9,9 65:13 68:21
79:23
**let's** 84:4
**level** 21:12
**Liberty** 2:8 90:13
**lied** 63:5
**light** 37:16
**likewise** 86:2
**lines** 26:9 32:16 67:14
**Lit** 78:19
**litany** 78:18,19
**litigation** 6:21 7:10
**little** 25:11 32:19 38:20 49:2
60:13 63:25 64:22 77:16
86:17,25
**living** 30:22,23
**lobby** 54:16,17 55:5,7,8
56:20
**local** 26:11 31:24 58:14
73:20
**located** 62:16
**location** 6:10
**locations** 6:9
**lock** 39:25
**locked** 55:10 62:20 67:23
68:7 84:21
**long** 17:2 29:22 39:4 53:14
53:17,17 55:19 74:25 75:2
82:11,12 86:22

**longer** 12:10
**look** 16:22 17:6 28:4 30:8
35:9 58:2,22 63:13,24
64:10,13,13 74:3
**looked** 30:3 31:6 35:8
**looking** 53:3,4 58:5,23 69:10
83:20,21
**looks** 57:25
**lost** 32:19 86:12
**lot** 15:23 16:3,4,9 17:23
36:16,18,20 37:3 39:6
53:11 54:5 56:18 70:21
82:23 86:9,10,14
**love** 16:11
**low** 28:17
**lying** 21:22

**M**

**mad** 78:10
**Madam** 86:24
**maiden** 20:2
**main** 36:23
**Maine** 46:18
**man** 17:22 32:25 33:15
**manner** 6:18
**manufacturers** 15:25
**March** 1:11
**marijuana** 45:2,6,9 46:2,15
46:24 47:13 50:9,19,23
51:3,5 53:3
**mark** 64:20
**marked** 6:24
**marriage** 20:2
**married** 20:8
**Mary** 82:11,12
**Massachusetts** 67:3
**materials** 89:11
**matters** 7:10 22:18
**mean** 57:23 63:15,16 64:16
65:14 74:3
**means** 7:15 8:4,6
**medical** 20:23 44:25 45:6
46:14,15,24 50:8 51:3 53:3
83:21
**medication** 13:15,16 42:6
44:15 45:2,7 59:18
**medications** 13:20

meet 57:18
meeting 6:11
memory 13:18
mental 13:12 59:12 83:17
 86:25
mentioned 41:9
middle 37:2 75:5 84:13
military 21:19
millimeter 67:23
mind 62:9 65:22 69:7
minutes 39:10 49:3 53:16
missed 62:22
misunderstanding 67:13
moisturize 65:7
moment 55:2
Monday 76:11
money 86:10,14
morning 9:22 26:16
mother 22:21
mother's 84:3
mother-in-law 26:8
motion 4:13 6:2
move 4:8,11 5:22,24
moving 70:14
multiple 32:13
multitude 20:22

**N**

N 3:2,2
N.D.A 18:10
name 9:12,23 16:3 19:21,24
 82:10 90:4
named 57:9 71:5
names 82:13
narrative 43:24,25
nation 79:12
nature 18:16 21:25 59:13
 78:5 85:14
neck 26:7 42:15
need 6:14 12:14,17 24:9
 34:12 65:7 66:11 68:3
 75:24 80:6,6 81:6 86:25
needed 24:12 28:12 32:23
 35:6
negatively 30:16,19
network 81:15
never 33:18 50:22 67:15

new 1:3,7 2:6,9,9 10:2 14:10
 22:14 23:4 24:6,25 26:11
 26:24 32:22 33:22 42:22
 43:25 46:18,22,24 47:4,19
 54:24 62:11 65:16,23,24,24
 66:7,17,20,23,24 67:2 68:5
 69:2,5,24 72:10 75:13 77:5
 78:8,13 79:15 85:5 90:12
 90:14,14
nice 66:15
niece 65:19 66:5,7
night 26:14 46:3 84:14 85:14
nine 75:6
nine- 67:22
nine-millimeter 67:23
ninety-nine 71:21
nitroglycerin 59:20
nodding 10:18
nonverbal 10:18
Nope 45:20 59:21 70:9
normal 28:4
normally 38:25 39:2
Norwalk 32:21
notary 4:18,19 88:12 90:9
noted 88:4,6
notice 10:6 52:8,9
noticed 52:10
notwithstanding 7:7
number 32:4 56:10 89:9
 90:4
NYLAG 42:21 71:16,19,21

