SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER: CRIMINAL TERM
-----------------------------------------------x

PEOPLE OF THE STATE OF NEW YORK,

INDEX NO. 9516/2019

- against -

JOSEPH BROOKS,

Defendant.
-----------------------------------------------X

Westchester County Supreme Court
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
July 31, 2019

B E F O R E:

HON. ANNE MINIHAN
Justice of the Supreme Court

A P P E A R A N C E S:

FOR THE PEOPLE:
ANTHONY SCARPINO, ESQ.
District Attorney, Westchester County
111 Dr. Martin Luther King, Jr. Blvd
White Plains, New York 10601
BY: YVONNE MORALES, ESQ.
Assistant District Attorney

FOR THE DEFENDANT:
THE LEGAL AID SOCIETY OF WESTCHESTER COUNTY
150 Grand Street, Suite 100
White Plains, New York 10601
BY: HARVEY LOBE, ESQ.

Mary T. Slavik, RPR
Senior Court Reporter

PROCEEDINGS

THE CLERK: Your Honor, this is number one on the Court calendar, under Docket Number 9516 of 2019. People of the State of New York versus Joseph Brooks, on for bail application.

Are the People ready?

MS. MORALES: People are ready. Yvonne Morales, for the People.

Good morning, everyone.

THE COURT: Good morning.

THE CLERK: Defense ready?

MR. LOBE: Harvey Lobe, Office of Clare Degnan, for Mr. Brooks.

Good morning, Judge.

THE COURT: Good morning. Good morning, Mr. Brooks.

MR. LOBE: Thank you. This is Joseph Brooks. He is 36 years old. The charge is assault two. He was in a fight with two troopers at, I believe, the Somers Barracks. Just to give you some background of how this apparently happened, Judge, Mr. Brooks is on parole in New Hampshire. He traveled to New York, with permission, from his parole officer, and for the purpose of cleaning out his grandmother's house in South Salem.

As I understand it's required, to go back to New Hampshire, he has to have the police sign some piece of

paper saying that he's traveling back to New Hampshire.

So he went back to the Somers Barracks, and apparently, there was some altercation, and that's when this incident happened. He lives in New Hampshire with his mother. She's in Court today. His stepfather is also present, and his cousin is also present. She's also charged. I don't know if it's a co-defendant, but she got charged out of the incident as well. So he does have ties in Westchester. His family owns property in South Salem.

Mr. Brooks is on Social Security Disability. He is single. He has no children. He does help out his mother. You can see, his mother has some medical problems. She has emphysema, and she has a device with her, and she needs his help.

Regarding his prior record, Judge, he has no New York State record. I think it was determined, by the Somers Judge, that he may have two prior felony convictions in New Hampshire. Looking at his rap sheet, I really cannot determine that. It looks like he may have the equivalent -- that is, if it qualifies, the equivalent of a New York State felony, going back to 2003. There might be something in 2002, as well, but that looks like his most recent criminal activity. And also, all in New Hampshire, it looks like an equivalent of a misdemeanor, weapon possession, 2001; menacing, in 2001; and trespass, in 2002.

So nothing since 2003, at least from the rap sheet that I have.

Mr. Brooks has PTSD and ADD. He's on Social Security Disability. His mom tells me that he has never violated parole and he always appears when required.

Judge, the family is poor. They do not have a lot of money for bail. I would ask you to consider releasing him on his own recognizance or setting a low bail. I think there's a possibility this may be resolved at Somers.

MS. MORALES: Judge, the information that I have is that this incident happened Friday at 10 o'clock in the morning, thereabouts. The information that I received from the branch, because the investigator that was assigned to this case is now on vacation, I couldn't get ahold of him, was that the defendant did walk into the Somers Barracks, requesting that the officer sign a form, because he's a registered sex offender. That's the two felonies that he had in the State of New Hampshire.

He was demanding that they fill it out because he needed to get to New Hampshire. Some altercation ensued thereafter, and the information that I have is that one trooper blew his knee out, and we're not sure about the second trooper's injuries, but there were injuries.

Now, the defendant does stand before you with no

New York State criminal history. Notably, though, at the time of his arrest, he did give a Farmington, New York, address, and that's in the County of Ontario, New York, 1137 Meaderboro Road, Farmington, New York.

MR. LOBE: That's Farmington, New Hampshire.

MS. MORALES: Then his New Hampshire rap sheet shows aggravated felony, sexual assault. He was convicted in 2003, a class A felony. And it also shows that violation -- he had a violation of terms of probation or parole, out of Stratford, New Hampshire; he got 30 days for that. Carrying and selling a weapon, he was found guilty and got 12 months for that. Rochester PD, criminal, threatening. He was convicted, got five years' probation for that. Criminal trespassing, found guilty. Violation of terms of probation, he got a second violation and was found guilty. And then I saw another aggravated sexual assault, which he was found guilty, and it says confinement, 2003, 10 to 20 years.

Your Honor, he has no New York ties, other than you said a deceased grandmother's house that they were cleaning. At this time, the People are requesting $25,000 cash or bond.

THE COURT: $10,000, cash or bond.

MR. LOBE: $10,000, Judge?

MS. MORALES: The next court date is August 12th,

in Somers.

(Whereupon, the proceedings were concluded.)

* * * * *

This is hereby certified to be a true and accurate record of the above proceedings.

_________________________

Mary T. Slavik, RPR
Senior Court Reporter