# Exhibit E

Submitted to the Court under separate cover via compact disc is a true and correct copy of a July 26, 2019 recording created and produced in this litigation by Plaintiff (Video 20190726-091520606).