```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSEPH A. BROOKS,                       :
                                        :
                    Plaintiff,          :
                                        :
       - against -                      :     22 CV 6283 (VB)
                                        :
                                        :
STATE OF NEW YORK, et al.,              :
                                        :
                    Defendants.         :
----------------------------------------X
```

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants, by their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby demand that plaintiff, Joseph Brooks, answer the following interrogatories, in writing, sworn to under oath, and serve said full and complete answers on the undersigned at the address listed below within 30 days.

In answering the interrogatories, Plaintiff shall state whether the information furnished is within his personal knowledge, and, if it is not, identify all documents and oral communications on which his information and belief is grounded.

These interrogatories shall be deemed to continue beyond the date when Plaintiff serves the responses to these interrogatories and if any information is subsequently acquired by Plaintiff, Plaintiff's agents, representatives or attorneys subsequent to the date of the original responses, Plaintiff shall amend his responses accordingly.

## INSTRUCTIONS

> What is that going to do in the face of the fact that I'm listed as a cop assaulter and have to live in a state where a cop can shoot a fleeing felon in the back. What about the hours of threats and questioning about the contents locked in a medical case.

3. Identify the names of all medical personnel who provided Plaintiff with treatment for injuries sustained as a result of the Incident, including both physical injuries and any injuries suffered to mental health. For each person provided, please provide the location of treatment.

> Westchester County Jail mental health staff and medical providers in White Plains Valhalla County jail.
>
> Kate Carlson Goodwin Community Health Somersworth NH 311 NH Route 108, Somersworth, NH 03878
>
> Merrimack County Pretrial staff 163 N. Main St; Concord, NH 03301 Patricia Hisco

4. Identify all treating physicians and other medical providers that Plaintiff intends to call at the time of trial. Kate Carlson.

5. Identify all economic injuries claimed by Plaintiff as a result of the Incident including, but not limited to, expenditures for medical, psychiatric, or psychological treatment; lost income; property damage; and attorney's fees. Identify the specific amounts claimed for each injury.

> Bond - $900.
>
> Transcripts – 27.00 + 275.00
>
> Legal Fees – 300.00
>
> Gasoline – 637.5 gallons of gasoline @ 3.50 = $2,231.25
>
> Food -800.00

Tolls - $ 30.00

1 bag of tobacco $33.00 scattered on the floor of truck which search dog walked through and smeared with chemicals and powder. 2 boxes gambler tubes $4.00 each

40 bottles of vape flavored tobacco opened and tainted even though they were factory sealed before the search and when returned to me were contaminated with soap flavored biproduct

(Medical perishable losses)

- 1.2 oz of cannabis dispensary medication at a cost of $460.00 NH cost desiccated in their custody. rendered useless.

-.8 oz cannabis infused hemp oil value: $460 destroyed with soap and hand sanitizer during their custody.

(Medical Nonperishable Losses)

-10 vaporizer 18650@ 15.99each= $319.80 batteries were destroyed in destroying the vaporizer mods and my flash upload work.

-keen stone comparable is now $28.99 4 bay 18650 battery charger this had the stainless-steel spring-loaded arms bent and the led was short circuited on it. This was deliberate disregard of the personal medical effects of a person to the point it is hard to argue anything less than maliciousness, they destroyed things due to deliberate stupidity or hate.

-MEDICAL PERISHABLE LOSS: $920.00

-medical paraphernalia and supplies loss:

45 assorted wooden, ceramic and glass 810 custom vape mouth tips @ an estimated $40.00 each $1800.

3 glass bongs were all fully cleaned. 0 residue, wrapped and packed properly broken by your officers

1) 8" twisted sister's blown glass bong @$65.00

DATED: 12-04-2024

_____
(Signature)

STATE OF NEW HAMPSHIRE )
) ss.:
COUNTY OF Strafford

On this 4 day of December, 2024, before me personally came Joseph A Brooks, to me known and known to me to be the individual described herein and who executed the foregoing instrument, and who duly acknowledged to me the execution thereof.

_____
Notary Public

Dated: New York, New York
May 8, 2024

[Notary Seal: GRACE A MOLLER, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES OCTOBER 19, 2027]

LETITIA JAMES
Attorney General of the
State of New York
Attorney for Defendants
By:

/s/ Jeb Harben
Jeb Harben
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-6185
Jeb.harben@ag.ny.gov