# Somers Justice Court
### 335 Route 202
### Somers, NY 10589

**Denis J. Timone**
Town Justice

Phone: (914) 277-8225

May 6, 2022

# 160.50 SEAL ORDER

**To:**
New York State Police
NYS Police
295 Route 100
Somers, NY 10589

**Return Records To:**
Mary Pat Long, Esq.
The Legal Aid Society Of West. Co.
One North Broadway, 9Th Floor
White Plains, NY 10601

*People of the State of New York versus:*
Joseph A. Brooks
1137 Meaderboro Road
Farmington, NH 03835

| Re. Case No. | Statute/Section | Description | Ticket# | Disposition |
|---|---|---|---|---|
| 19070068.01 | PL 120.05 | ASSAULT-2ND | | Withdrawn |
| 19070068.02 | PL 240.20 | DISORD CONDUCT | | Dismissed |
| 19070068.03 | PL 205.30 | RESIST ARREST | | Dismissed |

| | | | |
|---|---|---|---|
| Date of Birth: | 03/03/1983 | JC501 no: | 69096112K |
| Date of Arrest: | 07/26/2019 | NYSID no: | 14744263Q |
| Date Adjudicated: | 11/01/2021 | | |
| **Date Sealed:** | 05/01/2022 | | |

The case captioned above was terminated in favor of the defendant.

Pursuant to CPL 160.50 you are hereby ordered to follow all of the steps outlined in the CPL 160.50 (1a, 1b and 1c) to seal and return the appropriate records for the case cited above.

_____   5/6/2022
Justice                    Date



# CERTIFICATE OF DISPOSITION

**STATE OF NEW YORK**  
**WESTCHESTER COUNTY**

**SOMERS JUSTICE COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

VS.

JOSEPH A. BROOKS; Defendant

CASE NO: 19070068

Date of Birth: 03/03/1983　　CJTN: 69096112K  
Date of Arrest: 07/26/2019　　NYSID: 14744263Q  
Arraignment Date: 07/26/2019

THIS IS TO CERTIFY that the undersigned has examined the files of the **Somers Justice Court** concerning the above entitled matter and finds the following:

| Original Charge(CNTS) | Disposed Charge(CNTS) | Disp. Chg. Weight* | Ticket No & Disp. Chg. Description | Disposition | Sentence/ Dispo. Date | Fine/Fees |
|---|---|---|---|---|---|---|
| PL 120.05(001) | PL 120.05(001) | DF | ASSAULT-2ND | Withdrawn | Dispo.05/01/2022 | |
| PL 240.20(001) | PL 240.20(001) | OV | DISORD CONDUCT | Dismissed | Dispo.05/01/2022 | |
| PL 205.30(001) | PL 205.30(001) | AM | RESIST ARREST | Dismissed | Dispo.05/01/2022 | |

Seal Type: 160.50

Dated: The 6th day of May 2022

Barbara Lloyd, Court Clerk

**CAUTION; THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL**

* Weight of Charge: V-Violation, I-Infraction, M-Misdemeanor, F-Felony

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of '1 year', '12 months' or '365 days', by operation of law, shall be changed to, mean and interpreted and applied as a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of 1 year, 12 months or 365 days for a misdemeanor conviction shall be interpreted as a sentence of 364 days.

