# APPLICATION FOR ADJOURNMENT IN CONTEMPLATION OF DISMISSAL

## PART I - TO BE COMPLETED PRIOR TO GRANTING OF ACD

WESTCHESTER COUNTY: __Justice__ COURT OF __Somers__

-----------x

THE PEOPLE OF THE STATE OF NEW YORK

- against -

__Joseph Brooks__          DOCKET NO. _____

Defendant.

-----------x

STATE OF NEW YORK : COUNTY OF WESTCHESTER)
                                          ss:
CITY, (TOWN), VILLAGE OF __Somers__ )

I, __Joseph Brooks__, being duly sworn, depose and say, that I make this application for an adjournment in contemplation of dismissal pursuant to the Criminal Procedure Law and in support of this application, I state that:

1. ~~I have never been arrested before.~~ N/A Negotiated disposition
2. ~~I have never been convicted of any violation or crime.~~ N/A Negotiated disposition
3. ~~I have never received Youthful Offender treatment.~~ N/A Negotiated disposition
4. I have never had an adjournment in contemplation of dismissal for any prior case in any court.

Sworn to before me this

__8th__ day of __October__, 20__21__

_[signature]_
Notary Public

_[signature]_
Defendant

_____
Attorney for Defendant

JESSICA L. MEUSE, Notary Public
My Commission Expires October 7, 2025
Doc. #6135480
Revised 4/09