# NEW YORK STATE POLICE

## MEMORANDUM

Troop **K** Station **SP Somers**

Date **July 26, 2019**

**To:** Major Richard L. Mazzone, Troop Commander, Troop K

**From:** Trooper Timothy H Finnegan  *THF*

**Subject:** INJURY TO PERSON WHILE BEING TAKEN INTO CUSTODY / ON DUTY INJURY – TPR FINNEGAN – INV WOLLMAN - BROOKS

On this day's date at approximately 9:20 am, I was told to return to the station for a walk in. Upon arrival, I was met by BROOKS, JOSEPH A who claimed we was a sexual offender on parole from New Hampshire and that I needed to sign a paper stating that it was permissible for him to leave the state of New York and return to New Hampshire. Note: BROOKS was accompanied by two as yet unidentified females, one he claimed to be his mother. I told BROOKS that I had not ever seen any paperwork as such and was not versed as to the proper procedure of signing/validating same. BROOKS became agitated and said others had signed it before and it was no big deal. I told BROOKS I would run it by a sergeant. I contacted SGT/SC KRANIK who advised me to refer BROOKS to The County Police Department. I related this to BROOKS who became even more agitated and belligerent and started to record me while I sat in my car. He was saying I was "refusing to sign". He kept circling my patrol vehicle filming in a strange/suspicious manner. I got out of the car to see what he was doing as I walked towards him he got into my personal space thrusting the phone in my face. With this, I nudged him out of my way using my forearm. To which BROOKS claimed I had assaulted him. I replied, "No Sir I did not assault you."

With this BROOKS became more belligerent and continued to yell. At this point Investigator WOLLMAN came outside. BROOKS reiterated what he had already told me in regard to signing the papers. Inv. WOLLMAN offered to have him come into the station so we could sort out the situation as he too was not familiar with what BROOKS requested. Moments later, BROOKS stormed out the barracks claiming we were all "fucking cunts". I was still outside and told BROOKS to watch his language as there were ladies present. At this point of our encounter with BROOKS, there was an unidentified woman that had also come to the station as a walk in regarding a question. She then left the area without any further interaction. BROOKS then replied to me "Oh

yeah? Well I'm gonna' go smoke a fucking joint in my car! Yeah, I'm gonna' go smoke a fucking joint." Inv. WOLLMAN also heard this utterance. I approached the vehicle, which his mother had driven. As I came closer to the vehicle I did note an odor of cannabis coming from same. I asked him if he had a permit/licensure to have medicinal marijuana in the state of New York. He replied, "Yeah I fucking do, right here (as he produced a medicinal marijuana permit from Maine and New Hampshire)". "It's for Maine and New Hampshire so yeah, I got a fuckin'permit." I reminded him that this was New York. BROOKS claimed it was good federally. I and Inv.WOLLMAN asked BROOKS to step out of the vehicle for which he declined. We became more affirmative with our commands for which he still refused. At this point both I and Inv.WOLLMAN had to put our hands on BROOKS to extricate him from his vehicle (note; BROOKS was in the passenger side of the vehicle). As BROOKS was taken from the vehicle, he fought violently with us i.e., throwing punches and kicks, not listening to any of our verbal commands. As BROOKS was being taken down, he held onto Inv. WOLLMAN, causing Inv. WOLLMAN to fall on his left elbow hitting the tarmac. BROOKS kicked my leg out from under me which caused me to land on my right knee. I sustained a bruise and small scrape to my right knee.

After we placed BROOKS in handcuffs, we brought him inside. For expediency purposes, we placed him in the interview room. With this he started to kick/punch the furniture and bang his head against the wall in an erratic violent fashion. I cautioned him to stop for which he would not. I then attempted to subdue him, and with this he kicked at me several times, twice hitting me in the face. Inv.WOLLMAN and I then placed leg restraints on BROOKS, and moved him into the squad room. His mother, who was waiting in the lobby said that he acted out so wildly since he suffered from anxiety and PTSD (from being molested as a child and being routinely assaulted in prison). I asked BROOKS if there was any medicine he readily needed or if he required medical attention for which he declined.

Owing to the fact that I had probable cause to search their (BROOKS's mother's) vehicle, I informed BROOKS and his mother that I was going to search the vehicle to find the marijuana BROOKS said he was going to smoke in the vehicle. Also, I had further reason to believe criminal activity was afoot based upon my actual smelling what I believed to be marijuana/cannabis in same.

I observed that BROOKS sustained several scrapes and bruises to both of his arms as the result of him resisting arrest and subsequently being taken to the ground. Sergeant JASON TIMKO arrived at SP Somers and was advised of the incident.