## New York State INCIDENT REPORT

| 1. Agency | 2. Div/Precinct | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|
| K3 TROOP K - ZONE 3 | K321 | NY1590200 | 19-259 | 9054689 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| FRIDAY 07/26/2019 09:30 | FRIDAY 07/26/2019 09:30 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| ASSAULT-SIMPLE ASSAULT | SP SOMERS |

| 19. Incident Address (Street Name, Bldg. No., Apt. No.) |
|---|
| 295 ROUTE 100 |

| 20. City/State/Zip |
|---|
| SOMERS NEW YORK 10589 |

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| SOMERS TOWN 6066 | 0 | 2 | |

| Location Type |
|---|
| PARKING LOT |

| 22. OFF. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 120.05 | 03 | D | F | 2 | C | ASSAULT 2-W/INTENT CAUSE INJ TO OFFICER/FIREMAN/EMT/XIN | 2 |
| 2. | PL | 265.03 | 03 | C | F | 2 | C | CPW-2ND:LOADED FIREARM-OTHER THAN IN PERSON'S HOME/B | 1 |
| 3. | PL | 240.20 | | | V | 0 | C | DISORDERLY CONDUCT | 1 |
| 4. | PL | 205.30 | | A | M | 0 | C | RESISTING ARREST | 1 |
| 5. | PL | 221.05 | | | V | 0 | C | UNLAWFUL POSSESSION OF MARIHUANA | 1 |

## ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name Bldg., Apt. No., City, State, Zip | Res Phone Bus Phone |
|---|---|---|---|---|
| LAW ENFORCEMENT OFFICER | SANCHEZ, DAVID | | WESTCHESTER COUNTY POLICE - K9 HAWTHORNE NY 10532 | (914)864-7700 |
| PERSON INTERVIEWED | DURYEA, WANDA, J | 09/16/1962 | 1137 MEADERBORO ROAD FARMINGTON NH 03835 | (603)755-1153 |
| PROSECUTOR | LITTMAN, SPENCER | | WESTCHESTER COUNTY DISTRICT ATTORNEY'S OFFICE MOUNT KISCO NY 10549 | (914)864-7122 |
| SUSPECT | HARDING, CHEYENNE, C | 06/26/1996 | 1137 MEADERBORO ROAD FARMINGTON NH 03835 | (603)923-3900 |
| SUSPECT | BROOKS, JOSEPH, A | 03/03/1983 | 1137 MEADERBORO RD FARMINGTON NH 03835 | (603)923-3900 |

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) |
|---|---|---|
| 9142417 | SUSPECT | BROOKS, JOSEPH, A |

| 37. Apparent Condition | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) |
|---|---|
| APPARENTLY NORMAL | 1137 MEADERBORO RD FARMINGTON NH 03835 |

| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race |
|---|---|---|---|---|---|---|
| (603)923-3900 | | | | | MALE | WHITE |

| 45. Ethnicity | 46. Skin | 47. Occupation |
|---|---|---|
| NOT HISPANIC | LIGHT | NOT REPORTED |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses | 53. Build |
|---|---|---|---|---|---|
| 5ft. 9in. | 140lbs. | BROWN | BROWN | NO | SKINNY |

| 54. Employer/School | 55. Employer Address |
|---|---|
| | NY |

| 56. Scars/Marks/Tattoos /Description |
|---|
| SCAR - LEFT ARM |
| SCAR - RIGHT ARM |

| 36. Alias/Nickname/Maiden Name | | |
|---|---|---|
| Last Name | First Name | MiddleName |

