# GENERAL EVIDENCE RECORD

| UF | BCI | | |
|---|---|---|---|
| NAME OF STATION OR AGENCY | NAME OF STATION OR AGENCY: SP Somers | TERM, MESSAGE NO. & FILE: 9054689/A-259 | NO. OF CONT. SHEETS |
| T/Z/S  CASE NUMBER | T/Z/S: K321  CASE NUMBER: 19-259 | DATE OCCURRED: 7/26/19 | LABORATORY CASE NO. |

**COUNTY OF OCCURRENCE:** Westchester
**INVESTIGATING MEMBER:** Inv. Timothy Covey
**SUBMITTED BY:** [signature] 4384

**LAB USE ONLY**

**NAME (L/F/MI), ADDRESS & DOB OF DEFENDANT/VICTIM:**
Brooks, Joseph A.
1137 Meaderboro Rd.
Farmington, NH 03835

**NAME (L/F/MI), AND ADDRESS OF COMPLAINANT/OWNER:**
NYSP

**NUMBER OF ADDITIONAL DEFENDANTS:** 1

**CHARACTER OF CASE:** CPW 2nd / ASSAULT 2nd

**DESCRIPTION OF EVENTS:** D-1 DID PHYSICALLY FIGHT / INJURE TWO MEMBERS. PROBABLE CAUSE SEARCH OF THE SUSPECT VEHICLE REVEALED ITEM #3.

## EVIDENCE

| ITEM # | DESCRIPTION | EXAMINATION REQUESTED | ID | HOLD AT STA | TO TROOP | TO LAB |
|---|---|---|---|---|---|---|
| 1 | Black Vonitz box | NONE | | ✓ | | |
| 2 | One red bag containing multiple pipes with burnt marijuana residue | NONE | | | ✓ | |
| 3 | One black powder 44 cal pistol bearing Ser.#681107 | | | | | ✓ |
| 4 | Clear plastic bag containing black droid cell phone | CCU | | | | ✓ |
| 5 | Clear plastic bag containing black cell phone | CCU | | | | ✓ |
| * | Harding, Cheyenne 6/26/96  1137 Meaderboro Rd. Farmington, NH 03835 | | | | | |

## TRANSFER RECORD

| DATE | TIME | ITEMS INVOLVED | FROM | TO | SIGNATURE |
|---|---|---|---|---|---|
| 7/26/19 | 10:25A | 1-2 | NH Reg C77-D | Inv. J. Wollman | Inv J. Wollman 1288 |
| 7/26/19 | 4:00P | 1-2 | Inv J. Wollman | K321 BCI EVID | Inv J. Wollman 1288 |
| 7/26/19 | 11:25A | 3 | NH Reg C772 | Inv T. Covey | [signature] |
| 7/26/19 | 11:30A | 4-5 | Cheyenne Harding | Inv T. Covey | [signature] |
| 7/26/19 | 4:00P | 3-5 | Inv T. Covey | K321 BCI EVID | [signature] |

**INSTRUCTIONS TO EVIDENCE CUSTODIAN:**

**NAME AND ADDRESS OF LABORATORY:**

**FINAL DISPOSITION OF EVIDENCE: ITEM NUMBERS – DATE OF DISPOSITION:**

**AUTHORITY FOR DISPOSITION:**

**LIST ADDITIONAL REPORTS OR PHOTOGRAPHS SUBMITTED TO THE LAB:**

**ADDITIONAL INFORMATION:**

WHITE- Laboratory   YELLOW- Troop   PINK – Station   GOLD- Member