STATE OF NEW YORK

TOWN _____ COURT

Defendant: NA
(Relationship to alleged victim)

COUNTY OF WESTCHESTER
TOWN of SOMERS

Alleged Victim: NA
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-- VS.--

JOSEPH A BROOKS

Date of Birth
03/03/1983

Defendant(s)

## ACCUSATION

BE IT KNOWN THAT, by this INFORMATION, TIMOTHY P GOULD as the Complainant herein, STATIONED at SP SOMERS, accuses the above mentioned Defendant(s), with having COMMITTED the MISDEMEANOR of RESISTING ARREST, Subdivision _____ of the PENAL in violation of Section 205.30, Law of the State of New York.

That on or about 07/26/2019 at about 10:15 AM in the TOWN of SOMERS, County of WESTCHESTER, the defendant(s) did intentionally, knowingly and unlawfully commit the misdemeanor of RESISTING ARREST. A person is guilty of resisting arrest when he intentionally prevents or attempts to prevent a police officer or peace officer from effecting an authorized arrest of himself or another person. Resisting arrest is a class A misdemeanor.

## FACTS

TO WIT: On the aforementioned date, time and place being the New York State Police Barracks at SP Somers located at 295 Route 100 in the Town of Somers, County of Westchester, State of New York; Said defendant did knowingly and intentionally resist arrest by physically fighting with State Police members as they attempted to place him under arrest for disorderly conduct.

All contrary to the above statute provided herein:

## NOTICE

The above allegations of fact are made by the Complainant herein on DIRECT KNOWLEDGE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this 26 TH day of JULY, 2019

--OR--

Subscribes and sworn to before me this _____ day of
_____, 20 _____

COMPLAINANT - _[signature]_

BROOKS 000053

STATE OF NEW YORK
TOWN _____ COURT
COUNTY OF WESTCHESTER
TOWN of SOMERS

Defendant: NA
(Relationship to alleged victim)

Alleged Victim: NA
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-- VS.--

JOSEPH A BROOKS

Date of Birth: 03/03/1983

Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this INFORMATION as the Complainant herein, TIMOTHY P GOULD STATIONED at SP SOMERS accuses the above mentioned Defendant(s), with having COMMITTED the VIOLATION of DISORDERLY CONDUCT, Subdivision ____ of the PENAL in violation of Section 240.20 Law of the State of New York.

That on or about 07/26/2019 at about 10:15 AM in the TOWN of SOMERS, County of WESTCHESTER, the defendant(s) did intentionally, knowingly and unlawfully commit the violation of DISORDERLY CONDUCT:FIGHT/VIOLENT BEHAVIOR. A person is guilty of disorderly conduct when, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof:1. He engages in fighting or in violent, tumultuous or threatening behavior;Disorderly conduct is a violation.

**FACTS**

TO WIT: On the aforementioned date, time and place being the New York State Police Barracks at SP Somers located at 295 Route 100 in the Town of Somers, County of Westchester, State of New York; Said defendant did knowingly and intentionally engage in fighting and threatening behavior in a public place.

All contrary to the above statute provided herein:

**NOTICE**

The above allegations of fact are made by the Complainant herein on DIRECT KNOWLEDGE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury this 26 TH day of JULY, 2019

--OR--

Subscribes and sworn to before me this _____ day of _____, 20 ____

COMPLAINANT

BROOKS 000054

STATE OF NEW YORK

TOWN _____ COURT

COUNTY OF __WESTCHESTER__

TOWN _____ of __SOMERS__

Defendant: __NA__
(Relationship to alleged victim)

Alleged Victim: __NA__
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK

-- VS.--

__JOSEPH A BROOKS__

Date of Birth

__03/03/1983__

Defendant(s)

## ACCUSATION

BE IT KNOWN THAT, by this __FELONY COMPLAINT__, __TIMOTHY P GOULD__ as the Complainant herein, __STATIONED__ at __SP SOMERS__ accuses the above mentioned Defendant(s), with having COMMITTED the __FELONY__ of __ASSAULT -2ND DEGREE__ in violation of Section __120.05__ Subdivision _____ of the __PENAL__ Law of the State of New York.

That on or about __07/26/2019__ at about __10:05 AM__ in the __TOWN__ of __SOMERS__, County of __WESTCHESTER__, the defendant(s) did intentionally, knowingly and unlawfully commit the felony of ASSAULT 2: WITH INTENT TO CAUSE PHYSICAL INJURY TO OFFICER/FIREMAN/EMT. A person is guilty of assault in the second degree when:3. With intent to prevent a peace officer, a police officer, a firefighter, including a firefighter acting as a paramedic or emergency medical technician administering first aid in the course of performance of duty as such firefighter, an emergency medical service paramedic or emergency medical service technician, or medical or related personnel in a hospital emergency department, a city marshal, a traffic enforcement officer or traffic enforcement agent, from performing a lawful duty, by means including releasing or failing to control an animal under circumstances evincing the actor's intent that the animal obstruct the lawful activity of such peace officer, police officer, firefighter, paramedic, technician, city marshal, traffic enforcement officer or traffic enforcement agent, he or she causes physical injury to such peace officer, police officer, firefighter, paramedic, technician or medical or related personnel in a hospital emergency department, city marshal, traffic enforcement officer or traffic enforcement agent;Assault in the second degree is a class D felony.

## FACTS

TO WIT: On the aforementioned date, time and place being the New York State Police Barracks at SP Somers located at 295 Route 100 in the Town of Somers, County of Westchester, State of New York; Said defendant did knowingly and intentionally engage in a physical altercation with two members of the New York State Police which resulted in both members sustaining physical injuries.

All contrary to the above statute provided herein:

## NOTICE

The above allegations of fact are made by the Complainant herein on  DIRECT KNOWLEDGE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury

this __26 TH__ day of __JULY__, __2019__

--OR--

Subscribes and sworn to before me this _____ day of _____, 20 ____

COMPLAINANT _____

BROOKS 000055