Genl. 7

# NEW YORK STATE POLICE

## MEMORANDUM

Troop **K** Station____**SP Somers**

Date_____**July 26, 2019**

**To:**       **Major Richard L. Mazzone, Troop Commander, Troop K**

**From:**     **Investigator James F. Wollman**

**Subject:**   **INJURY TO PERSON WHILE BEING TAKEN INTO CUSTODY / ON DUTY INJURY – TPR FINNEGAN – INV WOLLMAN - BROOKS**

On this day's date at approximately 9:45 am, I was working a scheduled B line and working at my desk located in SP Somers. While doing paperwork, I observed Trooper TIMOTHY FINNEGAN through the office window, speaking with a male identified as BROOKS, JOSEPH A (███████). As I continued to monitor the interaction between FINNEGAN and BROOKS, I could see that BROOKS was becoming belligerent towards FINNIGAN. At this time, I exited SP Somers to further ascertain what the issue was. BROOKS claimed he was a sexual offender on parole from New Hampshire, and that he needed a document signed stating that it was permissible for him to leave the state of New York and return to New Hampshire. FINNEGAN then produced this document to me, in which I read over and was unfamiliar with. I then advised BROOKS, that we will need to make some phone calls and investigate further. At this time, I advised BROOKS to enter SP Somers and to wait in the lobby. While inside SP Somers, I offered BROOKS to have a seat as this may take some time, in which BROOKS became belligerent towards me yelling profanities. I advised BROOKS, that if he was to continue acting in this manner, I would not be able to further assist him. BROOKS then continued yelling profanities, proceeded to exit SP Somers, and while walking out BROOKS uttered "I'm gonna go smoke a joint in my car."

At this time, BROOKS entered the front passenger side of the vehicle. FINNEGAN and I approached, and could detect the odor of marijuana emanating from the vehicle. BROOKS then produced a medical marijuana card valid only in Maine and New Hampshire. FINNEGAN and I commanded BROOKS to exit the vehicle multiple times, in which BROOKS refused. At this time, FINNEGAN and I had to physically remove BROOKS from the vehicle, BROOKS then proceeded to kick and punch both FINNEGAN and I while attempting to extract him. Upon removing BROOKS from the

vehicle, FINNEGAN and I had to take him to the ground in attempt to place BROOKS in handcuffs. While being taken down, BROOKS continued to resist, striking FINNEGAN in his leg, causing him to lose his footing and land on his right knee, and I to fall to the ground with BROOKS, striking my left elbow on the pavement. I sustained a tear in my shirt, and laceration with minor swelling to my left elbow. BROOKS sustained multiple scrapes and bruises, as a result of him resisting arrest and being taken to the ground. Subsequently, we placed BROOKS in handcuffs, and escorted him in to SP Somers.

BROOKS 000047