**O**

O 3:2,2
o'clock 37:19 75:6
O.D.D 15:21 16:19
oath 6:13 7:25 11:6,10,15
object 4:7,10 5:21,24
obligation 7:8
observe 42:4 52:17 53:9
 68:18
observed 83:17,22 84:9
observing 45:8 49:6 61:10
occasions 32:13
occur 50:18
occurred 50:22 82:24 85:19
odd 61:25

offense 47:10
offer 70:8
office 2:6 77:16 79:24 81:11
 85:4 90:12
officer 6:13 7:24 29:14 35:13
 54:23 58:11,18 79:18 85:24
officer's 58:14
officers 30:15,21,25 31:24
 48:5,16,24 49:4 50:7 54:24
 59:4 73:4,8 83:8
official 45:8
oh 16:23,23 17:19,22 19:25
 29:20 59:23 73:7
oil 47:16
okay 9:19 11:19,21,22 12:20
 13:9 14:15 15:4 16:12 17:2
 18:5,11,18 19:20,23 20:3,6
 20:12,18,24 21:3,9,9 22:9
 22:12,25 23:7,13 24:4,14
 24:17 25:8,10,21 26:3,13
 26:25 27:12,19,25 28:20
 29:11,18,21,24 30:5 31:11
 31:17,22 33:5,20 34:6,17
 34:21 35:11,16,21 36:7,19
 37:4,10,20 38:19,22 39:4
 39:15,23 40:5,19 41:4,15
 41:21,21,25 42:9,16 43:8
 43:15 44:8,12 45:25 46:6
 47:3,21 49:10,10,20 50:18
 50:25 51:11,14 52:3,7,12
 52:25 53:14 54:22 55:4,11
 55:19,22 56:5,8,13,22 57:6
 57:21 58:7,24 59:23 60:16
 60:20 61:2,9 62:7,10,19
 63:8 65:10 66:4,10,25 67:8
 67:14,19,25 68:11,15,22
 69:12,17,23 70:6,18,25
 71:4,9,24 72:3,12,24 73:18
 73:24 74:7,12 75:8,11,23
 76:10,15,20 77:4,11,15,22
 78:7,12,17 79:8,13,21 80:3
 80:25 81:7,25 82:8 83:10
 83:14 84:4,8 86:4,20,21
old 14:7 20:14 31:18 81:15
one's 64:24
opined 43:3
opinion 43:20 49:18 66:13

**optical** 15:9,24 17:5,11
**oral** 59:7
**order** 69:8
**orders** 16:4
**original** 4:21 5:9
**ounces** 47:13
**outer** 63:2
**outside** 21:24 33:3 40:12
   49:24 55:5
**over-the-counter** 13:16
**overcharged** 15:13
**owed** 86:14
**owning** 67:22

**P**

**P** 3:2
**P.D** 26:21 31:7
**p.m** 1:12,12 9:3 39:12,13
   87:7
**P.R.'d** 76:13,16
**P.T.S.D** 41:12,19,24
**pack** 24:5 60:13
**packed** 66:5
**Packing** 22:20
**page** 10:10 89:5
**pages** 89:9
**paid** 17:12,14,19 18:6
**pair** 38:18
**paragraph** 43:2 80:9
**parentheses** 43:3,5
**parking** 36:20 37:3 39:6
   53:11 54:5 70:21 82:23
**parole** 23:23 68:12 84:18,22
   85:4
**part** 5:19 11:22
**participate** 7:15
**participating** 6:11
**particularly** 10:22 30:19
**parties** 4:4,16 5:2,7,12,17
   6:5,19 7:5,13,24 90:10
**party** 7:9,9,15 8:5
**passed** 46:12
**passenger** 28:6 51:20
**Pat** 82:11,12
**pauses** 55:24
**pay** 86:10
**peacock** 56:7,9