Page 1 of 6     SEP 0 9 2019     8/21/2019   14:43:17

BROOKS 000110

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) | | | | | |
|---|---|---|---|---|---|---|---|
| 9160225 | SUSPECT | HARDING, CHEYENNE, C | | | | | |
| 37. Apparent Condition | | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) | | | | |
| APPARENTLY NORMAL | | | 1137 MEADERBORO ROAD FARMINGTON NH 03835 | | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race | |
| (603)923-3900 | | | | | FEMALE | WHITE | |
| 45. Ethnicity | 46. Skin | 47. Occupation | | | | | |
| NOT HISPANIC | LIGHT | NOT REPORTED | | | | | |
| 48. Height | 49. Weight | 50. Hair | 51. Eyes | | 52. Glasses | 53. Build | |
| 5ft. 3in. | 220lbs. | BROWN | BROWN | | NO | LARGE | |
| 54. Employer/School | | | 55. Employer Address | | | | |
| | | | NY | | | | |
| 56. Scars/Marks/Tattoos /Description | | | | | | | |
| SCAR - RIGHT THUMB | | | | | | | |

36. Alias/Nickname/Maiden Name

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

## PROPERTY

| 58. Name | Property Status |
|---|---|
| BROOKS, JOSEPH A | SEIZED |
| Property Type | Make or Model / Drug |
| OTHER PROPERTY | VAULTZ |
| Serial No. | Qty/Measure | Value |
| | | $ 10.00 |
| Description | | |
| Evidence Item #1: Black Vaultz Box. | | |

| 58. Name | Property Status |
|---|---|
| BROOKS, JOSEPH A | SEIZED |
| Property Type | Make or Model / Drug |
| DRUGS/NARCOTICS | MARIJUANA |
| Serial No. | Qty/Measure | Value |
| | 0 GRAM | $ 10.00 |
| Description | | |
| Evidence Item #2: (1) Red bag containing multiple pipes with burnt marihuana residue. | | |

| 58. Name | Property Status |
|---|---|
| HARDING, CHEYENNE C | SEIZED |
| Property Type | Make or Model / Drug |
| FIREARMS | FLLT PIETTA |
| Serial No. | Qty/Measure | Value |
| 681107 | | $ 100.00 |
| Description | | |
| Evidence Item #3: (1) Black powder FLLT Pietta 44 cal. revolver bearing Serial Number:681107. | | |

| 58. Name | Property Status |
|---|---|
| HARDING, CHEYENNE C | SEIZED |
| Property Type | Make or Model / Drug |
| RECORDINGS - AUDIO VISUAL | DROID |
| Serial No. | Qty/Measure | Value |
| | | $ 100.00 |

Description
Evidence Item #4: Clear plastic bag containing black droid cell phone.

| 58. Name | Property Status |
|---|---|
| HARDING, CHEYENNE C | SEIZED |
| Property Type | Make or Model / Drug |
| RECORDINGS - AUDIO VISUAL | DROID |
| Serial No. | Qty/Measure | Value |
| | | $ 100.00 |

Description
Evidence Item #5: (1) Clear plastic bag containing black cell phone.

otal Property Value : $320.00

## VEHICLE

| 59. Vehicle Status | | 60. License Plate No. | 61. State | 62. Exp. Yr. | 64. Value |
|---|---|---|---|---|---|
| OBSERVED | | C772 | NH | 2020 | |
| 63. Plate Type | 65. Year | 66. Make  67. Model | | | |
| | | JEEP CHEROKEE | | | |
| 68. Style | | | 69. VIN | | 70. Color(s) |
| SEDAN, 4 DOOR | | | | | GREEN |
| 71a. Towed By | | 71b. Towed To | | | |
| 72. Vehicle Notes | | | | | |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/26/2019 | 07/26/2019 | FINNEGAN, TIMOTHY (TPR) |

Narrative

1. On this day's date at approximately 0920, I was told to return to the station for a walk in.

2. Upon arrival, I was met by BROOKS,JOSEPH A (██████) who claimed we was a sexual offender on parole from New Hampshire and that I needed to sign a paper stating that it was permissible for him to leave the state of New York and return to New Hampshire. Note: BROOKS was accompanied by two as yet unidentified females, one he claimed to be his mother.