**pending** 9:24 12:17 17:17
**people** 66:6 83:8
**percent** 71:21
**period** 56:3,3
**permanently** 20:20
**permit** 23:23 24:9 25:18,22
   27:10 46:15,17 50:8 65:17
   65:23 67:2
**person** 24:10 46:12 73:14
**personal** 62:2 70:12
**personnel** 27:5 69:25
**perspective** 49:15
**phone** 28:22 30:17 56:10
   73:4 75:14,15 76:18,25
**phones** 31:19 76:19 77:3
**photographs** 52:4
**phrase** 90:16,17,18,19,20,21
   90:22
**phrasing** 18:22
**physical** 6:10 13:12 70:20
**physically** 7:21,25
**pick** 78:2
**pictured** 66:17
**pictures** 30:3 33:4 78:4,5
**pinched** 61:23
**pistol** 62:16,18 65:16
**place** 6:14 8:2 32:20,21,22
   88:4 89:4
**Plaintiff** 1:5 2:3,11 19:7
**planning** 24:22 44:25
**play** 36:8
**please** 9:5,12 10:14 11:19,22
   12:15,22 36:10 66:22 88:5
   90:8,9
**plenty** 31:15
**point** 12:21 21:5,7 27:9,19
   27:20 35:6 38:19 40:15
   47:12 49:11,20,24 50:7
   51:12 53:22 54:7,20 56:25
   57:21 61:5 62:13 68:15
   72:4 74:21 75:8 76:7 77:9
   78:9 82:9
**police** 26:11,20 27:5 29:14
   30:12,15 31:24 43:4,5,20
   43:25 44:25 48:5 52:20
   54:25 58:14 62:11 69:24
   72:23 73:4 74:22 79:11,18

   80:24 83:3 84:24 85:18,24
**policy** 84:19
**polite** 29:13 35:22
**polluted** 15:25
**pork** 15:9,10,12,16 16:9,10
   16:11,13,17,20 17:3,16,18
   17:20,23
**portion** 40:25
**possessing** 67:5
**possession** 7:3 63:9 68:10
**potassium** 59:25 60:2,3,14
**potentially** 51:5
**Practice** 4:7,23 5:4,19
**prepared** 89:10
**prescription** 13:16
**presence** 89:4 90:8
**present** 2:10 6:5 7:21,25
   23:25 27:12 30:6 43:4
   57:11 62:12 71:10,23 77:12
   82:21,23 85:8
**presented** 7:2
**presenting** 6:24
**pretty** 46:9 66:15 85:9
**previously** 27:6
**price** 15:25
**principle** 69:10
**prior** 7:3 32:3 76:14
**privilege** 44:9
**PRO** 2:4
**probably** 23:20 26:4,22 35:5
   36:16 39:9 51:19 80:6
**problem** 31:4 38:23,23 63:20
   79:2
**problematic** 65:17
**problems** 31:21
**proceed** 48:19
**process** 13:18 77:6
**processed** 76:11
**processing** 72:8 74:19
**produced** 78:5
**proof** 31:4
**properly** 80:6
**prosecution** 32:6 33:21
   56:19
**provide** 7:22 63:14
**provided** 4:6,22 5:4,18 56:9
   56:11 77:21 79:5 89:11

**providing** 62:2
**provisions** 7:17,19,22
**public** 4:18,19 88:12 90:9
**pulled** 36:15 52:16,23 53:9
   53:25
**pulling** 51:15 52:18
**purchase** 16:3
**purpose** 6:21
**purposes** 5:4 10:3
**purse** 59:15,16,17,22
**pursuant** 6:6 10:6
**put** 9:11 32:23 43:24 44:17
   64:13 67:21 80:18
**puts** 79:11
**putting** 62:25

**Q**

**question** 4:8,11 5:21,24 7:5
   10:23,25 11:18,22 12:2,4
   12:10,16 13:3 23:15 50:14
**questioning** 7:4
**questions** 10:4,10,11 11:17
   59:8,10,11
**quick** 75:15
**quite** 33:14 84:3 86:6
**quote** 43:5 44:3,3