3. I told BROOKS that I had not ever seen any paperwork as such and was not adverse to the proper procedure of signing/validating same. BROOKS became agitated and said others had signed it before and it was no big deal. I told BROOKS I would run it by a Sergeant.

4. I contacted SGT/SC KRANIK who advised me to refer BROOKS to The County Police Department. I related this to BROOKS who became even more agitated and belligerent and started to record me while I sat in my car. He was saying I was "Refusing to sign".

5. He kept circling my patrol vehicle filming in a strange suspicious manner. I got out of the car to see what he was doing as I walked towards him he got into my personal space thrusting the phone in my face. With this, I nudged him out of my way using my forearm. To which BROOKS claimed I had assaulted him. I replied "No Sir I did not assault you."

6. With this BROOKS became more belligerent and continued to yell. At this point Investigator WOLLMAN came outside. BROOKS reiterated what he had already told me in regards to signing the papers. WOLLMAN offered to have him come into the station so we could sort out the situation as he too was not familiar with what BROOKS requested..

7. Moments later, BROOKS stormed out the barracks claiming we were all "Fucking cunts". I was still outside and told BROOKS to watch his language as their were ladies present. BROOKS then replied to me "Oh yeah? Well I'm gonna' go smoke a fucking joint in my car ! Yeah, I'm gonna' go smoke a fucking joint."

8. Inv. WOLLMAN also heard this utterance. I approached the vehicle, which his mother had driven. As I came closer to the vehicle I did note an odor of cannabis coming from same. I asked him if he had a permit/licensure to have medicinal marijuana. He replied, "Yeah I fucking do, right here ( as he produced a medicinal marijuana permit from Maine and New Hampshire)". I reminded him that this was New York. BROOKS claimed it was good federally.

9. I and WOLLMAN asked BROOKS to step out of the vehicle for which he declined.. We became more affirmative with our commands for which he still refused. At this point both I and Inv. WOLLMAN had to put our hands on BROOKS to extricate him from his vehicle (note; BROOKS was in the passenger side of the vehicle).

10. As BROOKS was taken from the vehicle, he fought violently with us ie., throwing punches and kicks, not listening to any of our verbal commands. As BROOKS was being taken down, he held onto WOLLMAN, causing WOLLMAN to fall on his left elbow hitting the tarmac. BROOKS kicked my leg out from under me which caused me to land on my right knee.

11. After we placed BROOKS in handcuffs, we brought him inside. For expediency purposes, we placed him in the interview room. With this he started to kick/punch the furniture and bang his head against the wall in an erratic violent fashion. I cautioned him to stop for which he would not. I then attempted to subdue him, and with this he kicked at me several times, twice hitting me in the face. Inv.WOLLMAN and I then placed leg restraints on BROOKS, and moved him into the squad room.

12. His mother, who was waiting in the lobby said that he acted out so wildly due to the fact that he suffered from anxiety and PTSD(from being molested as a child and being routinely assaulted in prison). I asked BROOKS if there was any medicine he readily needed or if he required medical attention for which he declined.

13. Owing to the fact that I had probable cause to search their (BROOKS's mother's vehicle), I informed BROOKS and his mother that I was going to search the vehicle to find the marijuana BROOKS said he was going to smoke in the vehicle. Also, I had further reason to believe criminal activity was afoot based upon my actual smelling what I believed to be marijuana/cannabis in same.