**R**

**R** 3:2 9:15
**raise** 9:6
**raised** 85:17,22,25
**raises** 61:20
**reach** 76:25 85:3
**react** 41:19
**reacted** 30:16
**reaction** 70:7
**read** 43:16 88:3 90:8
**reading** 18:4 65:12
**realize** 12:20
**really** 15:14 58:6 76:12
**reason** 11:18 14:16 24:19
   57:10
**reasonable** 7:17,19
**recall** 26:25 27:4 44:15,18,23
   45:4 49:6 50:11 58:5 70:19
   72:6 77:11
**received** 80:18

**record** 7:18 9:5,13 10:17
   23:16 39:11,12,13,14 41:5
   78:24 88:3 89:10
**recorded** 6:18 10:11 41:12
   77:19
**recorder** 41:3
**recording** 6:18 40:16 41:8
   57:2
**recordings** 31:12,15
**records** 79:5,5,19 80:17,20
**recounts** 78:18
**regarding** 7:4
**regardless** 82:20
**registration** 30:13
**regular** 28:25
**relation** 36:4
**release** 78:22 79:7 81:4,6
**relieved** 25:2
**remember** 12:10,11 23:6
   28:6 34:25 42:11 43:13
   46:7 60:24 71:2 73:10
**reminder** 23:14
**remote** 6:9 7:14 8:4
**remotely** 6:15
**removing** 62:21,25
**rent** 32:11
**rentals** 86:11
**rep** 15:5,20 16:6 17:25
**repairman** 33:12
**repairs** 32:22
**repeating** 25:12
**report** 56:7
**Reported** 1:18
**reporter** 6:8,16 9:4,11,17
   10:12,15,17,25 23:14 39:14
   86:24 87:2 89:13
**Reporters** 6:12 89:11 90:2
**represent** 9:23
**representative** 15:3
**representing** 5:14
**requested** 24:2
**requesting** 8:5
**requires** 11:6
**reread** 79:7
**reserved** 4:9,13 5:23 6:3
**resolve** 74:15
**resolved** 18:18,25

**respect** 23:23
**respectful** 29:19
**respective** 4:4,16 5:2,7,12,17
**responded** 51:2
**response** 10:17 38:12 50:12
**responses** 10:18 86:5
**rest** 10:24
**retained** 31:13,21
**retaliatory** 34:3
**retire** 62:5
**return** 4:20 24:12 90:11
**returned** 84:20 85:10,13
**right** 4:7 5:21 9:6 14:8,13
   16:24 17:17,22 18:2,19,20
   19:4 20:9,12 21:3,9 30:21
   33:13,16,23 34:2,2,20 35:9
   35:11,19,24 37:8,10,10,10
   37:23 38:3,8,13,15 39:8
   40:3,8 41:22 43:18 44:18
   45:16,19 46:9,25 47:3,6,8
   47:21,21,23,24 48:7 50:15
   50:24 51:2,5,8 52:15 53:7
   54:6,10 55:2 58:10 59:3
   60:5 62:15 63:11,24 64:5,8
   64:11,19 65:8,13 66:2
   67:11,19 68:4 69:10,11,14
   71:22 72:3,17 74:7,9,14,24
   75:14,17,23 76:12,15,23
   77:4,24 78:19 79:21,21
   80:7,8 81:25 84:21 85:2,16
   86:19 87:2
**rights** 4:6,22 5:18
**righty** 18:8
**rise** 10:4
**road** 36:23 72:11
**Robert** 9:15
**roll** 48:10
**Rook** 23:22
**rooms** 55:12,15
**Roraback** 1:18 89:2,13
**routine** 31:23
**rule** 4:22 45:19 68:4,5
**rules** 4:7,23 5:5,19,20 10:9
   13:2,3,7 68:11