14. As I went to the car, the female passenger HARDING,CHEYENNE C (█████) offered to me a black hard plastic suitcase approximately 12" x 10" x 4", with two combination locks which CHEYENNE claimed held his medicinal marijuana. This was at or about 1030.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/26/2019 | 07/26/2019 | GOULD, TIMOTHY (INV) |

**Narrative**

BCI Case Adoption

On July 26th, 2019, Tpr. Timothy Finnegan and Inv. James Wollman advised the writer, herein referred to as I, of the circumstances surrounding this incident. As such, I continued the investigation accordingly. SP Somers BCI Case 19-259 adopted, Inv. Timothy P. Gould assigned to investigate.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/26/2019 | 07/26/2019 | GOULD, TIMOTHY (INV) |

**Narrative**

Narrative

On date, at approximately 09:45 a.m., Joseph Brooks, ████████ of Farmington, New Hampshire responded to SP Somers and advised Tpr. Timothy Finnegan that he was a registered Sex Offender on parole and was in possession of a State Of New Hampshire Department of Corrections Parole Travel Permit. Brooks requested that Tpr. Finnegan sign this document so that he could proceed to travel back to New Hampshire. Tpr. Finnegan advised Brooks that he had never seen this form before and advised him that he would look into the matter. Tpr. Finnegan documented the incident in his preceding narrative. I responded to SP Somers and continued the investigation accordingly.

Both Inv. James Wollman and Tpr. Timothy Finnegan advised the writer that upon taking Brooks into custody, they both sustained injury in doing so. Upon his removal from the vehicle, Brooks began to flail his arms striking Tpr. Finnegan in the face. Both Inv. Wollman and Tpr. Finnegan fell on the ground with Brooks who was actively resisting arrest and fighting members. Upon impacting the pavement, Inv. Wollman sustained a laceration to his left elbow, ripping his shirt and causing gravel to enter the cut resulting in substantial pain. Tpr. Finnegan reported feeling sharp pain in both his knee and lower back fighting Brooks to the ground and impacting the same. Once in custody, Brooks was brought into SP Somers where he continued to fight SP members

thus further agitating Tpr. Finnegan's knee and back.

Prior to my arrival, Tpr. Finnegan secured Evidence Item #1 which is a black vaultz box with a combination lock. The item was secured from the vehicle's passenger Cheyenne C. Harding who was a passenger in the vehicle. She explained the the box contained Brook's marihuana. Members were unable to open the box due to the lock. I contacted ADA Spencer Littman of the Westchester County District Attorney's Office who advised that a Search Warrant for the box would be appropriate and should be held pending the case disposition.

As a result of a strong odor of marihuana emanating from within the vehicle and verbal utterances made by the defendant that marihuana was present in the vehicle, Inv. Wollman and I conducted a probable cause of the vehicle. Officer Sanchez and K-9 Mario of the Westchester County Police Department responded to SP Somers to assist in a vehicle search. Members located Evidence Item #2: (1) Red bag containing multiple pipes with burnt marihuana residue. Upon returning the baggage removed from the vehicle, I observed a brown gun handle sticking out of a computer bag. I secured Evidence Item #3 and identified it as a loaded/semi-cocked black powder FLLT Pietta 44 cal. revolver bearing Serial Number:681107. The gun contained 5/6 rounds within it. Inv. Wollman questioned Cheyenne C. Harding who admitted that the gun belonged to her, it was loaded and would fire. She advised that she didn't need a permit for it in New Hampshire. Furthermore, the driver of the vehicle, Wanda Duryea stated that the firearm belonged to Harding and that she uses it for target practice in her backyard. I conducted a gun inquiry in EJustice portal with negative results. I disassembled the weapon and secured it in the SP Somers BCI Evidence Locker.

Harding was placed under arrest and secured in SP Somers. As Harding was being taken into custody, I secured Evidence Items #4 and #5, which are black cell phones that she was recording the members with. During the vehicle search in which I located the firearm, Harding was seen recording the incident with the cell phones. As such, they were seized as evidence and will be retained pending the courts disposition.