**S**

**S** 3:2

safe 67:24
Salem 26:21,22 31:7 66:17
Salem's 66:15
saw 27:5 28:2 55:3 60:17
saying 44:15,19,24 52:19,20
    53:12 63:6
says 43:2,24
scene 73:8 83:9
school 61:22
scooter 34:8,13,16
screaming 37:21 55:18,20
screen 65:2 85:12
SE 2:4
seal 78:21
sealed 78:25 81:5,19,20,22
search 62:15 75:20
searched 58:8 59:16
second 20:10 56:21
section 6:6
security 21:5
see 13:10 40:23 41:8 43:23
    49:13,16 54:22,24 55:11
    58:25 71:9,12 73:7 79:9
    81:9
seen 28:21,21 51:17 58:17
    63:12 79:20
selectmen 30:12
self 66:11
self-defense 66:11
senior 73:14
sent 28:11 40:23 75:10 78:23
sentencing 19:14
separate 6:9 80:23
separately 77:13
sequence 41:16
sergeant 28:7 57:18,22,23
series 78:8
serve 21:18
set 32:14 33:2,12,18
settled 17:12,18 72:20
seven 80:9
shaking 10:18
shattered 85:21
sheet 88:7
shit 84:17
shoot 79:16
short 56:3 60:25 64:16

shorter 87:5
show 52:5
showed 28:17
shows 58:8
shut 41:3
sick 14:5,6
sickness 14:10
side 28:6 37:7,9,11 50:2,6
    56:20 85:12
sides 68:20
sign 25:20 27:10,15 28:8
    79:10 90:8,10
signature 26:15 90:11
signed 16:14 23:23 24:9,15
    25:18,19,22 26:22 31:6
    63:5 71:6 82:17 83:6,15
    90:24
Similarly 12:9
Simon 72:16 73:6,18
sir 29:13,13 83:5
sitting 27:17 49:25 52:11
    60:23 85:11,11
six 60:10 61:24
sixty- 14:6 21:7
sixty-point 78:22
sixty-two 20:14
Skip 26:19
slammed 53:10
smell 48:11
smoke 44:21 45:6,9,14 48:8
    48:11,14 50:23
smoked 45:23
smoking 45:17 46:2 50:19
sober 61:24
social 21:5
Som 25:15
somebody 58:21 70:21 72:25
    72:25
Somers 25:15 26:21,23 31:7
    43:4 76:2
son 15:22 20:25 25:5 28:21
    28:22 29:12 33:21 45:13
    46:4,14 47:12 55:18 56:21
    60:22 61:19 64:6 67:22
    69:9 71:15 75:24 85:17,17
son's 19:13 63:2 85:8
SONY 1:1 2:1 3:1 4:1 5:1 6:1

7:1 8:1 9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1,4
soon 54:9,11
sorry 22:2 23:17 27:24 35:5
    36:5 41:2,23 69:19 71:20
sort 24:9 38:22 73:21 74:4
sought 27:9
sounds 41:17
South 26:21,22 31:7 66:14
    66:17
Southern 1:3 9:25
speak 10:15 28:19
specific 79:23
specify 7:18,20
spell 9:12
spent 18:4
spoke 35:12,14,15,24 36:2,4
    73:6
spoken 56:14 70:11
spring 32:19,19,24
stand 40:4
standing 27:18 35:4 54:5
    60:23 70:5
staring 65:8
start 55:25 86:19
started 53:5
state 1:7 2:6 9:12 22:14
    26:20 27:5 43:4,4,25 52:20
    54:25 62:11 65:16,23 66:9
    69:24 72:23 73:4 80:23
    83:3,17 85:5 88:2 90:12
stated 89:5

**statement** 42:14 43:23 44:9 59:4,5,7 63:6 82:2
**states** 1:2 7:12 9:25
**stay** 77:5
**stepdaughter** 61:21,21
**steps** 60:24,25,25 70:11
**stick** 62:8
**stipulate** 7:13
**stipulated** 4:3,15,25 5:6,11 5:16 6:4,23 7:24
**stipulation** 7:16
**STIPULATIONS** 4:2
**stood** 39:24
**stop** 71:8 83:24
**stopped** 55:25 57:17
**stories** 66:20
**stormed** 42:10 44:2
**storming** 44:12
**storms** 42:7
**Street** 2:8 90:13
**strike** 4:9,11 5:22,25
**stuff** 75:13,25 80:24 81:21 86:8
**substance** 61:18
**substances** 14:3
**sued** 15:3
**suggest** 69:23
**suggested** 68:19
**suitcase** 62:18,20,25 63:3 65:20
**suits** 15:11
**summer** 75:5
**supervising** 61:10
**supervision** 68:13
**supply** 7:8
**supposed** 13:21
**Supreme** 43:19
**sure** 16:20 26:2 28:7 34:5 39:15 40:21 50:17 55:2 85:6
**surgery** 34:18,19
**surprise** 30:5,10 45:7,10
**Susan** 72:16,18,22,23 73:6 73:18
**swear** 9:6
**sworn** 3:3 4:17 6:15 9:10,18 88:10 89:7