Both Harding and Brooks were processed at SP Somers without incident and arraigned in the Town of Somers Court by the Hon. Timone. Due to Brooks' having several prior felony convictions, he was remanded to Westchester County Jail. Harding was released on her own recognizance. Both subjects are ordered to return before the court on July 29th at 05:30 p.m.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 08/02/2019 | 08/02/2019 | GOULD, TIMOTHY (INV) |

**Narrative**

Evidence Item #3

On date, Evidence Item #3: has been forwarded to the Westchester County Crime Laboratory for ballistics testing. The transfer has been annotated on a Gen'l 2.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 08/14/2019 | 08/14/2019 | GOULD, TIMOTHY (INV) |

**Narrative**

Case Closure

On August 14th, 2019, this case is submitted as Closed by Arrest with evidence retained pending the court disposition and the following enclosures.

Enclosures:
1) Arrest Report - Brooks
2) Arrest Report - Harding

19-259 / Assault 2nd / Arrest - Adult / PPD - Brooks
19-259 / Assault 2nd / Arrest - Adult / PPD - Brooks
19-259 / Criminal Possession of a Weapon 2nd - Loaded Firearm / PPD - Harding

BROOKS 000114

## ADMINISTRATIVE

| 74. Inquiries<br>DMV CH WW SP OTH | 75. NYSPIN Message No. | | 76. Complainant Signature | |
|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank)<br>INV TIMOTHY GOULD | | 78. ID No.<br>4399 | 79. Supervisor Signature (Include Rank)<br>SR INV MATTHEW MANZA | 80. ID No.<br>1239 |
| 81. Status<br>ARREST - ADULT - PPD | 82. Status Date<br>08/14/2019 | | 83. Notified/TOT | |
| | | | | Solvability Total: 0 |

BROOKS 000115



| 1. NYSID No. 14744263Q | 2. CJTN No. 69096112K | New York State ARREST REPORT | | 3. Case No. 9054689 | 4. Ref. No. |
|---|---|---|---|---|---|
| 5. FBI No. 459270RB1 | 6. Arrest No. 874211 | 7. Agency K3 TROOP K - ZONE 3 NY1590200 | | 8. Div/Precinct K321 | 4a. |

## DEFENDANT INFORMATION

| 9. Name (Last, First, Middle) BROOKS, JOSEPH, A | | | | | | 11. Phone Number (603)923-3900 | |
|---|---|---|---|---|---|---|---|
| 12. Street Number and Name, Bldg. No., Apt. No. 1137 MEADERBORO RD | | | | 13. City, State, Zip FARMINGTON NH 3835 | | 14. Residence Status RESIDENT | |
| 15. Place of Birth USA | | 16. D.O.B | 17. Age | 18. Gender MALE | 19. Race WHITE | | 20. Ethnicity |
| 21. Skin LIGHT | 22. Height 5ft. 9in. | 23. Weight 140lbs. | 24. Hair BROWN | | 25. Eyes BROWN | 26. Glasses NO | 27. Build SKINNY |
| 28. Marital Status SINGLE (NEVER MARRIED) | | | 29. U.S. Citizen YES | 30. Citizen Of USA | | | |
| 31. Soc. Sec. No. | 32. Education HIGH SCHOOL (ENTER 09 - 12) - 12 | | | 33. Religion NONE | 35. Employed NOT IN LABOR FORCE | | |
| 34. Occupation NOT REPORTED | | | | | | | |
| 36. Scars/Marks/Tattoos Description SCAR - LEFT ARM SCAR - RIGHT ARM | | | | | | | |