**system** 74:9 85:23

---

## T

**tablets** 60:9
**take** 11:11 12:15,16 13:15,21 22:17 23:15 25:6 33:13 42:6 45:7 59:4,18 60:7,8 74:15 75:12,19 86:16,23
**taken** 7:14 10:6 11:6 14:2 55:5,6 74:22 75:24 76:7 88:4 89:3
**takes** 63:25
**talk** 11:2 28:13 64:22 79:22
**talked** 72:22,23
**talking** 29:16 40:9 41:18 42:2 45:6 51:4 82:17 83:24
**talks** 84:14
**tall** 60:10
**taxpayer** 30:14
**telephone** 7:14 8:4
**telephonic** 8:3
**tell** 11:6,19,22,24 12:5,11 32:18 47:22 65:18
**telling** 51:12 63:11
**ten** 85:9
**terrors** 85:14
**testified** 19:10 30:7 46:2
**testify** 13:13 14:16 19:13 89:7
**testifying** 5:15
**testimony** 4:9,11 5:22,25 9:7 88:4 89:3,6 90:8
**Thank** 9:17 23:16 87:3
**thing** 28:25 67:20 74:11 76:13 77:2 79:22 81:2
**things** 18:16 20:22 21:25 22:7 35:9 59:12 62:8 65:3 71:17 72:19 76:10 78:4,24 80:5,5 81:19 85:14 86:10 86:11,13
**think** 10:24,24 18:23 19:3,19 21:7 23:5 28:6,15,18 29:6 31:10,14 32:21 34:23 40:17 40:17 41:10,10,13 43:10 44:22 45:23 50:13,23 55:3 58:3 63:3,4 69:16,18 72:9 73:12,23,25 74:2,6 78:10

78:14,21,23 82:10,20 84:9 86:15,16,16
**thinking** 73:13
**third** 19:25 20:11 58:18 83:3
**thirteen** 34:19
**thirteen-year-old** 61:21
**thirty** 36:14 39:9 75:6 86:20 90:9,10
**Thirty-five** 17:21
**Thirty-four** 64:13
**Thirty-three** 63:17,25 64:12
**thought** 13:18 29:25 53:2
**thousand** 17:15,16
**three** 14:12,23 26:2 34:20 37:19 49:3 86:20
**time** 1:12 9:4 24:2,10 25:14 26:5 27:16 30:13 34:12,18 43:3 45:22,22,24 46:14 47:8,13 50:19 52:7,9 53:17 55:21 56:3,21 60:16 65:15 66:8 67:14 75:2 88:4 89:4
**timelines** 46:8
**times** 14:23 25:25 31:6 34:20
**Timko** 57:19,22 58:21
**tiny** 77:16
**tobacco** 48:12,15
**today** 9:7 13:13 14:5,17 29:12
**told** 12:22 28:11 35:20 43:16 44:25 60:14 62:4 82:6 83:8
**top** 46:25
**touching** 69:3
**town** 74:11
**traffic** 21:25 22:7
**transcribe** 10:16
**transcript** 7:8 77:17 88:5,7 90:8,10,11
**transcription** 89:9
**transcripts** 28:11 86:12
**traumatize** 58:25
**travel** 24:9 27:10 32:6
**traveled** 32:9
**treated** 84:17
**treating** 29:6,10
**trial** 4:13 6:3 11:12 19:10 56:17
**tried** 66:16 72:19 77:17