## ARREST INFORMATION

| 37. Arresting Officer/ID FINNEGAN TIMOTHY TPR 404 | | 39. Assisting Officer/ID WOLLMAN JAMES INV 1280 | | | 41. Arrest Date 07/26/2019 | 42. Time 10:05 |
|---|---|---|---|---|---|---|
| 43. Location of Arrest 295 ROUTE 100 SOMERS NEW YORK 10589 | | | 44. Juvenile NO | 45. Condition of Defendant APPARENTLY NORMAL | | |
| 48. Miranda YES | 49. Miranda By GOULD TIMOTHY INV | | | | 50. Miranda Date 07/26/2019 | 51. Miranda Time 11:10 |
| 52. Statements NONE | | 54. Search Warrant NO | | 55. ID Procedure NONE | | |
| 56. Arraign. Court SOMERS TOWN COURT NY059081J | | | | 57. Arraign. Judge PRESDING JUDGE | | |
| 58. Arraign Date 07/26/2019 | 59. Arraign Time 17:00 | 60. Property NO | 61. Evidence YES | 61a. Processed By INV. GOULD | | |
| 61b. Disposition SECURED IN K321 EVID | | | | 63. Arrestee Status HELD | | 64. Bail Amount $ 0.00 |
| 65. Bondsman | 66. Photo No. | 67. Arrest Type CRIME IN PROGRESS | | | | 68. Warrant No. |
| 69. Arrest FOA NO | 70. Other Agency | | | | | 71. F/P Taken YES |
| 76. Return Court | | | | 77. Return Judge | | |
| 78. Date | 79. Time | 80. Defendant/Case TOT Agency | | | 80a. Officer Name | |
| 81. Case TOT Time | 82. Case TOT Date | 43a. CTV Code SOMERS TOWN 6066 | | | | |

## INCIDENT INFORMATION

| 62. Incident No. | 72. Offense Location | 73. Offense Date/Time | 74. No.Offender | 75. No.Victims | Incident Case No. |
|---|---|---|---|---|---|
| 9054689 | SOMERS TOWN 6066 | 7/26/2019 9:30 | 2 | 0 | 19-259 |

## OFFENSE INFORMATION

| 83. LAW Article/Section | SUB | CL | CAT | EG | TT | NAME OF OFFENSE | CTS | NCIC Code | Victim Age Sex Hcdp | ASSOC NO | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 120.05 | 03 | D | F | 2 | C | ASSAULT IN THE SECOND DEGREE | 2 | 1399 | | | |

Incident 9054689

## ASSOCIATED PERSON INFORMATION

| 84. Person Type | Name (Last, First, Middle, Title) | Street Name, Number, City, State & Zip | Tel No. |
|---|---|---|---|
| SUSPECT | BROOKS, JOSEPH, A | 1137 MEADERBORO RD FARMINGTON NEW HAMPSHIRE 3835 | (603)923-3900 |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/26/2019 | 07/26/2019 | GOULD, TIMOTHY (INV) |

| Narrative |
|---|
| Refer to SJS 9054689 |

| 86. Arresting Officer Signature | 87. ID No. 4399 | 88. Supervisor Signature | 89. ID No. 125 |
|---|---|---|---|
| 90. Arrest Made as a Result of SAFIS Print ID? NO | 91. | 92. | 93. |

BROOKS 000117

E-2

| 1. NYSID No. 14744235N | 2. CJTN No. 69096092Z | New York State **ARREST REPORT** | | 3. Case No. 9054689 | 4. Ref. No. |
|---|---|---|---|---|---|
| 5. FBI No. | 6. Arrest No. 874208 | 7. Agency K3 TROOP K - ZONE 3 NY1590200 | | 8. Div/Precinct K321 | 4a. |

## DEFENDANT INFORMATION

| 9. Name (Last, First, Middle) HARDING, CHEYENNE, C | | | | | 11. Phone Number (603)923-3900 | |
|---|---|---|---|---|---|---|
| 12. Street Number and Name, Bldg. No., Apt. No. 1137 MEADERBORO ROAD | | | 13. City, State, Zip FARMINGTON NH 3835 | | 14. Residence Status RESIDENT | |
| 15. Place of Birth USA | 16. D.O.B | 17. Age | 18. Gender FEMALE | 19. Race WHITE | | 20. Ethnicity NOT HISPANIC |
| 21. Skin LIGHT | 22. Height 5ft. 3in. | 23. Weight 220lbs. | 24. Hair BROWN | 25. Eyes BROWN | 26. Glasses NO | 27. Build LARGE |
| 28. Marital Status SINGLE (NEVER MARRIED) | | 29. U.S. Citizen YES | 30. Citizen Of USA | | | |
| 31. Soc. Sec. No. | 32. Education HIGH SCHOOL (ENTER 09 - 12) - 12 | | 33. Religion NONE | 35. Employed NOT IN LABOR FORCE | | |
| 34. Occupation NOT REPORTED | | | | | | |
| 36. Scars/Marks/Tattoos Description SCAR - RIGHT THUMB | | | | | | |