**trip** 23:4
**trips** 26:24
**Trooper** 25:14 27:2,8 35:3
  61:25
**trouble** 11:2 25:5 26:18
  27:18 64:7 65:4 66:6
**truck** 23:12 24:21 32:25 33:2
  34:8 38:18
**true** 88:5,7 89:10
**trust** 83:23
**truth** 9:7,8,8 11:7,7,7,15
  89:7,7,8
**try** 26:15 57:4 68:23
**trying** 36:19 41:15 64:20
  71:4
**turned** 51:6,9,22 53:5,7
  72:13 85:18
**turns** 21:4
**twenty** 34:9 36:13 39:9
**twenty-five** 36:14
**twenty-four** 13:17,24 14:3
  26:17
**twice** 85:23
**two** 14:7 15:2,5 17:15,16
  26:2,20 47:13 70:23 85:24
**typewritten** 89:8
**typically** 30:23

---

**U**

**U** 9:15
**U-Haul** 72:10 75:20
**U.P.S** 28:16
**U.S** 43:19
**Uh-huh** 53:21 60:11
**uh-huhs** 10:19
**ultimately** 67:4,4,6 69:14
**unauthorized** 6:20
**underlying** 32:5
**underneath** 32:25
**understand** 10:12,19 11:5,9
  11:18 12:2,18,24 13:5,6
  28:9 71:14 74:9
**understood** 11:25 43:22
**underwear** 38:18 39:19 40:6
**Uniform** 5:19
**Union** 9:15
**United** 1:2 9:25

**unseal** 79:3
**unseals** 79:3
**unwanted** 69:3
**upset** 33:14
**upstairs** 86:18
**use** 7:19 28:12 71:24
**uses** 71:10,24
**utilized** 5:3

---

**V**

**v** 1:1,6 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1 68:1
  69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1 88:1
  89:1 90:1,4
**vape** 47:5,16,19 48:6
**vehicle** 28:3 36:12 44:20
  45:14,19 49:21,23,24 52:22
  52:22,24
**vehicles** 32:22
**VENUE** 1:13
**verbal** 10:17
**Verizon** 77:2
**versed** 46:10
**versus** 57:22,23
**vicinity** 48:20
**video** 6:7 7:7 10:21 41:8 58:8
  58:23 62:21,24
**videoconference** 6:11,17
**videos** 36:8 37:16 58:17,23
**view** 65:3
**violate** 81:17
**violation** 6:20
**violations** 21:25 22:7

**visiting** 22:14,16 26:8
**visualize** 36:20
**voice** 10:14 43:20

---

**W**

**W-A-N-D-A** 9:14
**wait** 10:22 23:15 26:17 35:20
  39:2,4
**waiting** 39:5
**waived** 5:10
**waiver** 4:12,22 6:2
**wakes** 84:13
**walk** 68:21
**walked** 28:12
**walking** 25:9 27:18 34:10,13
**walks** 48:8
**wallet** 51:7
**walls** 57:14
**Wanda** 1:1,10 2:1 3:1,3 4:1
  5:1 6:1 7:1 8:1 9:1,10,14
  10:1 11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1 19:1,22
  20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1
  75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1,3,9
  89:1,3 90:1,5,25
**want** 15:12 22:15 39:6 46:21
  49:18 57:7,8 63:15 78:24
  78:24 80:5 81:13,16 82:15
  86:6
**wanted** 16:5 45:5 56:7,19
**wanting** 45:7
**warrant** 50:14
**wasn't** 33:7 52:19 63:8 65:14
  81:24
**wasn't** 20:25