## ARREST INFORMATION

| 37. Arresting Officer/ID FINNEGAN TIMOTHY TPR 404 | | 39. Assisting Officer/ID GOULD TIMOTHY INV 4399 | | | 41. Arrest Date 07/26/2019 | 42. Time 12:00 |
|---|---|---|---|---|---|---|
| 43. Location of Arrest 295 ROUTE 100 SOMERS NEW YORK 10589 | | | | 44. Juvenile NO | 45. Condition of Defendant APPARENTLY NORMAL | |
| 48. Miranda YES | 49. Miranda By WOLLMAN JAMES INV | | | | 50. Miranda Date 07/26/2019 | 51. Miranda Time 12:07 |
| 52. Statements NONE | | 54. Search Warrant NO | | 55. ID Procedure NONE | | |
| 56. Arraign. Court SOMERS TOWN COURT NY059081J | | | | | 57. Arraign. Judge PRESIDING JUDGE | |
| 58. Arraign Date 07/26/2019 | 59. Arraign Time 17:00 | 60. Property NO | 61. Evidence YES | 61a. Processed By INV. GOULD | | |
| 61b. Disposition SECURED IN BCI EVID | | | | 63. Arrestee Status HELD | | 64. Bail Amount $ 0.00 |
| 65. Bondsman | 66. Photo No. | 67. Arrest Type CRIME IN PROGRESS | | | | 68. Warrant No. |
| 69. Arrest FOA NO | 70. Other Agency | | | | | 71. F/P Taken YES |
| 76. Return Court | | | | 77. Return Judge | | |
| 78. Date | 79. Time | 80. Defendant/Case TOT Agency | | | 80a. Officer Name | |
| 81. Case TOT Time | 82. Case TOT Date | 43a. CTV Code SOMERS TOWN 6066 | | | | |

BROOKS 000118

## INCIDENT INFORMATION

| 62. Incident No. | 72. Offense Location | 73. Offense Date/Time | 74. No.Offender | 75. No.Victims | Incident Case No. |
|---|---|---|---|---|---|
| 9054689 | SOMERS TOWN 6066 | 7/26/2019 9:30 | 2 | 0 | 19-259 |

## OFFENSE INFORMATION

| 83. LAW Article/Section | SUB | CL | CAT | EG | T1 | NAME OF OFFENSE | CTS | NCIC Code | Victim Age Sex Hcdp | ASSOC NO | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 265.03 | 03 | C | F | 2 | C | CPW-2ND: LOADED FIREARM | 1 | 5299 | | | |

Incident 9054689

## ASSOCIATED PERSON INFORMATION

| 84. Person Type | Name (Last, First, Middle, Title) | Street Name, Number, City, State & Zip | Tel No. |
|---|---|---|---|
| SUSPECT | HARDING, CHEYENNE, C | 1137 MEADERBORO ROAD FARMINGTON NEW HAMPSHIRE 3835 | (603)923-3900 |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 07/26/2019 | 07/26/2019 | GOULD, TIMOTHY (INV) |

Narrative

Refer to SJS 9054689

| 86. Arresting Officer Signature | 87. ID No. 7384 | 88. Supervisor Signature | 89. ID No. |
|---|---|---|---|
| 90. Arrest Made as a Result of SAFIS Print ID? No | 91. | 92. | 93. |

BROOKS 000119