watching 61:10
way 13:18 25:2,13 29:10
   36:8 64:25 72:10 75:10
   80:16
we'll 79:25 80:2 86:16,19
we're 10:9 18:19 39:14 56:17
   80:23 86:16
we've 31:14 38:13 68:16
weapons 63:9
WebEx 1:13
welded 32:23
welder 33:2
well-versed 64:7
went 25:17 26:10,14 28:5,19
   39:17,18 42:7 53:19,19
   70:16 76:17 78:15
weren't 31:20,20 75:18
   81:20
Westchester 58:14 76:8,17
Whatever's 79:6
whatnot 18:14 36:9 68:7
   86:12
wheelchair 34:7,13,15
whirlwind 78:16
wind 54:15
winter 37:18
wiped 31:20
witness 4:18 5:14 6:8,9,14,15
   6:25 7:2,4 9:10,14,18 11:12
   23:17 82:12 84:5 89:6
witness's 6:16
witnesses 56:20
woken 84:15
Woll 37:23
Wollman 9:24 28:18 35:14
   35:25 36:2,3 38:4,9 54:23
   58:16 70:5,13,23 73:10,12
   73:16,16
Wollman's 38:12
wonderful 64:24
wood 59:17
woods 26:7
word 22:3 69:10,11 90:16,17
   90:18,19,20,21,22
words 42:5
work 56:18 86:9
worked 32:22

working 30:23
works 47:17
worse 34:22
wouldn't 31:21 45:10 51:23
   59:15 67:21 76:14
wound 74:5
wreck 20:24
wrench 51:23
write 63:16
written 6:19 59:5
wrong 68:20
wrote 64:23,25
wrung 42:15

**X**
X 1:9 3:2 88:8,11

**Y**
Y 9:15
yeah 15:11 18:10 19:25 21:6
   22:15,16 23:12 31:10 33:19
   37:12,15 38:13,21 40:24
   42:22 43:7 44:4,6 47:14,15
   48:4 51:19 52:10 54:18
   55:6 56:2 58:15,16 59:14
   62:17 63:22 64:21 66:19,24
   69:13 70:22 73:16 75:7
   76:6 77:21,23 78:3 82:16
   83:25
year 17:3
years 14:7 18:25 19:2 20:14
   33:17 58:3 61:24 85:9
Yellow 9:16
yesterday 62:6
York 1:3,7 2:6,9,9 10:2
   22:14 23:4 24:6 26:11,24
   32:23 33:22 42:22 43:25
   46:22,24 47:4,19 54:24
   62:11 65:16,23,25 66:7,17
   66:21,23,24 67:2 69:24
   77:5 78:13 90:12,14,14
York's 69:5
Yup 19:6 20:15 22:11 38:11
   38:17 54:13 61:4 75:4

**Z**
zero 80:9

zippered 62:20

**0**
01:52 9:2
02:23 39:12
02:24 39:13
03:18 87:6

**1**
1 89:5,9
1:52 1:12
10005 2:9 90:14
10th 23:5
11th 23:5
13 1:11
18th 2:8 90:13
1st 77:25

**2**
2011 26:4,23 34:20,20
2013 20:19,19
2015 19:3
2019 19:2 22:10 24:6 34:9,22
   47:9
2020 34:22
2025 1:11 88:11
22-CV-6283 1:6 90:4
221 5:19
26th 22:10 24:6 32:3
28 2:8 90:13
2nd 78:10,15,15

**3**
3-13-25 1:1 2:1 3:1 4:1 5:1
   6:1 7:1 8:1 9:1 10:1 11:1
   12:1 13:1 14:1 15:1 16:1
   17:1 18:1 19:1 20:1 21:1
   22:1 23:1 24:1 25:1 26:1
   27:1 28:1 29:1 30:1 31:1
   32:1 33:1 34:1 35:1 36:1
   37:1 38:1 39:1 40:1 41:1
   42:1 43:1 44:1 45:1 46:1
   47:1 48:1 49:1 50:1 51:1
   52:1 53:1 54:1 55:1 56:1
   57:1 58:1 59:1 60:1 61:1
   62:1 63:1 64:1 65:1 66:1
   67:1 68:1 69:1 70:1 71:1

72:1 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1,5
**3:18** 1:12
**30** 90:9,10
**3113** 7:11
**3113(d)** 6:6
**3116** 4:22
**3117** 4:23
**31st** 77:20

---
**4**
---

---
**5**
---
**523-7887** 90:2
**5th** 78:13

---
**6**
---

---
**7**
---

---
**8**
---
**800** 90:2
**87** 89:9

---
**9**
---
**9** 3:4